JONATHAN E. NUECHTERLEIN
General Counsel

ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
 (214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission**; <br><br> Plaintiff, <br><br> v. <br><br> **Vemma Nutrition Company**, a corporation; **Vemma International Holdings, Inc.**, a corporation; **Benson K. Boreyko** a/k/a **B.K. Boreyko**, individually and as an officer of Vemma Nutrition Company and Vemma International Holdings, Inc.; and **Tom Alkazin**, an individual; <br><br> Defendants, and <br><br> **Bethany Alkazin**, an individual; <br><br> Relief Defendant. | No. _____ <br><br><br> **APPENDIX – VOLUME I** <br> **App. 1-697** <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, AND OTHER EQUITABLE RELIEF, AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** <br><br><br> **UNDER SEAL** |

| TABLE OF CONTENTS | |
|---|---|
| **Title** | **App. #** |
| **VOLUME I** | |
| Declaration of Federal Trade Investigator Matthew Thacker | 1 |
| • Arizona Corporation Commission Records | 31 |
| • Arizona Dept. of Economic Security Records | 119 |
| • Wells Fargo Bank Business Records (intentionally omitted, available upon request) | 128 |
| • American Express Business Records | 440 |
| • Undercover purchase documents | 525 |
| o "This is Vemma" Success Magazine | 554 |
| o YPR Magazine | 614 |
| **VOLUME II** | |
| • Undercover purchase documents - continued | 698 |
| o Vemma FlipBook | 698 |
| o Vemma Affiliate Action Plan | 720 |
| o Vemma Scientific Resource Guide | 764 |
| • www.vemma.com web capture | 781 |
| o Vemma Compensation Plan | 822 |
| o Vemma Affiliate Agreement Terms and Conditions | 840 |
| • achieve.vemma.com | 850 |
| • myroadmaptosuccess.com | 855 |
| • The Vemma Training Bible | 879 |
| • www.businessforhome.org | 913 |
| • Screenshots from captured videos | 918 |
| • Vemma Back Office, www.vemma.com/backoffice | 927 |
| • www.vemmanews.com | 936 |
| o New Two & Go Training Video with Tom Alkazin (pdf) | 936 |

2

| | | |
|---|---|---|
| | o   New Vemma Flipbook | 970 |
| • | Transcripts of video and audio recordings | 997 |
| | o   Welcome to Vemma With BK Boreyko | 997 |
| | o   "Your First 7 Days" – 04 Mindset Number One | 1104 |
| | o   "Your First 7 Days" – 05 Stepping Around Mindset Number One | 1011 |
| | o   Undercover Telephone Contact Between Matthew Thacker and David Treat | 1019 |
| | o   Vemma Event – Pleasanton California | 1030 |
| | **VOLUME III** | |
| | o   "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1047 |
| | o   Tom Alkazin-24 Hour Overview Call | 1092 |
| | o   BK:  Our Plan to Exceed Your Expectations | 1105 |
| | o   Vemma – New Customer | 1120 |
| | o   Vemma Affiliate Marketing Text Invite – Vemma App | 1127 |
| | o   Welcome to Vemma!  Your Journey to Success Begins Here! | 1133 |
| | o   3 Step Plan – How 8 People Can Change Your Life | 1140 |
| | o   Darik Alexander | 1146 |
| | o   Verve Text Invite – Vemma App | 1155 |
| | o   YPR Radio – Luke Hessler | 1160 |
| | o   Jed Buenaluz on Leading by Example from Verve Leadership Academy – Vemma | 1170 |
| | o   Message of the Month – Blake Stauffer | 1181 |
| | o   Nick Ptak | 1194 |
| | o   YPR Radio – Brad Alkazin Full Length | 1204 |
| | o   Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1216 |
| | o   Zero to Sixty:  a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1222 |
| | o   How Vemma Pays You | 1231 |
| | o   Step 1 – "Dream Big Dreams" | 1238 |

| | | |
|---|---|---|
| o | Step 4 – "How to Lead with Vemma, Verve, and Bod-e" | 1253 |
| o | Step 5 – "Leading with Vemma Business" | 1266 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1276 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1289 |
| o | TK Kubvoruno on YPR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1296 |
| o | New Two & Go Training Video with Tom Alkazin | 1315 |
| o | BK's Blog Why Now is the Time to Build | 1336 |
| o | First Vemma Live Call of 2015 video | 1343 |
| o | May 2015 Vemma Live Call video | 1354 |
| o | How Vemma Pays You | 1373 |
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1382 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1389 |
| o | February 2015 Vemma Live Call Video | 1396 |
| o | Vemma Success Alex Morton | 1407 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1420 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1432 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1445 |
| o | BK Boreyko Talks to Parents | 1452 |
| **VOLUME IV** | | |
| o | BKs 2014 Halftime Report | 1459 |
| o | Why a Game Plan with Ruth Elliott | 1483 |
| o | Matt Morrow – Verve in Simple Terms | 1490 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All In 2014 | 1496 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1502 |
| Expert Declaration of Stacie A. Bosley, Ph.D. | | 1522 |

| | |
|---|---|
| Declaration of Bonnie Patten | 1566 |
| • Roadmap to Success | 1568 |
| • Italian Decision from the Italian Competition and Markets Authority (intentionally omitted, available upon request) | 1612 |
| • Translation of the Italian Decision | 1611 |
| Declaration of Adam Fracassi | 1629 |
| • "Everybody Deserves Great Health" Booklet | 1631 |
| • Audio Recording of the Michigan Event (intentionally omitted, available upon request) | 1651 |
| • Michigan Event Transcript | 1652 |
| • Corrected Michigan Event Transcript | 1690 |
| *In re New Vision International, Inc.* | 1781 |
| "How to Get Paid with Vemma – Vemma Home Event Video Show This Last" landing page, www.vemma.com | 1789 |
| **VOLUME V** | |
| • Video and Audio Recordings | |
| ○ Welcome to Vemma with BK Boreyko | 1790 |
| ○ "Your First 7 Days" – 04 Mindset Number One | 1791 |
| ○ "Your First 7 Days" – 05 Stepping around Mindset Number One | 1792 |
| ○ This is Vemma | 1793 |
| ○ Removal of Auto-Delivery | 1794 |
| ○ Undercover Telephone Contact Between Matthew Thacker and David Treat | 1795 |
| ○ Undercover Telephone Contact with Vemma Customer Service | 1796 |
| ○ Vemma Event – Pleasanton California | 1797 |
| ○ "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1798 |
| ○ How to Get Paid with Vemma – Vemma Home Event Video Show This Last | 1799 |
| ○ Tom Alkazin-24 Hour Overview Call | 1800 |
| ○ BK: Our Plan to Exceed Your Expectations | 1801 |
| ○ Vemma – New Customer | 1802 |

| | | |
|---|---|---|
| o | Vemma Affiliate Marketing Text Invite – Vemma App | 1803 |
| o | Welcome to Vemma! Your Journey to Success Begins Here! | 1804 |
| o | 3 Step Plan – How 8 People Can Change Your Life | 1805 |
| o | Darik Alexander | 1806 |
| o | Verve Text Invite – Vemma App | 1807 |
| o | YPR Radio – Luke Hessler | 1808 |
| o | Jed Buenaluz on Leading by Example from Verve Leadership Academy - Vemma | 1809 |
| o | Message of the Month – Blake Stauffer | 1810 |
| o | Nick Ptak | 1811 |
| o | YPR Radio - Brad Alkazin Full Length | 1812 |
| o | Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1813 |
| o | Zero to Sixty: a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1814 |
| o | How Vemma Pays You | 1815 |
| o | Step 1 – "Dream Big Dreams" | 1816 |
| o | Step 4 – "How to Lead with Vemma Verve and Bod-e" | 1817 |
| o | Step 5 – "Leading with the Vemma Business Opportunity" | 1818 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1819 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1820 |
| o | TK Kubvoruno on YBR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1821 |
| o | New Two & Go Training Video with Tom Alkazin | 1822 |
| o | BKs Blog Why Now is the Time to Build | 1823 |
| o | First Vemma Live Call of 2015 video | 1824 |
| o | May 2015 Vemma Live Call video | 1825 |
| o | How Vemma Pays You | 1826 |
| o | Living the Vemma Lifestyle | 1827 |

| | | |
|---|---|---|
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1828 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1829 |
| o | February 2015 Vemma Live Call | 1830 |
| o | Vemma Success Alex Morton | 1831 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1832 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1833 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1834 |
| o | BK Boreyko Talks to Parents | 1835 |
| o | BKs 2014 Halftime Report | 1836 |
| o | Why A Game Plan with Ruth Elliott | 1837 |
| o | Matt Morrow – Verve in Simple Terms | 1838 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All in 2014 | 1839 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1840 |

Dated:  August 17, 2015

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

_____
ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
(214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**DECLARATION OF FTC INVESTIGATOR MATTHEW J. THACKER**
**PURSUANT TO 28 U.S.C. § 1746**

I, Matthew J. Thacker, declare that I have personal knowledge of the facts set forth below.  If called as a witness before any court, I could and would testify as follows:

1.       I am over the age of 21 and competent to give this declaration.  I am a Federal Trade Investigator with the Federal Trade Commission (FTC).  My business is address 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.  I have a Bachelor of Science degree in Criminal Justice.  I have more than six years of experience as a Special Agent Criminal Investigator for the United States Army Criminal Investigation Command.

2.       As an Investigator with the FTC, my primary duties include, but are not limited to:  identifying patterns of unfair and deceptive trade practices; conducting computer research using a variety of Internet search engines, public record and law enforcement databases, and computer software-based investigative tools; requesting, receiving, and examining information provided by third parties, including information provided by financial institutions, state agencies, and other organizations; and analyzing data related to possible violations of the Federal Trade Commission Act and other laws enforced by the Commission.

3.       As part of my duties, I have been assigned to work on the investigation of Vemma Nutrition Company and Vemma International Holdings, Inc., and related individuals, Benson K. Boreyko (BK Boreyko) and Tom Alkazin (T. Alkazin) (collectively Defendants).  My investigation uncovered documents and information related to:  (1) corporate records of Vemma Nutrition Company (Vemma) and Vemma International Holdings, Inc. (VIH); (2) filings with the State of Arizona Department of Economic Security; (3) corporate bank and credit card records; (4) my undercover purchase from Vemma; (5) recorded undercover telephone calls with Vemma; (6) Vemma websites and videos.  I also assist in related litigation.

**App. 0001**

4.      Throughout this declaration and in its attachments information that would reveal undercover identities and accounts used and controlled by the FTC has been redacted. Additionally, information that would reveal personally identifiable information has been redacted.

**<u>Corporate Records</u>**

5.      During this investigation, I searched the Arizona Corporation Commission (ACC) website, www.ecorp.azcc.gov/Search, for records related to Vemma, VIH, and any associated companies.  I requested and received certified copies of ACC records for Vemma and VIH from Arizona's Office of the Attorney General.

6.      **<u>Vemma:</u>**  On May 15, 2015, I received the certified copies of Articles of Incorporation, 2005-2014 Annual Reports, Statements of Changes, and Officer/Director Shareholder Change for Vemma on file with the ACC.  True and correct copies of these records are attached at App. 0031-0087.

> a.      According to the Articles of Incorporation, Vemma was formed in Arizona on September 3, 2004.  The Articles of Incorporation identified the company's Board of Directors as BK Boreyko, Karen Boreyko-Salmirs and Lauren Boreyko and its stated purpose was "the transaction of any and all lawful business for which corporation may be incorporated under the laws of the State of Arizona, as the same may be amended from time to time."  The Articles of Incorporation identified the character of business that Vemma initially intended to actually conduct in the state of Arizona as to market dietary supplements.   BK Boreyko signed as the incorporator on the Articles of Incorporation.  The Articles

of Incorporation also identified Vemma's known place of business as 8322 East
Hartford Drive, Scottsdale, AZ 85255.  (App. 0031-0036)

b.        According to its 2005-2010 Annual Reports, Vemma's shareholders
holding more than 20 percent interest in the company and its directors included
BK Boreyko, Karen Boreyko and D. Lynne (Lauren) Boreyko.  BK Boreyko was
identified as the President and CEO and the mailing address was listed as 8322 E.
Hartford Drive, Scottsdale, AZ 85255.  (App. 0037-0060)

c.        According to its 2011-2013 Annual Reports, the only shareholder holding
more than 20 percent interest in the company was VIH.  The directors included
BK Boreyko, Karen Boreyko and D. Lynne (Lauren) Boreyko.  BK Boreyko was
identified as the President and CEO and the mailing address was listed as 8322 E.
Hartford Drive, Scottsdale, AZ 85255.  (App. 0061-0072)

d.        According to its 2014 Annual Report, the only shareholder holding more
than 20 percent interest in the company was VIH.  The directors included BK
Boreyko, Karen Boreyko and D. Lynne (Lauren) Boreyko.  BK Boreyko was
identified as the President and CEO and the mailing address was listed as 1621 W
Rio Salado Parkway, Tempe, AZ 85281.  (App. 0073-0076)

e.        According to the Statement of Change filed on October 15, 2009, the
company's statutory agent was changed from Sheena Tejeda to BK Boreyko.
(App. 0077-0079)

f.        According to the Statement of Change on January 21, 2014, Vemma's
street and mailing addresses were changed from 8322 E. Hartford Drive,

Scottsdale, AZ 85255 to 1621 W Rio Salado Parkway, Tempe, AZ 85281.  (App. 0080-0083)

g.      According to the Officer/Director/Shareholder Change filed on June 9, 2014, D. Lynne Boreyko's name was changed to Lauren Boreyko, and the directors (BK Boreyko, Karen Boreyko and D. Lynne (Lauren) Boreyko) addresses changed from 8322 E. Hartford Drive, Scottsdale, AZ 85255 to 1621 W Rio Salado Parkway, Tempe, AZ 85281.  (App. 0084-0087)

7.      **VIH:**  On May 15, 2015, I received certified copies of the 2002 Annual Report, Statement of Changes, 2011 Annual Report, Articles of Amendment, 2012 Annual Report, and Officer/Director/Shareholder Change for VIH on file with the ACC.  These records showed that VIH was originally named New Vision International Holdings, Inc. (NVIH).  True and correct copies of these records are attached at App. 0088-0113.

a.      According to its 2002 Annual Report, NVIH only shareholder holding more than 20 percent interest in the company was BK Boreyko.  The directors included BK Boreyko, Karen Boreyko, D. Lynne (Lauren) Boreyko and Sheena Tejeda.  BK Boreyko was identified as the President and Secretary, and the business address was listed as1920 E. Broadway Rd, Tempe, AZ 85282.  (App. 0088-0092)

b.      According to NVIH's Statement of Change filed on April 24, 2003, the company's name and address for its statutory agent were changed from Jason Boreyko, 1920 E. Broadway Rd, Tempe, AZ 85282 to BK Boreyko, 8322 E. Hartford Drive, Scottsdale, AZ 85255.  (App. 0093-0095)

c.      According to its 2011 Annual Report, the NVIH shareholders holding more than 20 percent interest in the company and directors included BK Boreyko, Karen Boreyko, and D. Lynne (Lauren) Boreyko.   BK Boreyko was identified as the President and statutory agent, and the business address was listed as 8322 E. Hartford Drive, Scottsdale, AZ 85255.  (App. 0096-0099)

d.      According to Articles of Amendment filed on September 6, 2011, NVIH changed its name to VIH.  The Articles of Amendment were signed on August 31, 2011 by BK Boreyko, President, NVIH.  (App. 0100-0102)

e.      According to its 2012 Annual Report, the only VIH shareholder holding more than 20 percent interest in the company was BK Boreyko.  The directors included BK Boreyko, Karen Boreyko, D. Lynne (Lauren) Boreyko.  BK Boreyko was identified as the President and Secretary, and the business address was listed as 8322 E. Hartford Drive, Scottsdale, AZ 85255.  (App. 0103-0106)

f.      According to the Statement of Change filed VIH on January 21, 2014, VIH's street and mailing addresses were changed from 8322 E. Hartford Drive, Scottsdale, AZ 85255 to 1621 W Rio Salado Parkway, Tempe, AZ 85281.  (App. 0107-0110)

g.      According to the Officer/Director/Shareholder Change filed on June 9, 2014, D. Lynne Boreyko's name was changed to Lauren Boreyko, and the directors' (BK Boreyko, Karen Boreyko and D. Lynne (Lauren) Boreyko) addresses changed from 8322 E. Hartford Drive, Scottsdale, AZ 85255 to 1621 W Rio Salado Parkway, Tempe, AZ 85281.  (App. 0111-0113)

## Civil Investigative Demands

8.     During this investigation, the Federal Trade Commission issued Civil

Investigative Demands (CIDs) to several third-party companies that provided services to

Defendants, including the Arizona Department of Economic Security (ADES), Wells Fargo

Bank, and American Express.

## Arizona Department of Economic Security

9.     In response to the Federal Trade Commission's CID, the Unemployment

Insurance Tax Section of the ADES produced Vemma's Joint Tax Application and

Unemployment Tax and Wage Reports, along with a declaration certifying to the authenticity of

the records by its custodian of records.  (App. 0114-0127).

10.    On the Joint Tax Application filed with the ADES on December 18, 2009, under

the "Withholding/Unemployment" section, number 5 states, "Do you or have you previously had

an Arizona Unemployment Number?"  The box next to "Yes" is checked with the business name

listed as New Vision.  In the same section, hand-written statement is written, which states, "We

are transferring employees form [sic] New Vision to Vemma."  (App. 0116)

11.    According to Vemma's Unemployment Tax and Wage Reports, BK Boreyko's

wages for each quarter for 2014 were $2,569,805.35 for the 1st quarter; $460,272.78 for the 2nd

quarter, $536,984.91 for the 3rd quarter; and $460,272.78 for the 4th quarter.  True and correct

copies of these records are attached at App. 0121-0127.  BK Boreyko's total wages for 2014 was

approximately $4,027,335.85.

## Wells Fargo Bank, N.A.

12.    In response to the Federal Trade Commission's CID, Wells Fargo Bank, N.A.

produced application forms, signature cards, checks, and monthly account statements for

accounts belonging to Vemma, along with a declaration certifying the authenticity of the records by its custodian of records. (App. 0128-0132; 0433-0439). Because the entire contents of the financial records are voluminous and cannot be conveniently presented in court, I have summarized the bank activity in a chart. All sensitive, personally identifiable information concerning consumers has been redacted from the records.

13.     Well Fargo produced signature cards for approximately four financial accounts held by Vemma. The specific account I analyzed ended in *7926. On the signature card, the business address was listed as 8322 East Hartford Drive, Scottsdale, AZ 85255. BK Boreyko was listed as an authorized signer and president. (App. 0130-0132)

14.     The charts below summarize the deposits and debits from January 2014 to March 2015 for the account ending in *7926. (App. 0133-0432)

| Bank Account 7926 | | |
|---|---|---|
| Deposits to Vemma from 01-2014 to 03-2015 | | |
| Bank | Originator | Total Amount |
| Abn Amro Bank N.V. | Vemma Europe Limited | $20,428,212.36 |
| Unknown | Vemma Nutrition Canada | $4,504,845.94 |
| HSBC Hong Kong | Vemma Hong Kong Limited | $1,467,860.18 |
| Citibank N.A. | Vemma Singapore Pte Ltd | $1,259,111.74 |
| Banco Mercantil DE | Vma Mexico Distribucion | $1,044,123.00 |
| Hua Nan Commercial | Vemma Asia Ltd. Taiwan Branch | $1,006,377.85 |
| Unknown | Vemma Australia Pty Ltd | $916,685.12 |

| Bank Account 7926 | | |
|---|---|---|
| Debits from Vemma account from 01-2014 to 03-2015 | | |
| Bank | Beneficiary | Total Amount |
| BMO Harris Bank | Vemma | $6,968,000.00 |
| Bank of America | Benson Boreyko | $466,018.24 |
| Vietnam International | Vemma Company Limited | $370,000.00 |
| Banco De Bogota | Vemma Nutrition SAS | $330,000.00 |
| Bank of Montreal | Vemma Nutrition Canada | $96,132.80 |
| China Merchants | Vemma (Jinan) Nutrition Co. | $17,000.00 |
| Barclays Bank of Kenya | Vemma Kenya Limited | $13,906.21 |

15.     The checks that Wells Fargo provided for the account ending in *7926 revealed several checks made out to VIH that were deposited into the Vemma account ending in *7926. True and correct copies of these checks are attached App. 0433-0439.  Monthly statements also revealed continuous monthly payments by Vemma to VIH's American Express account.

16.     From the bank records and wage reports for Vemma that Wells Fargo and ADES provided, it appears BK Boreyko received non-salary payments totaling approximately $790,000 during 2013 and 2014.  These payments were irregular and sporadic, and did not coincide with the bi-weekly ADP Payroll Services payments.

### American Express

17.     In response to the Federal Trade Commission's CID, American Express produced records for VIH corporate accounts, which included monthly statements and bank repository payment information, along with a declaration certifying to the authenticity of the records by its records custodian.  (App. 0440-0524).

18.     According to the account statements ending in *2001 and *2003, BK Boreyko and NVIH were the names on the statements from January 2012 to October 2012.  Then, the names on the statements changed to BK Boreyko and VIH from November 2012 to April 2015. True and correct copies of excerpts from these statements are attached at App. 0441-0520.

19.     The bank repository payment information provided for the account ending in *2003 revealed the balance for the account was continuously paid off from funds in the Vemma Wells Fargo account ending in *7926. (App. 0521-0524)

### Undercover Purchase, Phone Calls and Attendance to Events

**Undercover Purchase**

20.      On December 4, 2014, I logged onto the FTC's undercover computer at the FTC's Southwest Region Office to complete an undercover purchase from Vemma.  I initiated the Mozilla Firefox browser and navigated to www.vemma.com.  I completed each step as necessary to complete the transaction with Vemma on that website.

21.      Using Camtasia Studio, I recorded the steps taken to order a Vemma Affiliate Starter Pack.  I clicked the button labeled "Add to Cart" and "Checkout."  There was a pre-checked box stating "Click it to Ship it!"  I then clicked the button labeled "Create An Account."  I filled out the "Contact Info" using an undercover name, phone number, mailing address, E-mail address.  I checked four boxes with the following information:  1) Yes, I would like to join Vemma as an Affiliate, 2) Yes, send me updates on Vemma products, special offers and training, 3) I am 18 years of age or older, and 4) I have read, understand and agree to the Vemma Policies, Affiliate Agreement and Income Disclosure Statement.  I created a username with a password.  Then, I clicked the button labeled "Continue."

22.      Next, a screen popped up that stated:

 Congratulations on selecting auto-delivery.  Now, your product order will be conveniently shipped to your home every month for as long as you like.  If you desire to cancel or stop this order, simply notify us:  By email to info@vemma.com; By phone at 800-577-0777; or In the Vemma Back Office if you are a Vemma Affiliate.  Just to confirm, by selecting Auto-delivery, you are consenting to Vemma charging your credit / debit card monthly for the products you ordered (including applicable taxes and shipping).  The charge will be the same each month unless you change your order.  We appreciate your business.

I had the option to click either the button labeled "I Agree" or I Don't Agree" in order to proceed.  Although I did not actively select auto-delivery when I ordered the Affiliate Starter

App. 0009

Pack, I clicked the button labeled "I Agree."  The form did not disclose the products that would be shipped to me or the price Vemma would charge to my credit card each month.

23.     After checking to ensure the account information I entered was correct, under the heading "Shipping Information," I selected the option labeled "Same as Account Info."  Next, I clicked the button labeled "Proceed to Payment."

24.     At the next screen, I selected "FedEx Ground (5 to 7 business days)" as the shipping method.  Under "Payment Information," I selected the option labeled "Credit Card" and filled out the required credit card information with an undercover credit card account.  I clicked the button labeled "Continue."  I entered the additional credit card information and clicked the button labeled "Place Order."  The total amount for the Vemma Affiliate Starter Pack, which included taxes, shipping and handling, was $539.28.  A true and correct printed copy of the receipt is attached at App. 0525.

25.     On December 9, 2014, I received a shipping confirmation email related to my "Vemma Affiliate Starter Pack" purchase, which notified me that my shipment was scheduled to be sent on December 9, 2014 and included the FedEx tracking numbers.  A true and correct printed copy of this email is attached at App. 0526.

26.     On December 11, 2014, I received the "Vemma Affiliate Starter Pack," which was contained in three boxes.  The three boxes contained the following items, which I photographed:

       i.     2 bottles of Vemma (32-oz bottles, 30-day supply for 1 person) with an expiration date of November 2015 (App. 0528-0529)

       ii.     1 V2 Fridge Brick (30 – 2-oz bottles) with an expiration date of April 2015 (App. 0530-0531)

iii.     2 bottles of Vemma Next (32-oz bottles) with an expiration date of July 2015 (App. 0532-0533)

iv.     8 cans of Vemma Renew (8.3-oz cans) with an expiration date of August 2015 (App. 0534-0537)

v.     2 Vemma Variety Pack (12 – 8.3-oz cans)

vi.     4 cans of Verve Energy Drink (8.3-oz cans) with an expiration date of October 2015 (App. 0538-0539)

vii.     4 cans of Verve Zero Sugar Energy Drink (8.3-oz cans) with an expiration date of May 2015 (App. 0540-0541)

viii.     4 cans of Verve Bold Energy Drink (8.3-oz cans) with an expiration date of August 2015 (App. 0542-0543)

ix.     4 cans of Verve ParTea Energy Drink (8.3-oz cans) with an expiration date of June 2015 (App. 0544-0545)

x.     4 cans of Verve Remix (8.3-oz cans) with an expiration date of September 2015 (App. 0546-0547)

xi.     12 cans of Verve MoJoe Coffee Energy Drink (15-oz cans) with an expiration date of June 2015 (App. 0548-0550)

xii.     1 bag of Bod-e Shake Vanilla Ice Cream flavor (16 meals/bag) with an expiration date of August 2016 (App. 0551-0552)

xiii.     1 bag of Bod-e Shake Chocolate Ice Cream flavor (16 meals/bag) with an expiration date of August 2016 (App. 0551; 0553)

xiv.     2 Customer Brochures

xv.     1 Vemma Success Kit

i)      Custom branded Success Bag

ii)     "This is Vemma" Success Magazine (App. 0554-0613)

iii)    YPR magazine (App. 0614-0697)

iv)     Vemma Flipbook (App. 0698-0719)

v)      Vemma Affiliate Action Plan (App. 0720-0763)

vi)     Vemma USB with videos and product catalog

vii)    Vemma Scientific Resource Guide (App. 0764-0771)

viii)   "Your First 7 Days" CD set (App. 1790-1792) (excerpts of

transcripts from portions of audio files at App. 0997-1018)

ix)     "This is Vemma" DVD (App. 1793)

x)      Window Decals Set / Verve Sticker Sheet

xi)     Vemma Journal

xii)    Vemma Organizer and Pen

True and correct copies of the photographs and documents contained in the boxes are attached at

App. 0527-0771

27.     On approximately January 8, February 9, March 9, April 8, and May 8, 2015, I

received a box via auto-delivery each of which contained a Vemma 2 pack.  I did not select this

Vemma product as the auto-delivery order.  A Vemma 2-pack contains four 32-oz bottles of

Vemma.  Each month, my undercover credit card was automatically charged $150, which

included $135 for the Vemma 2-pack and $15 for freight / shipping.  Between January and May

2015, my undercover credit card was charged a total of $750 for auto-delivery shipments.  The

$750 included $675 for Vemma products and $75 for freight / shipping.  True and correct copies

of the invoices are attached at App. 0772-0776.

28.     On May 20, 2015,  I logged onto the FTC's undercover computer at the FTC's

Southwest Region Office.  I initiated the Mozilla Firefox browser and navigated to

www.vemma.com/backoffice for the purpose of canceling auto-delivery.

29.     Using Camtasia Studio, I recorded the steps taken to cancel auto-delivery.  I

entered the username and password that I previously created, and clicked the button labeled

"Login."  I navigated to the tab labeled "My Account" and clicked on the option labeled "Auto-

delivery."  Next, under the Auto-Delivery Orders, I clicked the button labeled "Remove."  A

screen popped up that stated

> Remove Auto-Delivery.  Are you sure you want to remove this auto-delivery
> order?  Removing the auto-delivery will stop this monthly shipment of Vemma
> Products.  Removing your monthly order may affect your qualifications levels and
> ability to earn weekly commission.  If you want to continue receiving your
> monthly shipments click Keep Auto-delivery; If you want to stop your monthly
> shipments click Remove Auto-Delivery.

I clicked the button labeled "Remove Auto-Delivery."  A true and correct copy of this Camtasia

screen recording is attached at App. 1794.

30.     On May 20, 2015, I received an email confirmation that stated

> Per your request, your Auto-delivery has been cancelled effective today, May 20,
> 2015.  Please note that if you are currently working the Vemma business, you will
> need to maintain a minimum monthly auto-delivery in order to remain eligible for
> our Customer Referral Program or to earn any type of compensation and maintain
> your marketing website.  To modify or check the status of your monthly Auto-
> delivery, please login to the Auto-delivery section of your Vemma Back Office or
> contact Customer Service at 1-800-577-0777, Monday through Friday, 7 a.m. to 6
> p.m. (Arizona time).

A true and correct print copy of this email is attached at App. 0777.

31.     On June 6, 2015, I packed up approximately eight boxes that contained the

Vemma products that I had previously received and sent those boxes via FedEx to 455 West

Diamond Drive, Suite 106, Tempe, AZ 85283.  I paid $186.05 shipping fees to return the

Vemma products.  A true and correct copy of the FedEx receipt is attached at App. 0778-0780. According to the FedEx tracking receipts, the eight boxes were delivered to the above address on June 9, 2015.

32.     On June 19, 2015, I checked my undercover credit card statement.  I calculated that from December 2014 to May 2015, I had been charged $1,289.28, which included products, taxes, and freight / shipping.  Vemma refunded $1,181.85 for the returned products.  Vemma did not refund $107.43, which included freight / shipping and taxes.  I paid $186.05 to return the Vemma products.  Therefore, I had a total loss of $293.48.

**Undercover Calls**

33.     During the course of this investigation, undercover telephone calls and recordings from numerous events were recorded and saved.  These recordings were then sent to For The Record, Inc. (FTR), a transcription service.  FTR transcribed the recordings and sent the transcripts to me.

34.     On January 26, 2015,  I recorded an undercover telephone conversation between a Vemma representative and myself.  In my undercover Vemma Back Office account, I located the Vemma representatives' number and it was listed as belonging to my enroller.  The representative identified himself as David Treat.  A true and correct copy of the recorded call is attached at App. 1795.  (transcript excerpt at App. 1019)

35.     On May 27, 2015, I called a customer service number, 1-800-577-0777, for Vemma for the purpose of canceling my Vemma affiliate account that was created when I made the initial undercover purchase on December 4, 2014 and to determine the process to return all Vemma products I had received from approximately December 2014 to May 2015.   A true and correct copy of the recording is attached at App. 1796.

**Undercover Attendance to Events**

36.     On February 7, 2015, I attended a Super Saturday Business Opportunity Event, an affiliate training event, which was advertised on the Vemma Back Office website.  The event was held at the Four Points Sheraton Hotel (Sheraton) in Pleasanton, CA.  The event was hosted by Vemma Representative T. Alkazin.  I recorded the event using digital audio recording equipment.  A true and correct copy of the recording is attached at App. 1797.  (transcript excerpt at App. 1030-1046)

37.     On April 8, 2015, I attended a Vemma training event called "Opportunity and Fast Start" that was advertised on the Vemma Back Office website.  BK Boreyko and other Vemma affiliates spoke at the event.  The event was held at 5100 Belt Line Road, Suite 400, Dallas, TX 75254.  I recorded the event using digital audio recording equipment.  A true and correct copy of the recording is attached at App. 1798.  (transcript excerpt at App. 1047-1091)

## Defendants' Websites and Videos

38.     During the course of this investigation, I conducted general Internet searches for websites, video and audio recordings, and documents related to Vemma.  Through these searches, I located dozens of such websites, videos and audio recordings, and other materials, including but not limited to:  www.vemma.com, achieve.vemma.com, www.myroadmaptosuccess.com, leadlinepro.com, www.verveworks.org, www.businessforhome.org, www.vemma.com/backoffice, www.vemmanews.com, and www.youtube.com.  I captured the websites, videos and audio recordings using Adobe Acrobat X Pro software, Camtasia Studio, and Firefox video download helper.  Adobe Acrobat X Pro's Web Capture tool allows users to create a copy of a website and save it as a PDF file.  Camtasia Studio allows users to create a video recording of a website.  Firefox video download helper

allows users to download and preserve videos.  The following paragraphs discuss each of the websites, and videos and audio recordings.  The FTC requested FTR to prepare transcripts of some videos and audio recordings.  The Appendix includes excerpts from some of these transcripts.  In instances where this Declaration cites to Appendix numbers for the video itself and a transcript excerpt (*e.g.* transcript excerpt at App. XXXX), I have confirmed that the transcript excerpt corresponds to the video.  True and correct copies of these websites and recordings are attached at App. 0781-0917 and App. 0997-1521.

**www.vemma.com**

39.    As part of my investigation, I saved portions of the website, www.vemma.com, as a PDF using Adobe Acrobat X Pro.  The website was too large to capture in its entirety using Adobe Acrobat X Pro software, but on August 20, 2014 and January 29, 2015, I saved portions of the website as PDFs.  True and correct copies of these documents are attached at App. 0781-0849 and 1789.

a.    The "Contact Us" page of the website listed the following contact information for Vemma Home Office, 1621 West Rio Salado Parkway, Tempe, AZ 85281;  Phone: 1-800-577-0777; Local Phone: 480-927-8999 (Option 3); Fax: 1-888-314-9827; E-mail: info@vemm.com.  (App. 0786)

b.    The "Executive Bios" page of the website identified BK, Karen and Lauren Boreyko as founders of Vemma.  (App. 0820-0821)

c.    The "Products" page of the website identified several products in various categories, including Verve.  (App. 0781; 0792-0798; 0800-0805; 0811-0819)

40.     On January 21, 2015, I saved PDF versions of a "Vemma Compensation Plan" dated January 2015 (App. 0822-0839) and a "Vemma Affiliate Agreement Terms and Conditions" effective as of June 12, 2015.  (App. 0840-0849)

41.     On February 19, 2015, using Firefox video download helper, I captured a video titled "How to Get Paid with Vemma - Vemma Home Event Video Show This Last" (App. 1799).  I also captured the landing page as a PDF for the above video to show how the title of video is displayed.  True and correct copies of the PDFs and video are attached at App. 1789 and 1799.

**achieve.vemma.com**

42.     On April 24, 2015, I saved a copy of the website, achieve.vemma.com, by using the Adobe Acrobat X Pro's Web Capture tool and saved it as a PDF file.  A true and correct copy of the PDF is attached at App. 0850-0854.

**www.myroadmaptosuccess.com**

43.     On August 7, 2016, I saved a copy of the website, www.myroadmaptosuccess.com, as a PDF and used Firefox video download helper to capture an audio file titled "Tom Alkazin-24 Hour Overview Call."  A true and correct copy of the PDF (App. 0855-0878) and audio file (App. 1800) are attached.  (transcript excerpt at App. 1092-1104)

**leadlinepro.com**

44.     I searched the internet for materials related to Vemma and located a PDF called "The Vemma Training Bible" on the website leadlinepro.com.  On September 5, 2014,  I downloaded and saved a copy of the PDF.  True and correct copy of the PDF is attached at App. 0879-0912.

**businessforhome.org**

45.     I viewed the website www.businessforhome.org and on July 20, 2015, I captured a portion of the website with the title "Tom Alkazin – Vemma Top Earner Interview" as a PDF This portion is dated October 29, 2011 and states, "Tom and Bethany Alkazin are the number one top earners, Royal Ambassadors, in Vemma." It further states, "Tom and Bethany Alkazin made $8.3+ million with their Vemma distributorship." A true and correct copy of the PDF is attached at App. 0913-0917.

46.     I viewed numerous videos that featured the Defendants and their affiliates. I realized the videos titled "BK: Our Plan to Exceed Your Expectations" (App. 1801) and "BK's 2014 Halftime report" (App. 1836) are the same in nature and content.

**Screenshots from Videos**

47.     I located and viewed numerous videos that featured the Defendants and their Vemma affiliates that included income claims. In some of the videos where income claims are made, but not all, disclaimers appeared in small white print at the bottom of the screen. The print of the disclaimers was not always legible, it sometimes blended in with the background of the video. The income disclosure statement only appeared for a few seconds as it quickly moved up the screen from the bottom. Videos of recorded live presentations and events did not have an indication that similar disclaimers were presented to the live audiences. I captured screenshots from videos that will be discussed next in this declaration to demonstrate the above information. True and correct copies of the screenshots are attached at App. 0918-0926. The videos that I captured the screenshots from are:

        i.     Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products  (App. 0918)

    ii.       BK's 2014 Halftime Report (App. 0919)

    iii.      BK in Stamford / BK Our Plan to Exceed Your Expectations (App. 0920-0921)

    iv.      YPR Radio-Brad Alkazin Full Length (App. 0922)

    v.       Vemma – New Customer (App. 0923)

    vi.      Zero to Sixty with Alex Morton (App. 0924)

    vii.      Verve Text Invite – Vemma App (App. 0925)

    viii.     Vemma Affiliate Marketing Text Invite – Vemma App (App. 0926)

**www.vemma.com/backoffice**

    48.     Following my undercover purchase on December 4, 2014, I obtained access to Vemma Back Office, www.vemma.com/backoffice.  I attempted to save a copy of the website, www.vemma.com/backoffice, as a PDF using Adobe Acrobat X Pro.  However, the website was too large and exceeded the capabilities of Adobe Acrobat X Pro software.  Therefore, I saved portions of the website as PDFs.  On www.vemma.com/backoffice, Vemma provided me an e-commerce website to market Vemma's products and program.  The Vemma Back Office included a website template with a list of videos that I could choose to display on my own Vemma e-commerce website.  A true and correct copy of the above mentioned video list provided by Vemma is attached at App. 0927-0931.  On March 23, 24, and 30, 2015, using Firefox video download helper, I captured each video on the above list.  Specific videos from the list that are attached to this declaration are:

    i.       BK: Our Plan to Exceed Your Expectations (App. 1801) (transcript excerpt at App. 1105-1119)

ii.      Vemma – New Customer (App. 1802) (transcript excerpt at App. 1120-1126)

iii.     Vemma Affiliate Marketing Text Invite – Vemma App (App. 1803) (transcript excerpt at App. 1127-1132)

iv.     Welcome to Vemma!  Your Journey to Success Begins Here! (App. 1804) (transcript excerpt at App. 1133-1139)

v.      3 Step Plan – How 8 People Can Change Your Life (App. 1805) (transcript excerpt at App. 1140-1145)

vi.     DarikAlexander (App. 1806) (transcript excerpt at App. 1146-1154)

vii.    Verve Text Invite – Vemma App (App. 1807) (transcript excerpt at App. 1155-1159)

viii.   YPR Radio-Luke Hessler (App. 1808) (transcript excerpt at App. 1160-1169)

ix.     Jed Buenaluz on Leading by Example from the Verve Leadership Academy – Vemma (App. 1809) (transcript excerpt at App. 1170-1180)

x.      Message of the Month – Blake Stauffer (App. 1810) (transcript excerpt at App. 1181-1193)

xi.     Nick Ptak (App. 1811) (transcript excerpt at App. 1194-1203)

xii.    YPR Radio-Brad Alkazin Full length (App. 1812) (transcript excerpt at App. 1204-1215)

xiii.   Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash (App. 1813) (transcript excerpt at App. 1216-1221)

xiv.    Zero to Sixty:  a Start-up Business Action Plan for Young People Self-

employment, with Alex Morton (App. 1814) (transcript excerpt at App. 1222-

1230)

xv.     How Vemma Pays You (App. 1815) (transcript excerpt at App. 1231-

1237)

xvi.    Step 1 – "Dream Big Dreams" (App. 1816) (transcript excerpt at App.

1238-1252)

xvii.   Step 4 – "How to Lead with Vemma, Verve, and Bod-e" (App. 1817)

(transcript excerpt at App. 1253-1265)

xviii.  Step 5 – "Leading with Vemma Business" (App. 1818) (transcript excerpt

at App. 1266-1275)

xix.    Step 6 – "Goal Setting – Your First Objectives" " (App. 1819) (transcript

excerpt at App. 1276)

xx.     Step 8 – "Time for Action: Home Events & Your Checklist" (App. 1820)

(transcript excerpt at App. 1289-1295)

xxi.    TK Kubvoruno on YPR Radio Season 2 with Eric Thomas – Learn How

TK's Why Drove Him to Success (App. 1821) (transcript excerpt at App. 1296-

1314)

**www.vemmanews.com**

47.    On August 5, 2014; and January 12 and 22; May 22; June 10; 12; and 30; and July

6, 20, 27 and 28, 2015, I saved portions of the website www.vemmanews.com as PDFs and used

Firefox video download helper to captured specific videos.  True and correct copies of these

PDFs and videos are attached at App. 0932-0996 and App. 1822-1828.  Specific portions of the website saved as PDFs and captured videos that are attached to this declaration are:

> i.  New Two & Go Training Video with Tom Alkazin (PDF) (App. 0932-0935)
>
> ii.  New Two & Go Training Video with Tom Alkazin (App. 1822) (transcript excerpt at App. 1315-1335)
>
> iii.  2 & Go Action Plan – 60 Days to Gold (PDF) (App. 0936-0951)
>
> iv.  BK's Blog Why Now is the Time to Build (App. 1823) (transcript excerpt at App. 1336-1342)
>
> v.  First Vemma Live Call of 2015 video (App. 1824) (transcript excerpt at App. 1343-1353)
>
> vi.  May 2015 Vemma Live Call video (App. 1825) (transcript excerpt at App. 1354-1372)
>
> vii.  Amazing New Videos Just Lauched (PDF) (App. 0952-0955)
>
> viii.  How Vemma Pays You video (App. 1826) (transcript excerpt at App. 1373-1381)
>
> ix.  Living the Vemma Lifestyle video (App. 11827)
>
> x.  Playing Your Trump Card (PDF) (App. 0956-0959)
>
> xi.  New Vemma Terminology Update (PDF) (App. 0960-0963)
>
> xii.  New Affiliate Marketing Business Model with Customer Perks Added (PDF) (App. 0964-0969)
>
> xiii.  New Affiliate Marketing Business Model with Customer Perks Added video (App. 1828) (transcript excerpt at App. 1382-1388)

xiv.    New Vemma Flipbook (PDF) (App. 0970-0992)

xv.    Tom and Bethany Alkazin Rack'Em & Rank Up with Vemma (PDF) (App. 0993-0996)

**YouTube**:

48.    I searched www.youtube.com for videos and audio recordings related to Vemma, which resulted in dozens of videos and audio recordings.  True and correct copies of specific video and audio recordings are attached at App. 1829-1840.

49.    On August 22; September 4 and 5, 2014 and January 12 and 13; March 16 and 20; May 27; June 10 and 22; and July 31, 2015, using Firefox video download helper, I captured each of the following video and audio recordings:

i.    BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma (App. 1829) (transcript excerpt at App. 1389-1395)

ii.    February 2015 Vemma Live call video (App. 1830) (transcript excerpt at App. 1396-1406)

iii.    Vemma Success Alex Morton (App. 1831) (transcript excerpt at App. 1407-1419)

iv.    Vemma Business Vemma Presentation with Top Leader Tom Alkazin (App. 1832) (transcript excerpt at App. 1420-1431)

v.    BKs Blog Interview with Bryce Madjick and Luke Kish (App. 1833) (transcript excerpt at App. 1432-1444)

vi.    Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products (App. 1834) (transcript excerpt at App. 1445-1451)

vii.    BK Boreyko Talks to Parents (App. 1835) (transcript excerpt at App. 1452-1458)

viii.   BKs 2014 Halftime Report (App. 1836) (transcript excerpt at App. 1459-1482)

ix.     Why a Game Plan with Ruth Elliott (App. 1837) (transcript excerpt at App. 1483-1489)

x.      Matt Morrow-Verve in Simple Terms (App. 1838) (transcript excerpt at App. 1490-1495)

xi.     Star Pinnacle Tom and Bethany Alkazin Vemma All in 2014 (App. 1839) (transcript excerpt at App. 1496-1501)

xii.    Darik Alexander – Ambassador Michelle Barnes (App. 1840) (transcript excerpt at App. 1502-1521)

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on August 14, 2015, at Dallas, Texas.

_____

**MATTHEW J THACKER**

# App. 0025 – 0030 Intentionally Left Blank




# STATE OF ARIZONA



---
Office of the
## CORPORATION COMMISSION
---

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**ARTICLES OF INCORPORATION, 09/09/2004**

consisting of 5 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO




**ARIZONA CORPORATION COMMISSION**
**CORPORATIONS DIVISION**

Phoenix Address: 1300 West Washington
Phoenix, Arizona 85007-2929

Tucson Address: 400 West Congress
Tucson, Arizona 85701-1347

**PROFIT**
**CERTIFICATE OF DISCLOSURE**
A.R.S. §10-202.D

VEMMA Nutrition Company
EXACT CORPORATE NAME

A. Has any person serving either by election or appointment as officer, director, trustee, incorporator and persons controlling or holding over 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation:

1. Been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
2. Been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the execution of this Certificate?
3. Been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the execution of this Certificate wherein such injunction, judgment, decree or permanent order
   (a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction?; or
   (b) Involved the violation of the consumer fraud laws of that jurisdiction?; or
   (c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction?

Yes _____ No ✓

B. IF YES, the following information MUST be attached:

1. Full name, prior name(s) and aliases, if used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7-year period).
5. Date and location of birth.

6. Social Security number.
7. The nature and description of each conviction or judicial action, date and location, the court and public agency involved and file or cause number of case.

C. Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity or held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

Yes _____ No ✓

IF YOUR ANSWER TO THE ABOVE QUESTION IS "YES", YOU MUST ATTACH THE FOLLOWING INFORMATION FOR EACH CORPORATION:

1. Name and address of the corporation.
2. Full name (including aliases) and address of each person involved.

3. State(s) in which the corporation:
   (a) Was incorporated. (b) Has transacted business
4. Dates of corporate operation.
5. Date and case number of Bankruptcy or date of revocation/administrative dissolution.

D. The fiscal year end adopted by the corporation is ___Dec. 31___

Under penalties of law, the undersigned incorporator(s)/officer(s) declare(s) that I(we) have examined this Certificate, including any attachments, and to the best of my(our) knowledge and belief it is true, correct and complete, and hereby declare as indicated above. THE SIGNATURE(S) MUST BE DATED WITHIN THIRTY (30) DAYS OF THE DELIVERY DATE.

BY _____

PRINT NAME __Benson K. Boreyko__

TITLE __Incorporator__    DATE __9-3-04__

BY _____

PRINT NAME _____

TITLE _____    DATE _____

DOMESTIC CORPORATIONS: ALL INCORPORATORS MUST SIGN THE INITIAL CERTIFICATE OF DISCLOSURE. If within sixty days, any person becomes an officer, director, trustee or person controlling or holding over 10% of the issued and outstanding shares or 10% of any other proprietary, beneficial, or membership interest in the corporation and the person was not included in this disclosure, the corporation must file an AMENDED certificate signed by at least one duly authorized officer of the corporation.

FOREIGN CORPORATIONS: MUST BE SIGNED BY AT LEAST ONE DULY AUTHORIZED OFFICER OF THE CORPORATION.
CF 0022 - Business Corporations
Rev 04/04

# ARTICLES OF INCORPORATION

## OF

### VÊMMA Nutrition Company

The undersigned incorporator, desiring to form a corporation pursuant to the laws of the State of Arizona, adopts the following Articles of Incorporation for such corporation:

## ARTICLE I

### NAME

The name of the Corporation is **VÊMMA Nutrition Company**

## ARTICLE II

### PURPOSE

The purpose for which the Corporation is organized is the transaction of any and all lawful business for which corporations may be incorporated under the laws of the State of Arizona, as the same may be amended from time to time.

## ARTICLE III

### INITIAL BUSINESS

The character of business that the Corporation initially intends to actually conduct in this state is to market dietary supplements products.

## ARTICLE IV

### AUTHORIZED CAPITAL

The Corporation shall have authority to issue 150,000,000 shares of Common Stock.

## ARTICLE V
### STATUTORY AGENT

The name and address of the Corporation's initial statutory agent is Sheena Tejeda, 8322 East Hartford Drive, Scottsdale, Arizona 85255.

## ARTICLE VI

### KNOWN PLACE OF BUSINESS

The address of the Corporation's known place of business is 8322 East Hartford Drive, Scottsdale, Arizona 85255.

## ARTICLE VII

### INITIAL BOARD OF DIRECTORS

The initial Board of Directors shall consist of three (3) Directors, and the names and addresses of the persons who shall serve as Directors until the first annual meeting of shareholders, or until their successors are elected and qualified, are:

| Name | Address |
|---|---|
| Benson K. Boreyko | 8322 East Hartford Drive Scottsdale, AZ 85255 |
| Karen Boreyko-Salmirs | 8322 East Hartford Drive Scottsdale, AZ 85255 |
| Lauren Boreyko | 8322 East Hartford Drive Scottsdale, AZ 85255 |

The number of Directors may be increased or decreased from time to time in the manner provided in the Bylaws of the Corporation.

## ARTICLE VIII

### INDEMNIFICATION

To the fullest extent permitted by Arizona General Corporation Law as the same exists or may hereafter be amended, the Corporation shall indemnify, defend and hold harmless any and all of its existing and former directors, advisory directors and officers from and against any and all losses, claims, damages, expenses, fees or liabilities, whether joint or several, incurred by each of them, including but not limited to all legal fees, judgments, penalties or amounts paid in defense, settlement or compromise, all of which may arise or be incurred, rendered, or levied in any legal action, or administrative proceeding brought or threatened against any of them by reason of the fact that such person is or was a director, advisory director or officer of the Corporation. Any repeal or modification of this Article shall be prospective only.

## ARTICLE IX

## LIMITATION OF DIRECTOR LIABILITY

No director of the Corporation shall be personally liable to the Corporation or its shareholders for monetary damages for breach of fiduciary duty as a director; provided, however, that this Article IX shall not eliminate or limit the liability of a director to the extent provided by applicable law for (i) the amount of financial benefit received by a director to which the director is not entitled; (ii) an intentional infliction of harm on the corporation or shareholders; (iii) a violation of Section 10-833 of the Arizona Revised Statutes; or (iv) an intentional violation of Arizona law. The limitation of liability provided herein shall continue after a director has ceased to occupy such position as to acts or omissions occurring during such director's term or terms of office, and no amendment or repeal of this Article IX shall apply to or have any effect on the liability or alleged liability of any director of the Corporation for or with respect to any acts or omissions of such director occurring prior to such amendment or repeal.

## ARTICLE X

## INCORPORATOR

The name and address of the incorporator is:

| Name | Address |
|------|---------|
| Benson K. Boreyko | 8322 East Hartford Drive Scottsdale, AZ 85255 |

All powers, duties and responsibilities of the incorporator shall cease upon filing of these Articles of Incorporation by the Arizona Corporation Commission.

DATED: September 3, 2004

BENSON K. BOREYKO

**INCORPORATOR**

## ACCEPTANCE OF APPOINTMENT BY STATUTORY AGENT

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named corporation effective this _3_ day of _Sept_ , 2004.

SHEENA TEJEDA

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2005 ANNUEL REPORT, 10/20/2005

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA NUTRITION COMPANY
### ACC file number: -1152647-2



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.

Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO



E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
# CORPORATION ANNUAL REPORT
# & CERTIFICATE OF DISCLOSURE

01376348



**DUE ON OR BEFORE**   09/09/2005         FY05-06         **FILING FEE**   $45.00

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10.   The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.    Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.

1.
   -1152647-2
   VEMMA NUTRITION COMPANY
   8322 E HARTFORD DR
   SCOTTSDALE, AZ  85255

   **Business Phone:** 480-927-8668 (Business phone is optional.)

   **State of Domicile:** ARIZONA   **Type of Corporation:** BUSINESS

2.
   Statutory Agent: SHEENA TEJEDA                    Physical Address, If Different.
   Mailing Address: 8322 E HARTFORD DR               Physical Address:
   City, State, Zip: SCOTTSDALE, AZ  85255           City, State, Zip: AZ

| ACC USE ONLY | *Use this box only if appointing a new Statutory Agent* |
|---|---|
| Fee    $   45.00<br>        18.00<br>Penalty  $<br>Reinstate $<br>Expedite  $<br>Resubmit $ | *If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.*<br><br>*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*<br><br>_____<br>Signature of new Statutory Agent<br><br>_____<br>Printed Name of new Statutory Agent |

3. **Secondary Address:**

   (Foreign Corporations are
   **REQUIRED** to complete
   this section).

4.   **CHARACTER OF BUSINESS**

   MANUFACTURING AND DISTRIBUTION OF NUTRITIONAL SUPPLEMENTS AND PERSONAL CA

   Date Received: 10/20/2005

-1152647-2  VEMMA NUTRITION COMPANY

Page 2

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.  Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**. Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 150000000 | A | |

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | A | |

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

**7. OFFICERS**

BENSON K. BOREYKO           KAREN L. BOREYKO

D. LYNNE BOREYKO

Name: BENSON K. BOREYKO              Name:
Title: PRESIDENT/CEO                  Title:
Address: 8322 E. HARTFORD DRIVE       Address:
         SCOTTSDALE, AZ  85255        Date Taking Office:
Date Taking Office: 11/15/2004


Name:                                 Name:
Title:                                Title:
Address:                              Address:
Date Taking Office:                   Date Taking Office:


**8. DIRECTORS**


Name: BENSON K. BOREYKO              Name: KAREN L. BOREYKO
Address: 8322 E. HARTFORD DRIVE      Address: 8322 E. HARTFORD DRIVE
         SCOTTSDALE, AZ  85255               SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004       Date Taking Office: 11/15/2004


Name: D. LYNNE BOREYKO              Name:
Address: 8322 E. HARTFORD DRIVE     Address:
         SCOTTSDALE, AZ  85255      Date Taking Office:
Date Taking Office: 11/15/2004

-1152647-2   VEMMA NUTRITION COMPANY

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)

Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

## 9A. MEMBERS (A.R.S. § 10-11622.A.6)

Only Nonprofit Corporations must answer this question.     This corporation **DOES** ☐ **DOES NOT** ☐ have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator <u>and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation</u> been: **[Underlined portion pertains to business corporations only]**

1.  Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.  Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.  Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked:   **YES** ☐   **NO** ☒

**If "YES", the following information <u>must be submitted</u>** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

| | | | |
|---|---|---|---|
| 1. | Full name and prior names used. | 5. | Date and location of birth. |
| 2. | Full birth name. | 6. | Social Security Number |
| 3. | Present home address. | 7. | The nature and description of each conviction or judicial action; |
| 4. | Prior addresses (for immediate preceding 7 year period). | | the date and location; the court and public agency involved, and the file or cause number of the case. |

## 11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.D.2, 10-1623 & 10-11623)

A) Has the corporation filed a petition for bankruptcy or appointed a receiver?   One box **must** be marked:   **YES** ☐ **NO** ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR <u>held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any corporation</u> which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

**[Underlined portion pertains to business corporations only]**     One box **must** be marked:   **YES** ☐   **NO** ☒

If "YES" to A and/or B, the following information <u>must be submitted</u> as an attachment to this report for each person subject to the statement above.

1.  The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2.  The state in which each corporation was a) incorporated b) transacted business.
3.  The dates of corporate operation.
4.  If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5.  Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6.  Name and address of court appointed receiver.

## 12. SIGNATURES:   Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

BENSON K. BOREYKO          10/20/2005

Name_____Date_____

BENSON K. BOREYKO

Signature_____

PRESIDENT/CEO

Title_____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**2006 ANNUEL REPORT, 09/08/2006**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO



STATE OF ARIZONA
## CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE



01736759

DUE ON OR BEFORE 09/09/2006        FY06-07        FILING FEE  $45.00

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.

1.

    -1152647-2
    VEMMA NUTRITION COMPANY
    8322 E HARTFORD DR
    SCOTTSDALE, AZ 85255

RECEIVED

SEP 0 8 2006

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

**Business Phone:** _____  (Business phone is optional.)

**State of Domicile: ARIZONA**        **Type of Corporation: BUSINESS**

2.
Statutory Agent: SHEENA TEJEDA              Physical Address, If Different.
Mailing Address: 8322 E HARTFORD DR        Physical Address:
City, State, Zip: SCOTTSDALE, AZ  85255    City, State, Zip:

| ACC USE ONLY | *Use this box only if appointing a new Statutory Agent* |
|---|---|
| Fee $_____ | *If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.* |
| Penalty $_____ | I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law. |
| Reinstate $_____ | |
| Expedite $_____ | _____ |
| Resubmit $_____ | Signature of *new* Statutory Agent |
| | _____ |
| | Printed Name of *new* Statutory Agent |

3. **Secondary Address:**

    (Foreign Corporations are
    **REQUIRED** to complete
    this section).

4. Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

| BUSINESS CORPORATIONS | | NON-PROFIT CORPORATIONS |
|---|---|---|
| __ 1. Accounting | __ 20. Manufacturing | 1. __ Charitable |
| __ 2. Advertising | __ 21. Mining | 2. __ Benevolent |
| __ 3. Aerospace | __ 22. News Media | 3. __ Educational |
| __ 4. Agriculture | __ 23. Pharmaceutical | 4. __ Civic |
| __ 5. Architecture | __ 24. Publishing/Printing | 5. __ Political |
| __ 6. Banking/Finance | __ 25. Ranching/Livestock | 6. __ Religious |
| __ 7. Barbers/Cosmetology | __ 26. Real Estate | 7. __ Social |
| __ 8. Construction | __ 27. Restaurant/Bar | 8. __ Literary |
| __ 9. Contractor | __ 28. Retail Sales | 9. __ Cultural |
| __ 10. Credit/Collection | __ 29. Science/Research | 10. __ Athletic |
| __ 11. Education | __ 30. Sports/Sporting Events | 11. __ Science/Research |
| __ 12. Engineering | __ 31. Technology(Computers) | 12. __ Hospital/Health Care |
| __ 13. Entertainment | __ 32. Technology(General) | 13. __ Agricultural |
| __ 14. General Consulting | __ 33. Television/Radio | 14. __ Animal Husbandry |
| __ 15. Health Care | __ 34. Tourism/Convention Services | 15. __ Homeowner's Association |
| __ 16. Hotel/Motel | __ 35. Transportation | 16. __ Professional, commercial |
| __ 17. Import/Export | __ 36. Utilities | industrial or trade association |
| __ 18. Insurance | __ 37. Veterinary Medicine/Animal Care | 17. __ Other_____ |
| __ 19. Legal Services | X 38. Other manufacturing and distribution | |
| | of nutritional supplements | |

Page 2

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. **Please Print or Type Clearly.**

**5a.**    Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized.**

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 150,000,000 | A | |

**5b.**    Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued.**

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | A | |

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation. **Please Type or Print Clearly.**

Name: Benson K. Boreyko      Name: Karen L. Boreyko

NONE ☐

Name: D. Lynne Boreyko      Name:

**7. OFFICERS**    **Please Type or Print Clearly. You Must List at Least One.**

| | |
|---|---|
| Name: Benson K. Boreyko | Name: |
| Title: President/CEO | Title: |
| Address: 8322 E. Hartford Drive<br>Scottsdale, AZ 85255 | Address: |
| Date taking office: 11/15/04 | Date taking office: |
| Name: | Name: |
| Title: | Title: |
| Address: | Address: |
| Date taking office: | Date taking office: |

**8. DIRECTORS**    **Please Type or Print Clearly. You Must List at Least One.**

| | |
|---|---|
| Name:<br>Benson K. Boreyko<br>Address: 8322 E. Hartford Drive<br>Scottsdale, AZ 85255 | Name:<br>Karen L. Boreyko<br>Address: 8322 E. Hartford Drive<br>Scottsdale, AZ 85255 |
| Date taking office: 11/15/04 | Date taking office: 11/15/04 |
| Name:<br>D. Lynne Boreyko<br>Address: 8322 E. Hartford Drive<br>Scottsdale, AZ 85255 | Name:<br>Address: |
| Date taking office: 11/15/04 | Date taking office: |

**App. 0043**

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)**
Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. § 10-11622.A.6)**

| Only Nonprofit Corporations must answer this question. |

This corporation **DOES** ☐  **DOES NOT** ☒ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)**
Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: [Underlined portion pertains to business corporations only]

1.  Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.  Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.  Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

| One box **must** be marked: | **YES** ☐   **NO** ☒ |

If "YES", the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

1.  Full name and prior names used.
2.  Full birth name.
3.  Present home address.
4.  Prior addresses (for immediate preceding 7 year period).
5.  Date and location of birth.
6.  Social Security Number
7.  The nature and description of each conviction or judicial action; the date and location; the court and public agency involved, and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.D.2, 10-1623 & 10-11623)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver? | One box **must** be marked: | **YES** ☐   **NO** ☒ |

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

**[Underlined portion pertains to business corporations only]** | One box **must** be marked: | **YES** ☐   **NO** ☒ |

If "YES" to A and/or B, the following information **must be submitted** as an attachment to this report for each person subject to the statement above.
1.  The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2.  The state in which each corporation was a) incorporated b) transacted business.
3.  The dates of corporate operation.
4.  If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5.  Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6.  Name and address of court appointed receiver.

**12. SIGNATURES:** | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _Benson K Borayko_  Date _8/31/06_  Name _____  Date _____

Signature _____  Signature _____

Title _President | CEO_  Title _____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

 

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2007 ANNUEL REPORT, 08/06/2007

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO

 



# STATE OF ARIZONA
## CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT
### & CERTIFICATE OF DISCLOSURE

AZ Corp. Commission



02108946

DUE ON OR BEFORE 09/09/2007          FY07-08          FILING FEE $45.00

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.

**1.**

  -1152647-2
VEMMA NUTRITION COMPANY
8322 E HARTFORD DR
SCOTTSDALE, AZ 85255

RECEIVED

AUG 0 6 2007

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

Business Phone:_____    (Business phone is optional.)

State of Domicile: ARIZONA          Type of Corporation: BUSINESS

**2.**

Statutory Agent: SHEENA TEJEDA          Physical Address, If Different.
Mailing Address: 8322 E HARTFORD DR          Physical Address:
City, State, Zip: SCOTTSDALE, AZ  85255          City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee | $_____ |
| Penalty | $_____ |
| Reinstate | $_____ |
| Expedite | $_____ |
| Resubmit | $_____ |

*Use this box only if appointing a new Statutory Agent*

If appointing a *new* statutory agent, the new agent MUST consent to that appointment by signing below.

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

**3.   Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

**4.**   Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

BUSINESS CORPORATIONS

___ 1. Accounting
___ 2. Advertising
___ 3. Aerospace
___ 4. Agriculture
___ 5. Architecture
___ 6. Banking/Finance
___ 7. Barbers/Cosmetology
___ 8. Construction
___ 9. Contractor
___ 10. Credit/Collection
___ 11. Education
___ 12. Engineering
___ 13. Entertainment
___ 14. General Consulting
___ 15. Health Care
___ 16. Hotel/Motel
___ 17. Import/Export
___ 18. Insurance
___ 19. Legal Services

___ 20. Manufacturing
___ 21. Mining
___ 22. News Media
___ 23. Pharmaceutical
___ 24. Publishing/Printing
___ 25. Ranching/Livestock
___ 26. Real Estate
___ 27. Restaurant/Bar
___ 28. Retail Sales
___ 29. Science/Research
___ 30. Sports/Sporting Events
___ 31. Technology(Computers)
___ 32. Technology(General)
___ 33. Television/Radio
___ 34. Tourism/Convention Services
___ 35. Transportation
___ 36. Utilities
___ 37. Veterinary Medicine/Animal Care
X 38. Other Manufacturing and distribution of nutritional Supplements

NON-PROFIT CORPORATIONS

1. ___ Charitable
2. ___ Benevolent
3. ___ Educational
4. ___ Civic
5. ___ Political
6. ___ Religious
7. ___ Social
8. ___ Literary
9. ___ Cultural
10. ___ Athletic
11. ___ Science/Research
12. ___ Hospital/Health Care
13. ___ Agricultural
14. ___ Animal Husbandry
15. ___ Homeowner's Association
16. ___ Professional, commercial industrial or trade association
17. ___ Other_____

**App. 0046**

-1152647-2 VEMMA NUTRITION COMPANY

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. **Please Print or Type Clearly.**

**5a.**   Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**   50,000,000

Class   A

Series Within Class (if any)

**5b.**   Review all corporation amendments to determine if the original number of shares has changed.   Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**   1,000

Class   A

Series Within Class (if any)

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation. **Please Type or Print Clearly.**

Name: Benson K. Boreyko     Name: Karen L. Boreyko

NONE ☐

Name: D. Lynne Boreyko     Name:

**7. OFFICERS**   Please Type or Print Clearly. You Must List at Least One.

Name: Benson K. Boreyko     Name:

Title: President and CEO     Title:

Address: 8322 E. Hartford Drive     Address:
Scottsdale AZ 85255

Date taking office: 11/15/2004     Date taking office:

Name:     Name:

Title:     Title:

Address:     Address:

Date taking office:     Date taking office:

**8. DIRECTORS**   Please Type or Print Clearly. You Must List at Least One.

Name: Benson K. Boreyko     Name: Karen L. Boreyko

Address: 8322 E. Hartford Drive     Address: 8322 E. Hartford Drive
Scottsdale AZ 85255     Scottsdale AZ 85255

Date taking office: 11/15/2004     Date taking office: 11/15/2004

Name: D. Lynne Boreyko     Name:

Address: 8322 E. Hartford Drive     Address:
Scottsdale AZ 85255

Date taking office: 11/15/2004     Date taking office:

**App. 0047**

Please Enter Corporation Name: ~V C~MMA NUT KI I ION COMp/HY~ File number II~J~~t /~~2~ Page 3

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)

Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

### 9A.  MEMBERS (A.R.S. § 10-11622.A.6)

| Only Nonprofit Corporations must answer this question. |

This corporation **DOES** ☐ **DOES NOT** ☑ have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: [**Underlined portion pertains to business corporations only**]

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

| One box **must** be marked: | **YES** ☐   **NO** ☑ |

If "YES", the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

| | | | |
|---|---|---|---|
| 1. | Full name and prior names used. | 5. | Date and location of birth. |
| 2. | Full birth name. | 6. | Social Security Number |
| 3. | Present home address. | 7. | The nature and description of each conviction or judicial action; |
| 4. | Prior addresses (for immediate preceding 7 year period). | | the date and location; the court and public agency involved, and the file or cause number of the case. |

## 11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.D.2, 10-1623 & 10-11623)

A) Has the corporation filed a petition for bankruptcy or appointed a receiver? | One box **must** be marked:   **YES** ☐   **NO** ☑

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

[**Underlined portion pertains to business corporations only**] | One box **must** be marked:   **YES** ☐   **NO** ☑

If "YES" to A and/or B, the following information **must be submitted** as an attachment to this report for each person subject to the statement above.
1. The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was a) incorporated b) transacted business.
3. The dates of corporate operation.
4. If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

## 12. SIGNATURES: | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _Benson K. Boreyko_ Date _8/3/2007_ Name _____ Date _____

Signature _____ Signature _____

Title _President and CEO_ Title _____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

**App. 0048**




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2008 ANNUEL REPORT, 08/04/2008

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA NUTRITION COMPANY
### ACC file number: -1152647-2



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.

_Jodi A. Jerich_

Jodi  A. Jerich,  Executive Director

By: _J. Alonzo_

TRISH ALONZO




 E-FILED **STATE OF ARIZONA** 02520133 
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

**DUE ON OR BEFORE** 09/09/2008   FY08-09   **FILING FEE** $45.00

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10.   The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.   Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions on page 4 for proper format.

1. -1152647-2
   VEMMA NUTRITION COMPANY
   8322 EAST HARTFORD DRIVE
   SCOTTSDALE, AZ   85255

   **Business Phone:**_____  (Business phone is optional.)

   **State of Domicile:** ARIZONA   **Type of Corporation:**   BUSINESS

2. Statutory Agent: SHEENA TEJEDA                    Physical Address, If Different.
   Mailing Address: 8322 E HARTFORD DRIVE            Physical Address:
   City, State, Zip: SCOTTSDALE, AZ 85255            City, State,  Zip: AZ

   | ACC USE ONLY | |
   |---|---|
   | Fee | $ 45.00 |
   | | 0.00 |
   | Penalty | $_____ |
   | Reinstate | $ 0.00 |
   | Expedite | $_____ |
   | Resubmit | $_____ |

   **Use this box only if appointing a new Statutory Agent**

   If appointing a *new* statutory agent, the new agent MUST consent to that appointment by signing below.

   I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

   _____
   Signature of *new* Statutory Agent

   _____
   Printed Name of *new* Statutory Agent

3. **Secondary Address:**

   (Foreign Corporations are **REQUIRED** to complete this section).

4. CHARACTER OF BUSINESS

   MANUFACTURING AND DISTRIBUTION OF NUTRITIONAL SUPPLEMENTS AND PERSONAL CA

   Received: 08/04/2008 15:48

-1152647-2   VEMMA NUTRITION COMPANY

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.**   Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**        Class              Series Within Class (if any)

   150000000                              A

**5b.**   Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**             Class              Series Within Class (if any)
   1000                                    A

**6. SHAREHOLDERS:**   (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

   BENSON K. BOREYKO              D. LYNNE BOREYKO

   KAREN L. BOREYKO

**7. OFFICERS**

```
   Name: BENSON K BOREYKO           Name:
  Title: PRESIDENT/CEO             Title:
Address: 8322 E. HARTFORD DRIVE  Address:
         SCOTTSDALE, AZ  85255   Date Taking Office:
Date Taking Office: 11/15/2004


   Name:                            Name:
  Title:                           Title:
Address:                         Address:
Date Taking Office:              Date Taking Office:
```

**8. DIRECTORS**

```
   Name: BENSON K. BOREYKO          Name: KAREN L. BOREYKO
Address: 8322 EAST HARTFORD DRIVE Address: 8322 EAST HARTFORD DRIVE
         SCOTTSDALE, AZ  85255            SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004    Date Taking Office: 11/15/2004


   Name: D. LYNNE BOREYKO           Name:
Address: 8322 EAST HARTFORD DRIVE Address:
         SCOTTSDALE, AZ  85255    Date Taking Office:
Date Taking Office: 11/15/2004
```

-1152647-2   VEMMA NUTRITION COMPANY

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.9)

Nonprofit corporations **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

## 9A. MEMBERS (A.R.S. § 10-11622.A.6)

Only Nonprofit Corporations must answer this question.      This corporation **DOES** ☐ **DOES NOT** ☐ have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator <u>and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation</u> been: **[Underlined portion pertains to business corporations only]**

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked:   **YES** ☐   **NO** ☒

If "YES", the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).
5. Date and location of birth.
6. Social Security Number
7. The nature and description of each conviction or judicial action; the date and location; the court and public agency involved, and the file or cause number of the case.

## 11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-3202.02, 10-1623 & 10-11623)

A) Has the corporation filed a petition for bankruptcy or appointed a receiver?   One box **must** be marked:   **YES** ☐ **NO** ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR <u>held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation</u> which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?

**[Underlined portion pertains to business corporations only]**   One box **must** be marked:   **YES** ☐ **NO** ☒

If "YES" to A and/or B, the following information **must be submitted** as an attachment to this report for each person subject to the statement above.

1. The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was a) incorporated b) transacted business.
3. The dates of corporate operation.
4. If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

## 12. SIGNATURES: Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _BENSON K. BOREYKO_      Date _08/04/2008_

Signature _BENSON K. BOREYKO_

Title_ PRESIDENT/CEO_

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**2009 ANNUEL REPORT, 08/03/2009**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



_Jodi A. Jerich_

Jodi A. Jerich, Executive Director

By: _J. Alonzo_

TRISH ALONZO



E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

02871215



**DUE ON OR BEFORE**   09/09/2009                    **FILING FEE**   $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

```
      -1152647-2
1.  VEMMA NUTRITION COMPANY
    8322 EAST HARTFORD DRIVE
    SCOTTSDALE, AZ   85255
```

**Business Phone:** _____     (Business phone is optional.)

**State of Domicile:** ARIZONA     **Type of Corporation:** BUSINESS

```
2.  Statutory Agent: SHEENA TEJEDA                    Statutory Agent's Street or Physical Address:
    Mailing Address: 8322 E HARTFORD DRIVE            Physical Address:
    City, State, Zip: SCOTTSDALE, AZ  85255           City, State,  Zip: AZ
```

| ACC USE ONLY |
|---|
| Fee $ 45.00 |
| Penalty $ 0.00 |
| Reinstate$ 0.00 |
| Expedite $ |
| Resubmit$ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.  Note that the agent address must be in Arizona.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

**3.   Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

**4.   CHARACTER OF BUSINESS**

MANUFACTURING AND DISTRIBUTION OF NUTRITIONAL SUPPLEMEN

Received: 08/03/2009 12:45

-1152647-2   VEMMA NUTRITION COMPANY                                        Page 2

**5. CAPITALIZATION**:   (For-profit Corporations and Business Trusts are <u>REQUIRED</u> to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**            Class                    Series Within Class (if any)
        150000000                              A

**5b.** Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**            Class                    Series Within Class (if any)
        1000                                  A

**6. SHAREHOLDERS**:   (For-profit Corporations and Business Trusts are <u>REQUIRED</u> to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

        BENSON K BOREYKO                        KAREN L BOREYKO

                D LYNNE BOREYKO

**7. OFFICERS**

    Name:  BENSON K BOREYKO                 Name:
    Title: PRESIDENT/CEO                    Title:
    Address: 8322 E. HARTFORD DRIVE         Address:
             SCOTTSDALE, AZ  85255          Date Taking Office:
    Date Taking Office: 11/15/2004


    Name:                                   Name:
    Title:                                  Title:
    Address:                                Address:
    Date Taking Office:                     Date Taking Office:


**8. DIRECTORS**

    Name:  BENSON K BOREYKO                 Name:  KAREN L BOREYKO
    Address: 8322 EAST HARTFORD DRIVE       Address: 8322 EAST HARTFORD DRIVE
             SCOTTSDALE, AZ  85255                   SCOTTSDALE, AZ  85255
    Date Taking Office: 11/15/2004          Date Taking Office: 11/15/2004


    Name:  D LYNNE BOREYKO                  Name:
    Address: 8322 EAST HARTFORD DRIVE       Address:
             SCOTTSDALE, AZ  85255          Date Taking Office:
    Date Taking Office: 11/15/2004

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

-1152647-2   VEMMA NUTRITION COMPANY                                    Page 3

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**
**Nonprofits –** if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).   If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A.  MEMBERS (A.R.S. §10-11622(A)(6))          This corporation DOES ❏ DOES NOT ❏ have members.**

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))**
A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
      (a) fraud or registration provisions of the securities laws of that jurisdiction, or
      (b) the consumer fraud laws of that jurisdiction, or
      (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:  YES ❏   NO ☒**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 7 year period.
5.   Date and location of birth.
6.   The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:  YES ❏   NO ☒**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
      (a) Name and address of each corporation and the persons involved.
      (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
      (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**

A.   Has the **corporation** filed a petition for bankruptcy or appointed a receiver?  **One box must be marked:   YES ❏   NO ☒**
If "Yes" to A, the following information **must be submitted** as an attachment to this report:
      1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

      2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
            (a) Name and address of each corporation;
            (b) States in which it:  (i) was incorporated and    (ii) transacted business.
            (c) Dates of operation.

**12. SIGNATURES:**  | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  BENSON K. BOREYKO        Date 08/03/2009

Signature  BENSON K. BOREYKO

Title  PRESIDENT/CEO

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2010 ANNUEL REPORT, 08/09/2010

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
                TRISH ALONZO