

**WEB FORM COPY**

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

AZ Corp. Commission



03224297



**DUE ON OR BEFORE** 09/09/2010

**FILING FEE** $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

-1152647-2

**1.**
VEMMA NUTRITION COMPANY
8322 EAST HARTFORD DRIVE
SCOTTSDALE, AZ 85255



RECEIVED

AUG 0 9 2010

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

**Business Phone:** _____

(Business phone is optional.)

**State of Domicile:** ARIZONA

**Type of Corporation:** BUSINESS

**2.**

Statutory Agent: B K BOREYKO
Mailing Address: 8322 E HARTFORD DR
City, State, Zip: SCOTTSDALE, AZ 85255

Statutory Agent's Street or Physical Address, if Different.
Physical Address:
City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee | $_____ |
| Penalty | $_____ |
| Reinstate$ | _____ |
| Expedite | $_____ |
| Resubmit$ | _____ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

**3. Secondary Address:**

(Foreign Corporations are **REQUIRED** to complete this section).

**4.** Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

**BUSINESS CORPORATIONS**

- ☐ 1. Accounting
- ☐ 2. Advertising
- ☐ 3. Aerospace
- ☐ 4. Agriculture
- ☐ 5. Architecture
- ☐ 6. Banking/Finance
- ☐ 7. Barbers/Cosmetology
- ☐ 8. Construction
- ☐ 9. Contractor
- ☐ 10. Credit/Collection
- ☐ 11. Education
- ☐ 12. Engineering
- ☐ 13. Entertainment
- ☐ 14. General Consulting
- ☐ 15. Health Care
- ☐ 16. Hotel/Motel
- ☐ 17. Import/Export
- ☐ 18. Insurance
- ☐ 19. Legal Services
- ☐ 20. Manufacturing
- ☐ 21. Mining
- ☐ 22. News Media
- ☐ 23. Pharmaceutical
- ☐ 24. Publishing/Printing
- ☐ 25. Ranching/Livestock
- ☐ 26. Real Estate
- ☐ 27. Restaurant/Bar
- ☐ 28. Retail Sales
- ☐ 29. Science/Research
- ☐ 30. Sports/Sporting Events
- ☐ 31. Technology(Computers)
- ☐ 32. Technology(General)
- ☐ 33. Television/Radio
- ☐ 34. Tourism/Convention Services
- ☐ 35. Transportation
- ☐ 36. Utilities
- ☐ 37. Veterinary Medicine/Animal Care
- ☑ 38. Other MANUFACTURING AND DISTRIBUTION OF NUTRI

**NON-PROFIT CORPORATIONS**

- ☐ 1. Charitable
- ☐ 2. Benevolent
- ☐ 3. Educational
- ☐ 4. Civic
- ☐ 5. Political
- ☐ 6. Religious
- ☐ 7. Social
- ☐ 8. Literary
- ☐ 9. Cultural
- ☐ 10. Athletic
- ☐ 11. Science/Research
- ☐ 12. Hospital/Health Care
- ☐ 13. Agricultural
- ☐ 14. Cooperative Marketing Association
- ☐ 15. Animal Husbandry
- ☐ 16. Homeowner's Association
- ☐ 17. Professional, commercial industrial or trade association
- ☐ 18. Other _____

NAV

-1152647-2    VEMMA NUTRITION COMPANY                                                    Page 2

**5. CAPITALIZATION:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. PLEASE PRINT OR TYPE CLEARLY.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.
Number of Shares/Certificates **Authorized**                    Class                     Series Within Class (if any)
        150000000                                               A

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.
Number of Shares/Certificates **Issued**                        Class                     Series Within Class (if any)
        1000                                                    A

**6. SHAREHOLDERS:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

**Name:** BENSON K BOREYKO                          **Name:** KAREN L BOREYKO

NONE ☐

**Name:** D LYNNE BOREYKO                           **Name:**

**7. OFFICERS**   PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

**Name:**  BENSON K BOREYKO                          **Name:**

**Title:**  PRESIDENT/CEO                             **Title:**

**Address:** 8322 E. HARTFORD DRIVE                  **Address:**

            SCOTTSDALE, AZ 85255

Date taking office: 11/15/2004                       Date taking office:

**Name:**                                            **Name:**

**Title:**                                           **Title:**

**Address:**                                         **Address:**


Date taking office:                                  Date taking office:

**8. DIRECTORS**   PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

**Name:**  BENSON K BOREYKO                          **Name:**  KAREN L BOREYKO

**Address:** 8322 EAST HARTFORD DRIVE                **Address:** 8322 EAST HARTFORD DRIVE

            SCOTTSDALE, AZ 85255                                 SCOTTSDALE, AZ 85255

Date taking office: 11/15/2004                       Date taking office: 11/15/2004

**Name:**  D LYNNE BOREYKO                           **Name:**

**Address:** 8322 EAST HARTFORD DRIVE                **Address:**

            SCOTTSDALE, AZ 85255

Date taking office: 11/15/2004                       Date taking office:

AR:0046
Rev. 12/2008

Please Enter Corporation Name: VEMMA NUTRITION COMPANY    File number -1152647-2    Page 3

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))

**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement. All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

## ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**    This corporation **DOES ☐ DOES NOT ☐** have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))

A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:  YES ☐  NO ☒**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 7 year period.

5.   Date and location of birth.
6.   The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:  YES ☐  NO ☒**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
   (a) Name and address of each corporation and the persons involved.
   (b) State(s) in which it: (i) was incorporated and   (ii) transacted business.
   (c) Dates of corporate operation.

## 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.   Has the **corporation** filed a petition for bankruptcy or appointed a receiver? **One box must be marked:   YES ☐  NO ☒**
   If "Yes" to A, the following information **must be submitted** as an attachment to this report:
   1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

   2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership the other corporation. If so, for each such corporation give:
      (a) Name and address of each corporation;
      (b) States in which it: (i) was incorporated and   (ii) transacted business.
      (c) Dates of operation.

**12. SIGNATURES:** | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name B.K. Boreyko    Date 8/2/2010    Name_____    Date_____

Signature_____    Signature_____

Title President/CEO    Title_____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**2011 ANNUEL REPORT, 09/20/2011**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.

Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO






E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
## CORPORATION ANNUAL REPORT
## & CERTIFICATE OF DISCLOSURE

03625221



**DUE ON OR BEFORE**   09/09/2011                    **FILING FEE**   $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

        -1152647-2
1.   VEMMA NUTRITION COMPANY
     8322 EAST HARTFORD DRIVE
     SCOTTSDALE, AZ   85255


         **Business Phone:** _____   (Business phone is optional.)
         **State of Domicile:** ARIZONA           **Type of Corporation:** BUSINESS

2.   Statutory Agent: B K BOREYKO                  Statutory Agent's Street or Physical Address:
     Mailing Address: 8322 E HARTFORD DR           Physical Address:
     City, State, Zip: SCOTTSDALE, AZ  85255       City, State,  Zip: AZ


| ACC USE ONLY | |
| --- | --- |
| Fee | $ 45.00 |
| Penalty | $ 9.00 |
| Reinstate$ | 0.00 |
| Expedite $ | 35.00 |
| Resubmit$ | _____ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.   Note that the agent address must be in Arizona.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.   **Secondary Address:**

     (Foreign Corporations are **REQUIRED**
          to complete this section).

4.   CHARACTER OF BUSINESS

          MANUFACTURING AND DISTRIBUTION OF NUTRIT

          Received: 09/20/2011 13:50

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

**App. 0062**

-1152647-2   VEMMA NUTRITION COMPANY                                    Page 2

**5. CAPITALIZATION:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**          Class          Series Within Class (if any)

    150000000          A

**5b.** Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**          Class          Series Within Class (if any)

    1000          A

**6. SHAREHOLDERS:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

    VEMMA INTL HOLDINGS, INC.

**7. OFFICERS**

| | |
|---|---|
| Name:  BENSON K BOREYKO | Name: |
| Title:  PRESIDENT/CEO | Title: |
| Address:  8322 E. HARTFORD DRIVE | Address: |
|     SCOTTSDALE, AZ  85255 | Date Taking Office: |
| Date Taking Office: 11/15/2004 | |

| | |
|---|---|
| Name: | Name: |
| Title: | Title: |
| Address: | Address: |
| Date Taking Office: | Date Taking Office: |

**8. DIRECTORS**

| | |
|---|---|
| Name: BENSON K BOREYKO | Name: KAREN L BOREYKO |
| Address: 8322 EAST HARTFORD DRIVE | Address: 8322 EAST HARTFORD DRIVE |
|     SCOTTSDALE, AZ  85255 |     SCOTTSDALE, AZ  85255 |
| Date Taking Office: 11/15/2004 | Date Taking Office: 11/15/2004 |

| | |
|---|---|
| Name:  D LYNNE BOREYKO | Name: |
| Address: 8322 EAST HARTFORD DRIVE | Address: |
|     SCOTTSDALE, AZ  85255 | Date Taking Office: |
| Date Taking Office: 11/15/2004 | |

-1152647-2   VEMMA NUTRITION COMPANY                                                                                   Page 3

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**
**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).   If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A.   MEMBERS (A.R.S. §10-11622(A)(6))**             This corporation **DOES** ❑  **DOES NOT** ❑ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))**

A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
     (a) fraud or registration provisions of the securities laws of that jurisdiction, or
     (b) the consumer fraud laws of that jurisdiction, or
     (c) the antitrust or restraint of trade laws of that jurisdiction?

                                                            **One box must be marked:  YES** ❑  **NO** ☒

If **"YES" to A, the following information** must be submitted as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.   Full birth name.                                                     5.   Date and location of birth.
2.   Full present name and prior names used.                              6.   The nature and description of each conviction or judicial
3.   Present home address.                                                      action; the date and location; the court and public agency
4.   All prior addresses for immediately preceding 7 year                       involved; and the file or cause number of the case.
     period.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

                                                            **One box must be marked:  YES** ❑  **NO** ☒

If **"YES" to B, the following information** must be submitted as an attachment to this report for each corporation subject to the statement above.
     (a) Name and address of each corporation and the persons involved.
     (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
     (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**

A.   Has the corporation filed a petition for bankruptcy or appointed a receiver?  One box must be marked:  **YES** ❑  **NO** ☒
     If **"Yes" to A, the following information** must be submitted as an attachment to this report:
     1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
     2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
          (a) Name and address of each corporation;
          (b) States in which it:  (i) was incorporated and   (ii) transacted business.
          (c) Dates of operation.

**12. SIGNATURES:**   | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue.  I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  BENSON K BOREYKO                   Date 09/20/2011

Signature  BENSON K BOREYKO

Title  PRESIDENT/CEO
                    (Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# STATE OF ARIZONA



### Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**2012 ANNUEL REPORT, 08/01/2012**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



*Jodi A. Jerich*, Executive Director

By: _____

TRISH ALONZO



**WEB FORM COPY**

# STATE OF ARIZONA
## CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT
### & CERTIFICATE OF DISCLOSURE



AZ Corp. Commission

03967371



**DUE ON OR BEFORE** 09/09/2012                                    **FILING FEE** $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

-1152647-2

1.
VEMMA NUTRITION COMPANY
8322 EAST HARTFORD DRIVE
SCOTTSDALE, AZ 85255

RECEIVED

AUG 0 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

**Business Phone:** (480) 927-8999          (Business phone is optional.)
**State of Domicile:** ARIZONA          **Type of Corporation:** BUSINESS

2.
Statutory Agent: B K BOREYKO          Statutory Agent's Street or Physical Address, if Different.
Mailing Address: 8322 E HARTFORD DR          Physical Address:
City, State, Zip: SCOTTSDALE, AZ 85255          City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee | $ |
| Penalty | $ |
| Reinstate$ | |
| Expedite | $ |
| Resubmit$ | |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.   **Secondary Address:**

(Foreign Corporations are **REQUIRED**
to complete this section).

4.   Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

**BUSINESS CORPORATIONS**

- ☐ 1. Accounting
- ☐ 2. Advertising
- ☐ 3. Aerospace
- ☐ 4. Agriculture
- ☐ 5. Architecture
- ☐ 6. Banking/Finance
- ☐ 7. Barbers/Cosmetology
- ☐ 8. Construction
- ☐ 9. Contractor
- ☐ 10. Credit/Collection
- ☐ 11. Education
- ☐ 12. Engineering
- ☐ 13. Entertainment
- ☐ 14. General Consulting
- ☐ 15. Health Care
- ☐ 16. Hotel/Motel
- ☐ 17. Import/Export
- ☐ 18. Insurance
- ☐ 19. Legal Services

- ☐ 20. Manufacturing
- ☐ 21. Mining
- ☐ 22. News Media
- ☐ 23. Pharmaceutical
- ☐ 24. Publishing/Printing
- ☐ 25. Ranching/Livestock
- ☐ 26. Real Estate
- ☐ 27. Restaurant/Bar
- ☐ 28. Retail Sales
- ☐ 29. Science/Research
- ☐ 30. Sports/Sporting Events
- ☐ 31. Technology(Computers)
- ☐ 32. Technology(General)
- ☐ 33. Television/Radio
- ☐ 34. Tourism/Convention Services
- ☐ 35. Transportation
- ☐ 36. Utilities
- ☐ 37. Veterinary Medicine/Animal Care
- ■ 38. Other MANUFACTURING AND DISTRIBUTION OF NUTRIT

**NON-PROFIT CORPORATIONS**

- 1. ☐ Charitable
- 2. ☐ Benevolent
- 3. ☐ Educational
- 4. ☐ Civic
- 5. ☐ Political
- 6. ☐ Religious
- 7. ☐ Social
- 8. ☐ Literary
- 9. ☐ Cultural
- 10. ☐ Athletic
- 11. ☐ Science/Research
- 12. ☐ Hospital/Health Care
- 13. ☐ Agricultural
- 14. ☐ Cooperative Marketing Association
- 15. ☐ Animal Husbandry
- 16. ☐ Homeowner's Association
- 17. ☐ Professional, commercial industrial or trade association
- 18. ☐ Other_____

AR:0046

Arizona Corporation Commission
Corporations Division

-1152647-2    VEMMA NUTRITION COMPANY                                                    Page 2

**5. CAPITALIZATION:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. PLEASE PRINT OR TYPE CLEARLY.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 150000000 | A | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | A | |

**6. SHAREHOLDERS:**  (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

NONE ☐

Name: VEMMA INTL HOLDINGS INC          Name: _____

Name: _____          Name: _____

**7. OFFICERS**    PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

Name:  BENSON K BOREYKO                 Name: _____

Title:  PRESIDENT/CEO                   Title: _____

Address:  8322 E. HARTFORD DRIVE        Address: _____

          SCOTTSDALE, AZ 85255          _____

Date taking office:  11/15/2004         Date taking office: _____

Name: _____          Name: _____

Title: _____         Title: _____

Address: _____       Address: _____

_____                 _____

_____                 _____

Date taking office: _____    Date taking office: _____

**8. DIRECTORS**    PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

Name:  BENSON K BOREYKO                 Name:  KAREN L BOREYKO

Address:  8322 EAST HARTFORD DRIVE      Address:  8322 EAST HARTFORD DRIVE

          SCOTTSDALE, AZ 85255                    SCOTTSDALE, AZ 85255

Date taking office:  11/15/2004         Date taking office:  11/15/2004

Name:  D LYNNE BOREYKO                  Name: _____

Address:  8322 EAST HARTFORD DRIVE      Address: _____

          SCOTTSDALE, AZ 85255          _____

Date taking office:  11/15/2004         Date taking office: _____

AR:0046

Arizona Corporation Commission

**App. 0067**

Please Enter Corporation Name: VEMMA NUTRITION COMPANY _____ File number -1152647-2 ___ Page 3

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))**
**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement. All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

**9A. MEMBERS (A.R.S. §10-11622(A)(6))** This corporation **DOES** ☐ **DOES NOT** ☐ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))**
A.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.  Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.  Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.  Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked: YES** ☐ **NO** ☒

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1.  Full birth name.
2.  Full present name and prior names used.
3.  Present home address.
4.  All prior addresses for immediately preceding 7 year period.

5.  Date and location of birth.
6.  The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.  Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked: YES** ☐ **NO** ☒

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
    (a) Name and address of each corporation and the persons involved.
    (b) State(s) in which it: (i) was incorporated and  (ii) transacted business.
    (c) Dates of corporate operation.

**11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)**

A.  Has the **corporation** filed a petition for bankruptcy or appointed a receiver?  **One box must be marked: YES** ☐ **NO** ☒
    If "Yes" to A, the following information **must be submitted** as an attachment to this report:
    1.  All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

    2.  Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
        (a) Name and address of each corporation;
        (b) States in which it: (i) was incorporated and  (ii) transacted business.
        (c) Dates of operation.

**12. SIGNATURES:** | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

| Name Benson K. Boreyko | Date 7/23/2012 | Name _____ | Date _____ |
| Signature _____ | | Signature _____ | |
| Title President/CEO/Director | | Title _____ | |

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR:0046

Arizona Corporation Commission
Corporations Division

**App. 0068**



# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2013 ANNUEL REPORT, 08/23/2013

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO





E-FILED

**STATE OF ARIZONA**
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

04395719



**DUE ON OR BEFORE**   09/09/2013        **FILING FEE**   $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations
organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S.  §§10-
121(A) & 10-3121(A).  YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where
necessary. Information for the report should reflect the current status of the corporation.

1.
    -1152647-2
    VEMMA NUTRITION COMPANY
    8322 EAST HARTFORD DRIVE
    SCOTTSDALE, AZ   85255

**Business Phone:** _____   (Business phone is optional.)

**State of Domicile:** ARIZONA        **Type of Corporation:** BUSINESS

2.
Statutory Agent: B K BOREYKO
Mailing Address: 8322 E HARTFORD DR
City, State, Zip: SCOTTSDALE, AZ  85255

Statutory Agent's Street or Physical Address:
Physical Address:
City, State,  Zip: AZ

| ACC USE ONLY | |
| --- | --- |
| Fee | $ 45.00 |
| Penalty | $ 0.00 |
| Reinstate$ | 0.00 |
| Expedite $ | |
| Resubmit$ | |

*If appointing a new statutory agent, the new agent MUST consent to that
appointment by signing below.   Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent,
do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.   **Secondary Address:**

(Foreign Corporations are **REQUIRED**
to complete this section).

4.   CHARACTER OF BUSINESS

MANUFACTURING AND DISTRIBUTION OF NUTRIT

Received: 08/23/2013 10:07

-1152647-2   VEMMA NUTRITION COMPANY                                          Page 2

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 150000000 | A | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | A | |

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

VEMMA INTL HOLDINGS INC

**7. OFFICERS**

Name: BENSON K BOREYKO
Title: PRESIDENT/CEO
Address: 8322 E. HARTFORD DRIVE
         SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

**8. DIRECTORS**

Name: BENSON K BOREYKO
Address: 8322 EAST HARTFORD DRIVE
         SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004

Name: KAREN L BOREYKO
Address: 8322 EAST HARTFORD DRIVE
         SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004

Name: D LYNNE BOREYKO
Address: 8322 EAST HARTFORD DRIVE
         SCOTTSDALE, AZ  85255
Date Taking Office: 11/15/2004

Name:
Address:
Date Taking Office:

-1152647-2   VEMMA NUTRITION COMPANY                                                                Page 3

**9.** FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))
**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).   If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

**ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:**

**9A.** MEMBERS (A.R.S. §10-11622(A)(6))           This corporation **DOES** ❏  **DOES NOT** ❏ have members.

**10.** CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))
A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
        (a) fraud or registration provisions of the securities laws of that jurisdiction, or
        (b) the consumer fraud laws of that jurisdiction, or
        (c) the antitrust or restraint of trade laws of that jurisdiction?

                                                         **One box must be marked:   YES** ❏ **NO** ☒

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.   Full birth name.                                                5.   Date and location of birth.
2.   Full present name and prior names used.                         6.   The nature and description of each conviction or judicial
3.   Present home address.                                                action; the date and location; the court and public agency
4.   All prior addresses for immediately preceding 7 year                 involved; and the file or cause number of the case.
     period.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

                                                         **One box must be marked:   YES** ❏ **NO** ☒

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
        (a) Name and address of each corporation and the persons involved.
        (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
        (c) Dates of corporate operation.

**11.** STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.   Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:   YES** ❏ **NO** ☒
     If "Yes" to A, the following information **must be submitted** as an attachment to this report:
        1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
        2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
            (a) Name and address of each corporation;
            (b) States in which it:  (i) was incorporated and    (ii) transacted business.
            (c) Dates of operation.

**12.** SIGNATURES:   | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _BENSON K. BOREYKO_____   Date _08/23/2013_____

Signature_BENSON K. BOREYKO_____
Title_____PRESIDENT/CEO_____
              (Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR:0046
Rev. 12/2008

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2014 ANNUEL REPORT, 07/09/2014

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA NUTRITION COMPANY
ACC file number: -1152647-2

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO

App. 0073



E-FILED

**STATE OF ARIZONA**
**CORPORATION COMMISSION**
**CORPORATION ANNUAL REPORT**
**& CERTIFICATE OF DISCLOSURE**

04744155



DUE ON OR BEFORE   09/09/2014                    FILING FEE   $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S.  §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

1.    -1152647-2
      VEMMA NUTRITION COMPANY
      1621 W RIO SALADO PARKWAY
      TEMPE, AZ  85281

      **Business Phone:** _____    (Business phone is optional.)

      **State of Domicile:** ARIZONA           **Type of Corporation:** BUSINESS

2.    Statutory Agent: B K BOREYKO                   Statutory Agent's Street or Physical Address:
      Mailing Address: 1621 W RIO SALADO PARKWAY     Physical Address:1621 W RIO SALADO PARKWAY
      City, State, Zip: TEMPE, AZ 85281              City, State,  Zip: TEMPE, AZ  85281

| ACC USE ONLY | |
| --- | --- |
| Fee      $ 45.00 | |
| Penalty  $ 0.00 | |
| Reinstate$  0.00 | |
| Expedite $_____ | |
| Resubmit$_____ | |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.   Note that the agent address must be in Arizona.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.   **Secondary Address:**

     (Foreign Corporations are **REQUIRED**
        to complete this section).

4.   CHARACTER OF BUSINESS

        MANUFACTURING AND DISTRIBUTION OF NUTRITIONAL SUPPLEMENTS

             Received: 07/09/2014 13:17

-1152647-2   VEMMA NUTRITION COMPANY                                    Page 2

**5. CAPITALIZATION:**   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates **Authorized** | Class | Series Within Class (if any) |
|---|---|---|
| 150000000 | A | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates **Issued** | Class | Series Within Class (if any) |
|---|---|---|
| 1000 | A | |

**6. SHAREHOLDERS:**   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

VEMMA INTL HOLDINGS INC

**7. OFFICERS**

Name: BENSON K BOREYKO
Title: PRESIDENT/CEO
Address: 1621 W RIO SALADO PKWY
         TEMPE`, AZ  85281
Date Taking Office: 11/15/2004

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

Name:
Title:
Address:
Date Taking Office:

**8. DIRECTORS**

Name: LAUREN BOREYKO
Address: 1621 W RIO SALADO PKWY
         TEMPE, AZ  85281
Date Taking Office: 06/09/2014

Name: KAREN L BOREYKO
Address: 1621 W RIO SALADO PKWY
         TEMPE, AZ  85281
Date Taking Office: 11/15/2004

Name: BENSON K BOREYKO
Address: 1621 W RIO SALADO PKWY
         TEMPE, AZ  85281
Date Taking Office: 11/15/2004

Name:
Address:
Date Taking Office:

- 1152647-2   VEMMA NUTRITION COMPANY                                    Page 3

## 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))

**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).  If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

## ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

**9A.  MEMBERS** (A.R.S. §10-11622(A)(6))           This corporation **DOES** ❏ **DOES NOT** ❏ have members.

## 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))

A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:  YES** ❏ **NO** ☒

**If "YES" to A, the following information <u>must be submitted</u>** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 7 year period.
5.   Date and location of birth.
6.   The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:  YES** ❏ **NO** ☒

**If "YES" to B, the following information <u>must be submitted</u>** as an attachment to this report for each corporation subject to the statement above.
    (a) Name and address of each corporation and the persons involved.
    (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
    (c) Dates of corporate operation.

## 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.   Has the **corporation** filed a petition for bankruptcy or appointed a receiver?  **One box must be marked:    YES** ❏ **NO** ☒
**If "Yes" to A, the following information <u>must be submitted</u>** as an attachment to this report:
1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
    (a) Name and address of each corporation;
    (b) States in which it:  (i) was incorporated and   (ii) transacted business.
    (c) Dates of operation.

**12. SIGNATURES:**  | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue.  I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  BENSON K. BOREYKO        Date  07/09/2014

Signature  BENSON K. BOREYKO

Title  PRESIDENT/CEO

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

 

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### STATEMENT OF CHANGE, 10/15/2009

consisting of 2 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA NUTRITION COMPANY
### ACC file number: -1152647-2



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.

Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO

 

App. 0077



AZ Corp. Commission

02948552

NO FILING FEE REQUIRED

## CORPORATION
## STATEMENT OF CHANGE OF
## KNOWN PLACE OF BUSINESS OR STATUTORY AGENT
Pursuant to A.R.S. §§10-502, 10-1508, 10-11508 & 10-3502

NOTE: It is critical that the Corporation Commission receive information about the existing (old) official address and/or agent data as well as the new address or agent data. Please check with our Customer Call Center (602) 542-3026 or our web site, www.azcc.gov/divisions/corporations to obtain the correct information.

1.  The exact name of the corporation on file with the Arizona Corporation Commission (ACC) is:

    _Vemma Nutrition Company_

2.  The ACC file number is  _1152647-2_ 　　　　　　　　　　　　**RECEIVED**

3.  The known place of business currently on file with the ACC is:　　　　OCT 1 5 2009

    _Vemma Nutrition Company_　　　ARIZONA CORP COMMISSION
    _8322 East Hartford Drive_　　　CORPORATIONS DIVISION
    _Scottsdale, Az. 85255_

4.  The name and street address of the current statutory agent on file with the ACC is:

    _Sheena Tejeda_
    _8322 East Hartford Drive_
    _Scottsdale, Az. 85255_

5.  ☐(A)   The known place of business in ARIZONA is to be changed.  The street address of the new known place of business is:

    _____

    _____

    ☐(B)   Foreign corporations only:
    The known place of business in the State or Country in which the corporation was incorporated is to be changed.  The new foreign address is:

    _____

    _____

    Indicate which address the Annual Report should be mailed to:

    5(A)_____   5(B)_____

6.  ☐(A)   The address of the statutory agent is to be changed.* (If the statutory agent has a P.O. box or personal mail box (PMB) then he/she must also provide a physical location/address).

    _____

    _____

    If only changing the statutory agent's address, the statutory agent is the only individual who must sign this statement. * By signing this document, the statutory agent acknowledges that he/she has given the corporation written notice of this change.

AR: 0009
Rev: 10/2007
Page 1 of 2

Arizona Corporation Commission
Corporations Division

**App. 0078**

Corporation Name: _Vemma Nutrition Company_     File Number: _115.2647-2_

☒(B)    The statutory agent in ARIZONA is to be changed.  The name and street address of
the new statutory agent is:

_B. K. Boreyko_
_8322 East Hartford Drive_
_Scottsdale, AZ. 85255_

---

The new statutory agent must accept his/her appointment as the new statutory agent.

### Acceptance of Appointment
### By Statutory Agent**
**(required only if a new statutory agent is being appointed)

The undersigned hereby acknowledges and accepts the appointment as statutory agent
of the above-named corporation effective this _14_ day of _October_ , _2009_

Signature _[signature]_

Printed Name: _B. K. Boreyko_     Title: _President / CEO_

If signing on behalf of a company, please print the company name here.

---

| Statutory agent must sign only if changing his/her address (Item 6(A)). | Changes to corporation(s) other than changes to a statutory agent's address, must be executed by an officer of the corporation. |
|---|---|
| Dated this _____ day of _____ , _____ | Dated this _14_ day of _October_ , _2009_ |
| Signature: _____ | Signature _[signature]_ |
| Printed Name: _____ | Printed Name: _B. K. Boreyko_ |
| | Title: _President and CEO_ |
| If signing on behalf of a company, please print the company name here. | |

Arizona Corporation Commission
Corporations Division

**App. 0079**




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### STATEMENT OF CHANGE, 01/21/2014

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA NUTRITION COMPANY
### ACC file number: -1152647-2

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO




App. 0080

AZ Corp. Commission

||||||||||||||||||||||||||||||||||

04546829

**RECEIVED**

JAN 2 1 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## CORPORATION STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS, PRINCIPAL OFFICE ADDRESS,
## OR STATUTORY AGENT
*Read the Instructions C016i*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 5.1, and 5.2 must be completed. The form will be rejected if those sections are not completed.*

1.  **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
    Vemma Nutrition Company

2.  **A.C.C. FILE NUMBER:** -1152647-2
    Find A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

| 3. | ARIZONA KNOWN PLACE OF BUSINESS ADDRESS: | | | | | |
|---|---|---|---|---|---|---|
| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | **3.2** *Optional* - List the NEW known place of business address in Arizona (must be a street or physical address): | | | |
| Attention (optional) | | | Attention (optional) | | | |
| 8322 E. Hartford Drive | | | 1621 W. Rio Salado Parkway | | | |
| Address 1 | | | Address 1 | | | |
| Address 2 (optional) | AZ | 85255 | Address 2 (optional) | AZ | 85281 | |
| City Scottsdale | State | Zip | City Tempe | State | Zip | |

| 3.3 | If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes  ☑ No |
|---|---|

| 4. | PRINCIPAL OFFICE ADDRESS: | | | | |
|---|---|---|---|---|---|
| **4.1** *Required if changing* – list the principal office address currently shown in A.C.C. records (before any changes): | | | **4.2** *Optional* - List the NEW principal office address (must be a street or physical address): | | |
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

C016.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**App. 0081**

**5. CURRENT OR EXISTING** STATUTORY AGENT – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 5.1  *REQUIRED* – list the ***name*** and ***physical or street address*** (not a P.O. Box) in Arizona of the existing statutory agent: | | | 5.2  *REQUIRED* – list the **mailing address** (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Benson K. Boreyko<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 8322 E. Hartford Drive<br>Address 1 | | | 8322 E. Hartford Drive<br>Address 1 | | |
| Address 2 (optional)<br>City  Scottsdale | AZ<br>State | 85255<br>Zip | Address 2 (optional)<br>City  Scottsdale | AZ<br>State | 85255<br>Zip |

**5.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY –** if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**5.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS –** check all that apply and follow instructions:

☑ **STREET ADDRESS CHANGED –** complete number 5.5.

☑ **MAILING ADDRESS CHANGED –** complete number 5.6.

| 5.5  **NEW STREET ADDRESS –** give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 5.6  **NEW MAILING ADDRESS –** give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 1621 W. Rio Salado Parkway<br>Address 1 | | | 1621 W. Rio Salado Parkway<br>Address 1 | | |
| Address 2 (optional)<br>City  Tempe | AZ<br>State | 85281<br>Zip | Address 2 (optional)<br>City  Tempe | AZ<br>State | 85281<br>Zip |

| 6. ☐ | **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent:** | |
|---|---|---|
| **6.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | **6.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |

Statutory Agent Name

Attention (optional)                          Attention (optional)

Address 1                                     Address 1

Address 2 (optional)                          Address 2 (optional)

City          State     Zip          City          State     Zip

**6.3** *REQUIRED* – if you are appointing a new statutory agent, the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see <u>Instructions C016i</u> for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the corporation named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature _____

Printed Name   Benson K. Pareyko

Date (mm/dd/yyyy)   1-17-2014

**REQUIRED** – check only one:

| ☐ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☑ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a **Statutory Agent** changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee:  None (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: Fax: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona  85007 602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

**App. 0083**

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**OFFICER/DIRECTOR/SHAREHOLDER CHANGE, 06/09/2014**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA NUTRITION COMPANY**
**ACC file number: -1152647-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 11, 2015.



Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO

App. 0084

RECEIVED

JUN 09 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION



AZ Corp. Commission

04709619

---

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## OFFICER/DIRECTOR/SHAREHOLDER CHANGE

*Read the Instructions C017i*

1. **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
Vemma Nutrition Company

2. **A.C.C. FILE NUMBER:** -1152647-2
Find A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

### CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND
### COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.

3. ☑ **OFFICER CHANGE** – FOR OFFICERS CURRENTLY SHOWN IN A.C.C. RECORDS - list the name of each officer being changed as it is currently shown in A.C.C. records, and below that provide any new information for that officer (new name and/or address), then check all boxes that apply to indicate the change being made for that officer. FOR NEW OFFICERS – list the name in the NEW Name blank, list the address, and check the appropriate box. If more space is needed, use another Officer/Director/Shareholder Change form.

| Benson K. Boreyko | | | | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| 1621 W. Rio Salado Pkwy. | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Tempe | AZ | 85281 | | | |
| City | State or Province | Zip | City | State or Province | Zip |
| UNITED STATES | | | | | |
| Country | | | Country | | |
| | President/CEO | | | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | | Officer title |
| ■ Address change   ☐ Add as officer | | | ☐ Address change   ☐ Add as officer | | |
| ☐ Name change   ☐ Remove officer | | | ☐ Name change   ☐ Remove officer | | |
| | | | | | |
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | | Officer title |
| ☐ Address change   ☐ Add as officer | | | ☐ Address change   ☐ Add as officer | | |
| ☐ Name change   ☐ Remove officer | | | ☐ Name change   ☐ Remove officer | | |

C017.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**App. 0085**

**Officers continued**

| Name currently shown in ACC records | Name currently shown in ACC records |
|---|---|
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | State or Province | Zip | City | State or Province | Zip |
|---|---|---|---|---|---|
| Country | | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |

| ☐ Address change   ☐ Add as officer | ☐ Address change   ☐ Add as officer |
|---|---|
| ☐ Name change   ☐ Remove officer | ☐ Name change   ☐ Remove officer |

**4.  ☑  DIRECTOR CHANGE –** FOR DIRECTORS CURRENTLY SHOWN IN A.C.C. RECORDS - list the name of each director being changed as it is currently shown in A.C.C. records, and below that provide any new information for that director (new name and/or address), then check all boxes that apply to indicate the change being made for that director.  FOR NEW DIRECTORS – list the name in the NEW Name blank, list the address, and check the appropriate box.  If more space is needed, use another Officer/Director/Shareholder Change form.

| Benson K. Boreyko | Karen L. Boreyko |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name     · | NEW Name |
| 1621 W. Rio Salado Pkwy. | 1621 W. Rio Salado Pkwy. |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | State or Province | Zip | City | State or Province | Zip |
|---|---|---|---|---|---|
| Tempe | AZ | 85281 | Tempe | AZ | 85281 |
| UNITED STATES | | | UNITED STATES | | |
| Country        *Director* | | | Country        *Director* | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |

| ☑ Address change   ☐ Add as director | ☑ Address change   ☐ Add as director |
|---|---|
| ☐ Name change   ☐ Remove director | ☐ Name change   ☐ Remove director |

| D. Lynne Boreyko | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| Lauren Boreyko | |
| NEW Name | NEW Name |
| 1621 W. Rio Salado Pkwy. | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | State or Province | Zip | City | State or Province | Zip |
|---|---|---|---|---|---|
| Tempe | AZ | 85281 | | | |
| UNITED STATES | | | | | |
| Country        *Director* | | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |

| ☑ Address change   ☐ Add as director | ☐ Address change   ☐ Add as director |
|---|---|
| ☑ Name change   ☐ Remove director | ☐ Name change   ☐ Remove director |

**Directors continued**

| | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City          State or Province     Zip | City          State or Province     Zip |
| Country | Country |
| Date taking office (optional)        Officer title | Date taking office (optional)        Officer title |

☐ Address change    ☐ Add as director
☐ Name change       ☐ Remove director

☐ Address change    ☐ Add as director
☐ Name change       ☐ Remove director

**5.** ☐  **SHAREHOLDER CHANGE** – FOR SHAREHOLDERS CURRENTLY SHOWN IN A.C.C. RECORDS – list the name of each shareholder being changed as it is currently shown in A.C.C. records, and below that provide the new name, if any, for that shareholder, then check a box to indicate the change being made for that shareholder. FOR NEW SHAREHOLDERS – list the name in the NEW Name blank and check the appropriate box. If more space is needed, use another Officer/Director/Shareholder Change form.

| | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |

☐ Name change    ☐ Add as shareholder
                 ☐ Remove shareholder

☐ Name change    ☐ Add as shareholder
                 ☐ Remove shareholder

| | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |

☐ Name change    ☐ Add as shareholder
                 ☐ Remove shareholder

☐ Name change    ☐ Add as shareholder
                 ☐ Remove shareholder

**SIGNATURE** – see Instructions C017i for who is authorized to make changes:

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____        Benson K. Boreyko            06/05/2014
Signature                        Printed Name                 Date

**REQUIRED** – check only one:

| ☐ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☑ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a duly authorized **bankruptcy trustee**, receiver, or other court-appointed fiduciary for the corporation filing this document. |
|---|---|---|

| Filing Fee: None (regular processing) Expedited processing - add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.