# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2002 ANNUAL REPORT, 03/08/2001

consisting of 4 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA INTERNATIONAL HOLDINGS, INC.
### ACC file number: -0942711-7

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO



**STATE OF ARIZONA**
**CORPORATION COMMISSIO**
**CORPORATION ANNUAL REPOR**
**& CERTIFICATE OF DISCLOSURE**



Arizona Corporation Commission

00422966

**DUE ON OR BEFORE  03/10/2002**         **FY01-02**         **FILING FEE  $45.00**

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10.   The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.   Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions for proper format.  REFER TO THE INSTRUCTIONS ON PAGE 4.

1.  **-0942711-7**
   **NEW VISION INTERNATIONAL HOLDINGS, INC.**
   **1920 E BROADWAY RD**
   **TEMPE, AZ 85282-1702**

A.C.C. CORPORATIONS DIV.
RECEIVED
MAR 0 8 2002

Business Phone:_____ (Business phone is optional.)
State of Domicile: **ARIZONA**      Type of Corporation: **BUSINESS**

DOCUMENTS ARE SUBJECT
TO REVIEW BEFORE FILING

2.       Arizona Statutory Agent:  **JASON P BOREYKO**
         Street Address:  **1920 E BROADWAY RD**
                          **TEMPE, AZ   85282-1702**

         City, State, Zip:

*Use this box only if appointing a new Statutory Agent*

| | |
|---|---|
| **ACC USE ONLY**<br><br>Fee      $ 45<br><br>Penalty · $_____<br><br>Reinstate $_____<br><br>Expedite  $_____<br><br>Resubmit $_____ | *If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.*<br><br>*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*<br><br>_____<br>Signature of new Statutory Agent |

3.  Secondary Address:
   (Foreign Corporations are
   **REQUIRED** to complete
   this section.)

4.  Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

**BUSINESS CORPORATIONS**

| | |
|---|---|
| __ 1. Accounting | __ 20. Manufacturing |
| __ 2. Advertising | __ 21. Mining |
| __ 3. Aerospace | __ 22. News Media |
| __ 4. Agriculture | __ 23. Pharmaceutical |
| __ 5. Architecture | __ 24. Publishing/Printing |
| __ 6. Banking/Finance | __ 25. Ranching/Livestock |
| __ 7. Barbers/Cosmetology | __ 26. Real Estate |
| __ 8. Construction | __ 27. Restaurant/Bar |
| __ 9. Contractor | __ 28. Retail Sales |
| __ 10. Credit/Collection | __ 29. Science/Research |
| __ 11. Education | __ 30. Sports/Sporting Events |
| __ 12. Engineering | __ 31. Technology(Computers) |
| __ 13. Entertainment | __ 32. Technology(General) |
| __ 14. General Consulting | __ 33. Television/Radio |
| __ 15. Health Care | __ 34. Tourism/Convention Services |
| __ 16. Hotel/Motel | __ 35. Transportation |
| __ 17. Import/Export | __ 36. Utilities |
| __ 18. Insurance | __ 37. Veterinary Medicine/Animal Care |
| __ 19. Legal Services | X 38. Other  Investment |

**NON-PROFIT CORPORATIONS**

1. __ Charitable
2. __ Benevolent
3. __ Educational
4. __ Civic
5. __ Political
6. __ Religious
7. __ Social
8. __ Literary
9. __ Cultural
10. __ Athletic
11. __ Science/Research
12. __ Hospital/Health Care
13. __ Agricultural
14. __ Animal Husbandry
15. __ Homeowner's Association
16. __ Professional, commercial
   industrial or trade association
17. __ Other _____

-0942711-7 NEW VISION INTERNATIONAL HOLDINGS, INC.                    Page 2

**5. CAPITALIZATION:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

| Number of Shares/Certificates Authorized | Class | Series Within Class (if any) |
|---|---|---|
| 84,000,000 | A | |
| 66,000,000 | B | |

| Number of Shares/Certificates Issued | Class | Series Within Class (if any) |
|---|---|---|
| | | |

**6. SHAREHOLDERS:** (Business Corporations and Business Trusts are **REQUIRED** to complete this section.)
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.   **Please Type or Print Clearly.**

NONE ☐

Name: Benson K. Boreyko          Name: _____

Name: _____          Name: _____

**7. OFFICERS   Please Type or Print Clearly.**

Name: See attached list.          Name: _____

Title: _____          Title: _____

Address: _____          Address: _____

_____          _____

Date taking office: _____          Date taking office: _____

Name: _____          Name: _____

Title: _____          Title: _____

Address: _____          Address: _____

_____          _____

Date taking office: _____          Date taking office: _____

**8. DIRECTORS   Please Type or Print Clearly.**

Name: Benson K. Boreyko          Name: Karen L. Boreyko

Address: 1920 E. Broadway Rd.          Address: 1920 E. Broadway Rd.

Tempe, AZ 85282          Tempe, AZ 85282

Date taking office: March 10, 2000          Date taking office: March 10, 2000

Name: D. Lynne Boreyko          Name: _____

Address: 1920 E. Broadway Rd.          Address: _____

Tempe, AZ 85282          _____

Date taking office: March 10, 2000          Date taking office: _____

**App. 0090**

New Vision International Holdings, Inc.
Tempe, AZ 85282

Officers, Directors of the Corporation

| Name | Title | Address | Officer | Director |
|---|---|---|---|---|
| Benson K. Boreyko | President/Sec/Director | 1920 E. Broadway Rd Tempe, Az 85282 | X | X |
| Karen L. Boreyko | Director | 1920 E. Broadway Rd Tempe, Az 85282 | | X |
| D. Lynne Boreyko | Director | 1920 E. Broadway Rd Tempe, Az 85282 | | X |
| Sheena Tejeda | VP-Operations | 1920 E. Broadway Rd Tempe, Az 85282 | X | |

Please Enter Corporation Name: __New Vision International Holdings, Inc.__    Page 3

### 9. FINANCIAL DISCLOSURE (A.R.S. §§10-1622.B & 10-11622.A.9)

Nonprofit corporations **must attach** a financial statement (balance sheet including assets, liabilities and equity).   All other forms of corporations are exempt from filing a financial disclosure.

### 9A. MEMBERS (A.R.S. § 10-11622.A.6) Nonprofit Corporations Only.

This corporation **does** ☐ **does not** ☑ have members.

### 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.8 & 10-11622.A.7)

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: [Underlined portion pertains to profit corporations only]

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:

   (a) fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) the consumer fraud laws of that jurisdiction, or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked:    **YES** ☐        **NO** ☒

If "YES", the following information must be submitted as an attachment to this report for each person subject to one or more of the actions stated in Items 1. through 3. above.

| | | | |
|---|---|---|---|
| 1. | Full name and prior names used. | 5. | Date and location of birth. |
| 2. | Full birth name. | 6. | Social Security Number |
| 3. | Present home address. | 7. | The nature and description of each conviction or judicial action; the |
| 4. | Prior addresses (for immediate preceding 7 year period). | | date and location; the court and public agency involved, and the file or cause number of the case. |

### 11. STATEMENT OF BANKRUPTCY (A.R.S. §§10-202.D.2 & 10-3202.02)

Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and person controlling or holding more than 20% of the issued and outstanding common shares or 20% of any other proprietary, beneficial or membership interest in the corporation served in such capacity or held a 20% interest in any other corporation during the bankruptcy, receivership, or charter revocation of the other corporation? [Underlined portion pertains to profit corporations only]

One box **must** be marked:    **YES** ☐        **NO** ☒

Chapter _____   Date Filed _____   Case Number _____

If "YES", the following information must be submitted as an attachment to this report for each person subject to the statement above. 1) The names and addresses of each corporation and the person or persons involved. 2) The state in which each corporation was a) incorporated b) transacted business, 3) The dates of corporate operation.

### 12. SIGNATURES

**CAUTION:** Annual Reports must be signed by a duly authorized officer. Annual Reports submitted with incorrect signatures will be rejected.

I DECLARE, UNDER PENALTY OF LAW, THAT ALL CORPORATE INCOME TAX RETURNS REQUIRED BY TITLE 43 OF THE ARIZONA REVISED STATUTES HAVE BEEN FILED WITH THE ARIZONA DEPARTMENT OF REVENUE.

I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _Benson K. Boreyko_   Date _3/6/02_   Name _____   Date _____

Signature _____   Signature _____

Title _president_   Title _____

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

App. 0092




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**STATEMENT CHANGE, 04/24/2003**

consisting of 2 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA INTERNATIONAL HOLDINGS, INC.**
**ACC file number: -0942711-7**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



_Jodi A. Jerich_
Jodi A. Jerich, Executive Director

By: _J. Alonzo_
TRISH ALONZO




Arizona Corporation Commission

00659761

**CORPORATION**
**STATEMENT OF CHANGE**
**OF**
**KNOWN PLACE OF BUSINESS OR STATUTORY AGENT**

NOTE: It is critical that the Corporation Commission receive information about the existing (old) official address and/or agent data as well as the new address or agent data. Please check with our Records section, (602) 542-3026 or our web site, www.cc.state.az.us/corp to obtain the correct information.

1. The exact name of the corporation on file with the Arizona Corporation Commission (ACC) is:
   NEW VISION INTERNATIONAL HOLDINGS, INC.

2. The ACC file number is  - 0942711-7

3. The known place of business currently **(old)** on file with the ACC is:
   1920 E. BROADWAY
   TEMPE, AZ 85282

4. The name and address of the current statutory agent on file with the ACC is:
   JASON P. BOREYKO
   1920 E. BROADWAY
   TEMPE, AZ 85282

   (A)☒  The known place of business in ARIZONA is to be changed. The street address
   of the new **(now, or in the near future)** known place of business is:
   8322 E. HARTFORD DRIVE
   SCOTTSDALE, AZ 85255

   (B)☐  Foreign corporations only:
   The known place of business in the State or Country in which the corporation was
   incorporated is to be changed. The new foreign address is:

5. Indicate which address the Annual Report should be mailed to: 4(A) ✓   4(B) _____

6. (A)☒  The statutory agent in ARIZONA is to be changed. The name and address of
   the new statutory agent is:   BENSON K. BOREYKO
   8322 E. HARTFORD DRIVE
   SCOTTSDALE, AZ 85255  RECEIVED

   Check # 6696   APR 24 2003   583292

   Page 1 of 2
   Was sent back
   to above Agent     ARIZONA CORP. COMMISSION
   Address.                  CORPORATIONS DIVISION

**App. 0094**

Corporation Name: NEW VISION INTERNATIONAL HOLDINGS, INC.      File Number: -0942711-7

(B)☐      The address of the statutory agent in ARIZONA is to be changed.  The new address of the statutory agent is:

_____

_____

_____

and the statutory agent has given the Corporation written notice of this change.

ARS §10-140 requires that changes to corporation(s) be executed by an officer of the corporation, whose file is to be changed.

DATED this 24 day of April , 2003

NEW VISION INTERNATIONAL HOLDINGS, INC.
[Name of Corporation]

By _____

BENSON K. BOREYKO, PRESIDENT
[Name]                    [Title]

_____
[Statutory Agent]*
*(Statutory Agent must sign only if changing address.)

**If the agent has a P.O. box, then they must also provide a physical location/address where service of process on the corporation can occur.  Also, personal mail boxes (PMB) are unacceptable for a physical address, but fine for a mailing address.**

### Acceptance of Appointment
### By Statutory Agent**

The undersigned hereby acknowledges and accepts the appointment as statutory agent of the above-named corporation effective this 24 day of April , 2003

Signature: _____

Printed Name: BENSON K. BOREYKO

**(required only if a new statutory agent is being appointed)

**PLEASE NOTE:** IF THIS STATEMENT INCLUDES AN *AGENT'S STATEMENT OF RESIGNATION,* THEN YOU MUST ENCLOSE A FILING FEE OF $10.00 (U.S.) MADE PAYABLE TO THE ARIZONA CORPORATION COMMISSION.

AR: 0009
Rev: 02/2003

**RECEIVED**

APR 2 4 2003

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

**App. 0095**




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### 2011 ANNUAL REPORT, 02/14/2011

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA INTERNATIONAL HOLDINGS, INC.**
ACC file number: -0942711-7

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO




**App. 0096**



**WEB FORM COPY**

# STATE OF ARIZONA
## CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT
### & CERTIFICATE OF DISCLOSURE



AZ Corp. Commission

03399672

**DUE ON OR BEFORE** 03/10/2011

**FILING FEE** $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§ 10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

-0942711-7

**1.** NEW VISION INTERNATIONAL HOLDINGS, INC.
8322 E HARTFORD DR
SCOTTSDALE, AZ 85255

RECEIVED

FEB 1 4 2011

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

**Business Phone:** _____   (Business phone is optional.)

**State of Domicile:** ARIZONA   **Type of Corporation:** BUSINESS

**2.**

Statutory Agent: BENSON K BOREYKO
Mailing Address: 8322 E HARTFORD DRIVE
City, State, Zip: SCOTTSDALE, AZ 85255

Statutory Agent's Street or Physical Address, if Different.
Physical Address:
City, State, Zip:

| ACC USE ONLY | |
|---|---|
| Fee | $_____ |
| Penalty | $_____ |
| Reinstate$ | _____ |
| Expedite | $_____ |
| Resubmit$ | _____ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below. Note that the agent address must be in Arizona.*

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

**3. Secondary Address:**

(Foreign Corporations are **REQUIRED**
to complete this section).

**4.** Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

**BUSINESS CORPORATIONS**

- ☐ 1. Accounting
- ☐ 2. Advertising
- ☐ 3. Aerospace
- ☐ 4. Agriculture
- ☐ 5. Architecture
- ☐ 6. Banking/Finance
- ☐ 7. Barbers/Cosmetology
- ☐ 8. Construction
- ☐ 9. Contractor
- ☐ 10. Credit/Collection
- ☐ 11. Education
- ☐ 12. Engineering
- ☐ 13. Entertainment
- ☐ 14. General Consulting
- ☐ 15. Health Care
- ☐ 16. Hotel/Motel
- ☐ 17. Import/Export
- ☐ 18. Insurance
- ☐ 19. Legal Services

- ☐ 20. Manufacturing
- ☐ 21. Mining
- ☐ 22. News Media
- ☐ 23. Pharmaceutical
- ☐ 24. Publishing/Printing
- ☐ 25. Ranching/Livestock
- ☐ 26. Real Estate
- ☐ 27. Restaurant/Bar
- ☐ 28. Retail Sales
- ☐ 29. Science/Research
- ☐ 30. Sports/Sporting Events
- ☐ 31. Technology(Computers)
- ☐ 32. Technology(General)
- ☐ 33. Television/Radio
- ☐ 34. Tourism/Convention Services
- ☐ 35. Transportation
- ☐ 36. Utilities
- ☐ 37. Veterinary Medicine/Animal Care
- ■ 38. Other INVESTMENTS

**NON-PROFIT CORPORATIONS**

- ☐ 1. Charitable
- ☐ 2. Benevolent
- ☐ 3. Educational
- ☐ 4. Civic
- ☐ 5. Political
- ☐ 6. Religious
- ☐ 7. Social
- ☐ 8. Literary
- ☐ 9. Cultural
- ☐ 10. Athletic
- ☐ 11. Science/Research
- ☐ 12. Hospital/Health Care
- ☐ 13. Agricultural
- ☐ 14. Cooperative Marketing Association
- ☐ 15. Animal Husbandry
- ☐ 16. Homeowner's Association
- ☐ 17. Professional, commercial industrial or trade association
- ☐ 18. Other_____

-0942711-7   NEW VISION INTERNATIONAL HOLDINGS, INC.                   Page 2

**5. CAPITALIZATION:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate. PLEASE PRINT OR TYPE CLEARLY.

**5a.** Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

| Number of Shares/Certificates Authorized | Class | Series Within Class (if any) |
|---|---|---|
| 84000000 | A | |
| 66000000 | B | |

**5b.** Review all corporation amendments to determine if the original number of shares has changed. Examine the corporation's minutes for the number of **shares issued**.

| Number of Shares/Certificates Issued | Class | Series Within Class (if any) |
|---|---|---|
| 27444582 | A | |

**6. SHAREHOLDERS:** (For-profit Corporations and Business Trusts are **REQUIRED** to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

NONE ☐

Name: BENSON K BOREYKO        Name: D LYNNE BOREYKO

Name: KAREN L BOREYKO         Name: _____

**7. OFFICERS**  PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

| | |
|---|---|
| Name: BENSON K BOREYKO | Name: BENSON K BOREYKO |
| Title: PRESIDENT | Title: SECRETARY |
| Address: 8322 E HARTFORD DR | Address: 8322 E HARTFORD DR |
| SCOTTSDALE, AZ 85255 | SCOTTSDALE, AZ 85255 |
| Date taking office: 3/9/2001 | Date taking office: 3/9/2001 |
| Name: | Name: |
| Title: | Title: |
| Address: | Address: |
| Date taking office: | Date taking office: |

**8. DIRECTORS**  PLEASE TYPE OR PRINT CLEARLY. YOU MUST LIST AT LEAST ONE.

| | |
|---|---|
| Name: BENSON K BOREYKO | Name: KAREN L BOREYKO |
| Address: 8322 E. HARTFORD DR. | Address: 8322 E. HARTFORD DR. |
| SCOTTSDALE, AZ 85255 | SCOTTSDALE, AZ 85255 |
| Date taking office: 3/9/2001 | Date taking office: 3/9/2001 |
| Name: D. LYNNE BOREYKO | Name: |
| Address: 8322 E. HARTFORD DR. | Address: |
| SCOTTSDALE, AZ 85255 | |
| Date taking office: 3/9/2001 | Date taking office: |

Please Enter Corporation Name: NEW VISION INTERNATIONAL HOLDINGS, INC.   File number  -0942711-7   Page 3

### 9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))

**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).  If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

### ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

**9A. MEMBERS (A.R.S. §10-11622(A)(6))**       This corporation **DOES** ☐ **DOES NOT** ☒ have members.

### 10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))

A.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.   Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.   Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.   Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
     (a) fraud or registration provisions of the securities laws of that jurisdiction, or
     (b) the consumer fraud laws of that jurisdiction, or
     (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:  YES ☐  NO ☒**

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.

1.   Full birth name.
2.   Full present name and prior names used.
3.   Present home address.
4.   All prior addresses for immediately preceding 7 year period.

5.   Date and location of birth.
6.   The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

B.   Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:  YES ☐  NO ☒**

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
     (a) Name and address of each corporation and the persons involved.
     (b) State(s) in which it:  (i) was incorporated and   (ii) transacted business.
     (c) Dates of corporate operation.

### 11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.   Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:  YES ☐  NO ☒**
     If "Yes" to A, the following information **must be submitted** as an attachment to this report:
1.   All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.
2.   Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
     (a) Name and address of each corporation;
     (b) States in which it:  (i) was incorporated and   (ii) transacted business.
     (c) Dates of operation.

### 12. SIGNATURES:   Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected.

I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

| | | | |
|---|---|---|---|
| Name Benson H. Bokenko | Date 2/1/2011 | Name | Date |
| Signature | | Signature | |
| Title President/CEO | | Title | |

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

AR:0046
Rev. 12/2008

Arizona Corporation Commission
Corporations Division

**App. 0099**

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### ARTICLES OF AMENDMENT, 09/06/2001

consisting of 2 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA INTERNATIONAL HOLDINGS, INC.
### ACC file number: -0942711-7

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO

AZ Corp. Commission

03588558

AZ CORPORATION COMMISSION
FILED

SEP **0 6** 2011

FILE NO. 09427117

DO NOT WRITE ABOVE THIS LINE, FOR ACC USE ONLY

## ARTICLES OF AMENDMENT

### TO

## ARTICLES OF INCORPORATION

### OF

## NEW VISION INTERNATIONAL HOLDINGS, INC.

Pursuant to the provisions of Section 10-1006 of the Arizona Revised Statutes, the undersigned corporation hereby adopts the following Articles of Amendment to the Articles of Incorporation:

**FIRST**:     The name of the corporation is:

NEW VISION INTERNATIONAL HOLDINGS, INC.

**SECOND**:     The following Article is amended in its entirety to read as follows:

### ARTICLE I

### NAME

The name of the corporation is **VEMMA INTERNATIONAL HOLDINGS, INC.** (the "Corporation").

**THIRD**:     The amendment does not provide for an exchange, reclassification or cancellation of issued and outstanding shares.

**FOURTH**:     The amendment was adopted by the Board of Directors of the Corporation on August 15, 2011.

**FIFTH**:     The amendment was adopted unanimously by the Shareholders of the Corporation on August 15, 2011. The number of shares outstanding and entitled to vote at the time of such adoption was 27,444,582 shares of Class A Voting Common Stock. The number of undisputed votes cast for the amendment was 27,444,582 shares of Class A Voting Common Stock. The number of votes cast for the amendment was sufficient for approval.

QB\14142722.1

DATED: August _31_ , 2011.

NEW VISION INTERNATIONAL
HOLDINGS, INC., an Arizona corporation

By:

Name:    Benson K. Boreyko

Title:     President

App. 0102

# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**2012 ANNUAL REPORT, 01/27/2012**

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

**VEMMA INTERNATIONAL HOLDINGS, INC.**
ACC file number: -0942711-7



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.

Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO



E-FILED

# STATE OF ARIZONA
# CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT
### & CERTIFICATE OF DISCLOSURE

03755666



**DUE ON OR BEFORE**    03/10/2012                        **FILING FEE**    $45.00

PLEASE READ ALL INSTRUCTIONS. The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S.  §§10-121(A) & 10-3121(A). YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM. Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation.

1.    -0942711-7
    VEMMA INTERNATIONAL HOLDINGS, INC.
    8322 E HARTFORD DR
    SCOTTSDALE, AZ  85255

    **Business Phone:** _____    (Business phone is optional.)

    **State of Domicile:** ARIZONA    **Type of Corporation:** BUSINESS

2.    Statutory Agent: BENSON K BOREYKO
    Mailing Address: 8322 E HARTFORD DRIVE
    City, State, Zip: SCOTTSDALE, AZ  85255

    Statutory Agent's Street or Physical Address:
    Physical Address:
    City, State,  Zip: AZ

| ACC USE ONLY | |
|---|---|
| Fee | $ 45.00 |
| Penalty | $ 0.00 |
| Reinstate | $ 0.00 |
| Expedite | $ 35.00 |
| Resubmit | $_____ |

*If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.   Note that the agent address must be in Arizona.*

*I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.*

_____
Signature of *new* Statutory Agent

_____
Printed Name of *new* Statutory Agent

3.  **Secondary Address:**

    (Foreign Corporations are **REQUIRED**
    to complete this section).

4.  CHARACTER OF BUSINESS

    INVESTMENTS

    Received: 01/27/2012 12:42

-0942711-7   VEMMA INTERNATIONAL HOLDINGS, INC.                                    Page 2

**5. CAPITALIZATION**:   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.

**5a.**  Please examine the corporation's original Articles of Incorporation for the amount of **shares authorized**.

Number of Shares/Certificates **Authorized**                Class                    Series Within Class (if any)

        84000000                                A
        66000000                                B

**5b.**  Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of **shares issued**.

Number of Shares/Certificates **Issued**                    Class                    Series Within Class (if any)
        27444582                                A

**6. SHAREHOLDERS**:   (For-profit Corporations and Business Trusts are REQUIRED to complete this section.)

List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.

        BENSON K BOREYKO

**7. OFFICERS**

  Name:  BENSON K BOREYKO                         Name:  BENSON K BOREYKO
  Title:  PRESIDENT                               Title:  SECRETARY
Address:  8322 E HARTFORD DR                   Address:  8322 E HARTFORD DR
        SCOTTSDALE, AZ  85255                        SCOTTSDALE, AZ  85255
Date Taking Office: 03/09/2001                Date Taking Office: 03/09/2001


  Name:                                         Name:
  Title:                                        Title:
Address:                                      Address:
Date Taking Office:                           Date Taking Office:


**8. DIRECTORS**

  Name: BENSON K BOREYKO                         Name: KAREN L BOREYKO
Address: 8322 E. HARTFORD DR.                 Address: 8322 E. HARTFORD DR.
       SCOTTSDALE, AZ  85255                       SCOTTSDALE, AZ  85255
Date Taking Office: 12/12/1994                Date Taking Office: 12/12/1994


  Name: D LYNNE BOREYKO                          Name:
Address: 8322 E. HARTFORD DR.                 Address:
       SCOTTSDALE, AZ  85255                       Date Taking Office:
Date Taking Office: 12/12/1994

~0942711-7   VEMMA INTERNATIONAL HOLDINGS, INC.                                       Page 3

9. FINANCIAL DISCLOSURE (A.R.S. §10-11622(A)(9))

**Nonprofits** – if your annual report is due on or before September 25, 2008, you **must attach** a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities).  If your nonprofit annual report is due after September 25, 2008, a financial statement is not required. **Cooperative marketing associations** must in all cases submit a financial statement.  All other forms of corporations are exempt from filing a financial statement no matter what date the annual report was due.

ONLY NONPROFIT CORPORATIONS MUST ANSWER THIS QUESTION:

9A. MEMBERS (A.R.S. §10-11622(A)(6))          This corporation **DOES** ❑ **DOES NOT** ❑ have members.

10. CERTIFICATE OF DISCLOSURE (A.R.S. §§ 10-202(D), 10-3202(D), 10-1622(A)(8) & 10-11622(A)(7))

A.    Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been:

1.    Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.    Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.    Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
         (a) fraud or registration provisions of the securities laws of that jurisdiction, or
         (b) the consumer fraud laws of that jurisdiction, or
         (c) the antitrust or restraint of trade laws of that jurisdiction?

**One box must be marked:   YES** ❑  **NO** ☒

If "YES" to A, the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in Items 1 through 3 above.
1.    Full birth name.                                              5.    Date and location of birth.
2.    Full present name and prior names used.                      6.    The nature and description of each conviction or judicial
3.    Present home address.                                               action; the date and location; the court and public agency
4.    All prior addresses for immediately preceding 7 year               involved; and the file or cause number of the case.
       period.

B.    Has any person who is currently an officer, director, trustee, incorporator, or who, in a For-profit corporation, controls or holds over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a 20% interest in any other corporation on the bankruptcy or receivership of that other corporation?

**One box must be marked:   YES** ❑  **NO** ☒

If "YES" to B, the following information **must be submitted** as an attachment to this report for each corporation subject to the statement above.
         (a) Name and address of each corporation and the persons involved.
         (b) State(s) in which it:  (i) was incorporated and    (ii) transacted business.
         (c) Dates of corporate operation.

11. STATEMENT OF BANKRUPTCY OR RECEIVERSHIP (A.R.S. §§ 10-1623 & 10-11623)

A.    Has the **corporation** filed a petition for bankruptcy or appointed a receiver?   **One box must be marked:**   **YES** ❑  **NO** ☒
       If "Yes" to A, the following information **must be submitted** as an attachment to this report:
       1.    All officers, directors, trustees and major stockholders of the corporation within one year of filing the petition for bankruptcy or the appointment of a receiver. If a major stockholder is a corporation, the statement shall list the current president, chairman of the board of directors and major stockholders of such corporate stockholder. "Major stockholder" means a shareholder possessing or controlling twenty per cent of the issued and outstanding shares or twenty per cent of any proprietary, beneficial or membership interest in the corporation.

       2.    Whether any such person has been an officer, director, trustee or major stockholder of any other corporation within one year of the bankruptcy or receivership of the other corporation. If so, for each such corporation give:
              (a) Name and address of each corporation;
              (b) States in which it:  (i) was incorporated and    (ii) transacted business.
              (c) Dates of operation.

12. SIGNATURES:   | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |
I declare, under penalty of perjury, that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of perjury that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name  BENSON K. BOREYKO          Date  01/27/2012

Signature  BENSON K. BOREYKO
Title  PRESIDENT

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# STATE OF ARIZONA



### Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### STATEMENT OF CHANGE, 01/21/2014

consisting of 3 pages, is a true and complete copy of the original of said document on file with this office for:

#### VEMMA INTERNATIONAL HOLDINGS, INC.
#### ACC file number: -0942711-7

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



Jodi A. Jerich, Executive Director

By: _____
TRISH ALONZO



AZ Corp. Commission

04546831

RECEIVED

JAN 2 1 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## CORPORATION STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS, PRINCIPAL OFFICE ADDRESS,
## OR STATUTORY AGENT
*Read the Instructions C016i*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 5.1, and 5.2 must be completed. The form will be rejected if those sections are not completed.*

1.  **ENTITY NAME** – give the exact name of the corporation as currently shown in A.C.C. records:
    Vemma International Holdings, Inc.

2.  **A.C.C. FILE NUMBER:** 09427117
    Find A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

| 3. | ARIZONA KNOWN PLACE OF BUSINESS ADDRESS: | | | | | |
|---|---|---|---|---|---|---|
| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | **3.2** *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | | |
| Attention (optional) | | | Attention (optional) | | | |
| 8322 E. Hartford Drive | | | 1621 W. Rio Salado Parkway | | | |
| Address 1 | | | Address 1 | | | |
| Address 2 (optional) | AZ | 85255 | Address 2 (optional) | AZ | 85281 | |
| City Scottsdale | State | Zip | City Tempe | State | Zip | |

**3.3 If you completed 3.2,** is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

| 4. | PRINCIPAL OFFICE ADDRESS: | | | | | |
|---|---|---|---|---|---|---|
| **4.1** *Required if changing* – list the principal office address currently shown in A.C.C. records (before any changes): | | | **4.2** *Optional* – List the NEW principal office address (must be a street or physical address): | | | |
| Attention (optional) | | | Attention (optional) | | | |
| Address 1 | | | Address 1 | | | |
| Address 2 (optional) | | | Address 2 (optional) | | | |
| City | State | Zip | City | State | Zip | |
| Country | | | Country | | | |

C016.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

5. **CURRENT OR EXISTING** STATUTORY AGENT – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 5.1   REQUIRED – list the **name** and **physical or street address** (not a P.O. Box) in Arizona of the existing statutory agent: | | | 5.2   REQUIRED – list the **mailing address** (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Benson K. Boreyko<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 8322 E. Hartford Drive<br>Address 1 | | | 8322 E. Hartford Drive<br>Address 1 | | |
| Address 2 (optional)<br>City   Scottsdale | AZ<br>State | 85255<br>Zip | Address 2 (optional)<br>City   Scottsdale | AZ<br>State | 85255<br>Zip |

5.3   ☐   **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

5.4   **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☑   **STREET ADDRESS CHANGED** – complete number 5.5.

☑   **MAILING ADDRESS CHANGED** – complete number 5.6.

| 5.5   NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 5.6   NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 1621 W. Rio Salado Parkway<br>Address 1 | | | 1621 W. Rio Salado Parkway<br>Address 1 | | |
| Address 2 (optional)<br>City   Tempe | AZ<br>State | 85281<br>Zip | Address 2 (optional)<br>City   Tempe | AZ<br>State | 85281<br>Zip |

| 6. ☐ | **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent**: | |
|---|---|---|

| 6.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | 6.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |
|---|---|
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional)　City　State　Zip | Address 2 (optional)　City　State　Zip |

| 6.3 *REQUIRED* – if you are appointing a new statutory agent, the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Statement of Change form. |
|---|

**SIGNATURE** – see <u>*Instructions C016i*</u> *for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the corporation named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature

Benson K. Boveyko
Printed Name

1-17-2014
Date (mm/dd/yyyy)

**REQUIRED** – check only one:

| ☐ I am the **Chairman of the Board of Directors** of the corporation filing this document. | ☑ I am a duly-authorized **Officer** of the corporation filing this document. | ☐ I am a **Statutory Agent** changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee:  None (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona  85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

**App. 0110**




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### OFFICER / DIRECTOR / SHAREHOLDER CHANGE, 06/09/2014

consisting of 2 pages, is a true and complete copy of the original of said document on file with this office for:

### VEMMA INTERNATIONAL HOLDINGS, INC.
### ACC file number: -0942711-7

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: May 8, 2015.



Jodi A. Jerich, Executive Director

By: _____

TRISH ALONZO





App. 0111

RECEIVED

JUN 0 9 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION



AZ Corp. Commission

04709618

---

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## OFFICER/DIRECTOR/SHAREHOLDER CHANGE

*Read the Instructions C017i*

1. **ENTITY NAME –** give the exact name of the corporation as currently shown in A.C.C. records:
Vemma International Holdings, Inc.

2. **A.C.C. FILE NUMBER:** -0942711-7
Find A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

### CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND
### COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.

3. ☑ **OFFICER CHANGE –** FOR OFFICERS CURRENTLY SHOWN IN A.C.C. RECORDS - list the name of each officer being changed as it is currently shown in A.C.C. records, and below that provide any new information for that officer (new name and/or address), then check all boxes that apply to indicate the change being made for that officer.  FOR NEW OFFICERS – list the name in the NEW Name blank, list the address, and check the appropriate box.  If more space is needed, use another Officer/Director/Shareholder Change form.

| Benson K. Boreyko | | | Benson K. Boreyko | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| 1621 W. Rio Salado Pkwy. | | | 1621 W. Rio Salado Pkwy. | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Tempe | AZ | 85281 | Tempe | AZ | 85281 |
| City | State or Province | Zip | City | State or Province | Zip |
| UNITED STATES | | | UNITED STATES | | |
| Country | | | Country | | |
| | President | | | Secretary | |
| Date taking office (optional) | Officer title | | Date taking office (optional)) | Officer title | |
| ■ Address change ☐ Add as officer | | | ■ Address change ☐ Add as officer | | |
| ☐ Name change ☐ Remove officer | | | ☐ Name change ☐ Remove officer | | |

| | | | | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |
| ☐ Address change ☐ Add as officer | | | ☐ Address change ☐ Add as officer | | |
| ☐ Name change ☐ Remove officer | | | ☐ Name change ☐ Remove officer | | |

**Officers continued**

| | | | | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |
| ☐ Address change   ☐ Add as officer | | | ☐ Address change   ☐ Add as officer | | |
| ☐ Name change   ☐ Remove officer | | | ☐ Name change   ☐ Remove officer | | |

**4.** ☑ **DIRECTOR CHANGE** – FOR DIRECTORS CURRENTLY SHOWN IN A.C.C. RECORDS - list the name of each director being changed as it is currently shown in A.C.C. records, and below that provide any new information for that director (new name and/or address), then check all boxes that apply to indicate the change being made for that director.  FOR NEW DIRECTORS – list the name in the NEW Name blank, list the address, and check the appropriate box.  If more space is needed, use another Officer/Director/Shareholder Change form.

| | | | | | |
|---|---|---|---|---|---|
| Benson K. Boreyko | | | Karen L. Boreyko | | |
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| 1621 W. Rio Salado Pkwy. | | | 1621 W. Rio Salado Pkwy. | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Tempe | AZ | 85281 | Tempe | AZ | 85281 |
| City   UNITED STATES | State or Province | Zip | City   UNITED STATES | State or Province | Zip |
| Country | Director | | Country | Director | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |
| ☑ Address change   ☐ Add as director | | | ☑ Address change   ☐ Add as director | | |
| ☐ Name change   ☐ Remove director | | | ☐ Name change   ☐ Remove director | | |

| | | | | | |
|---|---|---|---|---|---|
| D. Lynne Boreyko | | | | | |
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| Lauren Boreyko | | | | | |
| NEW Name | | | NEW Name | | |
| 1621 W. Rio Salado Pkwy. | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Tempe | AZ | 85281 | | | |
| City   UNITED STATES | State or Province | Zip | City | State or Province | Zip |
| Country | Director | | Country | | |
| Date taking office (optional) | Officer title | | Date taking office (optional) | Officer title | |
| ☑ Address change   ☐ Add as director | | | ☐ Address change   ☐ Add as director | | |
| ☑ Name change   ☐ Remove director | | | ☐ Name change   ☐ Remove director | | |

Arizona Department of Economic Security
Unemployment Insurance Tax Section

# CERTIFICATE OF AUTHENTICATION

The duly appointed Juanita Guzman, Program & Project Specialist II, Arizona Department of Economic Security, Division of Employment and Rehabilitation Services, Unemployment Insurance Administration, Tax Section, is authorized to act as the Custodian of Records for the Department. The Custodian of Records hereby certifies that the attached document(s) and information below pertain to employer(s) and employee(s) records kept by the Department; (a) made at or near the time of the occurrence of the matters set forth, (b) kept in the course of the regularly conducted activity, and (c) made by the regularly conducted activity as a regular practice. The attached document(s) and information below are accurate to the best of my knowledge and belief and the signature below is genuine.

**Attached are copies of the original Unemployment Tax and Wage Reports submitted by:**

> **Vemma Nutrition Company**
> **FEIN:** ███████
> **UI Tax:** ███████

> **Requested Quarters:**
> - **2006-2014**

**Note:**
**Attached are the UI Tax documents pertaining to the above referenced employer, received since 1/1/2010.**

Date: ___1/20/2015___

By: _____

**Juanita Guzman**
**Arizona Department of Economic Security**
**Unemployment Insurance Tax Section**

DEC-18-2009  12:59   FROM-                               4809278988              T-465  P.001/004  F-165

JT-1/UC-001 (8/09)

DEC 18 2009

# ARIZONA JOINT TAX APPLICATION

STATUS UNIT

**IMPORTANT:** *Incomplete applications WILL NOT BE PROCESSED. All required information is designated with asterisk* *
To complete this application see attached instructions. Please return Complete application with appropriate license fee(s) to: License & Registration Section, Department of Revenue, PO BOX 29032, Phoenix AZ 85038-9032.

To complete this online, go to: www.aztaxes.gov

**Section A: Taxpayer Information (Print Clearly or Type the information on this application.)**

| | |
|---|---|
| **1. License Type** (Check all that apply) * <br> ☐ Transaction Privilege Tax (TPT) <br> ☒ Withholding/Unemployment Tax (*if hiring employees*) <br> ☐ Use Tax <br> ☐ TPT For Cities ONLY | **2. Type of Ownership** * <br> ☐ Individual / Sole Proprietorship <br> ☐ Partnership <br> ☐ Professional Limited Liability <br> ☐ Limited Liability Company <br> ☐ Limited Liability Partnership <br> ☐ Corporation <br> State of Inc. AZ <br> Date of Inc. Sep 2004 <br> ☒ Sub-Chapter S Corporation <br> ☐ Association <br> ☐ Trust <br> ☐ Government <br> ☐ Estate <br> ☐ Joint Venture <br> ☐ Receivership |

**3. Federal Employer Identification Number (Required for Employers and Entities other than Sole Proprietors) or Social Security Number** *

Tax exempt organizations must attach a copy of the Internal Revenue Service letter of determination.

**4. Legal Business Name / Owner / Employing Unit** *
Vemma Nutrition Company

| **5. Business or 'Doing Business As' Name** * <br> Same | **6. Business Phone Number** * <br> 480-927-8999 | **7. Fax Number** |
|---|---|---|

**8. Mailing Address (Street, City, State, ZIP code)** *
8322 E Hartford Dr, Scottsdale, AZ 85255

**9. Country**

| **10. Email Address** | **11. Is your business located on an Indian Reservation?** <br> ☐ Yes  If yes, _____ <br> ☒ No  (See Section G for listing of Reservations) |
|---|---|

| **12. Physical Location of Business (Street, City, State, ZIP code) Do not use PO Box or Route No.** * <br> Same | **13. County** |
|---|---|

**Section B: (For additional business locations, complete Section B.)**

| **14. Are you a construction contractor?** * <br> ☐ Yes  (See Bonding Requirements below) <br> ☒ No | **15. Did you acquire, or change the legal form of business, of all or part of an existing business?** * <br> ☒ Yes  If yes, you must complete the Unemployment Tax Information (Section D) <br> ☐ No |
|---|---|

Bonding Requirements: Prior to the issuance of a Transaction Privilege Tax License, new or out-of-state contractors are required to post a Taxpayer Bond for Contractors unless the Contractor qualifies for an exemption from the bonding requirement. The primary type of contracting being performed determines the amount of bond to be posted. Bonds may also be required of (1) an applicant who are delinquent in paying Arizona taxes or have a history of delinquencies. For this information on bonding, please see the Taxpayer Bonds publication which is available online or at the Department of Revenue offices.

**16. Description of Business (Must include type of merchandise sold or taxable activity; for employers, the type of employment)** *
Sale nutritional products

**17. NAICS Code:** (Select at least one. Go to www.aztaxes.gov for a listing of codes) *   424210

**18. Identification of Owner, Partners, Corporate Officers, Members / Managing Members or Officials of this employing unit**

| A. Name (Last, First, MI) * | B. Soc. Sec. No. * | C. Title * | D. % Owned * | E. Complete Residence Address * | F. Phone Number * |
|---|---|---|---|---|---|
| New Vision Holdings | | Corp | 100% | 8322 E Hartford Dr Scottsdale, AZ 85255 | 480-927-8999 |
| | | | | | |
| | | | | | |

If the listed partners, corporate officers or combination of parties or corporate officers, members and/or LLC members own more than 50% or of control of the business in Arizona, attach a list of the businesses (percentages owned and Unemployment Insurance account numbers).

**THIS BOX FOR AGENCY USE ONLY**

| | | | | |
|---|---|---|---|---|
| ☐ New | Acct. No. _____ | UAB _____ | DLN _____ |
| ☐ Change | Start _____ | LIAB Est. _____ | TPT _____ |
| ☐ Revise | | | WH _____ |
| ☐ Reopen | S/E Date _____ | | |

ADOR 74-4002 (8/09)

**App. 0115**

DEC-18-2009  13:02    FROM-　　　　　　　　　　2/4　　　　4809279988　　　T-466  P.003/004  F-165

JT-1/UC-001 (6/09)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3

**Section II. Withholding/Unemployment Tax Information**

| | | |
|---|---|---|
| **1.** Date Employees First Hired in Arizona. *  1-1-10 | **2.** Are you liable for Federal Unemployment Tax?  ☒ Yes  If yes, what was the first year of liability?  ☐ No   Year 2010 | **3.** Are individuals performing services that are subject to withholding or unemployment tax?  DEC 18 2009  ☐ Yes  If yes, describe the services.  STATUS UNIT  ☒ No |

| | |
|---|---|
| **4.** Do you have an IRS Ruling that grants an exclusion from Federal Unemployment Tax?  ☐ Yes  If yes, attach a copy of the Ruling Letter.  ☒ No | **5.** Do you have or have you previously had an Arizona Unemployment Tax Number?  ☐ No  We are transfering employees form  ☒ Yes  If yes, Business Name New Vision  New Vision  Unemployment Number _____  to Verma. |

**6.** Record of Arizona wages paid by calendar quarter for current and preceding calendar year.

| YEAR | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER |
|---|---|---|---|---|
| | | | | |
| | | | | |

**7.** Weekly record of number of persons performing services in Arizona for current and preceding calendar year.

| YEAR | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| YEAR | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Complete this section if you acquired, or changed the legal form of business of, all or part of an existing Arizona business.

| | | |
|---|---|---|
| **8.** Date Acquired or Legal Form of Business changed *  1-1-10 | **9.** Acquired or Changed Legal Form of Business of, *  ☐ All  ☐ Part  If part, to obtain an unemployment tax rate based on the business's previous account you must request it no later than 180 days after the date entered in item 8 of this section. See instructions. | **10.** Acquired by *  ☐ Purchase  ☐ Lease  ☐ Other    If other, including change in legal form of business, explain: |

Previous Owner Information or Previous Legal Form of Business Information (See instructions.)

| | |
|---|---|
| **11.** Name(s) of Previous Owner(s) *  New Vision Anth. Ce | **12.** Business Name of Previous Owner(s) * |

**13.** Current Mailing Address of Previous Owner(s) (Street, City, State, ZIP code)

| | |
|---|---|
| **14.** Current Telephone Number of Previous Owner(s) | **15.** Unemployment Account Number of Previous Owner(s) |

**Section III. Voluntary Election of Unemployment Insurance Coverage (Subject to Department of Economic Security approval. This does not apply to Individuals.)**

**16.** The applicant, on behalf of the employing unit, voluntarily elects beginning January 1 of the current calendar year or the date employment started, if later, and continuing for not less than two calendar years, to:

☐ A. Be deemed an employer subject to Title 23, Chapter 4, Arizona Revised Statutes, to the same extent as all other such employers and provide unemployment insurance coverage to my workers performing services defined by law as employment, even though I have not met conditions requiring me to provide such coverage.

☐ B. Extend unemployment insurance coverage to workers referred to in item 2, above, by having the services they perform be deemed to constitute Employment by an employer subject to Title 23, Chapter 4, A.R.S.

Per T/c Veronica Tolbert + Rebecca Blackmell HR
all key ees try effective 1-1-10. Same owners.

ADOR 74-4002 (6/03)

DEC-18-2009  13:02   FROM-                          4809279988        T-466  P.002/004  F-165

3 / 4

JT-1/UC-001 (8/08)                                                  DEC 18 2009

**Section B - Transaction Privilege Tax (TPT) Filing Information**

| 1. Date Business Started in Arizona * | 2. Date Sales Began * | 3. What is your anticipated annual income for your first twelve months of business? |
|---|---|---|

STATUS UNIT

4. Business Classes (Select at least one. See Section H for a listing of business classes on page 4) *

| 5. TPT Filing Method | 6. Does your business sell tobacco products? | 7. Does your business sell new motor vehicle tires or vehicles? |
|---|---|---|
| ☐ Cash Receipts | ☐ Yes   If yes,   ☐ Retailer OR | ☐ No |
| ☐ Accrual | ☐ No   ☐ Distributor | ☐ Yes   (You will be required to file a TR-1.) |

8. Are you a seasonal filer?   If yes, please check the months in which you intend to do business:

| ☐ Yes ☐ No | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

9. Location of Tax Records (Street Address, City, State and ZIP code) Do not use PO Box or Route No. *

| 10. Name of Company or Person to Contact | 11. Phone Number |
|---|---|

For additional locations, complete the following: (If more space is needed, please attach additional sheets)

| 12. "Doing Business As" Name for this Location | 13. Phone Number |
|---|---|

14. Physical Location Address (Do not use PO Box or Route No.)

| 15. City | 16. County | 17. State | 18. ZIP code |
|---|---|---|---|

| 19. "Doing Business As" Name for this Location | 20. Phone Number |
|---|---|

21. Physical Location Address (Do not use PO Box or Route No.)

| 22. City | 23. County | 24. State | 25. ZIP code |
|---|---|---|---|

**Section C - Program Cities (Choose From Below a list of cities and towns licensed by the Arizona Department of Revenue.)**

| City/Town | Code | Fee | No. of Loc | Total | City/Town | Code | Fee | No. of Loc | Total | City/Town | Code | Fee | No. of Loc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benson | BS | 5.00 | | | Guadalupe | GU | 2.00 | | | San Luis | SU | 2.00 | | |
| Bisbee | BB | 1.00 | | | Hayden | HY | 5.00 | | | Sedona | SE | 2.00 | | |
| Buckeye | BE | 2.00 | | | Holbrook | HB | 1.00 | | | Show Low | SL | 2.00 | | |
| Camp Verde | CE | 2.00 | | | Huachuca City | HC | 2.00 | | | Sierra Vista | SR | 1.00 | | |
| Carefree | CA | 10.00 | | | Jerome | JO | 2.00 | | | Snowflake | SN | 2.00 | | |
| Casa Grande | CG | 2.00 | | | Kearny | KN | 2.00 | | | Somerton | SO | 2.00 | | |
| Cave Creek | CK | 20.00 | | | Kingman | KM | 2.00 | | | South Tucson | ST | 2.00 | | |
| Chino Valley | CV | 2.00 | | | Lake Havasu | LH | 5.00 | | | Springerville | SV | 5.00 | | |
| Clarkdale | CD | 2.00 | | | Litchfield Park | LP | 2.00 | | | St. Johns | SJ | 2.00 | | |
| Clifton | CF | 2.00 | | | Mammoth | MH | 2.00 | | | Star Valley | SY | 2.00 | | |
| Colorado City | CC | 2.00 | | | Marana | MA | 5.00 | | | Superior | SI | 2.00 | | |
| Coolidge | CL | 2.00 | | | Maricopa | MP | 2.00 | | | Surprise | SP | 10.00 | | |
| Cottonwood | CW | 2.00 | | | Miami | MM | 2.00 | | | Taylor | TL | 2.00 | | |
| Dewey/Humboldt | DH | 2.00 | | | Oro Valley | OR | 12.00 | | | Thatcher | TC | 2.00 | | |
| Douglas | DL | 5.00 | | | Page | PG | 2.00 | | | Tolleson | TN | 2.00 | | |
| Duncan | DC | 2.00 | | | Paradise Valley | PV | 2.00 | | | Tombstone | TS | 1.00 | | |
| Eagar | EG | 10.00 | | | Parker | PK | 2.00 | | | Wellton | WT | 2.00 | | |
| El Mirage | EM | 15.00 | | | Patagonia | PA | 25.00 | | | Wickenburg | WB | 2.00 | | |
| Eloy | EL | 10.00 | | | Payson | PS | 2.00 | | | Willcox | WC | 1.00 | | |
| Florence | FL | 2.00 | | | Pima | PM | 2.00 | | | Williams | WL | 2.00 | | |
| Fountain Hills | FH | 2.00 | | | Pinetop/Lakeside | PP | 2.00 | | | Winkelman | WM | 2.00 | | |
| Fredonia | FD | 10.00 | | | Prescott Valley | PL | 2.00 | | | Winslow | WS | 10.00 | | |
| Gila Bend | GI | 2.00 | | | Quartzsite | QZ | 2.00 | | | Youngtown | YT | 10.00 | | |
| Gilbert | GB | 2.00 | | | Queen Creek | QC | 2.00 | | | Yuma | YM | 2.00 | | |
| Globe | GL | 2.00 | | | Safford | SF | 2.00 | | | | | | | |
| Goodyear | GY | 5.00 | | | Sahuarita | SA | 5.00 | | | | | | | |

Please Note:  City fees are subject to change (go to our website for updates). For cities not listed above, please contact the cities directly. Your license will not be issued until all fees are paid.

Total of City Fees:
State Fees $12.00 X _____   Number of Locations: _____
TOTAL Fees:

ADOR74-4002 (8/08)

**App. 0117**