DEC-18-2009 13:03 FROM- ▮▮▮▮ 4/4 4809278988 T-466 P.004/004 F-185

JT-MUC-001 (6/09) Page 4

**Section D — AZTaxes.com Security Administration (Authorized User)**

By electing to register for www.aztaxes.gov you can online access to account information, and file and pay Arizona transaction, use, and withholding taxes. You also designate authorized users to access these services.

DEC 18 2009

☐ I Elect to Register to use aztaxes.gov to file and pay online.

**STATUS UNIT**

☐ I DO NOT Elect to Register to use aztaxes.gov to file and pay online.

| 1. Authorized Users Last Name | 2. Authorized Users First Name |
|---|---|
| 3. Authorized Users Title | 4. Authorized Users Social Security Number |
| 5. Authorized Users Email Address | 6. Authorized Users Phone Number |

**Section E — Signature by Individuals legally responsible for business (required)**

This application must be signed by either a sole owner, partners, corporate officer, managing member, the trustee, receiver or personal representative of an estate.

Under penalty of perjury I (we), the applicant, declare that the information provided on this application is true and correct. I (we) hereby authorize the security administrator, if one is listed in Section E, to access the AZTaxes.gov site for the business identified in Section A. This authority is to remain in full force and effect until the Arizona Department of Revenue has received written termination notification from an authorized officer.

| Type or Print Name | Title | Signature | Date |
|---|---|---|---|
| Tim Allen | CFO. | | 12/18/09. |
| Type or Print Name | Title | Signature | Date |
| | | | |

THIS APPLICATION MUST BE COMPLETED, SIGNED AND RETURNED AS PROVIDED BY ARS § 23-722.
Equal Opportunity Employer/Program • This document available in alternative formats by contacting the UI Tax Office.

**Section F — Indian Reservation Codes**

| Indian Reservation (County) | Code | Indian Reservation (County) | Code | Indian Reservation (County) | Code | Indian Reservation (County) | Code |
|---|---|---|---|---|---|---|---|
| Ak-Chin (Pinal) | PNA | Hopi (Coconino) | COJ | Pascua-Yaqui (Maricopa) | MAN | Tohono O'dham (Pinal) | PNT |
| Cocopah (Yuma) | YMB | Hopi (Navajo) | NAJ | Pascua-Yaqui (Pima) | PMN | Tonto Apache (Gila) | GLU |
| Colorado River (La Paz) | LAC | Hualapai (Coconino) | COK | Salt River Pima-Maricopa (Mar.) | MAO | White Mtn Apache (Apache) | APD |
| Fort McDowell-Yavapai (Mar.) | MAE | Hualapai (Mohave) | MOK | San Carlos Apache (Gila) | GLP | White Mtn Apache (Gila) | GLD |
| Fort Mohave (Mohave) | MOF | Kaibab-Paiute (Coconino) | COL | San Carlos Apache (Graham) | GRP | White Mtn Apache (Graham) | GRD |
| Fort Yuma-Quechan (Yuma) | YMG | Kaibab-Paiute (Mohave) | MOL | San Carlos Apache (Pinal) | PNP | White Mtn Apache (Navajo) | NAD |
| Gila River (Maricopa) | MAH | Navajo (Apache) | APM | San Juan Southern Paiute (Coco.) | COQ | Yavapai Apache (Yavapai) | YAW |
| Gila River (Pinal) | PNH | Navajo (Coconino) | COM | Tohono O'Odham (Maricopa) | MAT | Yavapai Prescott (Yavapai) | YAX |
| Havasupai (Coconino) | COI | Navajo (Navajo) | NAM | Tohono O'Odham (Pima) | PMT | | |

**Section G — Business Class Codes**

| Business Class | Code | Business Class | Code | Business Class | Code | Business Class | Code |
|---|---|---|---|---|---|---|---|
| Mining - Nonmetal | 002 | Commercial Lease | 013 | Use Tax - Utilities | 026 | Jet Fuel Tax | 049 |
| Utilities | 004 | Personal Property Rental | 014 | Rental Occupancy Tax | 028 | Jet Fuel Use Tax | 051 |
| Communications | 005 | Contracting - Prime | 015 | Use Tax Purchases | 029 | Rental Car Surcharge | 053/055 |
| Transporting | 006 | Retail | 017 | Use Tax from Inventory | 030 | Jet Fuel Tax > 10 million gallons | 056 |
| Private Car - Pipeline | 007/008 | Severance - Metalliferous Mining | 019 | Telecommunications Devices | 033 | Use Tax Direct Payments | 123 |
| Publication | 009 | Severance - Timbering Ponderosa | 021 | 911 Wireless Telecommunications | 036 | 911 Wireline Telecommunications | 131 |
| Job Printing | 010 | Severance - Timbering Other | 022 | Contracting - Owner Builder | 037 | Rental Car Surcharge - Stadium | 153 |
| Restaurants and Bars | 011 | Recreational Vehicle Surcharge | 023 | Municipal Water | 041 | | |
| Amusement | 012 | Transient Lodging | 025 | Membership Camping | 047 | | |

ADOR 74-4002 (6/09)

App. 0118

Arizona Department of Economic Security
Unemployment Insurance Tax Section

# CERTIFICATE OF AUTHENTICATION

The duly appointed Juanita Guzman, Program & Project Specialist II, Arizona Department of
Economic Security, Division of Employment and Rehabilitation Services, Unemployment
Insurance Administration, Tax Section, is authorized to act as the Custodian of Records for the
Department. The Custodian of Records hereby certifies that the attached document(s) and
information below pertain to employer(s) and employee(s) records kept by the Department; (a)
made at or near the time of the occurrence of the matters set forth, (b) kept in the course of the
regularly conducted activity, and (c) made by the regularly conducted activity as a regular
practice. The attached document(s) and information below are accurate to the best of my
knowledge and belief and the signature below is genuine.

**Attached are copies of the original Unemployment Tax and Wage Reports submitted by:**

> **Vemma Nutrition Company**
> **FEIN:** ███████
> **UI Tax:** ███████

**Requested Quarters:**

- 2006 $1^{st} - 4^{th}$ Qtr
- 2009 $1^{st} - 4^{th}$ Qtr
- 2012 $1^{st} - 4^{th}$ Qtr
- 2007 $1^{st} - 4^{th}$ Qtr
- 2010 $1^{st} - 4^{th}$ Qtr
- 2013 $1^{st} - 4^{th}$ Qtr
- 2008 $1^{st} - 4^{th}$ Qtr
- 2011 $1^{st} - 4^{th}$ Qtr
- 2014 $1^{st} - 4^{th}$ Qtr

Note:
• **Coverage start date for AZ UI Tax account for this business is 01/01/2010.**
• **No Quarterly Tax and Wage Reports received for periods prior to that date.**
• **Reports for fourth quarter 2014 are due to be postmarked by filing**
**employers by 01/31/15.**

Date:   1/20/2015

By: _____

**Juanita Guzman**
**Arizona Department of Economic Security**
**Unemployment Insurance Tax Section**



### UNEMPLOYMENT TAX INTERNET WAGE REPORT

RECEIVED DATE:   1/29/2014

ARIZONA ACCOUNT NUMBER:   ████████
CALENDAR QUARTER
ENDING:   12/31/2013
FEDERAL ID NO.:   ████████

VEMMA NUTRITION COMPANY
8322 EAST HARTFORD DRIVE
SCOTTSDALE AZ 85255

### REPORT SUMMARY

| | | |
|---|---|---|
| 1. | TOTAL WAGES PAID IN QUARTER | 5,965,292.53 |
| 2. | SUBTRACT EXCESS WAGES | 5,784,542.05 |
| 3. | TAXABLE WAGES PAID | 180,750.48 |
| 4. | TAX AMOUNT AT 3.52% | 6,362.42 |
| 5. | ADD INTEREST DUE | .00 |
| 6. | ADD PENALTY FOR LATE REPORT | .00 |
| 7. | ADD SURCHARGE, IF APPLICABLE | .00 |
| 8. | TOTAL PAYMENT DUE | 6,362.42 |

### EMPLOYEE WAGE DETAIL

| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|



UC18Z (09/11)

# UNEMPLOYMENT TAX INTERNET WAGE REPORT
## (CONTINUATION)

RECEIVED DATE:   1/29/2014

ARIZONA ACCOUNT NUMBER: ▮
CALENDAR QUARTER ENDING: 12/31/2013
FEDERAL ID NO.: ▮

## EMPLOYEE WAGE DETAIL



| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|
| | BENSON BOREYKO | 2,569,805.35 |

UC18Z (09/11)

**UNEMPLOYMENT TAX INTERNET WAGE REPORT**

RECEIVED DATE:    4/28/2014

ARIZONA ACCOUNT NUMBER: ▮▮▮▮▮
CALENDAR QUARTER
ENDING:   3/31/2014
FEDERAL ID NO.: ▮▮▮▮▮

VEMMA NUTRITION COMPANY
1621 W RIO SALADO PARKWAY
TEMPE AZ 85281

**REPORT SUMMARY**

| | | |
|---|---|---|
| 1. | TOTAL WAGES PAID IN QUARTER | 3,387,556.41 |
| 2. | SUBTRACT EXCESS WAGES | 2,090,274.50 |
| 3. | TAXABLE WAGES PAID | 1,297,281.91 |
| 4. | TAX AMOUNT AT 3.45% | 44,756.23 |
| 5. | ADD INTEREST DUE | .00 |
| 6. | ADD PENALTY FOR LATE REPORT | .00 |
| 7. | ADD SURCHARGE, IF APPLICABLE | .00 |
| 8. | TOTAL PAYMENT DUE | 44,756.23 |

**EMPLOYEE WAGE DETAIL**

| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|



UC18Z (09/11)

**UNEMPLOYMENT TAX INTERNET WAGE REPORT**
**(CONTINUATION)**

RECEIVED DATE:    4/28/2014

ARIZONA ACCOUNT NUMBER: ████
CALENDAR QUARTER
ENDING:    3/31/2014
FEDERAL ID NO.:    ████

**EMPLOYEE WAGE DETAIL**

| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|



BENSON BOREYKO                                      460,272.78

UC18Z (09/11)

**UNEMPLOYMENT TAX INTERNET WAGE REPORT**

RECEIVED DATE:    7/23/2014

ARIZONA ACCOUNT NUMBER:   ▆▆▆▆▆
CALENDAR QUARTER
ENDING:  6/30/2014
FEDERAL ID NO.:   ▆▆▆▆▆▆

VEMMA NUTRITION COMPANY
1621 W RIO SALADO PARKWAY
TEMPE AZ 85281

**REPORT SUMMARY**

| | | |
|---|---|---|
| 1. | TOTAL WAGES PAID IN QUARTER | 4,188,820.63 |
| 2. | SUBTRACT EXCESS WAGES | 3,847,616.82 |
| 3. | TAXABLE WAGES PAID | 341,203.81 |
| 4. | TAX AMOUNT AT 3.55% | 11,771.53 |
| 5. | ADD INTEREST DUE | .00 |
| 6. | ADD PENALTY FOR LATE REPORT | .00 |
| 7. | ADD SURCHARGE, IF APPLICABLE | 341.20 |
| 8. | TOTAL PAYMENT DUE | 12,112.73 |

**EMPLOYEE WAGE DETAIL**

| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|



UC18Z (09/11)

App. 0124

**UNEMPLOYMENT TAX INTERNET WAGE REPORT**
**(CONTINUATION)**

RECEIVED DATE:   7/23/2014


ARIZONA ACCOUNT NUMBER:   ███████
CALENDAR QUARTER
ENDING:   6/30/2014
FEDERAL ID NO.:   ███████

**EMPLOYEE WAGE DETAIL**



| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|
| | BENSON BOREYKO | 536,984.91 |

UC18Z (09/11)

## UNEMPLOYMENT TAX INTERNET WAGE REPORT

RECEIVED DATE:   10/24/2014

ARIZONA ACCOUNT NUMBER: ▮▮▮▮▮
CALENDAR QUARTER
ENDING:  9/30/2014
FEDERAL ID NO.: ▮▮▮▮▮

VEMMA NUTRITION COMPANY
1621 W RIO SALADO PARKWAY
TEMPE AZ 85281

### REPORT SUMMARY

1.  TOTAL WAGES PAID IN QUARTER          3,267,019.76
2.  SUBTRACT EXCESS WAGES                3,097,316.10
3.  TAXABLE WAGES PAID                     169,703.66
4.  TAX AMOUNT AT 3.55%                      5,854.78
5.  ADD INTEREST DUE                              .00
6.  ADD PENALTY FOR LATE REPORT                   .00
7.  ADD SURCHARGE, IF APPLICABLE               169.70
8.  TOTAL PAYMENT DUE                         6,024.48

### EMPLOYEE WAGE DETAIL



| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
| --- | --- | --- |

UC18Z (09/11)

**UNEMPLOYMENT TAX INTERNET WAGE REPORT**
**(CONTINUATION)**

RECEIVED DATE:   10/24/2014


ARIZONA ACCOUNT NUMBER:   ██████
CALENDAR QUARTER
ENDING:   9/30/2014
FEDERAL ID NO.:   ███████

**EMPLOYEE WAGE DETAIL**



| EMPLOYEE SSN | EMPLOYEE NAME | WAGES |
|---|---|---|
| | BENSON BOREYKO | 460,272.78 |

UC18Z (09/11)



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Joshua Muhammad, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 11896183

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Deposits with offsets | XXXXXX7926 | 18,808 | 18,808 |
| Checks/Debits | XXXXXX6436 | 0 | 0 |
| Statements | XXXXXX2258 | 49 | 49 |
| Signature Cards | XXXXXX5677 | 0 | 0 |
| Statements | XXXXXX7983 | 3 | 3 |
| Statements | XXXXXX6436 | 6 | 6 |
| Free Form | | 0 | 0 |
| Unable to locate application for account 484610002320714. | | | |
| Checks/Debits | XXXXXX2258 | 0 | 0 |
| Signature Cards | XXXXXX7983 | 3 | 3 |
| Checks/Debits | XXXXXX7926 | 8,139 | 8,139 |
| Deposits with offsets | XXXXXX6436 | 0 | 0 |
| Deposits with offsets | XXXXXX7983 | 0 | 0 |
| Signature Cards | XXXXXX7934 | 3 | 3 |
| Checks/Debits | XXXXXX5677 | 1 | 1 |
| Checks/Debits | XXXXXX6832 | 0 | 0 |
| Signature Cards | XXXXXX2258 | 5 | 5 |
| Deposits with offsets | XXXXXX7934 | 4 | 4 |
| Signature Cards | XXXXXX7926 | 3 | 3 |
| Deposits with offsets | XXXXXX6832 | 0 | 0 |
| Checks/Debits | XXXXXX7934 | 1,734 | 1,734 |
| Free Form | | 2 | 2 |
| Application for account ending in 3627 | | | |
| Deposits with offsets | XXXXXX5677 | 0 | 0 |

Case No: 11896183; Agency Case No: 1223111

**App. 0128**

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX6832 | 3 | 3 |
| Checks/Debits | XXXXXX7983 | 0 | 0 |
| Statements | XXXXXX7934 | 104 | 104 |
| Statements | XXXXXX6832 | 3 | 3 |
| Statements | XXXXXXXXXXXX0722 | 30 | 30 |
| Statements | XXXXXX7926 | 449 | 449 |
| Signature Cards<br>    Unable To Locate | XXXXXX6436 | 0 | 0 |
| Statements | XXXXXXXXXXXX3627 | 60 | 60 |
| Free Form<br>    Application for account ending in 0722 | | 2 | 2 |
| Deposits with offsets | XXXXXX2258 | 2 | 2 |
| Statements | XXXXXXXXXXXX0714 | 76 | 76 |
| Statements | XXXXXX5677 | 7 | 7 |

|  |  | **Total Copies Delivered:** | **29,496** |

Additional comments: Compliance limited to signature cards, statements, deposits and offsets and checks and withdrawals.


I declare under penalty of perjury under the law(s) of the state of Texas  that the foregoing is true and correct according to my knowledge and belief.   Executed on this  6th day of May, 2015, in the City of Chandler, State of ARIZONA.



_____
Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

# WELLS FARGO BANK
## COMMERCIAL ACCOUNT AUTHORIZATION & AGREEMENT (SIGNATURE CARD)
(This document to be used when establishing a new account only.)

**WELLS FARGO**

| WELLS FARGO BANK | | , N.A. | |
|---|---|---|---|

| | | (Co ID) |
|---|---|---|

| **I. ACCOUNT NUMBER(S)** | ▮7926 | 182 |
|---|---|---|
| | | |
| | | |

| **II. ACCOUNT TITLE(S)** | Vemma Nutrition Company |
|---|---|
| | Operating Account |
| | |

**III. ACCOUNT TYPE** (Check One Box Only)

| ☒ Commercial Checking (Non-Interest) | ☐ Commercial Checking with Interest | ☐ Commercial Money Market Account |
|---|---|---|

**IV. BUSINESS INFORMATION**

Customer Name ("Accountholder")

Vemma Nutrition Company

| Business Location/Street Address | City | State | Zip: |
|---|---|---|---|
| 8322 East Hartford Drive | Scottsdale | Arizona | 85255 |
| Mailing Address | City: | State | Zip: |
| | | | |

| Business Phone | Alternate Phone | Primary Contact Name |
|---|---|---|
| +1 (480) 927-8626 | | Sue Petro |

**Type of Entity** (Check One Box Only)

| Business | | Public Funds | Financial Institution |
|---|---|---|---|
| ☒ Corporation | ☐ Business Trust | ☐ City/Municipality | ☐ Commercial Bank |
| ☐ Corporation (Professional) | ☐ Real Estate Investment Trust | ☐ Country | ☐ Savings Bank |
| ☐ Corporation (Nonprofit) | ☐ Association | ☐ State | ☐ Credit Union |
| ☐ Partnership (General) | ☐ Other | ☐ Federal (US Government) | |
| ☐ Partnership (Limited) | Foreign | | Internal |
| ☐ Joint Venture | ☐ Corporation | ☐ Indian Tribal Entity | ☐ WF & Co Sub |
| ☐ Limited Liability Company | ☐ Financial Institution | | ☐ WFB Subsidiary |

| Business Organized under the Laws of (Jurisdiction) | Annual Sales $ |
|---|---|
| Arizona | |
| Date Business Established | Number of Employees |
| | |

App. 0130

| Date Current Owner Since / Mgmt Started | | |
|---|---|---|
| | | |

| **Wells Fargo Banker to Complete** | | | | |
|---|---|---|---|---|
| Business License #: | | Dated: | Date of Last Banker Visit to Business Address: | |
| Fictitious Name Statement Date | | | Banker Name & Customer Contact/Visited | |

## V.  TAX REPORTING & CERTIFICATION

| Taxpayer Identification Number ("TIN"): | ██████ |
|---|---|

**TAX INFORMATION CERTIFICATION:**  (THE INTERNAL REVENUE SERVICE (IRS) REQUIRES YOUR EXEMPTION CERTIFICATION BELOW TO AVOID BACKUP WITHHOLDING.)  On behalf of the above-named Accountholder, I certify that: (i) the Accountholder is a U.S. person (includes U.S. resident aliens), (ii) the Taxpayer Identification Number shown above is the Accountholder's correct taxpayer

identification, and (iii) the Accountholder is (check only one box):   ☐ not subject to backup withholding because it is exempt from backup

withholding (nonresident aliens and foreign corporations are generally exempt  - see below); or   ☐ not subject to backup withholding

because it has not been notified by the IRS that it is subject to backup withholding.  (Note: Do not check either box if the Accountholder has been notified by the IRS that it is currently subject to backup withholding because of underreporting interest or dividends on its tax return.)

**The following section must also be completed if the Accountholder is exempt from back-up withholding based on foreign status:**  To remain exempt from back-up withholding and/or reduced withholding rates based on income tax treaties or U.S. Law, nonresident aliens and

other foreign nonresident entities must certify foreign status by filing Form W-8 with Wells Fargo Bank   [        ]   . N.A. On behalf of the above-named

Accountholder, I certify that the Accountholder understands and will promptly comply with the filing requirement in the preceding sentence, and :

that the Accountholder is (check only one box):   ☐ a non-resident alien individual or non-resident foreign corporation  (Form W-8BEN);

☐ a foreign partnership (Form W-8ECI or Form W-8IMY);   ☐ a foreign tax-exempt organization or government (Form W-8ECI or Form W-8EXP);

☐ acting as an Intermediary (Form W-8IMY); or   ☐ claiming exemption based on income effectively connected with the conduct of a trade

or business within the United States.  (Form W-8ECI).

The Accountholder's permanent address is:  [                                    ]

By signing below, I certify under penalty of perjury that the information given in this Tax Reporting section is correct.

| ⟨signature⟩ | PRESIDENT | |
|---|---|---|
| Signature | Position / Title | Date |

## VI. AUTHORIZED SIGNERS

(Sign within Box)

| Signature 1 ⟨signature⟩ | Printed Name  BK BOREYKO | Position/Title:  PRESIDENT |
|---|---|---|
| Signature 2 ⟨signature⟩ | Printed Name  PETER REILLY | Position/Title:  EXEC. VP/GENERAL COUNSEL |
| Signature 3 ⟨signature⟩ | Printed Name  BRAD WAYMENT | Position/Title:  COO |
| Signature 4 | Printed Name | Position/Title: |
| Signature 5 | Printed Name | Position/Title: |

Revised 04/01/2003

**App. 0131**

| Signature 6 | Printed Name | Position/Title: |
|---|---|---|
|  |  |  |

**VII. ACKNOWLEDGEMENT & AGREEMENT**

On behalf of the Accountholder, I hereby certify, by my signature below, that each of the individuals designated in Section VI above as an "Authorized Signer" is authorized, acting alone, to (i) sign checks drawn on, and make cash withdrawals from, the Account, (ii) request stop payment orders for checks drawn on the Account, and (iii) initiate funds transfers by ACH, wire or other means out of the Account in accordance with the Accountholder's contractual arrangements with Wells Fargo regarding these services.

Wells Fargo may obtain credit reports or other information about the Accountholder. Wells Fargo may disclose information about each account to its affiliates, to credit reporting agencies, and to other persons or agencies that, in Wells Fargo's judgement, have a legitimate purpose for obtaining the information.

**I acknowledge that the Accountholder has received a Commercial Account Agreement and agree that its terms and conditions, as amended from time to time, will govern the Account.**

| | |
|---|---|
| Authorized Signature | PRESIDENT |
| | Position/Title: |
| RK  BOREYKD | |
| Printed Name | Date |

| BANK USE ONLY | | | ACCOUNT NO(S). | |
|---|---|---|---|---|
| | | | | |
| Date Received: | | Banker Name: | Banker Telephone | Banker MAC |
| 5/4/11 | | Doug Jorgensen | +1 (602) 378-1348 | S4101-251 |
| AU | RAU | Officer Number | Family Name | Family Number |
| 03839 | | 88719 | | |



App. 0132

# App. 0133 – 0432 Intentionally Omitted Available Upon Request

RICK SNYDER, GOVERNOR

000

# STATE OF MICHIGAN

| FXXXXX3560 | 28Y | 000 | YZT01316 | 01/31/2013 | 74-78 |
| VENDOR NO. | MC | AGENCY | BANK I.D. | ACCTG. | 724 |

ONE THOUS FORTY-THREE & 57/100 ***********************DOLLARS

$*****1,043.57

006 597

VENMA INTERNATIONAL
HOLDINGS INC
8322 E HARTFORD DR
SCOTTSDALE AZ 85255

Security features included
Details on back.

STATE TREASURER'S WARRANT
LANSING, MICHIGAN 48901

ANDY DILLON, STATE TREASURER

PAY TO THE
ORDER OF

08207313



Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

App. 0433

Case 2:15-cv-01578-JJT   Document 10-3   Filed 08/17/15   Page 18 of 60



Commonwealth of Virginia
DEPARTMENT OF TAXATION        0000000-12

+ CHECK NUMBER +

10/15/2013

VEMMA INTERNATIONAL
Pay To
The Order Of    8322 E HARTFORD DR
SCOTTSDALE AZ 85255-5466

PAY THIS AMOUNT
$*******207*00
Void After One Year

Wells Fargo Bank, N.A.

Treasurer of Virginia







Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038



ALLIANCE BANK OF ARIZONA
91-598/1221

ARNETT
NAVIGATING RISK

ARNETT INSURANCE SERVICES, LLC
3850 E. BASELINE RD., # 106
MESA, ARIZONA 85206

10/31/2013          $184.06*
DATE               AMOUNT

PAY
ONE HUNDRED EIGHTY-FOUR DOLLARS and 06 CENTS

VEMMA International Holdings
TO THE    Brad Wayment
ORDER OF 8322 East Hartford Drive
Scottsdale, AZ 85255-6466

PREMIUM TRUST ACCOUNT

Refund of Premium Pol#30019905

AUTHORIZED SIGNATURE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

App. 0435



THE FACE OF THIS CHECK IS PRINTED BLUE ON A RED BACKGROUND - THE BACK CONTAINS A SIMULATED WATERMARK

Citizens Bank
Providence, RI
57-12
115

Seth Magaziner, General Treasurer,
State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903

NOT VALID AFTER 90 DAYS

| APPROPRIATION ACCT | VOUCHER NO | MO 01 | DAY 21 | YEAR 2015 | TAXPAYER ID |
|---|---|---|---|---|---|

***11 DOLLARS AND 32CENTS $11.32          **Refund Amount**          11.32

**PAY TO THE ORDER OF**
VEMMA INTERNATIONAL HOLDINGS INC
1621 W RIO SALADO PKWY
TEMPE  AZ  85281

DO NOT REMOVE WHITE STRIP BELOW

GENERAL TREASURER

STATE CONTROLLER

⌐MP

⑆419531⑈⑆ ⑆011500120⑉ 0011076488⑈



Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

**App. 0436**

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT

84-1218

GREAT NORTHERN INSURANCE COMPANY
P.O. Box 4100
Chesapeake, VA 23327-4700

**CHUBB**

Check Number:
Date   03/18/2015   0651

BANK OF AMERICA
ATLANTA, GA

PAY    Seven Hundred Fifty One Dollars And 38/100 ¢

$***751.38

TO THE
ORDER
OF

**VEMMA INTERNATIONAL HOLDINGS**

Vemma International Holdings
1621 W Rio Salado Pkwy
Attn: Christopher Reid
Tempe, AZ 85281

AUTHORIZED SIGNATURE

IN SETTLEMENT OF   CLAIM//2915 BW# 339//WMB#26544//$0 DEDUCTIBLE





Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - VIEW AT AN ANGLE

# STATE OF CALIFORNIA

WARRANT NUMBER

THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO.

**FUND NO.** 0084   **FUND NAME** BANK & CORP TAX REFUND

TAX YEAR
2011        7730

**MO.! DAY ! YR.**
03 ¦27 ¦2015

80-1242/1211

TO. 915369
VEMMA INTERNATIONAL HOLDINGS I
--- 1621 W RIO SALADO PKWY
TEMPE AZ 85281

**DOLLARS | CENTS**
$×××××525 74

**BETTY T. YEE**
CALIFORNIA STATE CONTROLLER

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038



THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - VIEW AT AN ANGLE

# STATE OF CALIFORNIA

THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO.

**FUND NO.** 0084   **FUND NAME** BANK & CORP TAX REFUND

TAX YEAR
2012        7730

NO.¦ DAY ¦ YR.
03 ¦27 ¦2015

DOLLARS   CENTS
$****2069.00

TO. 915370
--- VEMMA INTERNATIONAL HOLDINGS I
1621 W RIO SALADO PKWY
TEMPE AZ 85281

**BETTY T. YEE**
CALIFORNIA STATE CONTROLLER





Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

**App. 0439**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.     I, _Toni LaManna_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.     I have authority to certify the authenticity of the records produced by **American Express Company**, and attached hereto.

3.     The documents produced and attached hereto by **American Express Company**, are originals or true copies of records of regularly conducted activity that:

     a)     Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     b)     Were kept in the course of the regularly conducted activity of **American Express Company**; and

     c)     Were made by the regularly conducted activity as a regular practice of **American Express Company**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ____May 19_____, 2015.

                             _Toni LaManna_____
                             Signature

## DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**NEW VISION INTL HOLD**

Account Number
██████2001

Closing Date
01/25/12

Page 1 of 7

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 2,705.21 | 2,923.67 | 0.00 | 4,693.10 | 0.00 | 935.78 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

| Card Number ██████2001 | Reference Code | Amount $ |
|---|---|---|

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
██████2001

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE        AZ  85255-5466

**Amount Due**
**$935.78**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

**App. 0441**

**DUPLICATE COPY**



AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**NEW VISION INTL HOLD**

Account Number ████2001

Closing Date 02/25/12

Page 1 of 8

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 935.78 | 11,094.08 | 0.00 | 935.78 | 0.00 | 11,094.08 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number ████2001 | Reference Code | Amount $ |
|---|---|---|

**Continued on Page 3**

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████2001

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO**
**NEW VISION INTL HOLD**
**8322 E HARTFORD DR**
**SCOTTSDALE     AZ  85255-5466**

**Amount Due**
**$11,094.08**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS**
**PO BOX 360001**
**FT LAUDERDALE FL 33336-0001**

00133549

**App. 0442**

**DUPLICATE COPY**



**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

Prepared For
BENSON K BOREYKO
NEW VISION INTL HOLD

Account Number _____2001

Closing Date
03/26/12

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 11,094.08 | 7,258.75 | 0.00 | 11,094.08 | 0.00 | 7,258.75 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number _____2001 | Reference Code | Amount $ |
|---|---|---|

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips
**Payment Coupon**

Account Number _____2001

**Continued on Page 3**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE          AZ   85255-5466

**Amount Due**
**$7,258.75**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0443**

DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**NEW VISION INTL HOLD**

| | Account Number | Closing Date | |
|---|---|---|---|
| | 2001 | 04/25/12 | Page 1 of 9 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 7,258.75 | 6,215.44 | 0.00 | 7,258.75 | 0.00 | 6,215.44 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number | 2001 | Reference Code | Amount $ |
|---|---|---|---|

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

| | Account Number |
|---|---|
| | 2001 |

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE       AZ  85255-5466

Amount Due
**$6,215.44**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0444**

**DUPLICATE COPY**

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | 2001 | 05/25/12 | Page 1 of 7 |
| NEW VISION INTL HOLD | | | |

| | Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|---|
| | 6,215.44 | 17,798.11 | 0.00 | 6,215.44 | 0.00 | 17,798.11 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity

Date reflects either transaction or posting date        ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | 2001 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

### Payment Coupon

| | Account Number |
|---|---|
| | 2001 |

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE        AZ  85255-5466

**Amount Due**
**$17,798.11**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0445**



## DUPLICATE COPY

**Corporate Card Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
BENSON K BOREYKO
NEW VISION INTL HOLD

Account Number 2001
Closing Date 06/25/12

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 17,798.11 | 7,251.62 | 0.00 | 17,798.11 | 147.00 | 7,104.62 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity

Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | 2001 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips

**Payment Coupon**

Account Number 2001

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE        AZ  85255-5466

**Amount Due** $7,104.62

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0446**



DUPLICATE COPY

## AMERICAN EXPRESS
## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**NEW VISION INTL HOLD**

Account Number ▉▉▉▉2001

Closing Date 07/25/12

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 7,104.62 | 5,066.35 | 0.00 | 7,104.62 | 30.00 | 5,036.35 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number ▉▉▉▉2001 | Reference Code | Amount $ |
|---|---|---|

000011 2667

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number ▉▉▉▉2001

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ  85255-5466

**Amount Due** $5,036.35

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0447**

## DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ███ 2001 | 08/25/12 | |
| NEW VISION INTL HOLD | | | Page 1 of 4 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 5,036.35 | 15,888.21 | 0.00 | 5,036.35 | 0.00 | 15,888.21 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | ███ 2001 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|

00011 28287

+ Please fold on the perforation below, detach and return with your payment +

Do not staple or use paper clips

## Payment Coupon

| | Account Number | |
|---|---|---|
| | ███ 2001 | |

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ  85255-5466

**Amount Due** $15,888.21

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0448**

**DUPLICATE COPY**



**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

Prepared For
BENSON K BOREYKO
NEW VISION INTL HOLD

| | Account Number | Closing Date | |
|---|---|---|---|
| | 2001 | 09/25/12 | Page 1 of 8 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 15,888.21 | 4,854.69 | 0.00 | 15,888.21 | 18.30 | 4,836.39 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number 2001 | Reference Code | Amount $ |
|---|---|---|

⬇ Please fold on the perforation below, detach and return with your payment ⬇
Do not staple or use paper clips
**Payment Coupon**

| | Account Number | |
|---|---|---|
| | 2001 | |

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE          AZ  85255-5466

**Amount Due**
**$4,836.39**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0449**

## DUPLICATE COPY

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

AMERICAN
EXPRESS

**Corporate Card
Statement of Account**

Prepared For
BENSON K BOREYKO
NEW VISION INTL HOLD

Account Number
▆▆▆▆ 2001

Closing Date
10/25/12

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 4,836.39 | 4,100.20 | 0.00 | 4,836.39 | 0.00 | 4,100.20 |

For important information
regarding your account
refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number ▆▆▆▆ 2001 | Reference Code | Amount $ |
|---|---|---|

DC0011 34/67

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number
▆▆▆▆ 2001

Continued on Page 3

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

BENSON K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE        AZ   85255-5466

**Amount Due**
**$4,100.20**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

□

00133549

**App. 0450**

DUPLICATE COPY

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ████ 2001 | 11/25/12 | Page 1 of 4 |
| VEMMA INTL HOLD INC | | | |

| | Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|---|
| | 4,100.20 | 24,920.99 | 0.00 | 4,100.20 | 0.00 | 24,920.99 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number ████ 2001 | Reference Code | Amount $ |
|---|---|---|

████████████████████████████████████████

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

## Payment Coupon

Account Number ████ 2001

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE    AZ  85255-5466

Amount Due
$24,920.99

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0451**

## DUPLICATE COPY

**AMERICAN EXPRESS**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

**Corporate Card Statement of Account**

Prepared For
BENSON K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date | |
|---|---|---|
| ███ 2001 | 12/25/12 | Page 1 of 4 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 24,920.99 | 16,265.65 | 0.00 | 24,920.99 | 0.00 | 16,265.65 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number ███ 2001 | Reference Code | Amount $ |
|---|---|---|

███

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

Do not staple or use paper clips

**Payment Coupon**

| Account Number |
|---|
| 3794-031868-32001 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255-5466

**Amount Due**
$16,265.65

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0452**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ██████ 2001 | 01/25/13 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 16,265.65 | 9,901.41 | 0.00 | 16,265.65 | 0.00 | 9,901.41 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | ██████ 2001 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

[redacted section]

---

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips

## Payment Coupon

Account Number ██████ 2001

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255-5466

**Amount Due**
**$9,901.41**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0453**

DUPLICATE COPY

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**
**Corporate Card**
**Statement of Account**

| Prepared For | Account Number | Closing Date |
| --- | --- | --- |
| BENSON K BOREYKO | ██████2001 | 02/25/13 |
| VEMMA INTL HOLD INC | | |

Page 1 of 6

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
| --- | --- | --- | --- | --- | --- | --- |
| 9,901.41 | 43,378.42 | 0.00 | 36,491.96 | 291.44 | 16,496.43 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ██████2001 | Reference Code | Foreign Spending | Amount $ |
| --- | --- | --- | --- |

000011 44467

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number |
| --- | --- |
| | ██████2001 |

Continued on Page 3

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255-5466

Amount Due
$16,496.43

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0454**

DUPLICATE COPY

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**
## Corporate Card
## Statement of Account

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

| Account Number | Closing Date |
|---|---|
| 2001 | 03/27/13 |

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 16,496.43 | 9,476.59 | 0.00 | 16,496.43 | 548.82 | 8,927.77 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number | 2001 | Reference Code | Amount $ |
|---|---|---|---|

000011.47787

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
## Payment Coupon

Account Number
2001

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**
**8322 E HARTFORD DR**
**SCOTTSDALE        AZ   85255-5466**

Amount Due
**$8,927.77**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS**
**PO BOX 360001**
**FT LAUDERDALE FL 33336-0001**

00133549

DUPLICATE COPY

| AMERICAN EXPRESS | **Corporate Card**<br>**Statement of Account** | | Sign-up For Online Statements<br>www.americanexpress.com/checkyourbill |

| Prepared For<br>BENSON K BOREYKO<br>VEMMA INTL HOLD INC | Account Number<br>████████2001 | Closing Date<br>04/26/13 | Page 1 of 6 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 8,927.77 | 18,915.31 | 0.00 | 8,927.77 | 0.00 | 18,915.31 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number ███████████2001 | Reference Code | Amount $ |
|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number ████████2001

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE       AZ   85255-5466

Amount Due
**$18,915.31**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0456**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ████ 2001 | 05/26/13 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 18,915.31 | 11,485.79 | 0.00 | 18,915.31 | 1,443.29 | 10,042.50 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number | Reference Code | Amount $ |
|---|---|---|
| ████ 2001 | | |

00011 59/67

⇩ Please fold on the perforation below, detach and return with your payment ⇩

Do not staple or use paper clips

## Payment Coupon

| Account Number |
|---|
| ████ 2001 |

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE        AZ  85255-5466

**Amount Due
$10,042.50**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

☐

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**DUPLICATE COPY**

Sign-up For Online
Statements

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO<br>VEMMA INTL HOLD INC | ▇▇▇2001 | 06/25/13 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 10,042.50 | 18,375.81 | 0.00 | 10,042.50 | 0.00 | 18,375.81 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity  Date reflects either transaction or posting date

| Card Number ▇▇▇2001 | Reference Code | Amount $ |
|---|---|---|

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ▇▇▇2001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255-5466

Amount Due
$18,375.81

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

**App. 0458**

DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

Account Number ████2001

Closing Date
07/25/13

Page 1 of 8

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 18,375.81 | 11,746.65 | 0.00 | 18,375.81 | 0.00 | 11,746.65 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity    Date reflects either transaction or posting date

| Card Number ████████2001 | Reference Code | Amount $ |
|---|---|---|

---

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████2001

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**
**8322 E HARTFORD DR**
**SCOTTSDALE        AZ   85255-5466**

Amount Due
**$11,746.65**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0459**

**DUPLICATE COPY**

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

| | | | |
|---|---|---|---|
| Prepared For:<br>BENSON K BOREYKO<br>VEMMA INTL HOLD INC | Account Number<br>▇▇▇2001 | Closing Date<br>08/25/13 | Page 1 of 7 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 11,746.65 | 22,425.71 | 0.00 | 11,746.65 | 422.75 | 22,002.96 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date   ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ▇▇▇2001 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**   Account Number ▇▇▇2001

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255-5466

Amount Due
$22,002.96

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0460**

DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO<br>VEMMA INTL HOLD INC | 2001 | 09/25/13 | Page 1 of 7 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 22,002.96 | 15,916.50 | 0.00 | 22,002.96 | 0.00 | 15,916.50 | For important information regarding your account refer to page 2 |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**    Date reflects either transaction or posting date    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | 2001 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

---

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips
**Payment Coupon**

| Account Number |
|---|
| 2001 |

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE       AZ   85255-5466

**Amount Due**
**$15,916.50**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0461**

DUPLICATE COPY

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card Statement of Account**

Prepared For
BENSON K BOREYKO
VEMMA INTL HOLD INC

Account Number: 3009
Closing Date: 10/25/13
Page 1 of 15

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 15,916.50 | 12,105.43 | 0.00 | 15,916.50 | 0.00 | 12,105.43 |

For important information regarding your account refer to page 2.

See Page 7    For A Notice Of Changes To Your Agreement
See Page 11   For A Notice Of Changes To Your Agreement
See Page 13   For A Notice Of Changes To Your Agreement

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

Card Number 3009    Reference Code    Amount $

---

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**    Account Number 3009

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE    AZ   85255-5466

Amount Due $12,105.43

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3
Payable upon receipt in U.S. Dollars.
Please enter account number on all checks and correspondence.
Checks or drafts must be drawn against banks located in the U.S.
Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

App. 0462

DUPLICATE COPY

**AMERICAN EXPRESS**
**Corporate Card**
**Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO<br>VEMMA INTL HOLD INC | ███ 3009 | 11/25/13 | Page 1 of 11 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 12,105.43 | 23,368.05 | 0.00 | 12,105.43 | 0.00 | 23,368.05 | For important information regarding your account refer to page 2. |

**See Page 9   For A Notice Of Changes To Your Agreement**

**See Page 11   For A Notice Of Changes To Your Agreement**

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number ███ 3009 | Reference Code | Amount $ |
|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**                          Account Number ███ 3009

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255-5466

**Amount Due**
**$23,368.05**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE  FL  33336-0001

00133549

**App. 0463**

## DUPLICATE COPY

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**
### Corporate Card
### Statement of Account

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

Account Number ███████3009

Closing Date 12/25/13

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 23,368.05 | 5,380.51 | 0.00 | 23,368.05 | 418.34 | 4,962.17 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity   Date reflects either transaction or posting date

| Card Number ███████3009 | Reference Code | Amount $ |
|---|---|---|

000011 8XB7

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number ███████3009

**Continued on Page 3**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**
**8322 E HARTFORD DR**
**SCOTTSDALE      AZ   85255-5466**

**Amount Due $4,962.17**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS**
**PO BOX 360001**
**FT LAUDERDALE FL 33336-0001**

☐

00133549

**App. 0464**

**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date |
|---|---|---|
| BENSON K BOREYKO | ████ 3009 | 01/25/14 |
| VEMMA INTL HOLD INC | | |

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 4,962.17 | 2,772.63 | 0.00 | 4,962.17 | 0.00 | 2,772.63 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity

Date reflects either transaction or posting date

\*\* Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | ████ 3009 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

00001-2-2157

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

## Payment Coupon

Account Number ████ 3009

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

|ıılıllıʼıllʼılıʼlılllʼllllılllllıʼlllıʼılllllʼlılllılıllıʼıllʼıll|

BENSON K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE    AZ   85255-5466

Amount Due $2,772.63

Mail Payment to:

|ıllılʼılllllıʼllllılıllllʼlllıʼllllılllʼlllıʼılllllʼlllllll|

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0465**

## DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

| Account Number | Closing Date | |
|---|---|---|
| ████3009 | 02/25/14 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 2,772.63 | 10,701.48 | 0.00 | 2,772.63 | 169.78 | 10,531.70 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number | Reference Code | Amount $ |
|---|---|---|
| ████3009 | | |

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

| Account Number |
|---|
| ████3009 |

**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**
**8322 E HARTFORD DR**
**SCOTTSDALE       AZ   85255-5466**

**Amount Due**
**$10,531.70**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS**
**PO BOX 360001**
**FT LAUDERDALE FL 33336-0001**

00133549

App. 0466

DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

Prepared For
BENSON K BOREYKO
VEMMA INTL HOLD INC

Account Number
3009

Closing Date
03/27/14

Page 1 of 9

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 10,531.70 | 7,846.77 | 0.00 | 10,531.70 | 0.00 | 7,846.77 | For important information regarding your account refer to page 2. |

---

**See Page 9   For A Notice Of Changes To Your Agreement**

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity    Date reflects either transaction or posting date

**Card Number** 3009

Reference Code

Amount $

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
3009

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ  85281-2608

**Amount Due**
$7,846.77

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0467**

**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

| | | | | | |
|---|---|---|---|---|---|
| Prepared For | | Account Number | Closing Date | | |
| BENSON K BOREYKO | | 3009 | 04/26/14 | | Page 1 of 9 |
| VEMMA INTL HOLD INC | | | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 7,846.77 | 14,220.97 | 0.00 | 7,846.77 | 100.00 | 14,120.97 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number | 3009 | Reference Code | Amount $ |
|---|---|---|---|

000012 13/57

---

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips

**Payment Coupon**

| | Account Number |
|---|---|
| | 3009 |

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608

**Amount Due**
**$14,120.97**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0468**

DUPLICATE COPY

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**
## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ████ 8009 | 05/26/14 | Page 1 of 7 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 14,120.97 | 15,539.02 | 0.00 | 14,120.97 | 0.00 | 15,539.02 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number | Reference Code | Amount $ |
|---|---|---|
| ████ 8009 | | |

000012 1857

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
## Payment Coupon

| | Account Number |
|---|---|
| | ████ 8009 |

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608

| | Amount Due |
|---|---|
| | $15,539.02 |

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0469**

**DUPLICATE COPY**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date |
|---|---|---|
| BENSON K BOREYKO<br>VEMMA INTL HOLD INC | ████ 3009 | 06/25/14 |

Page 1 of 7

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 15,539.02 | 8,277.60 | 0.00 | 15,539.02 | 0.00 | 8,277.60 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number | Reference Code | Amount $ |
|---|---|---|
| ████ 3009 | | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████ 3009

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ   85281-2608

**Amount Due**
**$8,277.60**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side. ☐

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0470**

DUPLICATE COPY

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| Prepared For | | Account Number | Closing Date | |
|---|---|---|---|---|
| BENSON K BOREYKO | | ████ 3009 | 07/25/14 | Page 1 of 7 |
| VEMMA INTL HOLD INC | | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 8,277.60 | 15,278.86 | 0.00 | 8,277.60 | 0.00 | 15,278.86 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity    Date reflects either transaction or posting date

| Card Number ████ 3009 | Reference Code | Amount $ |
|---|---|---|

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips

**Payment Coupon**     Account Number ████ 3009

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ   85281-2608

**Amount Due**
**$15,278.86**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0471**

**DUPLICATE COPY**

AMERICAN EXPRESS
**Corporate Card
Statement of Account**

**Sign-up For Online
Statements**

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO
VEMMA INTL HOLD INC**

Account Number
█████3009

Closing Date
08/25/14

Page 1 of 10

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 15,278.86 | 8,503.79 | 0.00 | 15,278.86 | 52.08 | 8,451.71 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

** Foreign Currency conversion rate
is base rate plus 2.5%. See page 2 for details.

**Card Number** █████3009     Reference Code     Foreign Spending     Amount $

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

Account Number
█████3009

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ   85281-2608

Amount Due
**$8,451.71**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0472**

DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ████████3009 | 09/25/14 | Page 1 of 6 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 8,451.71 | 14,556.81 | 0.00 | 8,451.71 | 17.00 | 14,539.81 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date   ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ████████3009 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|



✂ Please fold on the perforation below, detach and return with your payment ✂

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | |
|---|---|---|
| | ████████3009 | |

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ  85281-2608

**Amount Due**
**$14,539.81**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0473**

**DUPLICATE COPY**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO | ███████3009 | 10/25/14 | Page 1 of 7 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 14,539.81 | 10,030.43 | 0.00 | 14,539.81 | 0.00 | 10,030.43 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ████████3009 | Reference Code | Amount $ |
|---|---|---|

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

## Payment Coupon

Account Number ███████3009

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ   85281-2608

**Amount Due**
**$10,030.43**

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

**App. 0474**

**DUPLICATE COPY**

**Sign-up For Online Statements**

**AMERICAN EXPRESS**

**Corporate Card Statement of Account**

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

Account Number 3009

Closing Date 11/25/14

Page 1 of 4

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 10,030.43 | 2,207.66 | 0.00 | 10,030.43 | 0.00 | 2,207.66 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number 3009 | Reference Code | Amount $ |
|---|---|---|

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment
Do not staple or use paper clips
**Payment Coupon**

Account Number 3009

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE      AZ    85281-2608

**Amount Due**
**$2,207.66**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

**App. 0475**

**DUPLICATE COPY**

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BENSON K BOREYKO<br>VEMMA INTL HOLD INC | ████ 3009 | 12/25/14 | Page 1 of 3 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 2,207.66 | 6,325.37 | 0.00 | 2,207.66 | 0.00 | 6,325.37 | For important information regarding your account refer to page 2. |

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number | Reference Code | Amount $ |
|---|---|---|
| ████ 3009 | | |

000012 4457

Continued on Page 3

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips

**Payment Coupon**

Account Number ████ 3009

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ  85281-2608

Amount Due $6,325.37

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549

**App. 0476**