**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**

Account Number ███████3009

Closing Date 01/25/15

Page 1 of 4

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 6,325.37 | 6,692.20 | 0.00 | 6,615.78 | 0.00 | 6,401.79 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

### Activity

Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ███████3009 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ███████3009

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO**
**VEMMA INTL HOLD INC**
**1621 W RIO SALADO PK**
**TEMPE         AZ   85281-2608**

**Amount Due $6,401.79**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS**
**PO BOX 360001**
**FT LAUDERDALE FL 33336-0001**

00133549

**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

Prepared For
**BENSON K BOREYKO
VEMMA INTL HOLD INC**

Account Number: 3009

Closing Date: 02/25/15

Page 1 of 5

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 6,401.79 | 4,623.69 | 0.00 | 9,283.53 | 0.00 | 1,741.95 |

For important information regarding your account refer to page 2.

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | 3009 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

Account Number: 3009

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608**

**Amount Due
$1,741.95**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001**

00133549

**DUPLICATE COPY**

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

Prepared For
**BENSON K BOREYKO
VEMMA INTL HOLD INC**

| | Account Number 3009 | Closing Date 03/27/15 | | Page 1 of 7 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 1,741.95 | 5,981.01 | 0.00 | 1,752.11 | 0.00 | 5,970.85 | For important information regarding your account refer to page 2. |

---

**See Page 7   For A Notice of Important Changes to Your Account Terms**

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number          3009 | Reference Code | Amount $ |

060012.5/57

Continued on Page 3

⬇ Please fold on the perforation below, detach and return with your payment ⬇
Do not staple or use paper clips
**Payment Coupon**

| | Account Number 3009 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE      AZ   85281-2608**

**Amount Due
$5,970.85**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001**

☐

00133549

**App. 0479**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

Prepared For
BENSON K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date | |
|---|---|---|
| ███ 3009 | 04/26/15 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 5,970.85 | 3,227.45 | 0.00 | 5,970.85 | 363.43 | 2,864.02 | For important information regarding your account refer to page 2. |

---

**See Page 5   For A Notice of Changes To Your Account**

Please submit all outstanding expenses.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity    Date reflects either transaction or posting date

| Card Number ███ 3009 | Reference Code | Amount $ |
|---|---|---|

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| Account Number |
|---|
| ███ 3009 |

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

BENSON K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ    85281-2608

**Amount Due
$2,864.02**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

00133549



**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

Prepared For
B K BOREYKO
NEW VISION INTL HOLD

Account Number █████2003

Closing Date 01/22/12

Page 1 of 7

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 02/06/12 |
|---|---|---|---|---|---|---|
| 28,306.24 | 27,039.81 | 0.00 | 51,604.04 | 100.00 | 3,642.01 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 02/06/12 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number █████2003 | Reference Code | Amount $ |
|---|---|---|

00001S 2Y101

---

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

Account Number █████2003

**Please Pay By** 02/06/12

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ  85255

**Amount Due**
**$3,642.01**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

IIIıIIıIIıIIıIIııIIıIIıIIıIIıIIıIIıIIııIIıIIııIIıIII

00133549

**App. 0481**

**DUPLICATE COPY**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

AMERICAN
EXPRESS

**Corporate Card**
**Statement of Account**

Prepared For
B K BOREYKO
NEW VISION INTL HOLD

Account Number ████ 2003

Closing Date 02/22/12

Page 1 of 8

**Balance** **Please Pay By**
**Due $** **03/08/12**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 3,642.01 | 64,964.28 | 0.00 | 3,642.01 | 0.00 | 64,964.28 |

For important information regarding your account refer to page 2.

**Payment is due in full.** Please pay by 03/08/12 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number ████ 2003 | Reference Code | Amount $ |
|---|---|---|

████████████████████████████████████████

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████ 2003

**Please Pay By**
**03/08/12**

**Amount Due**
**$64,964.28**

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

IIhIIdIIhIIdIhIIhIIdIIhIIdIhIIhIIddddIhIIddddIhIIddddIhIIdd

00133549

**App. 0482**

**DUPLICATE COPY**

Sign-up For Online
Statements

AMERICAN
EXPRESS

**Corporate Card
Statement of Account**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO
NEW VISION INTL HOLD**

| Account Number | Closing Date |
|---|---|
| ███2003 | 03/23/12 |

Page 1 of 5

**Balance   Please Pay By**
**Due $   04/07/12**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 64,964.28 | 52,952.66 | 0.00 | 64,964.28 | 0.00 | 52,952.66 |

For important information
regarding your account
refer to page 2.

**Payment is due in full.** Please pay by 04/07/12 to allow time for your payment to be received by us and
credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional
contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number ███2003 | Reference Code | Amount $ |
|---|---|---|

10/10/15 01 G1000

Continued on Page 3

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips

**Payment Coupon**

| Account Number | |
|---|---|
| ███2003 | |

**Please Pay By**
**04/07/12**

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

**B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE       AZ   85255**

**Amount Due**
**$52,952.66**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0483**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO<br>NEW VISION INTL HOLD | ▆▆▆2003 | 04/22/12 | Page 1 of 5 |

**Balance Please Pay By**
**Due $ 05/07/12**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 52,952.66 | 27,288.16 | 0.00 | 52,952.66 | 56.36 | 27,231.80 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 05/07/12 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ▆▆▆2003 | Reference Code | Amount $ |
|---|---|---|

000016 13/101

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | |
|---|---|---|
| | ▆▆▆2003 | |

**Please Pay By**
**05/07/12**

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE        AZ   85255

**Amount Due**
**$27,231.80**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0484**

DUPLICATE COPY

**Corporate Card**
**Statement of Account**

AMERICAN EXPRESS

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO NEW VISION INTL HOLD | █████2003 | 05/22/12 | Page 1 of 7 |

**Balance Due $** **Please Pay By** 06/06/12

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 27,231.80 | 41,235.29 | 0.00 | 27,231.80 | 0.00 | 41,235.29 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 06/06/12 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number | █████2003 | Reference Code | Amount $ |
|---|---|---|---|



Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | Please Pay By | |
|---|---|---|---|
| | █████2003 | 06/06/12 | |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255

**Amount Due** **$41,235.29**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0485**

DUPLICATE COPY

**AMERICAN EXPRESS**
## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO**
**NEW VISION INTL HOLD**

Account Number ▮▮2003

Closing Date 06/22/12

Page 1 of 48

**Balance** Due $ **Please Pay By** 07/07/12

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 41,235.29 | 139,830.66 | 0.00 | 41,235.29 | 1,027.80 | 138,802.86 |

For important information regarding your account refer to page 2.

**Payment is due in full. Please pay by 07/07/12 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| **Card Number** ▮▮2003 | Reference Code | Foreign Spending | **Amount $** |
|---|---|---|---|

[black redaction box]

---

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

Account Number ▮▮2003

**Please Pay By** 07/07/12

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE       AZ   85255

**Amount Due** **$138,802.86**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0486**

**DUPLICATE COPY**

AMERICAN EXPRESS

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | ███████2003 | 07/22/12 | Page 1 of 5 |
| NEW VISION INTL HOLD | | | |

| | | | | | **Balance Due $** | **Please Pay By 08/06/12** |
|---|---|---|---|---|---|---|
| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
| 138,802.86 | 173,729.93 | 0.00 | 138,802.86 | 34.00 | 173,695.93 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 08/06/12 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ███████2003 | Reference Code | Amount $ |
|---|---|---|

Continued on Page 3

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

| Account Number | **Please Pay By 08/06/12** | Payable upon receipt in U.S. Dollars. |
|---|---|---|
| ███████2003 | | |

Please enter account number on all checks and correspondence.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ    85255

**Amount Due $173,695.93**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

⬜

00133549

**App. 0487**

DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
NEW VISION INTL HOLD

| Account Number | Closing Date |
|---|---|
| 2003 | 08/22/12 |

Page 1 of 6

| | Balance Due $ | Please Pay By 09/06/12 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 173,695.93 | 37,444.68 | 0.00 | 173,695.93 | 295.90 | 37,148.78 |

For important information regarding your account refer to page 2.

---

**Payment is due in full.** Please pay by 09/06/12 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

**Card Number**  2003

| | Reference Code | Amount $ |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
2003

**Please Pay By**
09/06/12

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255

**Amount Due**
**$37,148.78**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0488**

**DUPLICATE COPY**

**AMERICAN EXPRESS**
**Corporate Card**
**Statement of Account**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
NEW VISION INTL HOLD

| Account Number | Closing Date | |
|---|---|---|
| ███████2003 | 09/22/12 | Page 1 of 5 |

Balance **Please Pay By**
Due $ **10/07/12**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 37,148.78 | 47,140.80 | 0.00 | 37,148.78 | 0.00 | 47,140.80 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 10/07/12 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ████████2003 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

0000.15.50101

░ Please fold on the perforation below, detach and return with your payment ░

Do not staple or use paper clips
**Payment Coupon**

Continued on Page 3

| Account Number | | |
|---|---|---|
| ████████2003 | **Please Pay By** 10/07/12 | Payable upon receipt in U.S. Dollars. |

Please enter account number on all checks and correspondence.

B K BOREYKO
NEW VISION INTL HOLD
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due**
**$47,140.80**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

00133549

**App. 0489**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO**
**NEW VISION INTL HOLD**

| Account Number | Closing Date |
|---|---|
| 2003 | 10/22/12 |

Page 1 of 5

| | Balance Due $ | Please Pay By 11/06/12 |
|---|---|---|

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 47,140.80 | 42,270.48 | 0.00 | 47,074.84 | 566.13 | 41,770.31 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 11/06/12 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

**Card Number**                2003                          Reference Code                          Amount $

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Continued on Page 3

Do not staple or use paper clips
**Payment Coupon**

Account Number         2003

| Please Pay By 11/06/12 | Payable upon receipt in U.S. Dollars. |
|---|---|

Please enter account number on all checks and correspondence.

**B K BOREYKO**
**NEW VISION INTL HOLD**
**8322 E HARTFORD DR**
**SCOTTSDALE    AZ   85255**

| Amount Due $41,770.31 | Checks or drafts must be drawn against banks located in the U.S. |
|---|---|

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0490**

**DUPLICATE COPY**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**Corporate Card**
**Statement of Account**

AMERICAN
EXPRESS

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date | |
|---|---|---|
| 2003 | 11/22/12 | Page 1 of 6 |

| | Balance Due $ | Please Pay By 12/07/12 |
|---|---|---|

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 41,770.31 | 30,496.28 | 0.00 | 41,770.31 | 0.00 | 30,496.28 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 12/07/12** to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number          2003 | Reference Code | Amount $ |
|---|---|---|

---

⊹ Please fold on the perforation below, detach and return with your payment ⊹

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | Please Pay By |
|---|---|---|
| | 2003 | 12/07/12 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE    AZ   85255

| Amount Due | $30,496.28 |
|---|---|

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

║l·Il··ll··ll··ll··l·l·l·Il·l·l·Il·ll··ll·····ll·ll║

00133549

**App. 0491**

**DUPLICATE COPY**

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO<br>VEMMA INTL HOLD INC | ▆▆▆▆2003 | 12/22/12 | Page 1 of 5 |

| | | | | | Balance<br>Due $ | Please Pay By<br>01/06/13 |
|---|---|---|---|---|---|---|

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | 75,871.85 | For important information<br>regarding your account<br>refer to page 2. |
|---|---|---|---|---|---|---|
| 30,496.28 | 76,100.88 | 0.00 | 30,496.28 | 229.03 | | |

**Payment is due in full. Please pay by 01/06/13** to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| **Card Number** ▆▆▆▆2003 | Reference Code | Amount $ |
|---|---|---|

00001568101

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number ▆▆▆▆2003 | Please Pay By<br>01/06/13 |
|---|---|---|

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due
$75,871.85**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿

App. 0492

**DUPLICATE COPY**

**AMERICAN EXPRESS**
**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

Account Number
2003

Closing Date
01/22/13

Page 1 of 4

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 02/06/13 |
|---|---|---|---|---|---|---|
| 75,871.85 | 26,103.88 | 0.00 | 75,871.85 | 0.00 | 26,103.88 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 02/06/13** to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date     ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number 2003 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

0000162210I

⇩ Please fold on the perforation below, detach and return with your payment ⇩

Do not staple or use paper clips
**Payment Coupon**

Account Number
2003

Please Pay By
02/06/13

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

Amount Due
$26,103.88

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

Continued on Page 3

00133549

**App. 0493**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date |
| --- | --- |
| ████ 2003 | 02/22/13 |

Page 1 of 5

| | | | | | Balance Due $ | Please Pay By 03/09/13 |
| --- | --- | --- | --- | --- | --- | --- |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
| --- | --- | --- | --- | --- | --- | --- |
| 26,103.88 | 25,276.19 | 0.00 | 26,103.88 | 0.00 | 25,276.19 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 03/09/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number ████ 2003 | Reference Code | Amount $ |
| --- | --- | --- |

*(activity section redacted)*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| Account Number | Please Pay By |
| --- | --- |
| ████ 2003 | 03/09/13 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE    AZ    85255

**Amount Due**
**$25,276.19**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂⑂

00133549

**App. 0494**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date |
|---|---|
| ████ 2003 | 03/24/13 |

Page 1 of 5

| | Balance Due $ | Please Pay By 04/08/13 |
|---|---|---|

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 25,276.19 | 42,164.95 | 0.00 | 25,276.19 | 0.00 | 42,164.95 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 04/08/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

**Card Number** ████ 2003

| | Reference Code | Amount $ |
|---|---|---|

00001567101

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| Account Number | | Please Pay By 04/08/13 |
|---|---|---|
| ████ 2003 | | |

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due $42,164.95**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

IlIdalIadhadladIdadhIdadludludhuuulIdad

00133549

**App. 0495**

**DUPLICATE COPY**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

**Corporate Card
Statement of Account**

| | | |
|---|---|---|
| Prepared For | Account Number | Closing Date |
| B K BOREYKO | ████2003 | 04/23/13 |
| VEMMA INTL HOLD INC | | |

Page 1 of 5

**Balance Please Pay By**
**Due $ 05/08/13**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 42,164.95 | 26,792.90 | 0.00 | 42,164.95 | 447.74 | 26,345.16 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 05/08/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number ████2003 | Reference Code | Amount $ |
|---|---|---|

000016.70/01

[large redacted block]

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | |
|---|---|---|
| | ████2003 | |

**Please Pay By**
**05/08/13**

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255

**Amount Due**
**$26,345.16**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿⫿

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0496**

**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | ████ 2003 | 05/23/13 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

**Balance Please Pay By**
**Due $  06/07/13**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
|---|---|---|---|---|---|---|
| 26,345.16 | 32,103.78 | 0.00 | 26,345.16 | 0.10 | 32,103.68 | For important information regarding your account refer to page 2. |

---

**Payment is due in full.** Please pay by 06/07/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number ████ 2003 | Reference Code | Amount $ |
|---|---|---|

████████████████████████████████████

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | | |
|---|---|---|---|
| | ████ 2003 | **Please Pay By** | |
| | | **06/07/13** | |

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE        AZ   85255

**Amount Due**
**$32,103.68**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0497**

**DUPLICATE COPY**

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

| Prepared For | | Account Number | Closing Date | |
|---|---|---|---|---|
| B K BOREYKO | | ▮▮▮2003 | 06/22/13 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | | |

| | | | | | Balance | Please Pay By |
|---|---|---|---|---|---|---|
| | | | | | Due $ | 07/07/13 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 32,103.68 | 47,901.89 | 0.00 | 32,103.68 | 65.87 | 47,836.02 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 07/07/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number   ▮▮▮2003 | Reference Code | Amount $ |
|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | Please Pay By | |
|---|---|---|---|
| | ▮▮▮2003 | 07/07/13 | Payable upon receipt in U.S. Dollars. |

Please enter account number on all checks and correspondence.

| | Amount Due | |
|---|---|---|
| | $47,836.02 | Checks or drafts must be drawn against banks located in the U.S. |

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE       AZ   85255

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0498**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO**
**VEMMA INTL HOLD INC**

| Account Number | Closing Date | |
|---|---|---|
| 2003 | 07/22/13 | Page 1 of 6 |

**Balance Please Pay By**
**Due $ 08/06/13**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 47,836.02 | 27,262.43 | 0.00 | 47,836.02 | 80.50 | 27,181.93 |

For important information regarding your account refer to page 2.

**Payment is due in full.** Please pay by 08/06/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

| Card Number 2003 | Reference Code | Amount $ |
|---|---|---|

*Continued on Page 3*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| Account Number | | |
|---|---|---|
| 2003 | | |

**Please Pay By**
**08/06/13**

**Amount Due**
**$27,181.93**

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE        AZ   85255

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0499**

**DUPLICATE COPY**

Sign-up For Online Statements

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date |
|---|---|---|
| B K BOREYKO | ▇2003 | 08/22/13 |
| VEMMA INTL HOLD INC | | |

Page 1 of 6

**Balance Please Pay By**
**Due $ 09/06/13**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 27,181.93 | 35,522.73 | 0.00 | 27,181.93 | 288.26 | 35,234.47 |

For important information regarding your account refer to page 2

**Payment is due in full. Please pay by 09/06/13 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number ▇2003 | Reference Code | Amount $ |
|---|---|---|

00001S 02/10\1

*Continued on Page 3*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Payable upon receipt in U.S. Dollars.

| Account Number | Please Pay By |
|---|---|
| ▇2003 | 09/06/13 |

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due**
**$35,234.47**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO
VEMMA INTL HOLD INC**

| | | |
|---|---|---|
| Account Number | | 2003 |
| Closing Date | | 09/22/13 |

Page 1 of 6

| | Balance Due $ | Please Pay By 10/07/13 |
|---|---|---|

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 10/07/13 |
|---|---|---|---|---|---|---|
| 35,234.47 | 49,341.58 | 0.00 | 35,234.47 | 0.00 | 49,341.58 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 10/07/13 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number** ____2003

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

Continued on Page 3

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | |
|---|---|---|
| | ____2003 | |

| Please Pay By | 10/07/13 |
|---|---|

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

**B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255**

| Amount Due | $49,341.58 |
|---|---|

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

**AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000**

00133549

**App. 0501**

**DUPLICATE COPY**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**
**Corporate Card**
**Statement of Account**

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date | |
|---|---|---|
| ████2003 | 10/22/13 | Page 1 of 15 |

Balance Please Pay By
Due $ 11/06/13

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 49,341.58 | 31,775.71 | 0.00 | 49,341.58 | 245.00 | 31,530.71 | For important information regarding your account refer to page 2. |

**See Page 7   For A Notice Of Changes To Your Agreement**

**See Page 11   For A Notice Of Changes To Your Agreement**

**See Page 13   For A Notice Of Changes To Your Agreement**

**Payment is due in full.** Please pay by 11/06/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date         ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ████2003 | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

*Continued on Page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | Please Pay By |
|---|---|---|
| | ████2003 | 11/06/13 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due
$31,530.71**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

App. 0502

**DUPLICATE COPY**

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | ▉2003 | 11/22/13 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

| | | | | | Balance | Please Pay By |
|---|---|---|---|---|---|---|
| | | | | | Due $ | 12/07/13 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 31,530.71 | 102,229.44 | 0.00 | 31,530.71 | 387.43 | 101,842.01 | For important information regarding your account refer to page 2. |

**See Page 5   For A Notice Of Changes To Your Agreement**

**Payment is due in full. Please pay by 12/07/13 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**    Date reflects either transaction or posting date    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ▉2003 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | Please Pay By |
|---|---|---|
| | ▉2003 | 12/07/13 |

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

| Amount Due |
|---|
| $101,842.01 |

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0503**

**DUPLICATE COPY**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date |
|---|---|
| 2003 | 12/22/13 |

Page 1 of 5

**Balance Please Pay By
Due $ 01/06/14**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 101,842.01 | 111,688.44 | 0.00 | 101,842.01 | 0.00 | 111,688.44 |

For important information
regarding your account
refer to page 2.

**Payment is due in full. Please pay by 01/06/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number | 2003 | Reference Code | Amount $ |
|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| Account Number | Please Pay By |
|---|---|
| 2003 | 01/06/14 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE        AZ   85255

**Amount Due
$111,688.44**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0504**



**DUPLICATE COPY**

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date |
|---|---|
| ███████2003 | 01/22/14 |

Page 1 of 4

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 02/06/14 |
|---|---|---|---|---|---|---|
| 111,688.44 | 19,092.33 | 0.00 | 111,688.44 | 575.98 | 18,516.35 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 02/06/14 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number | ██████████2003 | Reference Code | Amount $ |
|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

| Account Number | Please Pay By |
|---|---|
| ██████2003 | 02/06/14 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE      AZ   85255

**Amount Due**
**$18,516.35**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side. ☐

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

00133549

**DUPLICATE COPY**

AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | | Closing Date | |
|---|---|---|---|
| ■■■■■2003 | | 02/22/14 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 03/09/14 |
|---|---|---|---|---|---|---|
| 18,516.35 | 29,420.48 | 0.00 | 18,516.35 | 0.00 | 29,420.48 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 03/09/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date    ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number ■■■■■2003 | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | Please Pay By 03/09/14 |
|---|---|---|
| | ■■■■■2003 | |

B K BOREYKO
VEMMA INTL HOLD INC
8322 E HARTFORD DR
SCOTTSDALE     AZ   85255

**Amount Due**
**$29,420.48**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0506**

DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | ████████ 2003 | 03/24/14 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

| | | | | | Balance Due $ | Please Pay By 04/08/14 |
|---|---|---|---|---|---|---|
| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
| 29,420.48 | 28,901.49 | 0.00 | 29,420.48 | 50.30 | 28,851.19 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 04/08/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date          ** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number** ████████ 2003                    Reference Code    Foreign Spending                Amount $



↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████████ 2003

**Please Pay By 04/08/14**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE      AZ  85281-2608

**Amount Due $28,851.19**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0507**

**DUPLICATE COPY**

## AMERICAN EXPRESS
## Corporate Card
## Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date |
|---|---|
| ████████2003 | 04/23/14 |

Page 1 of 6

| | Balance Please Pay By |
|---|---|
| | Due $ 05/08/14 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 28,851.19 | 29,858.80 | 0.00 | 28,851.19 | 0.00 | 29,858.80 | For important information regarding your account refer to page 2. |

---

**Payment is due in full. Please pay by 05/08/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ████████2003 | Reference Code | Amount $ |
|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

## Payment Coupon

| Account Number | Please Pay By |
|---|---|
| ████████2003 | 05/08/14 |

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608

| Amount Due |
|---|
| $29,858.80 |

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000034999168538682 3 002985880002985880 23HH

00133549

**App. 0508**

DUPLICATE COPY

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
| --- | --- | --- | --- |
| B K BOREYKO | ███████2003 | 05/23/14 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

| | Balance Due $ | Please Pay By 06/07/14 |
| --- | --- | --- |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
| --- | --- | --- | --- | --- | --- | --- |
| 29,858.80 | 33,740.22 | 0.00 | 29,858.80 | 78.92 | 33,661.30 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 06/07/14** to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ███████2003 | Reference Code | Amount $ |
| --- | --- | --- |



↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| Account Number ███████2003 | Please Pay By 06/07/14 |
| --- | --- |

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608

**Amount Due $33,661.30**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

00133549

**App. 0509**

**DUPLICATE COPY**

Sign-up For Online
Statements
www.americanexpress.com/checkyourbill

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | 2003 | 06/22/14 | Page 1 of 5 |
| VEMMA INTL HOLD INC | | | |

**Balance Please Pay By
Due $ 07/07/14**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 33,661.30 | 34,619.28 | 0.00 | 33,661.30 | 0.00 | 34,619.28 |

For important information
regarding your account
refer to page 2.

---

**Payment is due in full. Please pay by 07/07/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number | 2003 | | Reference Code | Amount $ |
|---|---|---|---|---|
| 05/28/14 | PAYMENT RECEIVED - THANK YOU    05/28 | | | -33,661.30 |
| 05/26/14 | PITCH ENGINE, INC    LANDER    WY | | 03160836000 | 79.00 |
| | REF# 03160836    307-855-4011   05/26/14 | | | |
| | ADVERTISING AGENCY/ | | | |
| | ROC NUMBER 03160836 | | | |
| 05/27/14 | GODADDY.COM    SCOTTSDALE    AZ | | 69441333500 | 28.34 |
| | REF# 694413335   (480)505-8855   05/27/14 | | | |
| | ROC NUMBER 694413335 | | | |
| 05/27/14 | GOMOCKINGBIRD.COM    4158573523    CA | | | 40.00 |
| | REF# CH_4769THXM 4158573523   05/27/14 | | | |
| 05/27/14 | METRICLY INC.*METRIC SAN FRANCISCO   CA | | | 49.00 |
| | REF# DBH6KB2    415-763-8742   05/27/14 | | | |
| | METRICLY INC | | | |
| | ROC NUMBER DBH6KB2 | | | |
| 05/28/14 | AMAZON MKTPLACE PMTS AMZN.COM/BILL   WA | | | 53.08 |
| | REF# FTV4RL4K32D MERCHANDISE   05/28/14 | | | |
| 05/28/14 | DESERT STORAGE    RH  SCOTTSDALE    AZ | | 14861867000 | 668.00 |
| | REF# 14861867    4805632600   05/27/14 | | | |
| | REFER TO RECEIPT | | | |
| | ROC NUMBER 14861867 | | | |

*Continued on Page 3*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
XXXX-XXXXX7-42003

**Please Pay By
07/07/14**

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ   85281-2608

**Amount Due
$34,619.28**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

**App. 0510**

**DUPLICATE COPY**

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

## Corporate Card
## Statement of Account

| | | |
|---|---|---|
| Prepared For<br>**B K BOREYKO**<br>**VEMMA INTL HOLD INC** | Account Number ████2003 | Closing Date 07/22/14 | Page 1 of 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Balance Due $ | Please Pay By 08/06/14 |
| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
| 34,619.28 | 28,764.73 | 0.00 | 34,619.28 | 1,225.50 | 27,539.23 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 08/06/14 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number ████2003 | Reference Code | Amount $ |
|---|---|---|

████████████████████████████████████████

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number ████2003

**Please Pay By 08/06/14**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ  85281-2608

**Amount Due $27,539.23**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0511**

## DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| Account Number | Closing Date | |
|---|---|---|
| ███2003 | 08/22/14 | Page 1 of 5 |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 09/06/14 |
|---|---|---|---|---|---|---|
| 27,539.23 | 78,072.73 | 0.00 | 27,539.23 | 0.00 | 78,072.73 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 09/06/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity  Date reflects either transaction or posting date

| Card Number ███████2003 | Reference Code | Amount $ |
|---|---|---|



↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

| Account Number | Please Pay By |
|---|---|
| ███████2003 | 09/06/14 |

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ  85281-2608

**Amount Due $78,072.73**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

⧠

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0512**

**DUPLICATE COPY**

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

Account Number ████████2003   Closing Date 09/22/14

Page 1 of 4

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 10/07/14 |
|---|---|---|---|---|---|---|
| 78,072.73 | 27,915.26 | 0.00 | 78,072.73 | 560.44 | 27,354.82 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 10/07/14 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number** ████████2003      Reference Code    Foreign Spending    Amount $

---

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips
**Payment Coupon**      Account Number ████████2003

**Please Pay By 10/07/14**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ  85281-2608

**Amount Due $27,354.82**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

Continued on Page 3

00133549

**App. 0513**

## DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | 2003 | 10/22/14 | Page 1 of 4 |
| VEMMA INTL HOLD INC | | | |

**Balance Please Pay By**
**Due $ 11/06/14**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | |
|---|---|---|---|---|---|---|
| 27,354.82 | 33,916.14 | 0.00 | 27,354.82 | 0.00 | 33,916.14 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 11/06/14 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity  Date reflects either transaction or posting date

| Card Number | 2003 | Reference Code | Amount $ |
|---|---|---|---|

000016 27440

⇩ Please fold on the perforation below, detach and return with your payment ⇩

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | | |
|---|---|---|---|
| | 2003 | **Please Pay By** **11/06/14** | |

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ  85281-2608

**Amount Due**
**$33,916.14**

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0514**

**DUPLICATE COPY**

## AMERICAN EXPRESS
## Corporate Card
## Statement of Account

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO**
**VEMMA INTL HOLD INC**

| Account Number | Closing Date |
|---|---|
| 2003 | 11/22/14 |

Page 1 of 4

**Balance Please Pay By**
**Due $ 12/07/14**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 33,916.14 | 29,184.34 | 0.00 | 33,916.14 | 0.00 | 29,184.34 |

For important information regarding your account refer to page 2.

---

**Payment is due in full.** Please pay by 12/07/14 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity    Date reflects either transaction or posting date

| Card Number | 2003 | Reference Code | Amount $ |
|---|---|---|---|

0000162940

---

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

| Account Number |
|---|
| 2003 |

**Please Pay By**
**12/07/14**

**Amount Due**
**$29,184.34**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ    85281-2608

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0515**

**DUPLICATE COPY**

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

**AMERICAN EXPRESS**

**Corporate Card Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | 2003 | 12/22/14 | Page 1 of 4 |
| VEMMA INTL HOLD INC | | | |

| | | | | | Balance Due $ | Please Pay By 01/06/15 |
|---|---|---|---|---|---|---|
| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | | |
| 29,184.34 | 21,819.99 | 0.00 | 10,079.64 | 21,186.75 | 19,737.94 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 01/06/15 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**   Date reflects either transaction or posting date

| Card Number 2003 | Reference Code | Amount $ |
|---|---|---|

000018 3140

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

| | Account Number | |
|---|---|---|
| | 2003 | |

**Please Pay By 01/06/15**

*Continued on Page 3*

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE        AZ    85281-2608

**Amount Due $19,737.94**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0516**

**DUPLICATE COPY**

AMERICAN EXPRESS
**Corporate Card
Statement of Account**

**Sign-up For Online
Statements**

www.americanexpress.com/checkyourbill

Prepared For
**B K BOREYKO
VEMMA INTL HOLD INC**

| | Account Number | Closing Date | |
|---|---|---|---|
| | ████2003 | 01/22/15 | Page 1 of 4 |

| | | | | | Balance | Please Pay By |
|---|---|---|---|---|---|---|
| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Due $ | 02/06/15 |
| 19,737.94 | 21,046.77 | 0.00 | 19,737.94 | 0.00 | 21,046.77 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 02/06/15 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

| Card Number ████2003 | Reference Code | Amount $ |
|---|---|---|

⬇ Please fold on the perforation below, detach and return with your payment ⬇

Do not staple or use paper clips
**Payment Coupon**

| | Account Number | Please Pay By |
|---|---|---|
| | ████2003 | 02/06/15 |

Continued on Page 3

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

```
    B  K  BOREYKO
    VEMMA  INTL  HOLD  INC
    1621  W  RIO  SALADO  PK
    TEMPE           AZ    85281-2608
```

**Amount Due
$21,046.77**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

```
    AMERICAN  EXPRESS
    BOX  0001
    LOS  ANGELES  CA  90096-8000
```

00133549

**App. 0517**



### DUPLICATE COPY

**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

Account Number ████ 2003

Closing Date 02/22/15

Page 1 of 4

**Balance Due $** 9,019.74

**Please Pay By** 03/09/15

For important information regarding your account refer to page 2.

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ |
|---|---|---|---|---|
| 21,046.77 | 32,723.83 | 0.00 | 44,716.08 | 34.78 |

**Payment is due in full.** Please pay by 03/09/15 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity
Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details

**Card Number** ████ 2003

| | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓
Do not staple or use paper clips
**Payment Coupon**

Account Number ████ 2003

**Please Pay By** 03/09/15

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE            AZ   85281-2608

**Amount Due** $9,019.74

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**DUPLICATE COPY**

AMERICAN EXPRESS

**Corporate Card
Statement of Account**

**Sign-up For Online
Statements**

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| B K BOREYKO | 2003 | 03/24/15 | Page 1 of 4 |
| VEMMA INTL HOLD INC | | | |

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 04/08/15 |
|---|---|---|---|---|---|---|
| 9,019.74 | 31,983.01 | 0.00 | 31,509.76 | 0.00 | 9,492.99 | For important information regarding your account refer to page 2. |

**Payment is due in full. Please pay by 04/08/15 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity** Date reflects either transaction or posting date

**Card Number** 2003         Reference Code         Amount $

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips

**Payment Coupon**

Account Number
XXXX-XXXXX7-42003

**Please Pay By**
04/08/15

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE       AZ  85281-2608

**Amount Due**
**$9,492.99**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00133549

**App. 0519**

**DUPLICATE COPY**

**Corporate Card**
**Statement of Account**

Prepared For
B K BOREYKO
VEMMA INTL HOLD INC

| | |
|---|---|
| Account Number | 2003 |
| Closing Date | 04/23/15 |

Page 1 of 4

**Balance Please Pay By**
**Due $ 05/08/15**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 9,492.99 | 24,456.07 | 0.00 | 32,752.40 | 299.00 | 897.66 |

For important information regarding your account refer to page 2.

**Payment is due in full.** Please pay by 05/08/15 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

| Card Number | 2003 | Reference Code | Amount $ |
|---|---|---|---|

Continued on Page 3

✂ Please fold on the perforation below, detach and return with your payment ✂

Do not staple or use paper clips
**Payment Coupon**

| Account Number | 2003 |
|---|---|

**Please Pay By**
**05/08/15**

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

B K BOREYKO
VEMMA INTL HOLD INC
1621 W RIO SALADO PK
TEMPE          AZ   85281-2608

**Amount Due**
**$897.66**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

IlIuluIuullllulIuullluIlluIluIllulllluulllllull

00133549

**App. 0520**

```
ARSTT     ACCOUNT STATUS-CORP                          S-SUB1-13 05/19/15
 ACCT: ██████████2003   AMT:            MONTH:
B K BOREYKO                      COMBINED LIABILITY
CORPORATE ACCOUNTS 10-99           GUARANTEE ACCOUNT      ██████████████
CORP - SEPARATE BILLING
INACTIVE CC90S  -C/S LM AVAIL
HIER XREF    : ██████████████                              BCYC CD: 7
                             COLLECTION INPUT    :      CORPORATE
                             COLLECTION STATUS   :
VEMMA INTL HOLD INC  CID: ████████  COLLECTION LOCATION:
1621 W RIO SALADO PK SSN: ████████  NEG DATE:        EXP:
TEMPE          AZ ZIP:   85281  REASON:
STATE/COUNTRY : 02
STOP DUN: CL  AMT/DATE: 06/25/11
PRESENT  BAL  :     2202.72 CRCURRENT ADD CNTL: PENDING ZIP + 4
UNBILLED BAL  :    25725.09   CURRENT ADDR EFFECTIVE DATE: 03/12/14
DEFERRED BAL  :                   EFFECTIVE DATE: 06/26/09      RTNML: N
                                  ANNIV DATE   : 01/09 ACTIVE SUPPS: 00
FEE 01/22/11:     15.00   EXCP FEE   CARD EXP DATE : 01/18 PLASTIC OPT: 5
NET FEE    :      .00  MONITOR: 1  EMPLOYEE ID: 0000000000
FEE BASE   :      .00  EBILL IND: N FLIGHT INS:    OTHER SVCS:
DISC BASE  :      .00             LANG PREF: ENGLISH
KEYS: PF5-ARPCD,  PF6-ARCHI,  PF8-ARSUP, PF9-ARCHS,   PF10-ARICX
```

App. 0521

**QEBRR**    BANK REPOSITORY RESULTS                    S-SUB1-12 05/09/15

| DDA# | CK# | ACCT# | AMOUNT | DATE | STAT |
|------|-----|-------|--------|------|------|
| ▊ | 7926 000000 | ▊ 2003 | 897.66 | 04/30/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 23,259.41 | 04/22/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 9,492.99 | 04/02/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 22,490.02 | 03/12/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 9,019.74 | 02/26/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 19,258.86 | 02/12/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 25,457.22 | 01/29/2015 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 19,737.94 | 12/25/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 10,079.64 | 11/27/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 33,916.14 | 10/29/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 48,612.23 | 09/25/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 78,072.73 | 08/27/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 27,539.23 | 07/30/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 34,619.28 | 06/25/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 33,661.30 | 05/28/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 29,858.80 | 04/30/2014 | PAID |
| ▊ | 7926 000000 | ▊ 2003 | 28,851.19 | 03/26/2014 | PAID |

PF: 4-QEBRS 6-QEBRD 7-QEBRM 8-QEBQC 10-SCROLL UP 11-SCROLL DOWN
**MORE AVAILABLE PRESS PF 11 TO CONTINUE**

**App. 0522**

**QEBRD**          REPOSITORY DETAILED RESULTS                    S-SUB1-12 05/09/15

ABA#: ▮▮▮▮0248      DDA#: ▮▮▮▮7926            CHECK#   : 0000
CUSTOMER BANK: WELLS FARGO BANK, NA           TRACE#   : ▮▮▮▮▮▮▮▮
AMOUNT: $         897.66                      PROC DATE: 04/30/2015

**ACCOUNT NUMBERS POSTED**                    **POSTED AMOUNT**
▮▮▮▮2003                                          897.66


PRESENTMENT STATUS: PAID             PRESENTMENT DATE: 05/01/2015
PRESENT SEQ#: 0000    ACH: N    BOOK#:           AUX CHECK#:
CAPTURE CENTER : MMITREM        PAYMENT TYPE : CORP-ON-LINE
ORIGINAL ABA#  : ▮▮▮0248        ORIGINAL DDA#: ▮▮▮7926

RETURN REASON  :                     RETURN SEQ# :  0000
DEPOSITORY BANK: WELLS FARGO BANK, NA    RETURN DATE :
MAKER NAME     :                     DEROG       :

   REQUEST QUALITY CONTROL DATA
PFK: 4-QEBRS 5-QEBRR 7-QEBRM 10-SCROLL UP 11-SCROLL DOWN

```
QEBRD        REPOSITORY DETAILED RESULTS              S-SUB1-12 05/09/15


ABA#:     ████4046     DDA#: ██████6018        CHECK#  : 0000
CUSTOMER BANK: M AND I, A BRANCH               TRACE#  : ████████████
AMOUNT: $    101,842.01                        PROC DATE: 12/02/2013

ACCOUNT NUMBERS POSTED                   POSTED AMOUNT
        ████████2003                         101,842.01


PRESENTMENT STATUS: PAID              PRESENTMENT DATE: 12/04/2013
PRESENT SEQ#: 0000    ACH: N     BOOK#:            AUX CHECK#:
CAPTURE CENTER : MMITREM         PAYMENT TYPE : CORP-ON-LINE
ORIGINAL ABA#  : ████4046        ORIGINAL DDA#: ██████6018

RETURN REASON  :                      RETURN SEQ# :  0000
DEPOSITORY BANK: WELLS FARGO BANK, NA RETURN DATE :
MAKER NAME     :                      DEROG       :

   REQUEST QUALITY CONTROL DATA
PFK: 4-QEBRS 5-QEBRR 7-QEBRM 10-SCROLL UP 11-SCROLL DOWN
```

App. 0524



Outlook.com Print Message                                          Page 1 of 1

_Print_                                                              _Close_

From:  **trackingupdates@fedex.com**
Sent:  Tue 12/09/14 1:00 PM
To:    ██████████████████

_____

This tracking update has been requested by:

Name: 'not provided by requestor'
E-mail: 'not provided by requestor'
_____

Customer Service of Vemma sent ██████████████████ 3
FedEx Home Delivery package(s).

This shipment is scheduled to be sent on 12/09/2014.

Reference information includes:
Department number: VEMMA01
Invoice number: ████████
Purchase order number: N/A
Reference: ██████████
Shipment ID: ██████████████
Status: Shipment information sent to FedEx

Master tracking number: ████████████ (1 of 3)

Tracking number: ████████████ (2 of 3)

Tracking number: ████████████ (3 of 3)

To track the status of this shipment online, please use the following:
████████████████████████████████████████
████████████████████████████████████████

To learn more about FedEx Ground, please visit our website at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted
above. FedEx does not validate the authenticity of the requestor and does not validate,
guarantee or warrant the authenticity of the request, the requestor's message, or the
accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

████████████████████████████████





App. 0528









App. 0532





App. 0534





App. 0536