

FOUNDER

# THE MAN BEHIND IT ALL

My dad used to tell me, "Don't just get excited about the people you know, get excited about the people they know and the people they know and the people they know." Our Brand Partners have been a reflection of that kind of excitement, energy and enthusiasm.

**AS FOUNDER AND CEO OF VEMMA, BK BOREYKO** embraces a personal philosophy and company mission that go hand-in-hand: to make a positive difference in people's lives. Born in Calgary, Alberta, BK learned from his parents at an early age valuable personal and business development skills, including

caring about people and operating by the Golden Rule. Embracing the notion that long-term health is something people need to invest in today, BK leveraged his 20+ years of experience in the wellness industry with his passion for creating unique ways to keep people healthy and founded Vemma®, based in Scottsdale, Arizona, in 2004.

An industry leader, Vemma provides innovative products and a simple, generous compensation plan to help people live healthier and more rewarding lives. BK's unique leadership style — thinking as a distributor first and corporate officer second — has earned him countless accolades and recognition as an entrepreneur, success coach and mentor.

BK's con "anythin and fresh are just a him apar and prog nutrition a team o which ha the comp internatio

App. 0597



ts and
nsation
althier
3K's
hinking
rporate
d
nd
heur,

BK's contagious energy, "anything's possible" attitude and fresh approach to marketing are just a few qualities that set him apart as an entrepreneur and progressive pioneer in liquid nutrition. BK aligns himself with a team of experts in every area, which has successfully positioned the company as one of the top, internationally recognized leaders

in the health and wellness industry, thanks to its clinically studied, science-based Vemma Formula and rewarding home-based business model.

An avid family man, BK relishes every moment as the father of six children. He serves on the board of the Canyonville Christian Academy and the Advisory Board

for HealthCorps®. BK has also served on the Leadership Board of the Cleveland Clinic's Wellness Institute led by Chief Wellness Officer Dr. Michael Roizen and supports such worthy causes as Children's Miracle Network Hospitals®, HealthCorps®, the Salvation Army and others.

App. 0598

BK's 6 kids, Cannon, Cohen, Cade, Colton, Cashton and Bayla Rue, along with niece, Rachael, for a day of fun at Legoland!





BK and the kids.

# FAMILY MAN

## Kare

Raised in
with trer
nature a
lived in S
City, Kar
pioneerii
new thin
integral
to her da
parent to
include c
movies.
humor, a
she love:



◀ Lauren, BK & Karen Boreyko, Co-Founders and leaders of our Wellness Revolution!



## Karen Boreyko

Raised in Calgary, Alberta, Karen was instilled with tremendous family values, a compassionate nature and the desire to help others. Having lived in Scottsdale, Los Angeles and New York City, Karen developed a taste for possibility, pioneering and an adventurous spirit for trying new things. Karen's generosity and vision are an integral part of Vemma®. Karen is a proud mother to her daughter, Rachael and a dedicated pet parent to four adorable little dogs. Her hobbies include organic food and farming, cooking and movies. With a fun nature, a great sense of humor, and a grounded yet sophisticated palate, she loves all things related to New York.

Karen and daughter, Rachael having fun on the farm.



BK, Rachael, Karen and Lauren take the stage at Vemma Revolution! Convention.



## Lauren Boreyko

Lauren embraces the company mission of "helping people rise to their fullest potential." Having grown up in the network marketing industry, with a constant emphasis on personal development, she's come to believe that "there's a racehorse inside of everyone, waiting to get that chance to run." In her 20 years of experience, she's seen hundreds of people transformed and feels it's the most exciting part of the business. Lauren is a talented singer who loves to laugh and shares her infectious enthusiasm for life with all who surround her.

App. 0600

CULTURE

# VEMMA® HOME OFFICE

We're here to serve you! Vemma Home Office is where the magic begins. BK and his Executive Team manage the company's operations here, plus it's home to integral supporting departments such as Customer Service, Branding, Purchasing, IT, Legal & Compliance, and Accounting. Business is booming, although the culture at Vemma Home Office is not all work and no play — see how our team fosters creativity and fun!



Vemma Home Office is headquartered in sunny Scottsdale, Arizona.



Home of Verve® Energy Drink, Verve Central is a hip hangout where Brand Partners can hold meetings and pick up product orders.





Vemma is on the move! Our trucks and vans are busy traveling around the city moving products from our manufacturing facility to the warehouse and the Vemma Store.

The can-do team that keeps Vemma running like clockwork, Customer Service makes sure all of our Brand Partners' and Customers' questions are answered in a friendly, timely manner.

The Vemma Store is conveniently located at Home Office.



Verve en
Office pi
take hom
amazing





Meet Gracie, Vemma's loyal dog-employee. BK brings her to work and she just loves wandering through the office saying "hi" (and scouting for food)!



Employees take time for dunk tank fun to raise money for a great cause benefiting Children's Miracle Network Hospitals®.



Vemma Home Office takes their skills to the shuffleboard, where employees compete for great prizes.







r trucks around rom to the Store.

The collaboration of intelligent minds brings new and exciting products, programs and initiatives to benefit our Brand Partners and Customers.

Verve energizes the Vemma Home Office ping pong tournament! Winners take home bragging rights and amazing prizes.





The annual Halloween pumpkin decorating contest is a team-building effort that evokes scares and laughs!

e is ated

App. 0602





Seventy industry awards and rankings in three years is no small feat. It takes a charismatic leader who is willing to take risks and forge a new path with out-of-the-box projects that challenge the status quo. Vemma's EVP of Marketing & Brand Development, Mark Patterson joined Vemma® in November of 2009, offering over 12 years of branding and marketing experience. After taking the helm, Mark's goal was to revamp the Vemma brand with an eye toward making it fun, exciting and hip — something everyone wants to be part of — and it looks like he's succeeding!

## AMERICAN BUSINESS AWARDS (STEVIES)

**17** CATEGORIES
- Executive of the Year — BK Boreyko
- Mobile App — Bod•ē App
- People's Choice Favorite Consumer Product — Bod•ē
- Video — *This is Vemma*
- Marketing Campaign — Verve Bold Launch

## MARCOM AWARDS

**12** CATEGORIES
- Packaging — Verve Rebrand
- Video — *Driving Force*
- Video — *It All Starts with a Dream*
- E-Newsletter — Vemma Insider
- Social Media Campaign — Bod•ē Transformation Challenge

## GRAPHIC DESIGN USA AWARDS

**11** CATEGORIES
- Packaging — Verve Rebrand
- Packaging — Vemma Rebrand
- Packaging — Bod•ē
- Environmental Graphics — Revolution Convention
- Vemma Brand Safety Guide

## COMMUNICATOR AWARDS

**9** CATEGORIES
- Video — *Driving Force*
- Mobile App — Vemma App
- Packaging Design — Vemma Redesign
- Packaging Design — Vemma Bod•ē Shake
- Promotion — Vemma Bod•ē Mailer

## AMA SPECTRUM AWARDS

**8** CATEGORIES
- Packaging — Verve Rebrand
- Mobile App — Bod•ē App
- People's Choice — Verve Bold Launch
- Public Relations Sponsorship — Verve Lounge & NASCAR
- Tradeshow/Video Design — Verve Sundance

## VIDEOGRAPHER AWARDS

**5** CATEGORIES
- Corporate Image — *Vemma NYC Strategy Meeting*
- Special Event — *Verve Bold Launch Party*
- Other — *Verve Bold Debuts at NASCAR*
- Company Overview — *This is Vemma*
- Event — *Vemma Revolution Convention Branding*

## RANKINGS AND OTHER AWARDS

**8** CATEGORIES
- ACE Awards top 50 Ranking (2011, 2012, 2013)
- DSN Global 100 Ranking (2011, 2012, 2013)
- DSA Ethos Award — Verve Bold Launch
- Brand Packaging Design Award — Bod•ē Burn

➡ FOR MORE INFORMATION ON ACHIEVEMENTS, CHECK OUT VEMMA.COM/AWARDS

# ENERGIZING THE BRAND

**Vemma® is proud to maintain marketing partnerships with these prestigious organizations. We have selected our partners with great care as we strive to increase branding efforts and bring a high level of credibility to benefit our Brand Partners as they expand their Vemma businesses.**



Verve® is the official energy drink of the Phoenix Suns! This exciting marketing partnership includes game-time hot spot Verve Lounge and concessions at U.S. Airways Center. In addition, Verve is highlighted during pre- and in-game promotions such as the Verve Sol Patrol entertainment team, 360-degree LED messaging and on-court recognition. Digital media and print exposure via the Suns Dancers annual calendar and Suns Yearbook are also incorporated.



Brand Partners can catch the action of the Phoenix Mercury from the exciting Verve Energy Zone! Verve is proud to be the official energy drink of the Phoenix Mercury.







Verve Bold sponsored NASCAR veteran Mike Wallace's No. 01 Chevy.



Vemma was proud to sponsor the No. 01 Verve Bold Chevy. This dynamic team and our Vemma Brand Partners were thrilled to be part of the energy and excitement of NASCAR. No. 01 Verve Bold Chevy made its NASCAR racing debut at the 2013 Dollar General 200.

Verve helped to keep energy high during its debut at the 2013 Sundance Film Festival, serving up a refreshing boost of energy to celebs like Nicole Kidman, Matthew McConaughey, Naomi Watts, Alicia Keys and more. Verve was spotted on MTV News and Entertainment Tonight's Sundance Special.







HealthC
Dr. Oz, l
Emmy /
Show," .
movem
getting
and hel
they are
peer me
curricul
strengtl
teens p
charact
and cul

PHILANTHROPY

# DREAM BIG DREAMS!

Vemma® helps to improve the lives of children around the world through philanthropic projects that have a direct and significant impact on the health and wellness of the children they serve. Vemma works with deserving nonprofit organizations to help the world's children live healthier lives, one child at a time.




Dottie Boreyko
FOUNDATION

For Vemma Founder and CEO, BK Boreyko and his sisters, Karen and Lauren, the mission to make a positive difference in the lives of others is both a tribute to and a legacy left by their mother, Dottie Boreyko.


healthcorps



HealthCorps®, a 501(c)(3) co-founded by Dr. Oz, host of the three-time Daytime Emmy Award-winning "The Dr. Oz Show," and his wife Lisa, is building a movement to fight childhood obesity by getting to the underbelly of the crisis and helping Americans discover what they are really hungry for and why. Using peer mentoring to deliver a progressive curriculum in nutrition, fitness and mental strength, HealthCorps Coordinators give teens purpose, help develop human character and inspire an interest in health and culinary arts careers.

Children's Miracle Network Hospitals



Children's Miracle Network Hospitals® raises funds and awareness for 170 children's hospitals across the United States and Canada, which, in turn, use the money where it's needed the most. Since 1983, Children's Miracle Network Hospitals has raised more than $4.7 billion, most of it $1 at a time. These donations have gone to support research and training, purchase equipment, and pay for uncompensated care, all in support of the mission to save and improve the lives of as many children as possible.


NEXT™ HELPING NOW PROJECT



It's amazing the big difference a little 2-ounce shot can make — especially to millions of children who are not getting enough to eat. Through the Vemma NEXT Helping Now Project, the company donates a month's supply of Vemma NEXT to a child in need for each month's supply sold. By partnering with reputable nonprofit agencies such as Feeding America® food banks, free medical clinics and other agencies serving families, Vemma is able to get good nutrition into the hands of children who need it most, giving them a shot at better health!

➡ FOR MORE INFORMATION ON VEMMA'S PHILANTHROPIC EFFORTS, CHECK OUT **VEMMA.COM/COMMUNITY**

EVENTS

# WORLDWIDE REVOLUTION

**From Las Vegas to Europe and Asia, Vemma® hosts training events all over the world. Whether it's an annual conference, or a tropical Ambassador Retreat, it's guaranteed to be a first-class affair.**



Once a year, thousands of Vemma Brand Partners from around the world gather in Las Vegas for the always inspiring Vemma annual Convention.







Vemma is proud to bring together Brand Partners, top leaders, and Vemma Executives each year for the unparalleled Vemma Asia Convention.

*The success or failure

54   THIS IS VEMMA



‹ Vemma Europe stages an amazing annual convention that brings together Vemma Brand Partners to be motivated and trained by world-renowned speakers and top Brand Partners.

‹ The Verve Leadership Academy events are can't-miss opportunities to learn from the best! Top innovators and YPR leaders present leadership techniques that can take your Vemma business to the next level.

‹ Hundreds of Vemma Brand Partners packed the Verve® Lounge in the US Airways Center, home of the Phoenix Suns, to celebrate the launch of Verve Bold.

‹ The Ambassador Retreat, a prestigious annual event, is hosted at exotic destinations and includes deluxe accommodations against a stunning backdrop of tropical scenery.

*The success or failure of each individual is dependent on their own efforts. The Company lists generally expected results which can be obtained by visiting vemma.com/backoffice/pdf/income-disclosure.pdf.

THIS IS VEMMA    55

App. 0608



INTERNATIONAL

# GOING GLOBAL

With Vemma® Brand Partners located in over 45 countries across the world, you could go almost anywhere on earth and find folks just like you taking part in this wellness revolution.

CANADA

ICELAND

UNITED STATES

CARIBBEAN
ARUBA
BAHAMAS
NETHERLANDS ANTILLES

MEXICO

Indicates Vemma's Home Office location

Indicates a satellite office location

56   THIS IS VEMMA



**45+**

**countries**
*and growing!*

**EUROPE**
AUSTRIA
BELGIUM
BULGARIA
CROATIA
CZECH REPUBLIC
DENMARK
ESTONIA
FINLAND
FRANCE
GERMANY

HUNGARY
IRELAND
ITALY
LATVIA
LIECHTENSTEIN
LITHUANIA
LUXEMBOURG
NETHERLANDS
NORWAY
POLAND

PORTUGAL
ROMANIA
SLOVAKIA
SLOVENIA
SPAIN
SWEDEN
SWITZERLAND
UNITED KINGDOM

**JAPAN**

**INDIA**

**AFRICA**
GHANA
KENYA
SOUTH AFRICA

**ASIA**
HONG KONG
INDONESIA
MALAYSIA
PHILIPPINES
SINGAPORE
TAIWAN

**NEW ZEALAND**

**AUSTRALIA**

➡ FOR MORE INFORMATION ON WHERE YOU CAN FIND VEMMA, CHECK OUT VEMMA.COM/COUNTRY-SELECTION.CFM















# TO THE VERVE GENERATION,

**MERIDITH SIMES**
**EDITOR IN CHIEF**

**TODD ELIASON**
**EDITOR**

**JULIO GARCIA**
**ART DIRECTOR**

**CARL WATERS**
**CREATIVE DIRECTOR**

I spent my college time as a hardcore working student. I woke up every Monday through Thursday at 5 a.m., studied, went to class and finished around 4 p.m. on Thursday with little sleep only to race off to my job waiting tables, where I spent the rest of the weekend. Around 5 p.m. on Sunday I would take off my ugly server garb while reveling in the fact I pulled in $550 that weekend (no matter how I was treated), and then pass out on the couch. But this was me putting myself through college. I did it. To this day I am proud that I stuck with it.

I'm sure many of you have a similar story, or you may be experiencing it firsthand right now while you eagerly look forward to the next step in your life. The difference between you and me? You can make a lot more than $550 in a weekend while still reaping the benefits and satisfaction that only hard work and perseverance can provide by sharing Verve as a Vemma Brand Partner.

How I wish someone could have told me about this opportunity when I was getting food spilled all over me on the weekends!

I was fortunate to attend Vemma's Revolution event at the Mirage Hotel in Las Vegas last April. What I witnessed over those few days was nothing short of amazing. I was blown away by the passion, enthusiasm and sheer numbers of the Young People Revolution (YPR) who were in attendance. As each YPR presenter got on stage and shared their message, I was captivated not only by their maturity, but their leadership qualities. They shared with the audience the importance of setting goals, ignoring the naysayers, and taking responsibility for their own future. I thought to myself, *How are these kids so focused and prepared for life at such a young age?*

My answer came when I learned more about Founder and CEO BK Boreyko. BK considers himself an entrepreneur and Vemma Brand Partner first, then a CEO. Not only has he given Brand Partners a high-demand product and a compensation plan that rewards them handsomely for their efforts, he has taught through example how to be a successful entrepreneur.

In this debut issue of *Verve* magazine we will share the unique story about how Verve came to be, as well as the incredible impact YPR is having on Vemma, and why you—our readers—should consider getting involved. Also included are profiles of YPR Elite, who give their take on how Verve has changed their lives for the better.

Next, we are honored to include content from some of the best the personal development field has to offer, including the one and only Eric Thomas, *SUCCESS* magazine Publisher and *New York Times* best-selling author Darren Hardy, Rich Dad author Robert Kiyosaki and happiness author Joseph McClendon.

If you are someone looking for a way out of the current rut you find yourself in due to lost employment, or mounting college debt—or maybe you are looking to replace your job waiting tables—starting your own business sharing Verve just might be the answer you've been looking for all along.

**Join the Revolution!**

*Meridith Simes*
Meridith Simes
Editor in Chief



CONTENTS

ON THE COVER

**YOUNG PEOPLE REVOLUTION**

DOING BUSINESS THEIR WAY WHILE CREATING LIFE-CHANGING RESULTS

**28**

**YOUNG PEOPLE REVOLUTION**
Doing Business Their Way While
Creating Life-Changing Results

**40**
**HAVE FUN. MAKE MONEY.**
The steady backbeat that gets Vemma to its feet.

From the Publisher of
SUCCESS Magazine

# Verve!



CONTENTS

FEATURES











**10  Got Student Loan Debt?**
A backed-up job market combined with staggering student-loan debt makes for the highest unemployment rate among young Americans in 50 years.

**18  Young Energy, New Economy**
A parent's guide to Verve.

**24  The Mobile Generation**
Today's youth generation is changing the way we do business through "always on" technology and social connectivity.

**34  Q&A with BK Boreyko**
BK shares his thoughts on all things Vemma

**48  Verve! The Insanely Healthy Energy Drink**
Energy drink fans are flocking to Verve, and with good reason.

**62  The Speed of Business**
With the launch of the Vemma 3.0 app, Brand Partners can conduct their entire business on their smartphones.

**69  All in the Family**
There's a real up-and-coming generation now entering the family business and creating global lifestyles filled with friends, fun and excitement.

**72  Vemma Platinum Club**
If you can dream it... you can achieve it.



## Verve!

| | |
|---|---|
| EDITOR IN CHIEF | MERIDITH SIMES |
| CREATIVE DIRECTOR | CARL WATERS |
| ART DIRECTOR | JULIO GARCIA |
| EDITOR | TODD ELIASON |
| PRODUCTION MANAGER | ALAN DWELLE |
| PRODUCTION ARTIST | CHRISTIAN STOVALL |
| PROJECT/TRAFFIC MANAGER | TRACY ROTTER |
| COPY EDITOR | PETER TEPP |

CONTENTS

PROFILES

## MENTORS

**14  The Business School for Entrepreneurs**
Network marketing teaches real-world business skills required to be successful.
*by Robert Kiyosaki*

**20  Own Your Life**
The only person to blame for your life is you.
*by Darren Hardy*

**52  What do you want your life to look like?**
The things you desire to do, to have and to be will provide you with the passion, the purpose and the drive you need to succeed.
*by Eric Thomas*

**78  Why is being happy so important?**
Because it's your life.
*by Joseph McClendon*

36 Brad
38 Alex
44 Josh
46 Kailey
57 Darik
58 Patrick
59 Brad
60 Bryce
61 Jed
74 Jovana
75 Luke
76 Adam
77 Ian

## DEPARTMENTS

**2  Editor's Take**

**7  The Starting Gate**

**56  BK's Booklist**

**80  What's Next:**
A message from BK Boreyko















# food for thought?



yeah...

motivation, inspiration, sales techniques and much more.

V∈MMΛ
## SUCCESS
CLUB

---

**YOUR $9.95 MONTHLY SUBSCRIPTION INCLUDES:**

SUCCESS on Demand • *SUCCESS* magazine with Audio CD • SUCCESS Series on Audio CD
Three SUCCESS Book Summaries on Audio CD

**\*\*INCLUDES BONUS! \*\***

Vemma's Message of the Month





CALL **877.568.6422** / vemmasuccessclub.com

"HAVING STRONG BELIEFS, BEING ABLE TO STICK WITH THEM THROUGH POPULAR AND UNPOPULAR TIMES, IS THE MOST IMPORTANT CHARACTERISTIC OF A GREAT LEADER."

—RUDOLPH GIULIANI

## STARTING GATE





**Insanely Successful Young People Represent at Vegas Event**

Have you heard about the young superstar Brand Partners who are leaping forward into Vemma's Elite, leading the company's momentum and growth? The Young People Revolution (YPR) was on full display at Vemma's recent Revolution event in Vegas.

So what's their secret? How are they gaining such momentum? How do they climb so high, so fast, and with so little experience? **Their product of choice is Verve!— the Insanely Healthy Energy drink.**

For these young adults, Verve is a no-brainer. It's a risk-free way to start your own business, soar ahead of your classmates, and have the opportunity to create a residual income. Thanks to Vemma superstar Brand Partners (many you will read about in the following pages) Verve now has a big and growing presence in several schools across the United States.

## 4 INSPIRATIONAL QUOTES



**Vemma Founder and CEO BK Boreyko's Favorite Quotes from His Dad**

- "Don't get excited about who you know; get excited about everyone they know, and everyone they know and everyone they know."
- "We get paid for being friendly. If you're shy, get over it; it's costing you a fortune!"
- "Focus on helping people get what they want—better health, overcoming a health challenge or even extra income. When you help enough people get what they want, you'll get what you want. It's not the other way around."
- "The sun shines a day long, only when you take a magnifying glass and focus it can you start a fire."

## #YPR TWEETS



"HALF OF COLLEGE GRADS WORK JOBS THAT DON'T REQUIRE A DEGREE"

—STUDY BY MCKINSEY & CO.

**@LukeKish:** This is an unreal thing to be a part of... Changing lives, to the top we go. #YPR #Vemma

**@BradSarver:** You will never be a WINNER if you don't first see YOURSELF as one!

**@LukeHessler:** If you're in Vemma and it's not fun, then you're doing it wrong

**@BradAlkazin:** 3 things that are a must to make VEMMA work! 1) Sincere desire for change. 2) You must be coachable. 3) You have to be willing to WORK.

VERVE 7



"THE IDEA OF BEING ALL THINGS TO ALL PEOPLE IS A THING OF THE PAST."
—MICHAEL DELL

**STARTING GATE**



To dare is to lose one's footing momentarily. Not to dare is to lose oneself. *If you aren't in over your head, how do you know how tall you are?* BE THE CHANGE YOU WANT TO SEE IN THE WORLD. HERE'S TO THE CRAZY ONES. THE MISFITS. THE REBELS. THE TROUBLEMAKERS. THE ROUND PEGS IN THE SQUARE HOLES. THE ONES WHO SEE THINGS DIFFERENTLY.... Because the people who are crazy enough to think they can change the world are the ones who do. *Just Do It!*

Sources: Soren Kierkegaard, T.S. Eliot, Mahatma Gandhi, Steve Jobs, Nike

"YOU'RE ONLY GIVEN A LITTLE SPARK OF MADNESS. YOU MUSTN'T LOSE IT."
—ROBIN WILLIAMS

**America's Youth Looking Up**
*Survey Reveals Increased Optimism and Self-Reliance*

- **60 percent** of high school students are hopeful about the country's future, vs. 53 percent in 2008.
- **96 percent** of high school students and graduates agree their own actions, rather than luck, shape their ability to succeed.
- **74 percent** of graduates believe they will likely work for private business; 69 percent believe they will likely be self-employed/own their own business.
- **37 percent** of high school students reported receiving mostly A's, up from 25 percent in 2008.



- **97 percent** of students aspire to further education after high school, up from 93 percent in 2008.

*Source: The Horatio Alger Association of Distinguished Americans survey*

"DON'T LET ANYONE ELSE TELL YOU THAT YOU HAVE TO BE A CERTAIN WAY. BE UNIQUE. BE WHAT YOU FEEL."
—MELISSA ETHERIDGE

"EACH YOUR BE UN THAT'

## MAKE A COMMITMENT

**New Commitment:**
For the next 30 days, commit to do something new that you have never thought about doing, and notice how it affects your life.

**New Commitment:**
Nurture your emotional well-being by choosing friends who genuinely want you to succeed and who encourage you.

## WHAT'S YOUR GENIUS

**Genius Moment:** Richard James, an engineer in the Navy, invented the slinky in 1943 after a torsion spring fell off his desk and he thought it appeared to "walk."

**Genius Moment:** Ernest A. Hamwi wasn't having much luck selling a thin type of waffle at the 1904 World's Fair. That is, until he rolled them into cone shapes and put ice cream on top. The ice cream cone was born.



### Happiness Is...
### Owning Your Own Business
*Life satisfaction studies show entrepreneurs win.*

Multiple studies of entrepreneurship and career satisfaction are naming entrepreneurs the big winners in the pursuit of happiness.

United Nations University (UNU) convened a workshop in April 2012 to review research on happiness and entrepreneurship. Study after study revealed the same insight: Starting your own business is likely to make you happier.

One paper presented, based on a 10-year dataset from the United Kingdom, showed that individuals moving from regular employment into self-employment experience a positive and significant increase in life satisfaction.

A separate study by the University of Pennsylvania's Wharton School of Business supports these findings. In the survey of 11,000 Wharton MBA alumni, graduates running their own businesses ranked themselves happier than all other professions, regardless of how much money they made.

Sources: TheStreet.com, UNU.edu (United Nations University)



Goals Post

A goal isn't something you just arrive at and stop. You have to stay curious and hungry ... and foolish... The beauty of getting older is the surprise of what you still can do with the energy you've accrued. I still work at my ultra... ... a long blog... Twitter and Facebook and Google+. I carry my... computer and I try to stay current.... Every day I feel I have a lot of living left to do.

—Mario Andretti, 72, retired racecar driver

VERVE 9

"EACH ONE OF YOU HAS SOMETHING NO ONE ELSE HAS, OR EVER HAD: YOUR FINGERPRINTS, YOUR BRAIN, YOUR HEART. BE AN INDIVIDUAL. BE UNIQUE. STAND OUT. MAKE NOISE. MAKE SOMEONE NOTICE. THAT'S THE POWER OF INDIVIDUALS."

—JON BON JOVI



During the first quarter of 2012, the most recent college graduates (age 30 and younger) had the most debt, making up 14 million of the 37 million borrowers, according to the Federal Reserve Board of New York.

10 VERVE



**got student loan DEBT?**

A backed-up job market combined with staggering student-loan debt makes for the highest unemployment rate among young Americans in 50 years.

# across the board, 60 percenof
# cannot find full-time employmen
# according to a report from theAd

You've poured yourself into four (or five!) years of a bachelor's degree. You graduated with honors. You're now qualified to work in a field you are passionate about. All you have to do is go get a job and you'll be set, right?

Not so fast. There was a time when having a college degree all but guaranteed employment and job security. But those days are gone. The United States currently has the highest youth unemployment rate since the 1960s, according to the Economic Policy Institute. And the deeper you dig into the research, the worse the numbers seem to get. According to the U.S. Department of Labor, 284,000 college graduates were working in minimum-wage jobs in 2012. And this number is actually a decrease from 327,000 in 2010. But even though the number has dropped somewhat, job availability for recent college grads is a long way from promising. The fact remains that this 284,000 figure is a 70 percent increase from just a decade ago.

Across the board, 60 percent of college graduates cannot find full-time employment in their chosen fields, according to a report by the Adecco Group. And many of those who do find work are overqualified for their jobs. More than 53 percent of people with bachelor's degrees who are 25 and younger are either unemployed or underemployed, according to the Economic Policy Institute. Compounding this problem is the overwhelming amount of U.S. student-loan

debt. Of the 20 million people who attend college each year, about 60 percent of them take out student loans, according to The Chronicle of Higher Education. That's 12 million people accumulating student-loan debt every year.

With jobs getting harder to find, and with so many recent college graduates working minimum-wage jobs, these loans can't



be repaid in just a few years. According to the Federal Reserve Board of New York (FRBNY), 37 million people have outstanding student loans. During the first quarter of 2012, the most recent college graduates (age 30 and younger) had the most debt, making up 14 million of the 37 million borrowers.

Members of the class of 2011 walked away from college with more than their diplomas in hand. Each college graduate that year accumulated an average of $26,600 of student-loan debt—a 5 percent increase from the previous year, according to the Project on Student Debt at The Institute for College Access & Success. Last year, the Consumer Financial Protection Bureau (CFPB) reported that student-loan debt had reached a staggering $1 trillion.

Yes, that's *trillion*, with a *t*.

Students took out $117 billion in loans in 2010 alone, the CFPB found. Is the job market affecting the rate at which these loans are paid back? The numbers say "yes." Of the $1 trillion student-loan debt owed by Americans, approximately $85 billion is past due.

These numbers would be bad enough if they only affected the people who had taken out loans in the first place. But now experts fear this crippling amount of debt coupled with the unemployment rate are causing domino effects that are impacting the housing market (student debt may reduce borrowers' ability to afford mortgages), small-business development (student debt can affect borrowers' ability to accumulate enough capital to launch a business) and retirement savings (retirement funds could end up going toward student debt if borrowers are forced to rely on their parents—who are nearing retirement age—for help), according to the CFPB.

# en of college graduates
# yment in their chosen fields,
# the Adecco Group.



d

te that
0 of
e from
ect
llege
umer
orted

a
on.
n, with

out
ans
e
ne job
the
se
ck?

rillion
t
ns,

due.
s
ough
ed
ad
ns
But
this
of
n the
te are
ffects
)
et
/

ent
ility
h a
ement
ent
their
ge—



"College can open up many opportunities, and we do not want that college degree to become more of a burden than a blessing for those saddled with unmanageable debt in a tough employment market," said CFPB Director Richard Cordray. "So we are concerned that unmanageable student loan debt may be harmful to recovering consumer markets and may be dragging down borrowers' lives."

The United States was once the land of opportunity, but with a crippled job market and student-debt rates that have spiraled out of control, there has to be a better way for America's young college graduates to re-stake their claim in the American Dream.

"We are
concerned
that
unmanageable
student loan
debt may be
harmful to
recovering
consumer
markets
and may be
dragging down
borrowers'
lives."

—Richard Cordray,
Director, Consumer
Financial
Protection Bureau

## Did You Know

### Ages 18-24
The share of employed adults ages 18–24 has reached a 60-year low.

*Pew Research Center, 2012*



### 41%
Forty-one percent of college students who get jobs after graduating will be overqualified in jobs that don't require a degree.

*Accenture consulting firm, 2013*



### 2/3
Two out of three college students now graduate with student-loan debt. Average tuition is three times higher today than in 1980.

*Demos, 2011*



MENTOR

# **robert**
## kiyosaki

### bio

Robert Kiyosaki, author
of *Rich Dad Poor Dad*, is
an investor, entrepreneur
and educator whose
perspectives on money
and investing fly in the face
of conventional wisdom.

14 VERVE



# The Business School for Entrepreneurs

Network marketing teaches real-world business skills required to be successful.

MENTOR

# robert
kiyosaki

> **"Network marketing offers milions of people the opportunity to build their own network rather than someone else's network."**



know I was not a natural entrepreneur. I had to be trained. When I was growing up, my poor dad often said, "Go to school, get good grades, so you can find a good job with good benefits." He was encouraging me to become an *employee*.

My rich dad often said, "Learn to build your own business and hire good people." He was encouraging me to become an *entrepreneur*. One day I asked my rich dad what the difference was between an employee and an entrepreneur. His reply was, "Employees look for a job after the business is built. An entrepreneur's work begins before there is a business."

My rich dad said, "Starting a business is like jumping out of an airplane without a parachute. In midair the entrepreneur begins building a parachute and hopes it opens before hitting the ground." He also said, "If the entrepreneur hits the ground before building a parachute, it is very tough climbing back into the plane and trying again."

## What kind of entrepreneur do you want to be?

The world was filled with different types of entrepreneurs. There are entrepreneurs who are big and small, rich and poor, honest and crooked, for-profit and not-for-profit, saint and sinner, small town and international, and successes and failures. My rich dad said, "The word *entrepreneur* is a big word and it means different things to different people." The CASHFLOW Quadrant explains that there are four types of people who make up the world of business, and they are often

technically, emotionally and mentally different people.

**E** stands for employee. "I'm looking for a safe secure job with benefits."

**S** stands for self-employed or small-business owner. "If you want it done right, do it yourself."

**B** stands for big-business owner (over 500 employees). "I'm looking for the best people to join my team."

**I** stands for investor. "What's the return on my investment?"

In training his son and me, rich dad was training us to first build a successful S quadrant business that had the capability of expanding into a successful B quadrant business.

## The Power of Your Own Network

As part of my entrepreneurial training with rich dad, he encouraged his son and me to go out and study as many different types of business systems as we could. He asked, "How can you be an entrepreneur designing a business if you do not know about the different types of businesses and entrepreneurs?" One business I learned about— network marketing.

One of the first things that intrigued me about this business model when I started looking into it seriously in the 1990s was the simple fact that it used the word *network*. I remembered that my rich dad really respected this term.

My rich dad told me, "The richest people in the world build networks. Everyone else looks for work."

From the shipping magnates and railroad barons to Sam Walton, Bill Gates and Jeff Bezos, the great fortunes of the world have been made by those who figured out how to build networks. Sam Walton didn't manufacture goods for people; he built the distribution network that delivers the goods. Bill Gates

16 VERVE

App. 0631

The Business
School for
Entrepreneurs

didn't build computers; he built the operating system that ran on those computers. Jeff Bezos didn't go into publishing books; he created the online network Amazon.com that delivers those books. The power is not in the product; the power is in the network. If you want to become rich, the best strategy is to find a way to build a strong, viable, growing network.

Of course, most of us are not Thomas Edison, Sam Walton or Bill Gates, and never will be. Yes, there will be handfuls of remarkably creative pioneers in every generation who create new multibillion-dollar networks from scratch, as these men did, but it's not a reasonable ambition for tens of thousands of people, let alone millions.

That's why network marketing is so brilliant. The companies that make up the network marketing industry now offer millions of people just like yourself the opportunity to build their own network rather than spend their lives working for someone else's network.

### A Business That Develops Leaders

When I first researched the world of network marketing, I went to many meetings and events where I heard dozens of people speak from the front of the room in their efforts to inspire others to find their own personal greatness.

As I listened to these individuals tell their stories of starting with nothing and eventually becoming wealthy beyond their wildest dreams, I realized that this business was doing for these people exactly what my rich dad told me to do: It wasn't simply teaching them the principles of business; it was shaping them into leaders.

While they seemed to be talking a lot about money, these people were really inspiring others to get out of their shells and beyond their fears, and go for their dreams.

### Life-Changing Business Training

Network marketing leaders sometimes describe themselves as "highly paid storytellers." In fact, they are among the most highly paid storytellers, and there's a very simple reason for this: They are among the best storytellers. Sitting through many of the business seminars, I often found myself nodding in agreement with their straight talk about what it takes to survive "on the streets" of the real world of business.

I began to realize that a network marketing business is based on the leaders pulling people up, while a traditional corporate or government business is based on promoting only a few and keeping the masses of employees content with a steady paycheck. These instructors in the network marketing world were not saying, "If you don't perform, you lose your job." Instead, they were saying, "Let me help you do better and better. As long as you want to learn, I'll be here to teach you. We're on the same team."

If I were starting my entrepreneurial career all over again, I would start with a network marketing or direct sales business, not for the money but for the real, life-changing business training I could receive, training similar to the type of training my rich dad gave me.

> **❝I realized that this business was doing for these people exactly what my rich dad told me to do: It wasn't simply teaching them the principles of business; it was shaping them into leaders.❞**

App. 0632



"These young people deserve a better economy. Take our Verve concept and give your son or daughter an incredible advantage over these circumstances."

—BK Boreyko

# YOUNG ENERGY, New Economy

### A PARENT'S GUIDE TO VERVE

Nearly half of all young people—college educated or not—are jobless or underemployed. The Great Recession tanked the job market, leaving parents everywhere facing the same daunting questions about their kids' futures and their own. Do good jobs still exist? Would my child even qualify? How will those mounting student loans get paid? Will the proverbial "nest" ever be empty?

"These young people deserve a better economy, but it is what it is," says BK Boreyko, Founder of Vemma, a $200 million wellness company that markets Verve—the world's healthiest energy drink. But

the 16-year veteran of the network marketing industry and a father of six kids sees a glistening silver lining amid turmoil. "Don't look at this as bad news, but rather an opportunity to take our Verve concept and give your son or daughter an incredible advantage over these circumstances."

## Amazon.com Meets Nutrition

Vemma delivers a million cans of its healthy energy drink Verve each month to people's doorsteps via FedEx. There's no need for ad agencies because Brand Partners promote Verve and get paid for it (approximately $1.5 million in residual bonuses per week).

Vemma's social network marketing business model is perfectly situated for this creative, extremely powerful and socially connected generation of young people who love energy drinks almost as much as their cellphones. Remember, these kids took Facebook from a college dorm room to smartphones and laptops across the globe, and that's what's happening with Verve.

"We pay these young people to get great with their people skills. The more they improve, the more they study success, the more positive their attitudes become, the better they get at setting and achieving goals, the more money they earn," Boreyko says.

An extra $500 a month could go a long way to paying student loans down. Better yet, get serious about Vemma's business model and pay them off in short order. "This can really turn into a big deal for your child. But remember, it's not just about selling a product. It's about promoting a concept and building a network that consumes and loves a healthy energy drink. The byproduct is that these kids are in an environment where they learn about business and people and how to create something they can be proud of. Something you can be proud of too," Boreyko says.

# REAL PARENTS.
# REAL ANSWERS.

*What parents are saying about their son or daughter's involvement with Vemma.*



"They have developed as whole people in a way that no matter what they had achieved academically or in sports, I had not seen. The leadership development that Vemma brought is incredible."



"They want some place to plug into this opportunity that gives them the place to grow themselves and their own economy. I would say to parents, don't allow your preconceived images of network marketing stand in the way of your son or daughter's success."



"The byproduct is that these kids are in an environment where they learn about business and people and how to create something they can be proud of."

—BK Boreyko



"She has learned leadership skills, patience and drive. Her whole A to Z has changed because of this company, because of the training she's received here."



"Parents, take your son or daughter's involvement seriously. Do your homework and come into this with an open mind. Your kids are your kids, and you can learn some things from them too."



"It's a no-loss deal. If they make a few bucks or they make a few thousand or a million bucks, the skills they learn in this business and in the YPR they will use for the rest of their lives, no matter what they do."

VERVE 19

# **darren**
## hardy

### bio

Darren Hardy is a celebrated
speaker, mentor to business
luminaries and Publisher
and Founding Editor of
*SUCCESS*, the award-
winning magazine serving
to empower small-business
owners and entrepreneurial-
minded achievers. Read his
book *The Compound Effect*,
monthly letter, marketing and
sales advice from thought
leaders, inspiring feature
stories and step-by-step
guides for maximizing your
potential at SUCCESS.com
and DarrenHardy.com.

App. 0635



own your life

The only person that is to blame for your life is you.

MENTOR

# darren
hardy

**"Somehow, in his own way, my dad was the best parent a future achiever could ever have. He was strong, disciplined and consistent. He parented/coached me to be the same."**



## My childhood sucked. Thank God.

My parents divorced when I was 18 months old. Frankly, my mother never really wanted to be a mother, so when they split up, she cheerfully handed me over to my dad. My dad was only 23 years old when I was born, and back then, men didn't raise kids on their own. He had just moved from the San Francisco Bay Area to what must've seemed like the middle of nowhere (Albuquerque, N.M., where I was born) to be an overworked and grossly underpaid football coach for the university there. He was alone, lonely and wounded from the divorce, with no idea how to raise a son.

So he parented the only way he knew how—like he coached. That meant no whining, no crying, no excuses, and lots of yelling.

My dad was infamous on the gridiron for one of his coaching philosophies: No matter how hard a player was hit on the field and how hurt they got, they were not allowed to come out of the game. One time a linebacker got really smashed in the middle of the field, wobbled to the sideline and begged my dad to be taken out of the game. My dad grabbed him by the facemask and screamed, "Not unless you are showing bone." The player pulled his shoulder pad back and his collarbone was sticking out of his neck like a Thanksgiving turkey. Thus came the line I heard hundreds of times: "No you cannot stay home from school sick, unless you are 'showing bone.' "

Somehow, in his own way, my dad was the best parent a future achiever could ever have. He was strong, disciplined and consistent. He parented/coached me to be the same. I'm incredibly grateful for my childhood training camp. In the end, it seems, my childhood was awesome!

I tell you this story of my childhood for a reason. It is because of this dysfunction that has made me into a functional achiever. Because I had to get over these issues of abandonment is the reason why I am so vigorously self-reliant.

My mentor Jim Rohn once said that some people look at their past as a billy club that they beat themselves over the head with instead of looking at it as a training ground for better things to come. Adversity cleanses, refines and makes us all better as a result.

We all come into this world the same way. What we do with our lives is simply an accumulation of all the choices we make.

## Make Your Choices Count

Contrary to popular belief, there is no magic formula or "secret" to success that has been buried for 2,000 years and has recently

been unearthed. Success is only earned through hard work repeated over and over, day after day. That's it. The process of earning success is laborious and unexciting. No, that doesn't make for interesting books or infomercials or riveting movies, but that's the naked truth the media won't tell you. You can never own success, you can only rent it. And the rent is due every day.

The control center for your entire life comes down to the choices you make. They are at the root of every one of your results. Our choices can be our best friend or our worst enemy. They can deliver us to our goals or send us orbiting into a galaxy far, far away. In essence, you make your choices, and then your choices make you. Every decision, no matter how slight, alters the trajectory of your life—whether or not to go to college, whom to marry, to indulge in gossip or stay silent. Every choice has an impact on your life.

I get asked all the time, How do you select the 12 people for the cover of *SUCCESS* magazine each

App. 0637

own your
# life



# Do What You Don't Want to Do

So when faced with a choice, use this as your guidepost: **Do the thing you don't want to do.** If you don't feel like working out, that's exactly what you need to do. If you don't feel like saying you are sorry, that's exactly what you should do. In fact, the one thing that successful and unsuccessful people have in common is they both hate to do what it takes to be successful. The main difference is successful people do it anyway.

Do I like getting out of bed in the morning, put on running shoes and go pound pavement in the middle of the dark, cold morning? I do not. After working all day and I'm tired, do I want to drag myself to the gym? I do not. In the heat of the battle, when I know that I am right, do I want to turn to my wife and say, "Honey, you're right, I'm sorry?" I do not. But why do I do them? Because that's what it takes to be successful.

## "We all come into this world the same way. What we do with our lives is simply an accumulation of all the choices we make."

year? Out of the 7 billion people who walk the earth, we only get to select 12. What did these people do to get on the cover? I will tell you, their success is not a result of their:

- Heroic feats
- Grand acts of bravery
- Quantum leaps of overnight success

Their success—and your success for that matter—is the result of small, seemingly insignificant moment-to-moment choices compounded day after day, week after week and month after month.

## You Hold the Power

Let me tell you about the day that changed my life. I was 18 and was attending my first seminar and the instructor in front of the room asked, "What percentage of shared responsibility do you have in making a relationship work?" Of course I had all of the answers, being all of 18.

"Fifty-fifty!" I blurted out. It was so obvious, both people must be willing to share the responsibility evenly or someone's getting ripped off. By the look on his face I could tell I gave the wrong answer. Others shouted "Fifty-one-forty-nine" and "Eighty-twenty." Still the wrong answer.

The instructor then went to his whiteboard and wrote 100/0 in big black letters. "You have to be willing to give 100 percent with zero expectation of receiving anything in return," he said. "Only when you're willing to take 100 percent responsibility for making the relationship work will it work. Otherwise, a relationship left to chance will always be vulnerable to disaster."

That's not what I was expecting. But I quickly understood how this concept could transform every area of my life. If I always took 100 percent responsibility for everything I experienced—completely owning all of my choices and all the ways I responded to whatever happened to me—I held the power.

Everything was up to me. And everything is up to you.

So don't blame McDonald's that you are overweight. Don't blame the economy or President Obama for why you don't have a job. The only person that is to blame for your life is you. You are a self-made man or woman, like it or not.

You are 100 percent responsible for:

1. What you do
2. What you don't do
3. What's done to you

This empowering mindset revolutionized my life. Luck, circumstances or the right situations wasn't what mattered. If it was to be, it was up to me. I was free to fly. Through choosing to be officially liberated from past, present and future victimhood, I'd hit the jackpot. I had the unlimited power to control my destiny.



**If you don't feel like working out, that's exactly what you need to do.**

ERVE 23



App. 0639



TODAY'S YOUNGER ENTREPRENEURS VIEW WORK AS SOMETHING THAT CAN AND SHOULD BE DONE FROM ANYWHERE.

**N**o other generation is as technologically savvy and socially connected than today's youth generation (ages 18 to 28). Numbering 80 million strong, they represent the largest consumer group next to the baby boomers.

Having grown up with the Internet, mobile devices and social media, this uber-connected population views websites such as Facebook, Twitter, YouTube, Instagram and Foursquare as fundamental rather than supplemental.

They are also apt to distrust traditional advertising, relying instead on word-of-mouth referrals from their social circles.

Marketers now understand that if they want to reach this group, they must meet them where they are by investing in social media platforms and mobile apps.

## ENTREPRENEURIALISM ON THE EDGE

Today's youth generation is revolutionizing commerce and transforming what it means to be an entrepreneur. While older generations view "working from home" as something that is done from a home office with a stationary computer, today's younger entrepreneurs view work as something that can and should be done from anywhere.

This "always connected" generation gives new meaning to the phrase "on the go." They are always in motion, and their mobile phones serve as the central command center for all aspects of their lives—work, personal relationships and family commitments.

Despite their powerful say and sway, this demographic has been the most severely impacted by the recession and recovering economy.

"It is a rough time to be a young person in America," says Evan Feinberg, president of Generation Opportunity, in a statement dated

"It is a rough time to be a young person in America. The effective youth unemployment rate is 16.1%, and with about 2 million college students graduating this month, there is no sign of an economic recovery for my generation."

—Evan Feinberg,
President of Generation Opportunity



NO OTHER GENERATION IS AS TECHNOLOGICALLY SAVVY.

> be a
> a. The
> /ment
> about
> dents
> there
> nomic
> ation."
>
> Feinberg,
> portunity



May 3, 2013. "The effective youth unemployment rate is 16.1 percent, and with about 2 million college students graduating this month, there is no sign of an economic recovery for my generation. Half of all graduating seniors aren't going to find meaningful work in the coming months."

Saddled with student loan debt and stymied by a lackluster job market with few entry-level positions, today's youth faces limited opportunity in the corporate world. They are sometimes forced to work part-time jobs and live with their parents just to make ends meet. They are tired of pocketing meager wages and punching a time clock and working for "the man."

## SEEKING OPPORTUNITY

The younger generation are searching for entrepreneurial opportunities that allow them the flexibility, lifestyle and autonomy they crave. They are on the move and the make.

They also want to help people while making a significant income at the same time. Most of all, they want the freedom to be themselves, to stay "always on" and socially connected, whether at work or play.

If you want to know the future of entrepreneurialism in America, keep your eyes on the what the younger generation is doing. This confident and collaborative group is leading the way for others, initiating change at lightning speed. With their emphasis on mobile and social connectivity, they will transform how we work, live and connect with others. Stay tuned.

## Did You Know

**1.** About **78% of teens now have a cellphone, and almost half (47%) of them own smartphones.** That translates into 37% of all teens who have smartphones, up from just 23% in 2011.

*Teens and Technology 2013, Pew Research Center*

**2.** The volume of texting among teens has risen from **50 texts a day in 2009 to 60 texts** for the median teen text user.

*2011 Teens and Digital Citizenship Survey, Pew Research Center*

**3.** The amount of student loans that were taken out in 2010 crossed the $100 billion mark for the first time. **Americans now owe more on student loans (expected to reach $1 trillion) than on credit cards.**

*U.S. Federal Reserve Bank of New York*

**4.** The youth unemployment rate for 18- to 29-year-olds for April 2013 was 11.1 percent with an effective unemployment rate of 16.1 percent, adjusted for labor participation rate by including those who have given up looking for work.

*Millennial Jobs Report for April 2013, Generation Opportunity*

VERVE 27







YOUNG PEOPLE REVOLUTION

**A** business phenomenon is swelling to tsunami size around the globe, attracting entrepreneurs of all ages. Its name: Verve. The energy drink from Vemma.

"Verve" means energy, vigor, liveliness, vitality—all words that embody a group of Vemma Brand Partners that call themselves the Young People Revolution (YPR).

Vemma has had solid growth since it launched in 2004, but it took off like a rocket when young people discovered its healthy energy drink, Verve. They started switching from coffee-shop java and convenience-store energy drinks to the healthier taste of Verve. And when they saw how easy it was to share Verve with their friends, dorm mates and family members, these smart college students, recent college grads and 20-somethings saw a window of opportunity with limitless potential by becoming Vemma Brand Partners.

The impact of this demographic on Vemma's overall growth is staggering.

Verve now represents some 62 percent of first-time Vemma orders. In 2012 the company's sales grew 30 percent. The largest growth occurred in the U.S. market, where the number of new business owners grew by a jaw-dropping 85 percent, mostly fueled by the efforts of the YPR.

"These budding entrepreneurs are coming in droves," reports Vemma Executive Vice President of Marketing and Brand Development Mark Patterson. "The Young People Revolution has changed our culture. They're part of a whole generation who don't want to wait to have what their parents have. They want more—better cars, better houses. They have big dreams and they want it now. They're interested in starting their own small business, they're motivated,

and they're in a great position. They're not tied to a family or a mortgage. They're young, they're hungry, and they want more."

## Crushing Student Debt

**T**hey also need more. Many Gen-Y Americans are finishing college with mountains of student loans and crippling credit card balances. The Class of 2011 graduated with $25,200 of debt; and they faced the highest youth unemployment since the 1960s. In Vemma, they see an opportunity to earn enough money to pay expenses, avoid debt and to have fun at the same time.

They're tapping into a market that has continued to grow, even when the economy weakened. The energy drinks and shots market grew 60 percent from 2008 through 2012, market researcher Packaged Facts estimates in its report "Energy Drinks and Shots: U.S. Market Trends." In 2012, total U.S. sales for the energy drinks and shots market were more than $12.5 billion and are predicted to be worth $21.5 billion by 2017. And since Gen Y dominates the energy-drink consumer market, it's only natural that the same group would find business opportunity there.

Students and recent grads who attend a Vemma gathering see business owners their own age who do business a new way. These aren't kids with a

lemonade stand. They're superhero entrepreneurs who run businesses that they know can change their lives. Since many YPRs are students, many stay on their college campuses, where they build a solid customer base and recruit others into the business. Others travel from city to city.

## The Five M's

**T**hey believe in the Five M's: More Meetings Make More Money. So they often hold several short, informal, pressure-free business meetings a day in locations where young people already get together. And one more thing. Those meetings are fun. They're also rule-free, but here's how some of them go: Get together with other young people. Throw back some

App. 0645



"The Young People Revolution has changed our culture. They're part of a whole generation **who don't want to wait to have what their parents have.** They want more—better cars, better houses. They have big dreams and **they want it now.**"

—*Vemma Executive Vice President of Marketing & Brand Development Mark Patterson*

VERVE 31

**App. 0646**