

Verve and see how you like it. Maybe check out the BMW that the host earned through her Vemma business. Like what you see? Get on board as a customer. Or go all in. Join the YPRs and become a Brand Partner; run your business like you mean it; and blow it up!

Vemma backs up its Brand Partners all the way as they build a business that can help pay for college, provide them a car, or set them up so that they never need to work for anyone other than themselves. The company provides the tools to help YPRs succeed like their free mobile app, which allows Brand Partners to use their social media connections to help build their income. After all, Generation Y is the most connected social media market segment in the world.

### Healthy Opportunity

Verve lovers benefit because each can contains a full dose of the Vemma formula, delivering ultra-premium nutrition along with the shot of energy YPRs need to keep going strong.

The devoted fan following of all the Vemma products, the enthusiasm of the Verve-centric Young People Revolution and the simple quality of the award-winning company are turning the Vemma into an entrepreneurial global powerhouse. Vemma already operates in 36 markets worldwide, and its expertise in web marketing equips its YPRs and other Brand Partners to develop a business without boundaries.

"We want to do everything we can to make you a success," BK emphasizes, "so you can either make Vemma a career for yourself or just enjoy the opportunity to earn a substantial secondary income."

32 VERVE

it.
that the
nma
? Get
go all
ne a
ness
up!
d
build
/ for
or set
need
n
rovides
eed like
allows
social
uild
ration Y
I media
I.

r

iefit
can
dose of
mula,

the
keep

he
itric
d
rd-
the
ial
already
dwide,
keting
rand
ss

we
' BK
her
urself
to earn
me."





In 2012, total U.S. sales
for the energy drinks
and shots market were
**more than $12.5 billion**
and are predicted to be worth
**$21.5 billion by 2017.**

Vemma backs up its Brand Partners all the way as they build a business
that can **help pay for college, provide them a car**, or set them up so that
they **never need to work for anyone other than themselves.**

## A Brand Built for You

Verve changed Vemma's entire brand.

Vemma had been in business for about three years when Founder and CEO BK Boreyko noticed that a new product was rapidly gaining market share. Energy drinks were making their mark. But the ones he saw were basically amped-up soft drinks, and all that sugar and concentrated caffeine didn't sit well with him. He had built Vemma on products that support great health. That wasn't going to change.

So he asked himself: What if we could develop a healthy energy drink? Verve was his brainchild—an insanely healthy energy drink that combines the proprietary, antioxidant Vemma formula with natural caffeine and energy-boosting nutrients. It was quickly accepted by Vemma's baby boomer Brand Partners, and sales were strong. But BK and his new Executive Vice President of Marketing and Brand Development Mark Patterson thought it had more potential. They just needed to reach the group that dominates the energy drink market: Young people.

So they created a sea change in the Verve brand. They gave it a younger vibe with cooler packaging, and they injected youthful energy into everything that could support its sales. From bold website graphics and sizzling social media sites, to appealing company events and the music that energizes them, Vemma gave everything about the company more vigor. They even redecorated the Vemma-sponsored Verve Lounge at the US Airways Center—Verve is the official energy drink of the NBA's Phoenix Suns and WNBA's Phoenix Mercury—to create a stronger draw for Gen Y, as well as the best spot ever to introduce Verve to friends. Printed marketing materials gave way to video, apps and online marketing. Everything revolves around young people who love Verve.

"We're bringing new energy to the mangosteen juice business with what I consider the world's healthiest energy drink," Boreyko says. "You'll feel good after drinking just one can, and your body will thank you for all the healthy stuff. As our younger demographic would describe it, Verve is 'so healthy, it's sick!'"

The young Vemma business owners, who call themselves the Young People Revolution, rock their businesses with Verve. They have fun, but they take their title, Brand Partner, very seriously. They know that their actions affect their lives and the company's reputation. And that's valuable. The Verve brand, the Vemma brand—it's their brand. It's their futures.

VERVE 33

App. 0648



# Q&A

with BK Boreyko

The publishers of *SUCCESS* magazine recently sat down with the Vemma Founder and CEO to get his thoughts on Vemma's growth and all things YPR.

34 VERVE

**Q: Outside of being CEO, what is your main role in interfacing with your Brand Partners?**

BK: I lead by example by doing everything I ask my Brand Partners to do. I have monthly conference calls with the field and am easily accessible. All my leaders have my cell number and I'm pretty much a 24/7 owner. I am out on the road doing meetings quite regularly; you'll often find I attend all major corporate events, regional events and product launch tours. Many have referred to me as a "people before profits" guy; we have premium products for a reason and they're not cheap, but I'm known for being a distributor first and a CEO second.

**Q: What important lessons did you learn surviving the 2008 economic crisis to now? How did you transfer them to your management team?**

BK: The 2008 economic crisis taught me that our business can be a beacon of light in the darkness, an option to create your own economy. You have to get smarter, think differently, find opportunities and work harder. You must adapt. Business today is not what it was then, and the way it is now is not how it's going to be in the future. I teach my team to be nimble and to find the blessings in challenges. For example, we learned to use the dismal unemployment stats to highlight the positive—that there was a huge pool of people who needed what we have to offer.

**Q: What gets you most excited about the YPR Movement?**

BK: In this industry, the No. 1 question people want to know is what to do when their warm market runs out. With a product line as sample-friendly as Verve, and for the millions of people wanting to lose weight with our Chris Powell line of Bod·ē products, your warm market never runs out! Our products and opportunity change lives and create excitement and hope! The bunnies will lead you to the bears—and the busboys and skate shop girls can lead you to the next Vemma Elite!

Verve sales increased 301 percent last year and our enrollment (new customers and new Brand Partners) just last month was up 280 percent over the same month last year. We truly are on the verge of greatness!

**Q: Given they are so young, what tools do you provide to help them build their Vemma business?**

BK: This is a market that we can dominate in the networking space, and we've invested heavily in these young people to shorten their learning curve and get them successful. The challenge that's plagued me my entire career has been the amount of time that it takes from when a new person says yes, to when they actually start talking to prospects. We've solved that dilemma with our free mobile business app. Now they scroll through their phone list, and with a couple clicks, they're sending a text with a video of one of our YPR leaders briefing their prospect on the Verve concept, or Chris Powell telling them how great our shakes are.

The app turns a cellphone into a portable business office. It allows YPRs to enroll new Brand Partners right from their phone, check their current rank, see their teams' sales results, and view action items needed to qualify for the month. It even shows how close you are to qualifying for a car and the activities you need to get it, and it helps you make the right moves in your business to be successful.

**Q: Do you have any parting thoughts about the growth you are seeing because of YPR?**

BK: Some of us who are "young at heart" look at the growth that young people are having, and we think this isn't normal. But in today's connected society, maybe this is the new normal. Young people are connected like no generation socially in the history of the planet; and the combination of student debt, high tuition and staggering unemployment has created the perfect storm of opportunity.

App. 0650



PROFILES

"Life doesn't need to drastically change
in order to succeed."

36 VERVE

App. 0651



Brad Alkazin is one of those figures you don't easily forget. We mention "figures" because despite his age (only 27 years), he comes across not unlike a youthful Tony Robbins, the type of commanding, enigmatic individual that easily sways a room. Brad has created a brand for himself that exudes one thing: easy success.

As he drives along in his white Rolls-Royce Ghost, it all looks so easy. Some may say it's his youth. Brad would tell you it's the Verve. But when you see this young man meeting with people, there is something about the way he carries himself. He doesn't take on the posture of someone trying to cram the "opportunity of a lifetime" down the throats of those in front of him (think Chris Farley's Matt Foley character—the motivational speaker who lives "in a van down by the river!"). No. Instead, Brad leans up almost lazily against the wall as he simply articulates three simple questions. "How many Red Bulls do you think college kids drink every day?" he asks the small crowd. "How many friends do you have who have graduated with no job?" he asks next, as heads slowly begin to nod. And then, finally, the clincher: "Do you know anybody who would be willing to try a healthy energy drink, while putting a few bucks in their pocket?"

The effect is almost instantaneous.

As you can see, though, this reaction isn't from some sort of

seasoned approach he has developed over time (although Brad does have an affinity for quotes from successful business magnates); rather, he's simply done the math. In his former life as a television installer, Brad had the idea that there must have been other kids like him—young people with an energy drink in one hand, a cellphone in the other, and a wallet in need of some cash. Put all three of those things together, and you end up with who Brad has become today—someone who has created an entire business around helping young people achieve their dreams by doing nothing more than what they're already doing now.

"You know, you see these young kids wondering what they want to do with their lives, with no economy and no way to get a job—but each one of them has friends, and they're all drinking energy drinks, so why not teach them how to build a business around that?"

Funny enough, it's hard not to find yourself nodding with the logic just before you catch Brad cranking up the speakers in his convertible BMW to the tune of "Successful" by Drake Feat and Trey Songz. That's just it though. For a kid who has made over $2 million, with an expected income of over a million in the next year alone, Brad Alkazin has shown that life doesn't need to drastically change in order to succeed. Rather, you just need to think about what you're already doing in a slightly different way.







scan to watch
videos by Brad

VERVE 37

**App. 0652**



PROFILES

"This business is not about selling energy drinks, this business is about making somebody else's goals in life become a reality."

38 VERVE

We arrive at Alex Morton's apartment in Tempe, Ariz., ready to learn more about the boy wonder who will be making over a quarter of a million dollars this year with Vemma.

You see, even though Alex drives a brand-new BMW, lives in a lavish high-rise apartment building, and walks around in strictly designer shoes, he was not always this way. In fact, by his own estimation, he speaks of a time when he felt he was little more than a failure, getting kicked out of the dorms at Arizona State University while landing himself on academic probation.

But then, as we listen to his story, watching him take another sip of Verve, the narrative begins to shift. He begins to describe a time when a good friend introduced him to a company called Vemma, which he found a little hard to understand, initially. The friend spoke of opportunity outside the traditional mold, wherein you "simply tell your friends about it, and it somehow makes you money." A bit apprehensive about the opportunity being "too good," Alex asked for proof, and surprisingly found plenty. He asked about compensation, and was shown a check much larger than anything he had ever received in his entire life. And then he asked how to get started, which was the moment his life took a sharp turn for the better.

"I was scared of my parents' success," Alex says. "They had done so much, and I felt like I was just trying to pick myself up over and over again. But then I found something I could really be passionate about—a business idea that actually made me excited."

At first, he begins to relate how freeing it was to have an actual income—to be able to buy the things he always wanted without having to check price tags first. But over time, an even larger change began to occur, as he describes it, when he realized that Vemma is much more than an "opportunity," but rather, a chance to help change people's lives.

"This business is not about selling energy drinks; this business is about making somebody else's goals in life become a reality."

And what of Alex's goals? Initially, it seemed to be one of matching up to the standard his parents had given him, if only by their profound example. But now that he is finding the same sort of success at the age of only 23, he has other things in mind, which he is quick to tell you about. He wants to write books, give speeches—in essence, become the kind of person he listens to every morning. He communicates a future ripe with possibility, and how one can overcome their fears with the right tools in place. He talks about breaking molds, about a different way of thinking, and as we glance at our watches, we realize the day is already a few hours into the afternoon, making us wonder what we can accomplish with the remainder of time we have left. But after learning a lesson at the feet of Alex Morton, we know we will accomplish even more than we initially set out to do.






scan to watch videos by Alex



"Our marketing formula is simple: If it's fun, people will do it!"

—Mark Patterson, EVP of Marketing and Brand Development

40 VERVE



# HAVE FUN.
# MAKE MONEY.



"These young people love to have something good to talk about. And it's the easiest story to tell: *'I've got this energy drink. It's healthy. Chill it and crack it open.'* "

—BK Boreyko, Founder and CEO

The "bosses" locked everything fun about work in a box and left it there for generations. Why? People deserve better than dull and boring, so Vemma's Founder and CEO BK Boreyko ripped the lid off to make fun the steady backbeat that gets the Young People Revolution to its feet about Verve.

**Who decided work and fun were mutually exclusive anyway? Fun motivates. It inspires. Fun is a legit crowd at a rockin' party. It's a craving to feel alive, jacked up and energized and ready to make big things happen. Fun just makes sense in this business!**

"Our marketing formula is simple: If it's fun, people will do it," says Mark Patterson, Vemma's Executive Vice President of Marketing and Brand Development. This fun-loving vibe started as a healthy energy drink marketing strategy, but quickly transcended Verve and became the soul of Vemma's entire corporate culture.

Vemma's Revolution convention in Las Vegas turned up the bass and kicked on the strobes as Boreyko went onstage to have a little fun with the 6,000 Brand Partners who packed the Mirage Hotel's largest conference hall. "Five years ago we launched Verve and it was OK," Boreyko says. "Then all of a sudden a couple young people get hold of the same product. Mark made it look cool and we have an explosion! It's not the product that created that explosion; it is the Young People Revolution."

"It may be hard for people to understand the importance of it, but fun is what our culture is all about," adds Patterson. "Everything we do, even if it's in a learning environment, can be done in a fun way. The Vemma business is a good time! Even the way you check your business, share it and tell people about it is fun."

Every day, young people reach for their cellphones and share Verve's hip message. "I see people everywhere I go filming their own little Verve videos," Patterson says. "They send them out to their networks and they build a business."

And why not use all the tools that social media offers to build a business? Corporations do it all the time. Boreyko is a social media warrior tied to his cellphone, his blog, Instagram, Twitter and Facebook. He has an impressive personal brand and is an expert at monetizing brand equity built online. "Brand equity can be converted into a business with something as simple as what we're doing here with Verve," Boreyko says. "These young people love to have something good to talk about. And it's the easiest story to tell: *'I've got this energy drink. It's healthy. Chill it and crack it open.'* My company rewards these fun loving people with almost $1.5 million a week in bonuses."



"We've had young people go from zero to a quarter-million a year and they are 20 years old!"

—BK Boreyko

## YPR RADIO

**YPR Leaders share how they are achieving success with Verve.**

Who better to tell an awesome Verve success story than the young person making it happen? YPR Radio, innovative podcasts available on YouTube and iTunes, lets Vemma's Young People Revolution Brand Partners shout out to their peers about the energy drink that's changing lives.

Hip-hop preacher and YPR Radio host Eric Thomas hangs with six young Vemma business owners as they share stories of motivation and money. "The amazing thing is none of these kids have network marketing experience," says Vemma Founder and CEO BK Boreyko. "Still, they figure stuff out and it's crazy how ingenious they are. We just stay out of their way."

Watch now at Youtube.com/VerveEnergy

Verve's message from Las Vegas was "Ustreamed" to 50 markets around the world, and members of the Young People Revolution proved they could outwork and out-communicate seasoned network marketers. "What I love is going on Facebook this morning and seeing that these young people are doing these after parties at 1, 2 or 3 o'clock in the morning. You're still working it," Boreyko said to the Vegas crowd.

The Young People Revolution's work ethic blows Boreyko's mind. **"It's like a battle scar for them to drive three hours to a home event. They post on Instagram, '10 cities in 15 days!' They embrace the grind and wear it as a badge of honor."**

They also reap the rewards! "We've had young people go from zero to a quarter-million a year and they are 20 years old!" Boreyko says.

The Verve revolution is growing and so too are the numbers of young and young-at-heart who sign up with Vemma. "Our brand isn't what we say it is; it's what all our people out there say it is," Patterson says. "We definitely saw a culture shift in Vegas. It's interesting. There were fears that embracing young people might scare away our mature audience, but that didn't happen at all. It's become very infectious and it's spreading among all ages and all genders and all demographics."



josh noble

At first look, you might not think Josh Noble is different from any of his 20-something counterparts. He wears jeans and T-shirts more often than not, lives in an apartment void of nearly everything except a 50-inch flat-screen TV, and engages in daily social activities, none of which resemble "work" or "school" in the traditional sense.

But here's the rub: While Josh may seem unassuming in his rather casual attire, the apartment he inhabits is one of the nicest in Tempe, Ariz. And the lack of furniture? Almost a necessity in order to host the overwhelming number of college-age kids who come to hear him speak. And what does he speak about? Well, about how he's driving a brand-new BMW convertible, and makes over $7,000* a week, enough to be considered among the top 10% of all American wage earners.

But before you think that's all to Josh Noble, you've got to spend a few minutes with him in person to see what makes him most interesting. Call it old-school manners, but this kid won't let you sit on his couch until he's first offered you something to drink right after shaking your hand—all with a smile reminiscent of a young grocery store bagboy from the 1950s.

But this is the genuine appeal of Josh Noble—what you see is what you get. He doesn't have anything to hide; rather, he's eager to tell you his life story, and how a relatively average youth grew up to be one of the most successful Americans around.

Interestingly enough, his roommate had formerly introduced him to Vemma his freshman year of college, offering him an opportunity to begin working it like a business. "I wasn't interested though," he recalls. "I signed up to be polite, nothing more, really."

But as Josh looked down at the can in his hand, he began to think of how he needed to take hold of his own future, and how this might possibly be the way to do it.

"At first I wanted to do it because of the money," he recalls. "I wanted to have a stable financial future, so I wouldn't ever have to worry about not getting hired or losing a job. But it didn't take long before I realized that business doesn't grow unless you have something more important than money on your mind—you have to want to help people to really succeed."

And succeed he did. When initially making enough money to cover the Verve in his refrigerator was the goal, he soon began to understand how helping others was the greatest reward. "I finally understood how much fear can run your life," he says. "I saw it happen to my family, and I saw it all around me as I began to talk to people about Vemma. It's not that they needed more money; they needed a way out of a situation they felt had no hope."

"Success only happens when you really help people," Josh says. "It's less about building a business, and more about making a difference."





scan to watch videos by Josh

*Results not typical, your results may vary. The success or failure of each individual is dependent on their own efforts. The Company has generally expected results which may be obtained by visiting www.vemma.com.

44 VERVE

App. 0659



"Success is less about building a business, and more about making a difference."

VERVE 45



PROFILES

"Being a Brand Partner I don't have to report to work at a certain time. I create my own schedule."

46 VERVE

App. 0661



Kailey Warren, a 20-year-old Brand Partner from Arizona, started out her business from zero and hit Vemma Elite within 18 months. Her story is fast-paced, involving courage in the face of disapproval and a lot of gutsy determination.

"I took a chance, joined Vemma and quit my job," she says. "I just followed what successful people were doing. At first, my dad was upset and my mom wasn't happy, but believe me they're totally supportive now! They know that I'll be able to help them retire early, and they can see what Vemma has done for me, making me a better leader."

Although her parents were upset at first, it just made Kailey work harder to prove them wrong. Less than six months after joining, Kailey reached the rank of Platinum and earned a BMW. Twelve months later she joined the Vemma Elite and is now making $5,000* a week.

For Kailey, being a Vemma Brand Partner fits perfectly with a college student's busy and varied schedule. "I enjoy the fact that with Vemma, I don't have to report to work at a certain time. I create my own schedule, which really appeals to college students and Gen-Y-ers. Vemma Brand Partners have time for studying, relaxing and spending time with friends."

On college campuses, Kailey has tapped into large, close-knit communities with a constant supply of new prospects. "I post flyers and talk to everyone I know. But I think the most powerful advertisement is as simple as drinking a can of Verve in class every day. People notice, they ask me about it and that starts the conversation." She says Vemma is changing young people's mindset and creating career opportunities that really click with this generation. "It's incredible to see the growth," she says. "It's even more incredible to be part of it. I've seen some big changes in my team and some amazing leaders rise up. YPR is going insane!"

*Results not typical, your results may vary. The success or failure of each individual is dependent on their own efforts. The Company has generally expected results which may be obtained by visiting www.vemma.com.




scan to watch videos by Kailey

App. 0662





## Blends with Benefits

Not all energy drinks are created equal. Kiss the jitters goodbye, and banish empty calories for good. Verve's energy product line delivers a blend of powerful superjuices and natural caffeine for superior nutrition that jump-starts energy levels without the dreaded crash.



### Energy Drink

This tropical-flavored thirst-quencher packs a punch with mangosteen, aloe, green tea, plant-sourced minerals, 12 full-spectrum vitamins and natural caffeine. Uniquely nutritious and naturally stimulating–2:30 p.m. doesn't stand a chance.



### Bold

Pour out the sodas and coffee loaded down with sugar and artificial ingredients. Bold takes the health benefits of the Verve Energy Drink and throws it into overdrive, offering insanely healthy energy that can keep up with today's demanding lifestyles.



### Zero Sugar

Counting calories doesn't have to mean running on empty. Fight off post-lunch fatigue with all of the energy Verve offers, minus the sugar. Zero Sugar makes getting vital nutrients and staying alert guilt-free!



### Shot

Put down the espresso. Throw back two ounces of powerful nutrition with Shot, for a rush that's low-carb, high-energy and packed with liquid nutrition.



*"Not only is the energy drink market still growing, but there is growth year over year at a rapid pace."*

- Mark Patterson, Executive Vice President of Marketing & Brand Development

Work, eat, play, sleep. It sounds like a no-brainer, but getting in a solid eight hours every night isn't always doable. Energy drink devotees have learned how downing their favorite drink can make resisting the snooze button a little easier and afternoon slumps history. But what Verve offers that other energy drinks don't is income—potentially great income—just for drinking and sharing with others.

Vemma Brand Partners don't have to look far to find thirsty customers. The energy drink market has expanded briskly, reaching $12.5 billion—a 60 percent leap from 2008. "Not only is the market still growing, but there is growth year over year at a rapid pace," says Mark Patterson, Vemma Executive Vice President of Marketing and Brand Development. Projections for the future estimate energy drinks will swallow $21.5 billion worth of market share in 2017 in the U.S. alone!

Vemma's grab in those numbers is increasing, in part thanks to eye-catching packaging designs and unique marketing strategies, like the Verve Lounge, a nightspot that channels the feel of a hip hotel lounge. In addition to attracting media attention and winning awards, Verve's buzz has led the company to produce and sell more product. In 2012, $20.9 million worth of Verve

and Verve Zero Sugar were sold, and Verve Bold rolled out to startling success in 2013, selling $2.6 million in only two months—the most successful product launch in Vemma's history.

### Ever wondered where Verve is made?

Located in Tempe, AZ with over 180,000 square feet, our company owned manufacturing plant is big enough to hold over three full-size football fields and can process over 1,200 cans per minute. All raw materials are tested for microbials, heavy materials, and pesticides in their full on-site microbiological laboratory. The manufacturing plant recently received a $5.5 million canning line upgrade in order to process their Verve and Bod-ē Burn line.







Verve has now become a $100 million a year brand on its way to $1 billion over the next two to five years!

Younger customers in their teens and 20s are becoming increasingly devoted to the brand and the cool culture it embodies, including its ties to the sports world. Brand Partners pitching Verve to their friends can rely on the endorsement of well-known sports brands like the Phoenix Suns, Phoenix Mercury, Phoenix Coyotes and NASCAR. "It gives kids the opportunity to say Verve is the official drink of these teams," Mark says. "It gives instant credibility to the brand and helps people realize it is a quality product too."

Energy drink fans are flocking to Verve, and with good reason. Verve's unique formula stands out in a sea of energy drink options filled with artificial ingredients and chemical additives. As one of the few healthy energy drink options on the market, Verve's makeup includes mangosteen, dubbed "the queen of fruits" in the scientific community for its high antioxidant levels, as well as vitamins and plant-sourced minerals. With irresistible packaging and liquid nutrition, Verve's insanely healthy energy is shattering the energy drink mold and changing many Brand Partners' financial futures for good.





## Verve's *(Not So)* Dirty Little Secret

Sure, Verve blasts fatigue and revs up energy levels. And its tropical flavor keeps customers coming back for more. But behind that tasty energy kick is a secret—one that Vemma Founder and CEO BK Boreyko proudly remembers, as more and more kids across the nation add Verve to their daily routine.

Mark Patterson, Vemma Executive Vice President of Marketing and Brand Development, is in on it. "There is a secret going on behind the scenes and that is that everyone will be living a longer, healthier life because they are ingesting something that is so good for them," he says.

BK, whose parents died of heart disease and cancer, took his painful experience and transformed it into his life's mission that ultimately spurred him to launch Vemma. "He loves not only helping people with their lifestyle, but helping them live longer," Mark says.

While kids get their daily energy fix, they are also gulping a daily dose of necessary nutrition. "Even if these kids don't know they are getting healthier, BK knows it," Mark says. "He knows it because of the amazing things that are in this formula."

As Verve blurs the lines between energy drinks and health food, a statistically undernourished age group is unknowingly improving their health—a secret BK is OK with spilling. "He is really proud to know that he is delivering a product that is really good for everyone, and doing so using our unique business model that takes our ad budget and diverts those funds to our Verve fans to the tune of about $1.5 million a week."

App. 0666

MENTOR

# eric
## thomas

### bio

Renowned speaker,
educator, author, activist
and minister, Eric Thomas
is rising to national
prominence by delivering
a high-energy message
that tells youth through
firsthand experience
how to live up to their full
potential and greatness.
For more information, visit
www.etinspires.com.



# What do you want your life to look like?

The things you desire to do, to have
and to be will provide you with the
passion, the purpose and the
drive you need to succeed.

App. 0667



"How you see yourself, and how you envision the world around you, is of great importance because those things become your focus."

MENTOR

# eric
## thomas

This is one of my favorite success principles because it single-handedly placed me in a position of greatness. Through this principle I was able to go from rock bottom, sleeping in abandoned buildings and eating out of trashcans to making all of my dreams a reality.

The thing I love most about this principle is that all it requires is a healthy imagination. You don't have to be a genius or intellectually advanced to experience change. In fact, when I began this process over 25 years ago, it was the worst academic year of my life.

# Ask for anything you desire and your wish is my command.

**YOUR CURRENT LOCATION**

Change requires desire. Once you get to a place in your life where you really want change to take place, guess what? BOOM! Your genie will appear and say, "Ask me anything and your wish is my command."

And that's exactly what I did; I made a wish. I remember that day like it was yesterday. Without a dime in my pocket or a place to go, I just sat there and used my imagination. I

imagined what my life would be like and what type of things I would have. And even today, I recall those moments as some of the most amazing moments of my life.

In those few precious minutes I was no longer homeless. Instead, I lived in a beautiful ranch style home with a loving family, a red picket fence, and it was near a gorgeous body of water. I couldn't figure out what I was doing professionally, but in some capacity I was helping people help themselves. My life was peaceful and drama free. With desire and imagination alone you can begin to live the life you have dreamt of living.

**Let me explain how this concept works.**

Your imagination is like a GPS system. In order for a GPS to work, you must first power it on. I don't care how basic of a model or complex your GPS system is; it does not work if you don't turn the power switch to the on position. Once you have powered it up, get ready, get ready, get ready. The only thing left to do before your GPS takes you where your heart desires is to select a POI (Point of Interest) or provide an address. Bottom line: I used my imagination to rewrite the script of life and began heading in a new direction.

## WHAT DO YOU WANT YOUR LIFE TO LOOK LIKE?

## You are the executive director and the screenwriter of your life.

Let's stop and do an imagination exercise I call, "Can You See What I See?" First I want you to ask yourself a very important question. What do you want your life to look like? The operative question is, What do you want? The question is not, What does your life currently look like? I am not interested in that answer because it has nothing to do with the price of tea in China.

For this exercise I need you to focus solely on what you want your life to look like in the future. **The key to this exercise is for you to use all of your creative energy on the rest of your life instead of wasting it focusing on things you cannot change.** Note: There are no guidelines or rule to this exercise; it is your life and your imagination. You have the power to be as creative as possible.

Remember, this is your life. You are the CEO, CFO, CIO and whatever other O's I might have overlooked. You are the executive director and the screenwriter of your life, so let's begin. Here are a few questions to help you start the process. Write your role in the movie.

- Who and what do you wish to be?

- What are your goals and dreams? What time frame do you have for them?



The only thing you need to get your breakthrough is a strong desire. It starts with you, and it can start as soon as you are ready for it to start.

- What would your average day, week or month look like if you were living out your dreams?

- What would be your major accomplishments in 1 year, 5 years, 10 years or more?

- What type of legacy do you wish to leave behind for your family, friends and society as a whole?

- What type of wealth will you need to accomplish all your dreams?

- What type of information or knowledge would you need to acquire to support your dream?

There are a million other questions you or I could have generated that would get our imaginations racing. The questions in and of themselves are not as important as your responses. What you envision in your mind, how you see yourself, and how you envision the world around you, are of great importance because those things become your focus. They become the reason why you go to bed at 10 p.m. and wake up at 4 a.m. They become the reason why you work two jobs during the day and attend class at night. They become the reason you make the sacrifices you make. In short, the things you desire

to do, to have and to be will provide you with the passion, the purpose and the drive you need to succeed.

This is why I say change is not complex. You can have good credit, bad credit, or no credit at all, and the change you so desperately need in your life can be as real as the sun is bright.

The best part of it all is that you do not need a cosigner for change. I don't care what people say about your breakthrough or what they think about your breakthrough. The only thing you need to get your breakthrough is a strong desire. It starts with you, and it can start as soon as you are ready for it to start.

**You can activate the process this very moment if you have enough curiosity to ask yourself one simple question: "What would it take to get from where I am now to where I want to be?"** Or you can continue to live a life of lack and be envious of those around you who are enjoying every minute of their lives.

You don't need to go to a beach to find the genie in a bottle. Your change is the bottle and all you need to do is be daring enough to rub your bottle and your wishes can be become your reality.

**Want more ET? Visit Youtube.com/VerveEnergy and ETinspires.com**

ERIC THOMAS



### 1. The 10X Rule
**by Grant Cardone**
*The 10X Rule* unveils the principle of "Massive Action," allowing you to blast through business clichés and risk-aversion while taking concrete steps to be successful. It also demonstrates why people get stuck in the first three actions and how to move into making the 10X Rule a discipline.

### 2. The Four Year Career
**by Richard Brooke**
This thought-provoking quick read will provide you and your prospects with a thorough understanding of residual royalty income through network marketing: one of the most innovative yet misunderstood business concepts in the world.

### 3. The Compound Effect
**by Darren Hardy**
A distillation of the fundamental principles that have guided the most phenomenal achievements in business, relationships and beyond, this easy-to-use, step-by-step operating system allows YOU to multiply your success, chart your progress and achieve any desire.

### 4. Why "A" Students Work for "C" Students
**by Robert Kiyosaki**
How much of today's financial crisis is really a crisis of education... or lack of education? And what can a parent do—today, at home— to give their child a financial head start? This book is written for parents who want to prepare their child for a world that schools are not preparing them for: the real world of money.

### 5. Think and Grow Rich
**by Napoleon Hill**
Published in 1937, *Think and Grow Rich* focuses on 13 principles for successful living culled from what Hill learned during years of researching hundreds of the most successful people of his time. The book offers insights on how successful people achieve their goals and instructs readers on how to apply these principles to their own lives.

BK'S

LIST



PROFILES

:t

es

tep
y your
re any

**ork**

ally
on?
ne—

t to
ls
i of

ving
s of
sful
ts
goals
ese

**T**

# DARIK
# ALEXANDER

Darik Alexander of Honolulu is making quick work of the Vemma business plan. In less than a year he's rank-advanced to Ambassador, and is now making five figures a month!*

Darik's enthusiasm for Vemma started when he first talked to Josh Noble, a successful member of the Young People Revolution. "After talking to Josh, I really saw the potential with Vemma. Listening to him, I realized it could happen. I decided to give this opportunity a three-month window to break even. I figured if I can build a residual income by then, then I should keep it up." Within just a month, he did just that. Since then, he's climbed the ranks, qualified for a car, and has a clear game plan.

Darik says it's important for young people to think about what you really want out of life and how you'll achieve it. Most people fail to create a clear plan of how they'll achieve their dreams. "Follow your passion in life. Steve Jobs said if you love what you do, you really won't work a day in your life. For me, my passion is getting people healthy and helping people develop a residual income."

"If you don't fulfill your dreams, you'll fulfill someone else's. I don't know where I'd be right now without Vemma. For sure, not driving a new BMW. Follow your passion and keep dreaming!"

"If you don't fulfill your dreams you'll fulfill someone else's"

*Results not typical, your results may vary. The success or failure of each individual is dependent on their own efforts. The Company has generally expected results which may be obtained by visiting www.vemma.com.

VERVE 57

App. 0672

**PROFILES**



# PATRICK COMER



I n just one year, Vemma Brand Partner Patrick Comer has gone from zero to Vemma Elite. "I made Star Executive in six months and got my Vemma car—a BMW 328i," he says. "There is absolutely no way I'd be driving a BMW if I was still at my old job. The only trouble is that it's hard not to speed on the freeway now."

He says part of his success can be attributed to doing Vemma full time. "I made Vemma my Plan A. Since I started, I've cut out a lot of distractions that were getting in the way of success. The biggest obstacle to success was me being scared of the opportunity to make a lot of money and have a lot of success, or worrying about what people think of me.

"I see a lot of potential with Verve and young people, and I think a lot of us relate to the philosophy behind the business. If you're going to make money, it's way more fun to make it with your friends, right?" Patrick stays in contact with his team with lots of Skype, text messages and phone calls. "We're helping new people succeed, helping them get paid, and then helping their friends get paid."

So what's his key to success? "Hard work ethic," he says. "I've got a really strong personality, so now I'm committed to the Vemma opportunity. I set goals and make sure I'm always busy. I tell people to just keep working and developing your business, and never look back. If you keep going, you'll see success. In five years, there will be two kinds of people: those who got into Vemma and are making a lot of money, and those who didn't and wish they had. Which do you want to be?"

58 VERVE

"If you're going to make money, it's way more fun to make it with your friends, right?"

App. 0673





# BRAD SARVER

Brad Sarver of Overland Park, Kansas, believed in the Vemma products long before he tried the business plan. "My parents [Cathy and Dan Sarver] first introduced me to Vemma about seven years ago, so I've been taking the products for years. At the time, I was 23, enjoying a career in real estate and not really interested in other business ventures. My dad brought up the business from time to time, but didn't push it."

With fluctuations in the real estate market, Brad began seeing the benefit of developing multiple streams of income. He was in Phoenix last year and stopped by Home Office to pick up some Verve. He happened to meet up with Brad Alkazin, Vemma's newest Star Royal Ambassador. "Until I talked to Brad, I didn't know how young people could really make money with Vemma. That's when I heard about the Young People Revolution, and that was the day I decided to make the business work."

Since that meeting, Brad has risen to Star Executive and is on track to becoming a Vemma Elite. "Vemma is a wonderful second stream of income. Some people on my team start out just wanting an extra $500 a month, maybe to pay off loans or make a car payment."

There's something about the Young People Revolution that unites people from all over. "College students know that when they graduate, half of them won't have a job. They'll be back with Mom and Dad or waiting tables. The Young People Revolution is about young people creating jobs for other young people. I say don't count on politicians getting elected and creating new jobs. You can create jobs for your friends and family now."

"The Young People Revolution is about young people creating jobs for other young people."

App. 0674



# BRYCE
# MAJDICK

When 22-year-old Vemma Brand Partner Bryce Majdick first heard about Vemma, he was skeptical, but intrigued. "My dad's best friend made a lot of money as a network marketer, so I knew you can make money in this business, but he was part of the older generation. Initially, I was unsure of whether the business could really work for young people."

He started out just inviting people to come hang out and later transitioned to the proper invite, asking people to clear their schedule. He started a Facebook group to keep in contact with his rapidly growing team, which quickly spread out across the globe.

Vemma came at a good time for this San Diego State student. "Things are tough for young people right now, with the economy," He says. "Most of my friends are working for $8 per hour, $15 if they're lucky, and the Vemma opportunity offers them a great financial opportunity coupled with the freedom to be their own boss." He says Vemma has changed more than his pocketbook, though. "Before Vemma, I dreaded education. Now I love learning. My upline guided me in leadership, gave me motivation and belief."

Bryce now drives a BMW paid for by bonuses he receives from Vemma and enjoys the time freedom that being a Brand Partner gives him. "When people see my car, they see that it's doable. A lot of people don't understand young kids making this kind of money, but it's absolutely insane to see what we can do and how we're changing things."

"Most of my friends are working for $8 per hour, $15 if they're lucky."



# JED BUENALUZ

Twenty-five-year-old Vemma Ambassador Jed Buenaluz is known as "Mr. International" for a reason: Within five months of starting his Vemma business in San Diego he traveled to the Philippines, building a strong team there, and has since built stellar teams in Asia, Europe and Mexico. "I love traveling and seeing different cultures and beautiful places," he says. "With Vemma, I can work from anywhere and build teams all over the world."

"When I first heard about Vemma, I was skeptical and kept putting my friend Holly off," Jed explains. "Then she stopped by one time and offered to buy me lunch. I was a poor college student working three minimum-wage jobs and driving a 1987 Scooby Doo van, so a free meal sounded good. After attending my first meeting, I was so excited I didn't sleep all night. I'd never been around people who were so positive and encouraging." Jed joined initially so he could make an extra $500 a month, but it wasn't long before he saw the potential to turn Vemma into his full-time career. "I saw the possibility of retiring my mom, of funding missions to impoverished countries, and doing crazy things like owning a giraffe as a pet," he shares. "This business can change people's lives—it can give them hope and give them a chance to start dreaming again."

Although Jed's extended family shows support and encouragement now, they weren't always that way. "I'm a Filipino, and in my family you're supposed to get good grades, go to college, and get a prestigious job—like being a doctor or a lawyer—or else you're disowned by the family. When I joined Vemma, I was lectured and laughed at by most of my extended family, even getting the dreaded call from uncle, and uncle never calls unless there's something really bad happening." Fast-forward two and a half years, and Jed's success has become so awe-inspiring that even his family can't help but notice. In fact, last month that same uncle humbly called up Jed asking for money. "My family always had the best of intentions, but I wanted something different. I love the challenge of this business and it's the greatest feeling in the world when someone comes up to you and thanks you for changing their life."

VERVE 61

"With Vemma, I can work from anywhere and build teams all over the world."

App. 0676





*Vemma has wholeheartedly embraced social media, and in doing so, is revolutionizing the way they do business.*

With the ease of technology these days, there has never been a simpler time to start your own business... where Vemma is different, is they're finding new ways to help you make your Verve business successful. In fact, Vemma has established itself as a leader in this area. They are among the best in utilizing the latest technology to attract newcomers to their products—and keep them there.

Recent history proves that just about anyone can launch a campaign on Twitter or Facebook to market their business. But can they drive actual customers to the site, and can they keep them coming back for more? With Vemma the answer, time and again, proves to be a resounding "Yes!"

Just the mere fact that Vemma has an entire expanded corporate department dedicated to mobile technology speaks volumes about their commitment to taking a different approach—and helping their Brand Partners achieve greater levels of success faster.

Not ones to sit back and wait for others to innovate, Vemma has long been an initiator of change. This is a conscious effort on the part of the company's Founder and CEO, BK Boreyko, and the entire management team—to keep them forward-thinking and always on the leading edge.

As would be expected, Vemma has wholeheartedly embraced social media, and in doing so, is revolutionizing the way they do business.

"This business is all about people connecting with other people," says Vemma Chief Mobile Officer Simon Grabowski. "These relationships are forged at events and it doesn't matter if it's an event for two people or 2,000; with Vemma 3.0, we're taking events to the next level."

It only makes sense, really. Our smartphones have become an extension of our everyday lives. When you need an answer, it's immediately available at your fingertips. With the launch of the Vemma app in 2012, the company capitalized on the opportunity to connect with others and share the business on the go. Now with the rollout of Vemma 3.0, there's a completely updated version of the app, with improved features and easily accessible and ready to aid you in building a successful business.

*"Relationships are forged at events, and we're taking events to the next level!"*

—*Simon Grabowski, Vemma Chief Mobile Officer*

App. 0678

# the speed of business



"Every day, tens of thousands of Brand Partners use their smartphones to monitor their business, check their stats and invite new people," Grabowski says. "Yet to evolve you have to start anew." That's why the company redesigned the Vemma app from the ground up. Now, the events feature, for instance, enables you to tap into events near you—wherever you are. You can even record a personal video invite and send it to others instantly. Quite frankly, the newly reimagined Vemma 3.0 helps you achieve your goals faster.

It's an amazing tool, rarely seen in other businesses, that puts a virtual world of opportunities right at your actual fingertips whenever you need it.

### Revolutionizing Change

**A**s would be expected from such a pioneering company, Vemma has even coined a new term for what they're doing. They call it social network marketing. Pretty clever, really, since they're combining the best of network marketing with the best of everything social media has to offer.

Many Brand Partners already expand their Verve business through Facebook, Twitter and texting. The app allows people to link their contacts and maximize efficiency. "Vemma 3.0 gives you full access to your upline, and your downline instantly; it's got a hot list that tells you the things you really need to focus on to maximize your growth," says Executive Vice President of Marketing and Brand Development Mark Patterson. "Everything you need to know to manage your business is all right here. The app is free, and it's available on iPhone and Android. You can really manage your business from anywhere now."

There's even a feature that plays a cash register sound each time you make money. "People love making money while they sleep," Patterson says. "Some people say, 'It makes me sleep even better because each time it rings, I know I'm making money!'" As if that wasn't enough Vemma offers a second free app for its Vemma Bod-ē weight loss brand. Chris and Heidi Powell literally move in with you for 12 weeks through this award-winning app.

App. 0679



*"Every day, tens of thousands of Brand Partners use their smartphones to monitor their business, check their stats and invite new people."*

—Simon Grabowski

### By the Numbers

In the short time since Vemma launched their app for iPhone and Android in 2012—and their recent rollout of Vemma 3.0—the company has done a lot to shake up the way network marketing business is done. And without a doubt, their competitors are taking notice.

So just how successful has the new app proven to be for Vemma? Well, here's a breakdown of some of the most staggering statistics:

**100,000+**
app downloads

**500+**
new downloads per day

**67,000+**
app users

**39,000,000+**
mobile server hits

**328,000+**
texts sent

**142,000+**
prospecting videos viewed

**30,000+**
new members via Vemma app

## DOWNLOAD
**VEMMA** BUSINESS APP 3.0 and VEMMA BOD-Ē APP





Available at Apple's App Store and Google Play.

VERVE 65

**App. 0680**



# BE MORE.
## DREAM MORE.

For those readers who are a little reluctant or on the fence about starting your own Vemma business, take heed to what these rising stars are saying about Verve and the Vemma opportunity and how it is giving them renewed purpose, a sense of belonging, and the ability to dream big dreams!

66 VERVE





**← AMY ALKAZIN**
For those of you who are looking into the Vemma opportunity, you have nothing to lose. It's fun to share Verve with people and learn about what it takes to own your own business. Anyone can do this business! If you have mouth you can succeed. Whoever shares the story the most will succeed the most.



**← NOELLE RAPISARDA**
It feels great not to have to live paycheck to paycheck, like many young men and women my age are doing. My Vemma business is going to allow me to retire my father, provide for my future family, and create a lifestyle for myself that I have always dreamed of.



**↑ TYLER SMALL**
The new relationships I create every day within Vemma excites me the most about the opportunity. It's exciting to surround yourself with like-minded people who share your same vision and are working toward a common goal of achieving success. One of my favorite quotes is, "If you love what you do, you'll never work a day in your life." That's how I'll always feel about my Vemma business.

**DEVON LEA ARNOLD →**
My business has allowed me to travel wherever I want to, when I want to. I have always had a job since I was 15, so being completely independent without a boss by age 22 is incredible and something I never would have imagined possible. I want Vemma to take me wherever I dreamed of traveling, and I have a lifelong dream of competing in the equestrian Olympics. I want Vemma to give me the time freedom and financial capability of being able to train and compete at that level.





**↑ SAM ZARTOSHTY**
This business has allowed me to better my health and at the same time dramatically improve my financial situation. In turn it has allowed me to travel and help others on their journey to success in Vemma. The simple secret to success in this business is hard work, the products and the business model are proven and as a new person you just have to follow a proven system!



**↑ LUKE HESSLER**
It doesn't matter who you are or what you have done in the past, Vemma plays no favorites. This business gives anyone with a little ambition the chance to re-invent themselves, join a team of people who knows where they're going and have a vested interest in each other's success in order to build the life for themselves that they have always dreamed of. We get paid based on the relationships we build and the amount of people I can help. My long-term goal is to retire my parents and pay them back for everything they have done for me in my life.

**↑ LUKE KISH**
What excites me most about Verve is being able to inspire others to reach for more and accomplish more than they thought was even possible for themselves. There will be lots of young people making a lot of money in this company over the next decade; you just need to decide if you're going to be one of them!



**↖ ANDREW YEAGER**
My business has allowed me to live the life that I want. Right now I travel the United States with my friends, who I would be hanging out with anyway, except we all make more money than we ever thought was possible for kids our age. If you are someone who is not willing to put in the work or make it a priority then save your time and money. However, if you do make this a priority in your life it will take you to places you didn't believe were possible for a kid your age.

**← GARRETT HILL**
Vemma excites me because it's an opportunity to change your whole situation if you want it bad enough. This business helps develop skills they don't teach in schools nowadays, like leadership and goal-setting. It helps you strive for success by taking responsibility for your actions and reactions. It's molding minds to settle for nothing less than amazing.







### ANDREW BAER
Sharing Verve not only allows me to make a great living, it allows me to live life to the fullest. I no longer worry about the balance of my bank account and what bills I need to pay. When you take that constant pressure of limited funds to pay for the things you need in life you truly enjoy the smaller things in life because you have the time freedom to spend with friends and family.

### NICK PTAK
I am most excited by the limitless feeling I get when sharing Verve with others. Nothing compares to it. Plus, no one is telling me when to show up to work, no one is telling me how much I can make, where I have to be—it's true freedom.



### ZACHARY BABIARZ
We are so connected nowadays with social media and smartphones. Vemma has a free app that makes it easier than ever to share Verve and the opportunity with others. Of course it takes time and effort to make it happen—just like anything worth having—and working this business will help you develop lifelong skills that will carry over into almost any other facet of life.

### FELIPE GABRIELE
My Vemma business has allowed me to transition out of my full-time job where I was slaving and building someone else's dream to now working part-time making even more money while driving around in my Mercedes-Benz SLK350 that is paid for by Vemma! I now enjoy the time freedom I've always wanted with my family, traveling the world, watching my beautiful 2-year-old daughter Everley grow up. Thanks to Vemma, I will also be able to retire both my parents by the end of this year as well!



### DIEGO AVILA
In my opinion, this business is helping create leaders who will lead an entire generation. And best of all everyone qualifies! The business is simple. What's hard for people is finding a real reason to fight. I learned that you need to find a reason as to why you need to make this happen. When the why gets stronger the how gets easier. When you genuinely want to help people, it's amazing how easy and fun this business can be!





### CHRIS MESSENGER
This business has literally transformed my life. Before Vemma I was stuck working day and night as a high school teacher and running a business training pro athletes. I had no time for anything! This opportunity has allowed me to walk away from both and pursue my real passion. I'd say I bought my time back.



### CODY BARTON
The part that excites me the most about this great opportunity is the ability to help other people believe their dreams are possible and that I can help. There are many things that Vemma can do for you and I am so grateful to not be strapped down to working two jobs anymore. Vemma has really allowed me and others my age to really dream BIG!

### ALAINA THOMAS
This business is bringing fun and motivation back into people's lives because we are helping people achieve their dreams. It's a team atmosphere where we are all in this together and that's inspiring! My advice to readers is don't let anyone discourage you from achieving the goals you have set for yourself. Vemma is one big family and we are all here to help one another.



# ALL IN THE
# family

Forget about the televised angst of fictional twenty-somethings working in the family business. There's a real up-and-coming generation following in their parents' footsteps by making incredible income meeting people exactly where they are: with an energy drink in one hand and a cellphone in the other.

Vemma's leaders are more than stellar businesspeople; they're parents, too. And they're creating a legacy: Their young adult children are now entering the family business and creating global lifestyles filled with friends, fun and excitement.



"What are you doing holding a million dollars?"

**Billy and Kristy McSwain**
North Carolina
Business Tip: *Stay Committed!*

When Billy McSwain cleaned his entire house and completed all the yardwork before lunch, he didn't really connect his extra energy with the fact that he'd tried Vemma's flagship product that morning. But when his 12-year-old daughter Kristy connected the dots for him, he launched his business immediately.

Seven years later, Kristy saw a photo on Facebook that made her sit up and take notice. "I asked him, 'Dad, what are you doing holding a million dollars? Tell me what you're doing!'"

"When she called, it really excited me," Billy says. "Because when your kids are teens and young adults, you don't have that much in common. She started this business knowing she could do it because she saw me do it; but the growth

of businesses of [others] her age got her really excited. Working together has really bonded our relationship; we're becoming closer and I really love seeing her become a mature businesswoman at her age."

"My dad has helped me stay strong and not give up. Through this journey I've learned a lot and changed a lot. I'm business-minded now, more focused on my goals and dreams. I hesitated to be in this business, but something kids don't realize is that parents want to help them be successful. Your parents won't be demanding and telling you what to do, but rather guiding you and showing you the way."

This daddy/daughter duo now travels together for work and play; and they both love that time freedom is helping them become even closer.

VERVE 69

App. 0684

# ALL IN THE
# family



## "It's a dream come true"

### Matt and EJ Morrow
Nevada
Business Tip: *Go for it!*

"I wanted my lifestyle to continue, but I didn't want to live off my dad forever," says EJ Morrow with a laugh. And really, who wouldn't want a lifestyle of hanging out with friends, owning multiple homes and traveling the world?

From the time EJ was a young teen, his dad Matt has had a successful Vemma business. So Matt spent plenty of time with EJ, who loved his dad's contagious positive attitude. But college student EJ never really paid much attention to the business until about a year ago. "After a weekend at the lake, a couple of friends and I heard a friend of dad's talk about the business. We all decided we were going to do it!"

Matt couldn't be happier about his son's decision. "I love that he says, 'Don't waste time drinking [alcohol], just come over and drink a Verve; we'll meet on a beach, rent a beach house and sit around strategizing; it's a blast.' It really is a dad's dream come true."

Matt notes that his son has more money in the bank than most 40-year-olds, but he is also impressed that EJ is a big thinker. "Helping your kid live his dreams is amazing. This industry teaches him anything is possible, and that you succeed by helping other people."

Matt plans to continue to help his son live his dreams by offering him a hot-button incentive to achieve a big goal. "EJ loves cars, so when he reaches Presidential I'm getting him an orange Lamborghini."

"It's awesome working with my parents," EJ says. And in 20 years? "I see myself as very successful, hanging out with friends, traveling the world with my friends, and speaking with my dad, side by side." And, of course, driving an orange, high-performance sports car.

App. 0685



# "This should be illegal; it's that much fun."

## Dan and Brad Sarver
Kansas
Business Tip: *Never quit!*

"Until I saw other young people tearing it up, I never believed I could do it, even though for almost eight years I saw my parents being very, very successful," says Brad Sarver.

Very, very is an understatement, because Dan's parents have created the twelfth largest income in Vemma. But to this power couple and Brad, that's not a reason to slow down and help fewer people. "Tonight, I talked with my parents as they were driving home from a house meeting with 80 people; I had finished a meeting in Fayetteville earlier in the day myself."

Dan is an optimist, and Brad loves being around him. "To feed off that is awesome. It's cool that he is my dad, and we're getting to work together on a daily basis. It's a dream

come true. We get to go do things together and I even have an office at their house."

If that sounds like a lot of togetherness, Brad emphatically agrees. "Money can drive family apart, and can cause strife. But in Vemma, working with your family and getting to hang out with your family all the time is awesome." Recently, the Sarvers were part of a conference call of Vemma reps who have family members in the business. Total number of people participating in the call? Two hundred. "But outside of Vemma, not a lot of people get to do that. It's a blessing. I wake up when I want, do the coolest stuff, talk to people, travel and make money working the business with my family. This should be illegal, it's that much fun."

App. 0686





ARE YOU INSANELY DRIVEN?

## Join the club!

Experience the rewards and get paid to drive. Drive ahead. No roadblocks here! **We reward great work, and what better reward than getting rid of your car payment?**

"Our Platinum Club gives you an opportunity to earn a bonus every month toward a new BMW," says BK Boreyko, Vemma Founder and CEO. "We treat this incentive like a trophy. From the plaque inside with your name on it to the Vemma branding on the outside, your car screams success."

So, what will it be? A BMW, Mercedes-Benz or Mini Cooper? They are equally cool, classy, sporty and fun. Join the club and enjoy the ride!

### Here's what Platinum Club winners are saying:

"Jump into the Vemma opportunity and you can land in a BMW! **Love the car and a big thank you to everyone on our team for making it happen.** But more importantly, I love to see the smiles on people's faces when they talk about their accomplishments. Looking forward to jumping high to land more team members in their own BMWs!"

—Brian Gajeski

"I'm so blessed to be part of the Vemma family. I want to give a huge shout-out to my teams, leaders and family for believing in me and for helping me get where I am today! **I'm excited to now be able to help everyone on my team accomplish their goals and get into BMWs of their own!** Thank you so much, BK, for providing us with this awesome opportunity! Grind now, shine forever."

—Darren Fryer

"I got excited from the start. **I followed a system that is already in place. I taught that system to others, and then 12 months later I am driving a BMW!** I knew it would happen eventually because of the opportunity with Vemma. There are others right behind me on my team getting ready to car-qualify, and it's going to be even more exciting for me when they are driving a BMW or Mercedes."

—Eddy Price

"Thank you, BK and my entire Vemma family! I thank God every day for this opportunity! My whole life has been dedicated to helping people live a happier and healthier life through fitness. As a trainer, Vemma has given me a great supplement I believe in and has also given me the ability to help my family and friends financially. **What an awesome trophy just for helping your friends become successful! Here's to seven-day weekends!"**

—Jonathon Rojas

PROFILES

# jovana stewart



"Young women are just as stuck in this job market as young men are, and we've got ambition, goals and dreams."

Jovana is proof that social media marketing works. "I was introduced to Vemma because my good friend Alex Morton was posting about the Vemma opportunity and Verve on Facebook," says Jovana, a Vemma Brand Partner from Cave Creek, Arizona. "I was intrigued, so I contacted him. We met up, caught up, and briefly went over Vemma and the products."

Jovana understands the financial impact of the recession for people of all ages. She was a college student when her parents' finances came crashing down. Their home went into short sale, and she had to drop out of college. "One of my goals is to make sure my family can enjoy life without stress and anxiety about little things that make a big difference, like money and finances. My long-term goals include making sure my parents are set up for the rest of their lives."

She's seen many friends graduate from college and struggle to find a decent-paying job, including her brilliant friend and Vemma business partner, Noelle Rapisarda. "Noelle graduated with flying colors and a 3.8 GPA, but after applying for 100-plus jobs, she only got one callback for a position in New York City for $22,000 a year. How crazy is that? No one in their right mind should accept that!"

Jovana says she's often asked about young women in this business. "At most events, women are outnumbered in the Young People Revolution. Don't let that discourage or intimidate you! I saw an article in *Inc.* magazine that said women are responsible for 85% of all consumer spending in the U.S. Anyone is capable of being successful with the Vemma opportunity, especially women. Young women are just as stuck in this job market as young men are, and we've got ambition, goals and dreams. Women like to talk and are good at listening. We can use that to our highest advantage."

74 VERVE



"Working at typical 'jobs' was definitely a learning experience. I never liked being under someone's thumb"

# luke wilborn

onvention proved to be the takeoff point for 25-year-old Vemma Ambassador Luke Wilborn of San Diego, California. "I went to school with Brad Alkazin and knew I wanted to be part of this opportunity," Luke explains, "but after two years I was still stuck at Executive." He went to the 2012 Convention and something clicked. Within two months, Luke hit Presidential and, most recently, Ambassador.

Luke worked at typical jobs for several years before finding Vemma. At one point, he was working 12-hour days in a field he wasn't really interested in, with scant monetary reward. "I always knew I wanted to own my own business, to be an entrepreneur," Luke says. "Working at typical 'jobs' was definitely a learning experience. I never liked being under someone's thumb. With Vemma, the No. 1 perk is the time freedom—being in control over my day." He cites a recent example when he and his wife left town for several days to celebrate their second anniversary. "The fact that I could take off midweek, hardly take a call and not worry about my schedule—that's amazing."

Luke acknowledges that growing a team has its ups and downs, but the reward is worth the effort. It wasn't until a few months after the 2012 Convention that things really took off for Luke. "It started when I changed my work ethic, switched my target market to college kids, and decided that if this was going to fail it wasn't going to be because of me."

Luke has become an icon in the industry, as he travels to college campuses all over the world, helping people get their businesses going. "I don't enjoy airports, but the people make traveling worth it. These are people you already feel like you're good friends with, who you've been having meetings with, and then you get to meet them in person—it's awesome. I noticed early on that the top leaders aren't afraid to travel. There's nothing like showing up in person for a meeting for building credibility and generating enthusiasm."

# adam wenig



Vemma Ambassador Adam Wenig first heard about Vemma (and Verve) from a fraternity friend at Cal Poly. At the same time, he was watching friends graduate from prestigious colleges, only to move back in with their parents when they couldn't find jobs. "I decided Vemma looked a lot more promising than the financial prospects my generation is facing. Just 11 months after joining Vemma, the 20-year-old college student hit Star Presidential and started making a serious income. Two months ago, Adam hit Ambassador, just in time for Convention.

"My dad gave me a copy of *Rich Dad Poor Dad* when I was in high school, and I learned from it that if you want to go out there and make a lot of money, you have to create something and build something yourself," Adam says. Although Vemma was Adam's first taste of network marketing, he'd made the decision early on that he was going to own his own business. "In high school, I ran a car detailing business and realized I could make more money doing my own thing rather than working for someone else. I hired some neighbor kids, and I learned how to organize things and work with people. Later, after joining Vemma, I read *Think and Grow Rich*, and I realized I could change my mindset and attitude and ultimately change my future by using the Law of Attraction."

So what's the best thing about Vemma for Adam? "This business allows you to go out there and create something that is worthy of you," he says. "I saw this was working for other kids, I got excited, and I started telling my friends about it. People my age are drinking energy drinks or coffee anyway, so Verve is a great business for my age group. Like a lot of new people, we only experienced modest results at first because we were trying to do everything on our own. But when we decided to work smarter rather than harder by plugging into the system, everything changed dramatically." Adam says things really started to happen after he changed his habits and started following Tom Alkazin's Roadmap to Success. "You have to become a successful person first, and then the money will follow. It's a different way of looking at it."

"This business allows you to go out there and create something that is worthy of you."



# ian nicholson

Ian Nicholson came to Vemma with a background in sales, where he'd climbed the ladder from a position as a vacuum salesman at age 18 to successfully running his own vacuum business by 19. He was working 80-plus-hour workweeks when he met his mentor and future boss, Bob Proctor, and started to envision a future with more time freedom. A few years later, Ian was working with Bob in the personal development industry when Bob's wife, Linda Proctor, introduced Ian to Vemma. "Vemma gives me the chance to help people design their own dreams and control their circumstances. It also gives me the time freedom I never had in my other businesses."

Ian says at first, he didn't take the Vemma business seriously. "It was a part-time gig, and the first nine months I wasn't doing much. Once I set a big goal and made Vemma my No. 1 focus, I hit Presidential within eight months." Ian was one of the first people under the age of 30 to make it into Vemma's top 50 earners. The 28-year-old Brand Partner now lives in a house by a lake near Toronto, and he enjoys the freedom of traveling all over the world, as well as working from his boat on the lake. "I was able to help my mom reach Star Platinum and retire from her job, which has been great. I love helping people get what they want out of life and unleashing their potential. The key to this business is finding out your Why. You've got to figure out what your purpose in life is, and how Vemma fits in with it, whether it's building schools in Africa, or retiring your parents or inspiring young people."

Ian's experience as an owner of a traditional business gives him insight into the advantages of the Vemma opportunity. "At 19, I had a lot of overhead with paying employees and a mortgage. I was so stressed out it was insane! With Vemma, you don't have that kind of pressure— anyone can start a business and you don't have to take out bank loans or anything. But if you work it as if you do have those kinds of pressures—if you have that discipline and keep going at it every day— your business will grow faster.

"You've got to figure out what your purpose in life is, and how Vemma fits in with it."

App. 0692

MENTOR

# joseph
## mcclendon III

Science has proven what most of us have already suspected. You've known it your entire life. Happy people live longer. They're healthier, more energetic, more fun to be around, and they draw you in to their vibrant personalities like a moth to a flame.

Happiness is directly, radically and permanently connected to every aspect of your life. It affects your health, wealth, relationships and even your ability to attract abundance. It's not a replacement for God, spirituality or any of those things. It's a necessity. Like water or oxygen, it's a fundamental element of life that so many humans are missing.

You were wired for happiness, adventure and abundance. Those attributes were embedded into your soul from birth, from the moment you burst forth from the womb. You didn't enter this world with a whimper. You entered it bold and defiant!

But along the way you might have been unconsciously rewired. Your great and empowering experiences, relationships, discoveries, triumphs, breakthroughs and celebrations may have impacted the way that you think about what is possible in your life. Your bad experiences, relationships, struggles, defeats, tragedies, encounters with bullies or classmates, and even work obstacles, may have impacted the way you think about what's not possible in your life. You may have lowered your expectations! You may have bought into lies that ultimate, extreme, full-on happiness just isn't possible.

### Look Back but Don't Stare

When I write or speak about my past it feels unnatural, because I'm not the kind of guy to dwell on the past. Our lives are full of peaks and valleys and sometimes it's important to use your life experience to teach others about what's possible, but if you're always looking back, you can't see the road ahead. If you're driving your car down the highway intent on getting to a certain destination, it is physically impossible to look backward

and drive forward. Eventually you're going to crash.

Mankind was created for adventure. But most of the world shuns it, favoring steadfastness, the security of a 9-to-5 paycheck, and responsibility. From the days of the very first explorers, man has navigated and roamed the wilds, his soul longing for newness, excitement and discovery. Man was created with long, strong arms and legs, and a solid core, and he was built with questions within his soul as vast as the highest mountain. Who am I? Is there more out there? What was my heart created for? Questions that can't be resolved by sitting in front of a computer. Yet years have gone by and here we are, unnaturally tethered to the manmade box, answering email. Man is an explorer by nature, wired for extreme happiness!

### Change from the Inside Out

I operate from one simple belief with regard to producing human magnificence: If someone can achieve something then so can I (and so can anyone else) and we can do it faster and better if we want to.

There are many different forms of change and many different definitions for change, so for the sake of us all being on the same page, consider this: Change is simply the transformation of one form into another. Isn't that simple? Whether it's changing your mind, changing behavior or even a change in the weather.

Whatever form it was in one minute it changes to another form the next. Change is possible. You have changed, you will

change, and more change is inevitable. Google any success story and you will be inundated by web pages of men and women who were in completely undesirable situations who shifted their way of thinking and behaving to create something else. They changed how they think, how they talked, how they moved and what they believed to adapt their behaviors to the needs of their desired outcomes. And though every journey is different, the process of change was exactly the same. I call this process the anatomy of change. Understanding it will allow us to model the process and compress time.



App. 0693



**bio**

Author Joseph McClendon III, Ph.D., a global life transformation and practicing neuropsychologist, brings new tools and a fresh perspective to help you reach the next higher level of happiness. Joseph arms the reader with the tactics and techniques to think and grow rich, abundant and happy relationships and businesses. This excerpt was taken from Joseph's newest book, *Get Happy Now*, published by SUCCESS Books. Used by permission.

# WHY IS BEING HAPPY SO IMPORTANT?

*You didn't enter this world with a whimper. You entered it bold and defiant!*



# WHAT'S NEXT

## My dad used to tell me,

"Don't just get excited about the people you know, get excited about the people they know and the people they know and the people they know." The YPR movement has been a reflection of that kind of *excitement*, this *energy*, this *enthusiasm*—it all translates into the biggest growth in Vemma's short history.

When you think about what's next for the Verve brand, you have to realize that our best-selling product may not even have been introduced yet. This fall, Verve MoJoe—a vanilla latte coffee version—will make its debut. In early 2014, Verve 50—a half-caf, half Vemma, functional beverage—will attract yet another market segment to the brand. Finally (can we ever really say that with Mark around?), in April 2014, Verve ParTea will bring the brand into the iced tea world.

When you think about what's next for you, think about the current global energy drink market exploding at $32 billion, and consider that the Verve brand makes up a mere $100 million of that. Massive growth lies ahead as we march toward $1 billion. Then Verve enters the coffee and tea segments, the two largest beverage categories in the world... maybe $1 billion is being conservative! All of this makes your timing perfect. Millions of people are open to new ways of generating income. Are you? Verve is something that fits into your life, not something you have to fit into.

Thank you for joining us on our wellness revolution to improve the lives of others with health, wealth, hope and prosperity. I trust after reading this magazine, you'll be open to doing things better, bolder and a little louder because we're just getting started.

Stay Strong, Stay Positive

BK Boreyko
CEO & Founder, Vemma Nutrition Company

80 VERVE



