JONATHAN E. NUECHTERLEIN
General Counsel

ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
(214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission**;<br><br>        Plaintiff,<br><br>    v.<br><br>**Vemma Nutrition Company**, a corporation;<br>**Vemma International Holdings, Inc.**, a corporation;<br>**Benson K. Boreyko** a/k/a **B.K. Boreyko**, individually and as an officer of Vemma Nutrition Company and Vemma International Holdings, Inc.; and<br>**Tom Alkazin**, an individual;<br><br>        Defendants, and<br><br>**Bethany Alkazin**, an individual;<br><br>        Relief Defendant. | No. _____<br><br>**APPENDIX – VOLUME III**<br>**App. 1047-1458**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, AND OTHER EQUITABLE RELIEF, AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**UNDER SEAL** |

| TABLE OF CONTENTS | |
|---|---|
| **Title** | **App. #** |
| **VOLUME I** | |
| Declaration of Federal Trade Investigator Matthew Thacker | 1 |
| • Arizona Corporation Commission Records | 31 |
| • Arizona Dept. of Economic Security Records | 119 |
| • Wells Fargo Bank Business Records (intentionally omitted, available upon request) | 128 |
| • American Express Business Records | 440 |
| • Undercover purchase documents | 525 |
| o "This is Vemma" Success Magazine | 554 |
| o YPR Magazine | 614 |
| **VOLUME II** | |
| • Undercover purchase documents - continued | 698 |
| o Vemma FlipBook | 698 |
| o Vemma Affiliate Action Plan | 720 |
| o Vemma Scientific Resource Guide | 764 |
| • www.vemma.com web capture | 781 |
| o Vemma Compensation Plan | 822 |
| o Vemma Affiliate Agreement Terms and Conditions | 840 |
| • achieve.vemma.com | 850 |
| • myroadmaptosuccess.com | 855 |
| • The Vemma Training Bible | 879 |
| • www.businessforhome.org | 913 |
| • Screenshots from captured videos | 918 |
| • Vemma Back Office, www.vemma.com/backoffice | 927 |
| • www.vemmanews.com | 936 |
| o New Two & Go Training Video with Tom Alkazin (pdf) | 936 |

| | |
|---|---|
| o   New Vemma Flipbook | 970 |
| •   Transcripts of video and audio recordings | 997 |
| o   Welcome to Vemma With BK Boreyko | 997 |
| o   "Your First 7 Days" – 04 Mindset Number One | 1104 |
| o   "Your First 7 Days" – 05 Stepping Around Mindset Number One | 1011 |
| o   Undercover Telephone Contact Between Matthew Thacker and David Treat | 1019 |
| o   Vemma Event – Pleasanton California | 1030 |
| **VOLUME III** | |
| o   "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1047 |
| o   Tom Alkazin-24 Hour Overview Call | 1092 |
| o   BK:  Our Plan to Exceed Your Expectations | 1105 |
| o   Vemma – New Customer | 1120 |
| o   Vemma Affiliate Marketing Text Invite – Vemma App | 1127 |
| o   Welcome to Vemma!  Your Journey to Success Begins Here! | 1133 |
| o   3 Step Plan – How 8 People Can Change Your Life | 1140 |
| o   Darik Alexander | 1146 |
| o   Verve Text Invite – Vemma App | 1155 |
| o   YPR Radio – Luke Hessler | 1160 |
| o   Jed Buenaluz on Leading by Example from Verve Leadership Academy – Vemma | 1170 |
| o   Message of the Month – Blake Stauffer | 1181 |
| o   Nick Ptak | 1194 |
| o   YPR Radio – Brad Alkazin Full Length | 1204 |
| o   Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1216 |
| o   Zero to Sixty:  a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1222 |
| o   How Vemma Pays You | 1231 |
| o   Step 1 – "Dream Big Dreams" | 1238 |

| | | |
|---|---|---|
| o | Step 4 – "How to Lead with Vemma, Verve, and Bod-e" | 1253 |
| o | Step 5 – "Leading with Vemma Business" | 1266 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1276 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1289 |
| o | TK Kubvoruno on YPR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1296 |
| o | New Two & Go Training Video with Tom Alkazin | 1315 |
| o | BK's Blog Why Now is the Time to Build | 1336 |
| o | First Vemma Live Call of 2015 video | 1343 |
| o | May 2015 Vemma Live Call video | 1354 |
| o | How Vemma Pays You | 1373 |
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1382 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1389 |
| o | February 2015 Vemma Live Call Video | 1396 |
| o | Vemma Success Alex Morton | 1407 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1420 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1432 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1445 |
| o | BK Boreyko Talks to Parents | 1452 |
| **VOLUME IV** | | |
| o | BKs 2014 Halftime Report | 1459 |
| o | Why a Game Plan with Ruth Elliott | 1483 |
| o | Matt Morrow – Verve in Simple Terms | 1490 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All In 2014 | 1496 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1502 |
| Expert Declaration of Stacie A. Bosley, Ph.D. | | 1522 |

| | |
|---|---|
| Declaration of Bonnie Patten | 1566 |
| • Roadmap to Success | 1568 |
| • Italian Decision from the Italian Competition and Markets Authority (intentionally omitted, available upon request) | 1612 |
| • Translation of the Italian Decision | 1611 |
| Declaration of Adam Fracassi | 1629 |
| • "Everybody Deserves Great Health" Booklet | 1631 |
| • Audio Recording of the Michigan Event (intentionally omitted, available upon request) | 1651 |
| • Michigan Event Transcript | 1652 |
| • Corrected Michigan Event Transcript | 1690 |
| *In re New Vision International, Inc.* | 1781 |
| "How to Get Paid with Vemma – Vemma Home Event Video Show This Last" landing page, www.vemma.com | 1789 |
| **VOLUME V** | |
| • Video and Audio Recordings | |
| ○ Welcome to Vemma with BK Boreyko | 1790 |
| ○ "Your First 7 Days" – 04 Mindset Number One | 1791 |
| ○ "Your First 7 Days" – 05 Stepping around Mindset Number One | 1792 |
| ○ This is Vemma | 1793 |
| ○ Removal of Auto-Delivery | 1794 |
| ○ Undercover Telephone Contact Between Matthew Thacker and David Treat | 1795 |
| ○ Undercover Telephone Contact with Vemma Customer Service | 1796 |
| ○ Vemma Event – Pleasanton California | 1797 |
| ○ "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1798 |
| ○ How to Get Paid with Vemma – Vemma Home Event Video Show This Last | 1799 |
| ○ Tom Alkazin-24 Hour Overview Call | 1800 |
| ○ BK: Our Plan to Exceed Your Expectations | 1801 |
| ○ Vemma – New Customer | 1802 |

| | | |
|---|---|---|
| o | Vemma Affiliate Marketing Text Invite – Vemma App | 1803 |
| o | Welcome to Vemma! Your Journey to Success Begins Here! | 1804 |
| o | 3 Step Plan – How 8 People Can Change Your Life | 1805 |
| o | Darik Alexander | 1806 |
| o | Verve Text Invite – Vemma App | 1807 |
| o | YPR Radio – Luke Hessler | 1808 |
| o | Jed Buenaluz on Leading by Example from Verve Leadership Academy - Vemma | 1809 |
| o | Message of the Month – Blake Stauffer | 1810 |
| o | Nick Ptak | 1811 |
| o | YPR Radio - Brad Alkazin Full Length | 1812 |
| o | Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1813 |
| o | Zero to Sixty: a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1814 |
| o | How Vemma Pays You | 1815 |
| o | Step 1 – "Dream Big Dreams" | 1816 |
| o | Step 4 – "How to Lead with Vemma Verve and Bod-e" | 1817 |
| o | Step 5 – "Leading with the Vemma Business Opportunity" | 1818 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1819 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1820 |
| o | TK Kubvoruno on YBR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1821 |
| o | New Two & Go Training Video with Tom Alkazin | 1822 |
| o | BKs Blog Why Now is the Time to Build | 1823 |
| o | First Vemma Live Call of 2015 video | 1824 |
| o | May 2015 Vemma Live Call video | 1825 |
| o | How Vemma Pays You | 1826 |
| o | Living the Vemma Lifestyle | 1827 |

| | | |
|---|---|---|
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1828 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1829 |
| o | February 2015 Vemma Live Call | 1830 |
| o | Vemma Success Alex Morton | 1831 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1832 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1833 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1834 |
| o | BK Boreyko Talks to Parents | 1835 |
| o | BKs 2014 Halftime Report | 1836 |
| o | Why A Game Plan with Ruth Elliott | 1837 |
| o | Matt Morrow – Verve in Simple Terms | 1838 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All in 2014 | 1839 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1840 |

Dated:  August 17, 2015

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

_____
ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
(214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2            FEDERAL TRADE COMMISSION

3

4

5   MATTER NO.     1423230

6

7

8   TITLE              VEMMA

9

10

11   DATE        RECORDED:  APRIL 8, 2015

12              TRANSCRIBED:  APRIL 24, 2015

13

14

15   PAGES        1 THROUGH 102

16

17

18

19

20            VEMMA SEMINAR, DALLAS, TEXAS

21       OPPORTUNITY AND FAST START TRAINING

22

23

24

25

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Vemma Seminar, Dallas, Texas

 6         Opportunity and Fast Start Training        4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )   Matter No. 1423230

5                                    )

6    ------------------------------)

7                              April 8, 2015

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on April

13    16, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1              P R O C E E D I N G S

 2              -    -    -    -    -

 3         MR. THACKER:  Today is April 8th, 2015.  The

 4    time is 6:53 Central Standard Time p.m.  My name is

 5    Matthew Thacker.  I'm a Federal Trade investigator

 6    assigned to the Southwest Region Office of the Federal

 7    Trade Commission.  My business address is 1999 Bryan

 8    Street, Suite 2150, Dallas, Texas, 75201.  My telephone

 9    number is (214)979-9377.

10         I'll be conducting an undercover face-to-face

11    recording of a Vemma event called Opportunity and Fast

12    Start Training.  B.K. Boreyko, the Vemma founder and CEO,

13    and Alex Morton, a Vemma Royal Ambassador, and other

14    Vemma affiliates will be speaking at this event.  The

15    event is located at 5100 Beltline Road, Suite 400,

16    Dallas, Texas, 75254.

17         The event is schedule to begin at 7:00 p.m.

18    Central Standard Time.  For the purpose of this face-to-

19    face undercover recording, I have assumed the name of

20    James Smith.

21         Test, test, still recording.

22         Test, test.

23         Walking across the parking lot.

24         There's B.K. right there.

25
```

```
1                  VEMMA SEMINAR, DALLAS, TEXAS

2                OPPORTUNITY AND FAST START TRAINING

3                (General chatter and music upon entry.)

4                REGISTRANT:  Hi, how are you?

5                MR. SMITH:  Good, ma'am.  How are you today?

6                REGISTRANT:  I'm good.

7                MR. SMITH:  Affiliate.

8                REGISTRANT:  Okay.

9                MR. SMITH:  Does it matter which one?

10               REGISTRANT:  No, it doesn't matter which one.

11   (Inaudible) your affiliate name tag.  And there's your

12   catalog.

13               MR. SMITH:  Okay.

14               REGISTRANT:  You all ready to sign in?

15               You can come back and bring -- when you get it,

16   you can come back

17               UNIDENTIFIED MALE:  Okay.

18               REGISTRANT:  Let's go ahead and get you signed

19   in before the line -- while the line is low.  And then

20   Body --

21               MR. SMITH:  Okay, thank you, ma'am.

22               (General chatter and music.)

23               UNIDENTIFIED MALE:  James (inaudible)?

24               MR. SMITH:  Yeah, I did, actually.

25               MR. BOREYKO:  What'd you think?
```

1             (Cheers and applause.)

2             MR. CHACON:  You know, time is definitely our -

3  - our most valuable commodity, so we definitely

4  appreciate your time, guys.  Real quick, my story is

5  simple, okay?  My story is very simple.  I'm 24.  I'm

6  from a small town, Fort Collins, Colorado.  Okay, grew up

7  there.  Played some high school football.  High school

8  football actually led to some -- some junior college

9  football.  Junior college football led to a season of

10  arena football.  And that season of arena football led to

11  an injury.

12             See, the thing is, is I was one of those

13  stringly quarterbacks, right, and, you know, arena ball

14  you can't really run out of bounds because there's a big

15  wall right there, right?  Right, so, my neck got smacked

16  into that wall pretty bad, and, you know, I found out I

17  wasn't going to the league, and, so, I was like, okay, I

18  guess I'm not going to the league, the next best thing is

19  I'll get rich.

20             So, I got involved in network marketing

21  actually a little over two and a half years ago.  At the

22  time, guys, I was very, very, very broke.  Okay, I had a

23  negative bank account.  I had a negative mindset, 15Gs in

24  student loan debt, and I had just gotten fired from my

25  job three days prior.

1           Okay, so, I was not exactly the person who adds

2     value to the room.  I was actually one of those energy-

3     suckers.  You guys ever find those types of people

4     before?  Know anybody like that?  That was me, right?

5     But I wasn't close-minded.  I was open to opportunity,

6     okay?

7           So, when we're talking about opportunity

8     tonight, here's the thing.  I want you guys to understand

9     our intention right now, because intention is everything.

10    And it's -- honestly, it's just like the sunlight.  You

11    can see it coming through the windows in the morning.

12          And I want you guys to understand our

13    intentions here for the next 30, 45 minutes, okay, and

14    the intention honestly of mine, of Alex's, of Sheel's, of

15    B.K.'s, of Eddie's, of Kelly's, okay, our intention is

16    not to sell, pitch (inaudible) persuade or pull you to do

17    anything.  Okay, the intention is to raise your awareness

18    on some problems that we found in the job market, some

19    problems that we found out in the economy, some problems

20    that we found out in (inaudible) and a solution.  Is that

21    okay?  Yeah?  Okay, that's okay.

22          So, you guys, here's the thing.  I'm not going

23    to ask you to go into the whole thing here.  I'm actually

24    going to be bringing up a guest speaker here in a second.

25    But I want you to get to understand here who you're

1    hearing from.  This gentleman is actually an ambassador

2    pin earner within Vemma.  Now, at the ambassador pin

3    level, he's actually a multiple six-figure earner.  And

4    he actually hit his first six-figure income within this

5    industry, right, in his early twenties.  I think it was

6    20- -- 23 or 24, is that right, Sheel?  Twenty-three?

7    Yeah, yeah, yeah, he goes, yeah, sure, okay.

8                 So, obviously, he knows what he's talking about

9    when it comes to making money, right?  But the thing is

10   he also knows the details about how to get this business

11   done.  And I know he cares for his team because I'm not

12   watching his mouth; I'm watching his feet, right?  And

13   his feet are moving all around the country.  He just flew

14   in today, and he's here to add value to your life, not to

15   his.

16                 So, you know these guest speakers who are going

17   to be up here today are here to talk about themselves.

18   They're here to talk about what this (inaudible) has done

19   for them; most importantly, though, what it can do fo

20   you.  Is that okay?

21                 Okay, guys, so with that, I would appreciate it

22   if you could give your undivided attention to the

23   incredible ambassador pin-earner, going star ambassador

24   very soon, Sheel Patel.

25                 (Music and applause.)

1          Well, when I got introduced in the industry,

2     pretty interesting for me, I literally at that point

3     thought I'm in the right place, right time, we were doing

4     internet when it was (inaudible) do you guys remember

5     AOL?  I mean, AOL when it was like (sound effects); you

6     got mail.  You guys remember those days?

7          It wasn't as easy as it was today, you know.

8     You go open Facebook like it's nothing today, right?

9     Back in the day, try to ask a girl for her picture, it

10    takes half an hour to see her forehead.

11         (Laughter.)

12         MR. PATEL:  And you know what was crazy about

13    it was that at that point -- I mean, we were getting left

14    in the dust.  I mean, internet was phasing out.  And, so,

15    we started doing dial-up internet, and then we started

16    making phone calls through that.  That was pretty bad,

17    trying to do voice-over-IP.

18         Finally, you know, our company got everything

19    in place and, you know, we started making some money.  We

20    started doing well.  We started getting killed by these

21    huge companies, and, you know, at that point, I'm 21, 22

22    years old, and the owner of our company puts us all in a

23    room, the top earners, the top ten people, and he says,

24    hey, we're going to start selling vitamins.  And I'm

25    like, no way.  Now I'm an engineer.  You know?

1           And it's just funny.  The story of how you go

2    from technology and engineering to all of a sudden trying

3    to impact people's lives physically, never even knew

4    there was a world like that.  And all of a sudden, I was

5    onboard.  I was like, all right.  You know what, one

6    thing that he said to me that I'll never forget, he said,

7    Sheel, technology always goes obsolete, but people

8    getting healthy, health, that will never be obsolete.

9    People always want to look better, feel better, feel

10   younger.  True or not true?

11           AUDIENCE:  True.

12           MR. PATEL:  And that's where I got really

13   excited.  And, you know, to make a long story short

14   (inaudible) or around that 22, 23-year-old time several

15   years ago, made my first six-figure income in the

16   industry.  And ever since then, it's been the ride of my

17   life.  We took a company from zero to $100 million over

18   the course of that next several years and expanded all

19   over the world and started traveling and lifestyle got

20   amazing, didn't have to work at a regular job.  People

21   were so confused, how could you do that.  People who live

22   nearby, that's impossible.  Must be a drug dealer.

23           (Laughter.)

24           MR. PATEL:  You got to be a drug dealer for.

25   Confused me for a super model (inaudible).

```
 1            And it -- you know, it would dawn on me that
 2       that's just probably we're conditioned.  Most of us get
 3       told that it's not going to happen for you.  It's
 4       impossible, which is why -- which is what explains why we
 5       started all the way up here and we ended up over here.
 6       Do you guys understand that?  We were told you're going
 7       to be worthless, you're not going to make it, stop
 8       dreaming, get a real job.  That's only for the people on
 9       TV.  Are you kidding me?
10            I was watching TV, I'd see people on MTV Cribs
11       doing crazy, stupid things.  Like this cannot be real,
12       you know?  And, you know, I realized as an entrepreneur
13       that anything really is possible.  The real secret is you
14       just can't listen to everybody else.  That's really what
15       it is.  You all walk out here with that little secret
16       sauce, you came here for that one little golden nugget.
17       There's this 97 percent and there's the 3 percent.
18       That's it.  That's it.  You want to slide into that 3
19       percent?  The only thing you need to remember when you
20       walk out of here is do not listen to the 97 percent.
21            (Applause.)
22            MR. PATEL:  They're the ones that chose to
23       snowboard or go to the lake or watch TV during the times
24       it was time to get to work.  Today, we have a lineup of
25       people that got to work.  Today, we have a lineup of
```

1   business here in Vemma and partnering up with B.K. and

2   the whole staff and the whole company here.  And it's

3   been wild.  We've been able to go all over the world with

4   it, all because this was the foundation.

5           And it was so simple and so easy, a little two-

6   ounce shot like this, helped so many people, and we

7   started putting in all sorts of products, started putting

8   it in products that are products that you guys use every

9   day.  Coffee, tea, soda, energy drinks, right?  On and on

10  and on.  We'll go through some of those products today.

11  But that's what Vemma is all about, right?

12          Before I do, we actually have a couple people

13  that have been using the products, and I want to kind of

14  get their testimony.  I want to bring them up real quick

15  before I go through the rest of this, so you're not just

16  listening from me.  I want to bring up Eddie Mentore real

17  quick and also Kelly -- is it Kelly Mc -- I'm so sorry --

18  McAney (phonetic)?  Come on up here.  If you guys can

19  help give them a big round of applause.

20          (Applause.)

21          MR. PATEL:  Thank you.

22          So, I'll start with Kelly.  You guys can go

23  ahead and, you know, hear from her for a minute real

24  quick, and just give us a little idea of what has Vemma

25  done for you and the product line here, and go ahead.

```
 1              KELLY:  All right, thank you.  Well, obviously,
 2     you know, my amazing journey with Vemma has been for the
 3     last seven years.  And you obviously don't have to be
 4     technically -- a technical genius to do this, right,
 5     because I have still challenges with that.
 6              But like I said, my journey began seven years
 7     ago and, guys, I was a traditional business owner for 25
 8     years.  I trained and showed and bred quarter horses for
 9     a living, and that's what I did.  But after 25 years of
10     that, I was still working 70 hours a week, didn't have a
11     lot in the bank to show for that, and I was looking for
12     time freedom, but if I quit work, I didn't get paid, or
13     if I didn't go to work, I didn't get paid.  So,
14     basically, even though I owned my own business, I owned a
15     job.
16              So, I was -- I was just on the computer
17     searching for something.  I didn't even know what I was
18     looking for, but one of the things that I had going for
19     me at that point in time is my mindset was right, because
20     I had read a book called Rich Dad, Poor Dad by Robert
21     Kiyosaki, and one thing that really struck me in that
22     book was what -- what, you know, Sheel was talking about,
23     was that 97 percent and the 3 percent.  And all I knew is
24     I was looking for a way to be in that 3 percent, that
25     everything that I could figure out cost a lot of money to
```

1    -- to be able to do that, to have the capital, to own

2    those kind of businesses, it would put you over there.

3              And, so, I was just on the internet looking

4    for something, looking for time freedom, wanting to be

5    that -- wanting to see that residual income in my future.

6    And I literally stumbled on Vemma, and that was the two

7    things that attracted it to me -- to Vemma, was actually

8    not the products.  The products, I mean, I looked at it

9    and I'm like, wow, no-brainer, you know?  I have a

10   cabinet full of pills that I never take.  I loved the

11   fact that it was liquid, and I loved the fact that it was

12   clinically studied and proven.  I didn't -- it took the

13   thinking out of it for me.

14             So, the products were amazing right from the

15   get-go.  I didn't have to think about that.  But what

16   attracted me was the residual income.  And I saw a way to

17   get me out of debt, and I saw a way to put a plan in my

18   future to where I could -- I could, you know, work and be

19   paid on work that I had done in the past and that would

20   get me -- so, basically, my story and my journey, the

21   first two and a half years, one of the things that we

22   hear a lot is, oh, I don't have time for another

23   business.

24             Well, I was working 70 hours a week and on the

25   road three-quarters of the year, so I loved the fact,

1    that's the second thing that attracted me to Vemma and

2    the business model, was the fact that it's designed to be

3    done on a part-time basis.  So, I literally just followed

4    the system and fitted it to the (inaudible) of my life,

5    worked the business about 8 to 10 hours the first two and

6    a half years.

7              And after two and a half years, I was literally

8    making more money with Vemma than I was working still 70

9    to 80 hours a week in my other business.  And, so, that

10   was a huge eye-opener for me.  And, so, we closed --

11   closed the doors on that business.  That gave us the time

12   freedom that we wanted, took it on to six figures, and

13   now I'm just absolutely passionate about being able to

14   show and help as many people possible how to do the same

15   thing with their life.  So, I love Vemma, I love the

16   products, and --

17              (Applause.)

18              MR. PATEL:  Sounds like my brother right here.

19   Eddie Mentore.

20              MR. MENTORE:  All right.  All right, it's

21   almost up.  You guys doing okay?

22              AUDIENCE:  Yeah.

23              MR. MENTORE:  Well, first off, good job putting

24   together an event like this.  I didn't know Texas had so

25   many people in Vemma, so give yourselves a round of --

1          And then at 19 years old I had an injury and I

2     walked into the doctor's office, and the doctor said that

3     I was never going to dance again a day in my life.

4          MR. PATEL:  Wow.

5          MR. MENTORE:  So, at that point, imagine doing

6     what you love -- who has some passions in their life,

7     things that you love more than anything?  Okay.  Imagine

8     from one day to the next the doctor telling you you can

9     never do it again, right?  And, so, I thought, well, I'm

10    in college.  I didn't really know what to do, and I

11    remember being in business class and asking my business

12    professor what kind of businesses that he owned.  And he

13    told me that he didn't own a business.  I was very

14    confused.

15         And then, so, I picked up some books on

16    business, and I (inaudible) some people like Warren

17    Buffett, T.R. Becker, you know, Robert Kiyosaki like

18    Kelly was talking about.  And, you know, these people

19    aren't, you know, Donald Trump.  These people don't know

20    everything, right?  But we can agree on one thing, that

21    they know something about what?

22         AUDIENCE:  Money.

23         MR. MENTORE:  Money, right?  Money and

24    business.  And when I was reading these books, they all

25    kept directing me to the same industry, to the same

1    profession.  They kept talking about how network

2    marketing, internet marketing is the average man's best

3    chance at great wealth.  And, so, they say when you ask,

4    you shall receive, and it came in the form of the

5    profession.

6              I was 19 years old.  I got started.  I didn't

7    know what I was doing.  My first mentor, and actually

8    Sheel's first mentor, we went -- we built the business

9    together for the last decade.  He told me money is not

10   important, Eddie.  And I was very confused because he had

11   a lot of it, right?  And he said, you know, it's not

12   important, which is why you have to get it out of the way

13   now so you can focus on what's important for the rest of

14   your life.  And my biggest fear was working and working

15   and working for years.

16             It doesn't matter how much you make, right?  At

17   the end of the day, half the feeling is you're like how

18   much time do you have.  And, so, to make a long story

19   short, the last eight years we built a really successful

20   business, we traveled around the world, we made a lot of

21   money and we helped a lot of people.  And just, you know,

22   eight, nine months ago, we made a decision to leave our

23   previous company, leave our previous business, come to

24   Vemma, and truly it has been the best decision of my

25   life.

1    system.  It's really sophisticated, really intricate.

2    Give you a nice, cool, state-of-the-art app, award-

3    winning, track your whole business worldwide and simply

4    tell people about Vemma, drink the product, and when you

5    get customers or you get other people to want to become

6    an affiliate or a member, you're going to get paid and

7    the commissions come to you.  Right?  It's really that

8    simple.

9           And I guess the best part about it is you

10   really don't have much of a concern about some of these

11   things that you would in traditional businesses.  Kelly

12   came up, talked about a traditional business.  And these

13   are some of the things that happen, right?  She'd tell

14   you, well, significant investment, research and

15   development, manufacturing, product sourcing.  You kind

16   of get a headache if you finish reading the rest of this,

17   you know?  And Vemma's more of a partnership.  We do all

18   that for you already.  You don't have to worry about any

19   of those things.  Do you guys follow what I'm saying?

20          And to kind of tell you a little bit about that

21   opportunity, we have someone that's a rock star in our

22   business, young guy, doing extremely, extremely well in

23   our business.  I'm going to let Isaac come back up here

24   and introduce him, and he's going to kind of take it away

25   for the rest of the opportunity, and my job's done until

1    later on, right?  All right.

2              (Cheers and applause.)

3              MR. PATEL:  Come on back up, Isaac.

4              MR. CHACON:  (Inaudible) okay.

5              (Applause.)

6              MR. CHACON:  And let's give it up for Eddie, as

7    well (inaudible).

8              (Applause.)

9              MR. CHACON:  And for Kelly.  Kelly got

10   (inaudible) you know what (inaudible) Brandon, you know

11   what, you mind grabbing her a chair real quick?  You mind

12   grabbing her a chair, just so she can sit while she's

13   doing that.  I really appreciate that, guys.  Thank you.

14             Let's give it up for you guys for coming out

15   real quick on a Wednesday night.

16             (Applause.)

17             MR. CHACON:  And you know what, let's just keep

18   clapping because I heard that well people like to clap

19   and stomp.

20             (Cheers and applause.)

21             MR. CHACON:  Now, what am I going to do?  One,

22   two, three, let's go... Dallas!  All right, guys.  Now,

23   here -- I'm going to need you guys to engage real quick,

24   because for the next 10, 15 minutes while we're finishing

25   off this opportunity portion of the presentation, this is

1    the most important part.  Okay, we're getting to the real

2    nitty-gritty stuff about this, then.  We're getting into,

3    you know, why you guys really need to be doing this thing

4    and why Dallas, right now, this is the best time to be

5    hopping onboard with Vemma, okay?  So understand, guys,

6    the next guy who's going to be hopping onboard, he

7    actually has been paving the way for not just -- not just

8    young people but entrepreneurs all around the world in

9    how to be successful and how to win in business as soon

10   as possible.  You see, at 25 years old, guys, he's

11   already a seven-figure earner, at 25 years old.  Let's

12   give that up real quick one time.

13              (Applause.)

14              MR. CHACON:  And the only reason he's done that

15   -- the only reason he's done that is because he's helped

16   over 20 kids get a six-figure income.  How has he done

17   that?  Blood, sweat, tears, flights, travel.  I think he

18   traveled over 400,000 miles last year, traveling to his

19   teams, helping people get healthier, helping people make

20   an extra 500 bucks a month.  Who in here can use an extra

21   500 bucks a month?  Exactly.  Helping people lose 10, 15

22   pounds; helping people live their dreams.  You guys, I'm

23   telling you, there is no one I would rather follow in

24   business than Alex Morton.  Absolutely nobody.

25              I'm going to tell you quick story and I'm going

1    to pass it to him.  Okay, about a year ago when I was

2    traveling, I'm trying to be, you know, I'm just following

3    him, he did 400,000, I probably did about 40, but I was

4    traveling last year and I found myself actually with no

5    place to stay for one night.  And, you know, simple

6    business principle, you take all your profits and

7    reinvest, right?  I found myself a little short of money

8    that night, and I was like, Alex, I have no money, I got

9    no place to stay, and he just helped me out.

10          The next thing I know, you know, he pays for a

11   night's hotel for me, took me off the streets of LA, and,

12   you know, he's just an absolutely incredible guy and has

13   a heart of gold and will literally -- literally -- die

14   for his team.  So, with that guys, World Ambassador Pin-

15   earner Alex Morton.

16          (Music and applause.)

17          MR. MORTON:  All right.  Okay, Dallas.  Oh,

18   boy, I'm a huge Dallas Cowboy fan.

19          (Cheers.)

20          MR. MORTON:  (Inaudible).  I'm definitely not

21   as cool as everybody thinks I am.  I'm actually a normal,

22   average 25-year-old kid.  I grew up in a small town.  And

23   I'm just blessed and excited to be here tonight because a

24   lot of people don't know, I was actually born in Texas.

25          (Cheers.)

1          MR. MORTON:  So, I'm a native Texan.  I'm proud

2     of that.  I've been telling people that.  I was here for

3     about eight months and my parents moved to Ohio, but it

4     was the best eight months of my entire life.

5          (Laughter.)

6          MR. MORTON:  So, you guys, really quick, let's

7     give it back up to Kelly, Sheel, and Isaac Chacon

8     (phonetic).

9          (Applause.)

10          MR. MORTON:  Awesome people, beautiful people.

11     Kelly is a lot prettier than Isaac is.  But, guys, if

12     you're here tonight, this is really for you.  You know,

13     tonight, it's not about all these amazing stories, all

14     these big testimonies, all this -- these big checks and

15     these cars and these watches and stuff like that.

16     Tonight, it's really about the newest, you know, guy and

17     lady in the room and how this can help change your life.

18          Let me -- right now, I think we all can agree,

19     nobody disagrees that right now in America, the job

20     market's tough, the economy is tough, people are hungry

21     for change, people are looking for something different.

22     Not to offend anybody in the room, but the old way, it's

23     not really working.  You know, and if you guys know, if

24     you were raised the way I was raised, guys, people told

25     you to go to high school and get good?

```
1              AUDIENCE:  Grades.

2              MR. MORTON:  Then go to college and get more

3    good?

4              AUDIENCE:  Grades.

5              MR. MORTON:  Graduate and get a?

6              AUDIENCE:  Job.

7              MR. MORTON:  And work until you?

8              AUDIENCE:  Die.

9              MR. MORTON:  Retire.

10             (Laughter.)

11             MR. MORTON:  See, you're already telling me,

12   you know, your program is work until you die.  So, moving

13   forward, this is Vemma, V E M M A.  It stands for

14   Vitamins Essential Minerals Mangosteen and Aloe vera.  A

15   lot of people call it Very Exciting Money-Making

16   Activity.

17             (Cheers.)

18             MR. MORTON:  So, the three megatrends that

19   we've focused on, you know, one being wellness; two being

20   energy; three being weight management.  I think

21   everybody, you know, in America, Canada, Mexico, Europe,

22   Asia, Australia, everywhere we go, people are into at

23   least one of those three things.  And as you can see,

24   they're doing over $200 billion in sales annually, right,

25   in the world.
```

1    Wednesday night, ABC, people drink it and they follow a

2    little meal plan on their app and they're losing weight,

3    feeling great and, you know, they're just -- they're just

4    living life.

5         So, moving forward, guys, manufacturing plant.

6    You know, this is overlooked a lot, especially in the

7    other demographic, people don't talk about how cool it is

8    that we have that.  The man back there spent $150 million

9    on a manufacturing plant, and he didn't ask a penny from

10   us.  He just did it.  He said I want to own my own plant,

11   make my own stuff, so the field, the people -- right, our

12   motto with Vemma is people over profits, he wanted us to

13   feel good, so he owns a plant, guess what, 1,200 cans

14   every 60 seconds, 1.5 million per day, right, and it's

15   FDA-inspected.  You know, I'm not even sure what that

16   means, but it's FDA-inspected.  That's a good thing.

17        So, moving forward once again, international.

18   Who likes to travel?

19        (Cheers.)

20        MR. MORTON:  That's pretty cool.  You know,

21   this is actually my last night on this tour, and I

22   started in Vegas, and I was in Ohio, then I was in

23   Florida, then I was in LA, then I was in Puerto Rico, I

24   was in Tulsa, Oklahoma, and now I'm in Dallas, my

25   favorite city in the whole world, right?  And tomorrow I

1    go to Vegas.  So, that's cool.

2            In America, but guys, we're opening in Mexico,

3    Canada, Colombia, all over Africa, Asia.  I'm going to

4    Hong Kong and Macau in September.  That's cool.  You

5    know, I don't know what's over there, but I'm sure it's

6    going to be a lot of fun, you know?  October we're going

7    to Europe.  So, it's international.

8            So, the biggest thing, trying to understand,

9    it's not just who you know in Dallas or Houston or

10   Austin.  Who do you know -- there are 50 countries

11   worldwide.  And through the power of your smartphone --

12   here's a little tip, if you're not making money on your

13   smartphone, you might as well call it a dumb-phone,

14   right?  Make money with that smartphone.

15           So, residual income, ongoing income.  They did

16   not teach me this at (inaudible) High School.  They did

17   not teach me this at Arizona State's business school.

18   But this is what wealthy people do.  Raise your hand if

19   you'd like to be wealthy at one point in your life,

20   right?

21           You don't want to be rich; you want to be

22   wealthy.  Rich people have lots of money.  That's cool,

23   but they have no time.  If you paid me $5 million a year

24   and I had to work 7:00 a.m. to 10:00 p.m. and I had a

25   wife and a bunch of kids at home, to me that's being

1  broke, because a lot of money -- it's not about the

2  money; it's about freedom, right?  Freedom is what we're

3  after, man.  Okay?

4         And residual income is doing something once and

5  it pays you forever and ever and ever.  If you think

6  about it, everybody we look up to, they do what we do in

7  different ways.  Right?  LeBron James has residual income

8  with Nike and his sneakers, right?  Kevin Grant, same

9  thing.  Big Sean makes a song one time in the studio;

10  every time it plays on the radio, he gets a check.  JT

11  makes a song one time; when it comes on the radio, he

12  gets a check, right?

13         Beyonce, same exact thing.  Justin Bieber, same

14  exact thing.  I just (inaudible) loves Taylor -- T Swift,

15  baby, every time she makes a song once, every time it's

16  on the radio, she gets a check.  Okay?  American Sniper,

17  they filmed the movie once.  Fast 7, they filmed it once.

18  Every time somebody buys a ticket, they get a check.  So,

19  everybody who works on TV, the big screen, and listen to

20  it in your car, has residual income.

21         And some of you drive in traffic to go to a job

22  where you make 10 bucks an hour, and you were told what

23  to do, what to do, when (inaudible) how much money do you

24  want to make.  I mean, to me, that bothers me.  And

25  that's why I do this because I want to help you get out

1   of the employee mindset and get you into the (inaudible).

2           (Applause.)

3           MR. MORTON:  If you could click to the next

4   slide.  And you really click on that other side, you can

5   keep going, though.  Michael Jackson, last example on

6   that, okay?  The man is, you know (inaudible) legend

7   Michael Jackson, right?  Everyone knows his music, okay?

8   His family made more money last year than any year prior.

9   And he is six feet in the ground, right?  How does that

10  work?  Residual income, right?  It's a lot more fun to

11  make money while you're asleep or you're awake.

12          So, we're going to get into that a little bit

13  later in the training, but, guys, you know, Sheel did a

14  great job earlier.  This is what Sheel asked you, he said

15  who in the room -- who in the room would like to improve

16  their health, earn more money, have more time freedom,

17  and develop a better skill set.  And everybody --

18  everybody in this room, can we all agree that everybody

19  in this room at least wants one of those four things?  I

20  think so.  Right?

21          Money is good; health is even better; time

22  freedom, right, doing what you want; and skill sets for a

23  lot of the other people in this room.  You're not going

24  to learn how to communicate effectively in school, right?

25  We're not going to publicly speak and build relationships

1    and have some confidence, you know, do stuff that's going

2    to make you a better person.  You know, and I meet people

3    that say, well, how do you make money in that thing.  I

4    say the better person you become the more money you earn.

5    That's pretty cool.

6              AUDIENCE:  (Various responses.)

7              MR. MORTON:  Right?  You just -- you're going

8    to keep growing and keep becoming a better person.  So,

9    who do you know that want to be one of those four things?

10   All over the world.  You guys have friends who go to

11   Oklahoma and Oklahoma State, Tulsa, Baylor, or Tech.  I

12   mean, imagine how many -- how many -- A&M's got, what,

13   35,000 students?  SMU right down here, thousands of

14   people.

15             Go talk to somebody on campus.  They most

16   likely have student loan debt (inaudible) in America.

17   They most likely have no idea what (inaudible) graduate.

18   And they need something part-time.  And if you're in the

19   room and you're new, this is a part-time business.  This

20   is not drop out of school, drop all your sports, break up

21   with your boyfriend or girlfriend and go (inaudible)

22   until we die.  No, that's not what we do here.  You are

23   implementing this in (inaudible).  When I walk into a

24   Starbuck's, okay, I talk to the lady making my Starbuck's

25   coffee.  I'm just having conversations with people.

1          Last night, we went to Sushi Nobu, at this

2     hotel, super overpriced.  I'm like, damn, man, like 60

3     bucks for three rolls.  Anyway (inaudible).  Wow.  I was

4     talking to the guy at the bar, you know, making --

5     filling up my ice water, just talking to him.

6     Everybody's hungry for what we have here.  And here's the

7     motto, if people knew what they did, they would do what

8     we do.  And what do we do?  We get paid -- whatever money

9     we get paid, drink healthy stuff, share it with your

10    friends and family, you get to hang out with a bunch of

11    cool like-minded people that actually care, you know,

12    that actually do care, you know.

13          I switched my flight four days ago.  Isaac said

14    B.K.'s coming in, we have a big group in Dallas, you

15    should switch your flight.  I'm like, dude, I've been

16    traveling for three weeks, I'm super tired, I (inaudible)

17    wearing the same clothes for three weeks and I haven't

18    showered in like a month, so -- just joking -- and I --

19    and I switched -- I switched my flight to be here

20    tonight.  Why, because we care about helping you guys

21    reach a high level of success, so you can enjoy being

22    free, spending time with your family, man.

23          I was just in Tulsa, Oklahoma.  I watched the

24    National Championship game with my grandfather, 84 years

25    old, grandma's 82.  And I'm just sitting there, having

1   fun, eating like red velvet cake.  Why?  Because we're in

2   Vemma, that's what we do.  We eat cake and hang out with

3   grandma and grandpa.

4              So, a couple closing thoughts, you guys.  To

5   get started, there's no sign-up fee, no member

6   (inaudible) no long-term commitment, no contracts.  All

7   that we do is order products.  Okay, there's three ways

8   to get started.  There's a $500 pack called an affiliate

9   pack for 500 bucks; $300 pack for 300 bucks; and a 150

10  for two cases.

11             And if you're in the room tonight, especially

12  if you're young and you're saying, oh, my God, $500, so

13  much money.  Well, here's a newsflash.  I got into Vemma,

14  I was broker -- I was broker than broke, man.  Like, I

15  was broke -- here's broke, I was below broke.  I woke up

16  in the morning and said, damn, I wish I was broke today,

17  right?

18             (Laughter.)

19             MR. MORTON:  You can figure it out.  You can

20  sell a PS3, a PS4.  If you have an iPhone, you can put

21  your iPhone -- if you really want this, if you have a

22  desire for financial change, you can sell your iPhone

23  tonight for half off on Craig's List, get that money, buy

24  a pack, make the money back next week and buy an iPhone

25  6.

1        (Cheers.)

2        MR. MORTON:  Right?  So, that means that I'm

3  excited -- I got started four years ago. I was a 21-year-

4  old kid, not the smartest kid in the world.  I took

5  action, and over the last four years, we built the team

6  from four people to 15,000 people across 50 states, 32

7  countries.  We've helped thousands of people make

8  thousands of dollars.

9        You know, we broke in 21 people in our group

10  that hit a six-figure income, over 100 grand a year, and

11  it's wild.  My first check in Vemma was $10 and it did

12  not happen overnight.  It was not (inaudible) a new

13  Bugatti.  It is in Germany, but I'm blessed and fortunate

14  to say that I've earned over $1.6 million in four years.

15  And I don't tell you that to impress you, because I do

16  not care, plus I guarantee you my (inaudible) right now.

17  It's buying Nike and Under Armor, okay?

18        I only tell you that to impress upon you that

19  what we are doing is working, okay, and it is just the

20  start.  Imagine, before I bring up the next guy, imagine

21  if you got started with Apple in day one, Facebook, day

22  one, Bill Gates, Microsoft, day one.  You would be rich,

23  okay?  (Inaudible) say that right now in America 3

24  percent of America are the 97 percent of all the money,

25  which means most of everybody we know has no idea how to

1    make any (inaudible).

2         So, whether you are 4, 14, 44, or 404 tonight,

3    it's never too late.  It's never too late to, you know,

4    keep writing that next chapter in your life, and we're

5    going to help you do it.  And I guarantee you, if you

6    bring us the desire, we're going to give you that

7    direction.

8         Now, so with that, I'm going to bring up one of

9    my best friends, honestly like a big brother to me.  He

10   is an absolute, you know, stud, and this man, he owns the

11   company, okay?

12         (Cheers.)

13   MR. MORTON:  $200 -- $200 million company,

14   operating in 40 to 50 countries worldwide and, you know,

15   it's crazy because he just straight up cares.  He'll tell

16   you his story, but he started this company.  He lost his

17   mom and dad to heart disease and cancer way before their

18   time.  He created this thing behind me, Vemma, to help

19   you and I.  He'd literally give the shirt off his back to

20   anybody.  He does not have to be here.  He has more money

21   than you can even imagine, but his purpose is to change

22   the world.

23         And I guarantee you that with this guy, driving

24   this thing forward, he's our head coach, right, captain

25   of the ship, and we're going to take Vemma into the

1    multiple billions very, very soon.

2            So, with that, get on your feet (inaudible) for

3    B.K. Boreyko!

4            (Music, cheers and applause.)

5            MR. BOREYKO:  Hey, you want to do this for me?

6            All right, okay, there you go.

7            Do you know how to turn on Facebook?  I don't

8    know.  (Inaudible) apps, technology.  You guys, anybody

9    ever heard of Twitter?  All right, they got this new

10   thing called Periscope.  You download it and it's like

11   you can streamline -- I mean, so if you're at an event

12   like this and it sends out, you know, it tweets to all of

13   your followers and it says, hey, log on and you can watch

14   this live.  So, we were watching live back there, and it

15   was kind of cool.  And it's free.  Can you imagine this?

16   You know, back in my day, we didn't have smartphones.  We

17   had beepers.  You guys remember the beepers?

18           AUDIENCE:  Yeah.

19           MR. BOREYKO:  My kids are like, what are

20   beepers?  First and foremost, guys, I want to thank you

21   for coming out here, and I was -- I was told by -- by

22   Kelly that this is my first Vemma meeting in Dallas,

23   which I find hard to believe, but welcome to my first

24   meeting in Dallas.

25           (Cheers and applause.)

1    could take the credit for you guys now becoming the

2    number two market in the United States.

3            (Cheers and applause.)

4            MR. BOREYKO:  But I cannot take any of that

5    credit.  That is all you guys.  That is all what you guys

6    have done, and you have got my attention.  And you're

7    going to see a lot of Texas love coming in the rest of

8    2015 because this market has unbelievable potential.  In

9    fact, you know, I'm here to do a thing for SUCCESS

10   Partners University.  It's an organization that supports

11   the different companies in the networking business.

12            And a friend of mind owns a company that -- a

13   kind of a weight-loss company, and they are in

14   Scottsdale.  And, you know, we go to lunch, you know,

15   every month or so and just kind of keep in touch.  But in

16   the State of Texas, his company last month did $7 million

17   in just the State of Texas.  And I'm like, damn, that is

18   -- that's like a country, but you guys think you're your

19   own country.

20            (Laughter.)

21            MR. BOREYKO:  It sort of fits.  But the reason

22   I point that out to you is -- is the amount of sheer

23   potential that you have just here in Texas, just here in

24   Dallas, and, you know, this is the hub of the whole

25   country.  This is -- everything comes through Dallas, and

1    so I want you guys to get excited because you guys are

2    sort of like surfers.  And what I mean by that is surfers

3    are a lot like entrepreneurs, and they know to be a good

4    surfer you got to be in the right place at the right

5    time.  You got to line -- as the waves come in, you got

6    to line the board up and -- and you got to set yourself

7    up for success.

8         And, so, being in the right place at the time

9    is critical, but if you do nothing, you go up and you go

10   down, and you go up and you go down.  And a good surfer

11   and a good entrepreneur knows that they not only need to

12   position themselves but they also got to paddle like

13   heck.  They got to work to be able to catch that wave.

14   But once you catch a wave, like the wave that's going to

15   start here in Dallas and work its way through Texas and

16   get you guys past California, as the number one market in

17   this -- in this company here, that's what's starting, and

18   that's starting right here tonight.

19        And we got some of the best, most talented

20   leaders that are making unbelievable commitments to this

21   market.  And here's the greatest thing about their

22   commitments is they're willing to go to work for you for

23   free.  Now, and I was talking to Sheel in the back, and I

24   know that his parents have sold their Subway business.  I

25   don't feel bad about, like, bagging on Subway, but, you

1    know, I want to just give you -- and the reason I like to

2    talk about Subway is it's the number one franchise in

3    America.

4              Okay, this is an incredible franchise

5    opportunity.  And the reason I talk about it is because

6    people don't buy a Subway because they like their

7    sandwiches.  Seriously.  I mean, they buy a Subway for

8    the opportunity.  They buy a Subway to be able to make

9    money.  They don't buy a Subway so that they get to deal

10   with young employees that eat a lot of the, you know,

11   inventory.

12              (Laughter.)

13   MR. BOREYKO:  They don't buy a Subway so they

14   can watch the coldcuts expire and the bread go stale.

15   They don't buy a Subway so that they get to pay liability

16   insurance and sign a seven-year lease on their store.

17   They don't buy a Subway for that.  They buy a Subway to

18   be able to create income, to be able to create financial

19   freedom.  That's why they buy a Subway.  That's why

20   Subway's the number one franchise in America.

21              But do you realize the Subway franchise fee is

22   15 grand.  You got to put 15 grand down before you can do

23   anything else.  And the good news about Vemma is we're

24   not going to ask you for 15 grand.  Praise God for that,

25   all right?  And then you fill out an application to

1    qualify to be a Subway franchisee, then you get the

2    privilege to pay them between $160 to $250,000 and you

3    get to sign a lease that more than likely you're going to

4    have to personally guarantee, just in case something

5    happens and they take your couch.

6             And -- and here's what's amazing is we don't

7    have you fill out an application.  We -- you know, in

8    Vemma, we don't care what you've done in the past.  If

9    you've been successful, hey, that's great.  It's going to

10   put you that much further ahead.  If you've had some

11   failures, if you've had some real failures, if -- if you

12   barely got through high school, we don't care what you've

13   done in the past.  Vemma's the company that cares where

14   you want to go.

15            So, we don't have you fill out this application

16   to see if you qualify to be a Vemma affiliate.  You know

17   what you have to do to qualify?  You have to bring a

18   strong level of desire.  You got to bring a strong

19   workload, and you got to get excited.  You know how many

20   people go to work every day and they're not excited about

21   what they do, they don't have any passion for what they

22   do?

23            People want to make a difference.  They want to

24   do something that's bigger than them.  They want to have

25   something of a legacy that's created, and they'll put the

1          (Laughter.)

2          MR. BOREYKO:  That's a horrible Austrian

3   accent, but -- and Austria is our number one

4   international market, so I better not -- with the

5   internet, I better not offend my Austrian affiliates.  I

6   love you, Austria.

7          But imagine if you were sitting here 10 years

8   ago and you got the opportunity, you had your surfboard

9   lined up and you were in the right place at the right

10  time and you not only were hearing about Red Bull for the

11  first time, since it came into America, but you were

12  actually able to position yourself when you generate a

13  part-time income or maybe a full-time income, or if

14  you're really ambitious and want to work hard, maybe a

15  career income.

16         You know, we're approaching $2 million that

17  would get Alex in his career, and he's not even 30 years

18  old yet.  That does not make sense in traditional

19  business.  You know, what else doesn't make sense in

20  traditional business is here, I've been a CEO in this

21  industry for 20 years, you know, 10 years with NuVision,

22  my first company, and about 10 years with Vemma, and I've

23  paid up -- I've done almost $2 billion in sales, and I've

24  paid out to people like you almost a billion.

25         And my -- my signature has appeared on checks

1    totaling almost a billion dollars, and here's what

2    doesn't make sense.  What doesn't make sense is I did not

3    determine how much those checks were.  The people that

4    got them determined how much those checks were.  And I

5    don't know if you've sat in a lot of rooms like this and

6    you've had a CEO that's done a couple billion dollars sit

7    here and tell you, hey, you know what, you can make as

8    much -- if you want to make a million bucks, you could

9    make a million bucks with me.

10           I'm not going to put a glass ceiling.  Hey,

11   you're female, so you only get to make $800,000 if you

12   want to do that.  Hey, you have this religion, so you're

13   only going to be able to make this much.  Or you're this

14   color; you're only going to be able to make this much.  I

15   don't care what you've done in the past.  I don't care

16   where you came from.  I don't care what your

17   qualifications are.  All I care about is where you want

18   to go in this business.

19           (Applause.)

20           MR. BOREYKO:  So, here is the -- here is the

21   point.  I didn't save the Google notes.  I think I took a

22   picture.  I was looking for my Google.  I was looking for

23   my...no.

24           Anyways, I'll have another talk on Subway

25   franchises, but anyway, so -- this is what's -- and this

1    is the last time I'll talk about Subway.  This is what

2    amazes me about Subway is, you know, a person's putting

3    the 15 grand down, they're qualifying to fill out

4    (inaudible) they're qualifying to get it, they're signing

5    a check for another 160,000 to 250,000 bucks depending on

6    the market.  They pay 8 percent royalties to Subway every

7    month.

8            You know what, you have an upline in this

9    business.  In fact, those people that make a decision

10   tonight to join within the next 48 hours either Kelly or

11   Alex or Isaac or Sheel or Eddie are going to spend at

12   least 10 minutes getting you started, coaching you,

13   mentoring you to how to get your business going.  But you

14   want to know something, they're going to do that for

15   free.

16           You know, Subway, you got to pay every -- on

17   every -- every month.  You got to pay them for their

18   knowledge, for their wisdom.  And here, you've got an

19   upline team of people that -- that have a vested interest

20   in your success because the way our compensation plan is,

21   and our compensation plan is basically, you know, I take

22   the money that I would normally spend on advertising,

23   normally spend on Super Bowl ads or Dallas Maverick

24   endorsements or things like that, and I take that money

25   that I would normally spend in traditional advertising

1    greatness inside of you.  But some of you have to put
2    down the Xbox, put down the PS3, PS4, the Snapchat, the
3    (inaudible) the garbage.
4            Pick up some of these books, study people in
5    this room (inaudible) and go out there, build new
6    relationships, talk to new people, talk to more people,
7    just give it 110 percent.  I mean, seriously, if you give
8    it 110 percent for the next 90 days, your whole life can
9    change.  So, with that, God bless your family.  With
10   that, give it up for B.K. Boreyko.
11           (Cheers and applause; music.)
12           MR. BOREYKO:  Give it up for Alex, folks.
13           Okay.  You know what is so cool is it is only
14   quarter to 8:00 my time.  Like Alex must be on Arizona
15   time, so it's almost 10:00.
16           Guys, I won't take a lot of your time.  I do
17   want to let you guys know that on April 18th -- you guys
18   got to circle that on your calendar -- get your calendars
19   our right now, April 18th.  Okay, push on that date, at
20   11:00 a.m., the registration starts; 12:00, the event
21   starts at the Westin, and that is right there on 12720
22   Merit Drive.  If you guys could find this place, you can
23   find the Westin in Dallas, Texas.  Okay, 12720 Merit
24   Drive, Dallas, Texas, 75251.  Registration starts at
25   11:00.

1      How much is it, Eddie?  Fifteen bucks.

2   Seriously?  Seriously, 15, that is like such a deal.

3   12:00 starts.  And -- and here's what you guys need to

4   do.  Everybody in this room could bring two, three people

5   with you to that event.

6      And -- and that (inaudible) of the time that I

7   talked about earlier, because, yeah, we've got -- we've

8   got great products.  You guys have tried our newest

9   product.  I'm super proud of that.  You know, my 20-year

10   career, by far the best-tasting product, the product with

11   the most potential that I've ever come out with in my

12   career, we just launched on January 26th.  You guys are

13   here, but it's -- it's not these products; it's not that

14   product; it's not our next product that's going to get

15   your business to where you want it to be; it's the next

16   person.  And that is something I can't control.

17      I can -- I can make you guys look awesome.  I

18   can give you products that people say, wow, when they try

19   them.  I can give you products that people are like I've

20   never seen anything like this before.  We can give you

21   marketing materials that people are impressed with, but

22   it's you getting in front of that person.  And that's why

23   I spend millions of dollars every month and invest that

24   in people like you, because I need you to work at this

25   business.

1          That's what we're -- that's what we're doing

2     here.  You count on me to do some things really, really

3     well; I count on you to do some things really, really

4     well, because that is what a partnership's all about.

5     You know, Shark Tank, how many people watch Shark Tank?

6     Do you realize how cool it is to be an entrepreneur, you

7     know, in this day and age?  It's like the things that

8     (inaudible) people want to cheer for the entrepreneur.

9     They want to -- they want to root for the person that

10    doesn't want to go the way everybody else goes; they want

11    to go and forge this new life that has all of this upside

12    potential.  And -- and that's what we're about.  What

13    we're doing here is -- is it's like we're partners.  I'm

14    the Mark Cuban of Vemma.  I'm the shark.

15              (Laughter; applause.)

16              MR. BOREYKO:  He's a little richer, but that's

17    okay, we're not going there.  But you see these people on

18    the show and they're like so stressed out, they're so

19    nervous about getting the deal with a shark.  Why would

20    they want to get a deal with a shark if they know that

21    they can put the idea and the effort in and they can use

22    the influence and the infrastructure and the resources of

23    the shark.

24              And that's exactly what we're doing here with

25    you guys, is you guys are able to tap into my

1    infrastructure, my manufacturing plant, my home office,

2    my investments into technology, you know, mobile

3    applications, product endorsers, R&D, all of that stuff

4    you guys get to tap into for 500 bucks.  And it's not

5    even a fee; it's you're buying 500 bucks worth of

6    product.

7              And then you've got a person or a team of

8    people upline that are saying let's go (inaudible)

9    because you've just raised your hand and you've become

10   from the people that need it to the people that deserve

11   it.  And that's significant.  And tonight, hopefully,

12   you're going to make a significant change in your life

13   that you will one day -- look, because life is just a

14   bunch of decisions.  You know, you look at where you are

15   right now and it's just the subtotal of the decisions

16   that you've made in your life.

17              And -- and if you want significant change in

18   your life financially, you need to do something

19   different.  And Vemma is different.  And different isn't

20   bad.  Different sometimes is really good.  And, you know,

21   people come up to me at this meeting, people come up to

22   me at meetings as I travel across the country and I

23   travel across the planet, and they tell me how their life

24   has been changed and -- and how thankful they are for

25   these products and this opportunity.

1   C E R T I F I C A T I O N   O F   T Y P I S T

2

3   MATTER NUMBER: 1423230

4   CASE TITLE: VEMMA

5   TAPING DATE: APRIL 8, 2015

6   TRANSCRIPTION DATE: APRIL 24, 2015

7

8       I HEREBY CERTIFY that the transcript contained

9   herein is a full and accurate transcript of the tapes

10  transcribed by me on the above cause before the FEDERAL

11  TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  APRIL 24, 2015

14

15

16                      SARA J. VANCE

17

18   C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21  accuracy in spelling, hyphenation, punctuation and

22  format.

23

24

25                      ELIZABETH M. FARRELL

1

1                    OFFICIAL TRANSCRIPT PROCEEDING

2                      FEDERAL TRADE COMMISSION

3

4

5

6

7    MATTER NO.     1423230

8

9

10    TITLE                VEMMA

11

12

13    DATE         RECORDED:    DATE UNKNOWN

14

15                 TRANSCRIBED:  JULY 20, 2015

16

17

18    PAGES         1 THROUGH 13

19

20

21

22

23

24                    24-HOUR_OVERVIEW

25

2

```
 1                     FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4    RECORDING:                              PAGE:

 5    24-Hour_Overview                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    VEMMA                        )  Matter No. 1423230

 5                                 )

 6    -----------------------------)

 7                            Date Unknown

 8

 9

10

11

12          The following transcript was produced from a

13    digital file provided to For The Record, Inc. on July 13,

14    2015.

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              P R O C E E D I N G S
 2                -    -    -    -    -
 3              24-HOUR OVERVIEW
 4         TOM ALKAZIN:  Hello, everyone.  My name is Tom
 5  Alkazin and I want to welcome you today to our Vemma
 6  business overview call.  It's my pleasure to act as a
 7  spokesperson today for the person who directed you to
 8  this call and explain to you how this powerful business
 9  and specifically how this remarkable product called the
10  Vemma Nutrition Program could be mutually beneficial,
11  meaning how it could help you as well as your friend who
12  invited you to this call.
13         Now, it's likely that you were directed here
14  because you had a positive experience on Vemma or on our
15  health energy drink called Verve or perhaps with our
16  amazing Vemma body weight management program.  In fact,
17  this is what we find every day.  The majority of people
18  who sample our products fall in love with, number one,
19  how it tastes and, number two, how it makes them feel.
20         So, what is the Vemma story all about?  Well,
21  the foundation rests in two concepts.  Number one, the
22  wellness revolution.  Now, I'm sure you're aware that
23  today more than ever before people are looking all around
24  the world for a way to be well physically, for a way to
25  wake up every day, to have enough energy and to do what
```

5

1    it is they do.  People are searching for health

2    solutions.

3            But number two, and equally important, is that

4    they're looking for ways to be well financially.  They're

5    looking for ways to take control of their future from a

6    financial point of view.  Now, realizing that this new

7    economy that we're all living in requires more individual

8    effort, people are hungry.  They're looking for ways to

9    change their life and make their dreams become a reality.

10           So, let's get started.  Let me give you some

11   information on this remarkable opportunity called Vemma.

12   Now, there are four very important areas we're going to

13   cover today.  Number one, Vemma, the company.  Who is

14   Vemma?  Where did they come from?  What are they about?

15   Most importantly, what's the likelihood that they're

16   going to continue to succeed?

17           Number two, the Vemma product line.  What are

18   they and, more importantly, how are they being received

19   in the marketplace?

20           Number three, the earning opportunity that

21   exists here.  What do you have to do?  What do you have

22   to put in terms of time, effort, energy and money and is

23   the return worth the effort?

24           And, lastly, number four, what should you do

25   next?  Where should go from this point with respect to

1    the information that you have?

2            So, number one, Vemma, the company.  Let me ask

3    you a question.  Have you ever thought about or dreamt

4    about being in the right place at the right time?  Well,

5    you know, this is exactly where we find ourselves today

6    with the Vemma Nutrition Company.

7            You know, when I think of Vemma, the company, I

8    think, first of all, of strength and stability.  Vemma is

9    a nine-year-old company based out of Scottsdale, Arizona,

10   employing over 150 people, a company that controls all of

11   its own manufacturing through a 200,000-square-foot

12   state-of-the-art manufacturing facility that's actually

13   led by a medical doctor with a PhD.

14           When I think of Vemma, I think of company track

15   record, a company approaching $200 million a year in

16   sales.  But listen to this, and more important to you and

17   I, is the fact that Vemma is in position to double in the

18   next 12 to 24 months.

19           And, lastly, when I think of Vemma, I think of

20   solid leadership.  I think of Mr. B.K. Boreyko, the

21   founder and the CEO, a man that has an amazing 17-year

22   track record of success in this industry, a man who has

23   surrounded himself with a proven executive management

24   team, in fact, a team that consists of people who have

25   history and success in taking companies into the multiple

7

1    hundreds of millions of dollars a year in sales.

2            In my over three decades of experience in this

3    industry, Vemma is the best balanced, best positioned

4    opportunity that I've ever experienced.

5            Number two, let's talk a little bit about our

6    remarkable flagship product called the Vemma Nutrition

7    Program.  Now, the word "Vemma" is an acronym.  The V

8    stands for vitamins, the E-M for essential minerals, the

9    other M for mangosteen and the A for aloe.  And simply

10   stated, it is the most complete liquid nutrition program

11   that you can find anywhere.  It contains 12 full spectrum

12   vitamins, 65 major, minor and ultra trace minerals, plant

13   source and delivered in an ionic form, very important for

14   absorption.

15           The other M for mangosteen, a fruit from

16   Southeast Asia, actually termed to be the queen of fruits

17   for its amazing antioxidant capability and the A for aloe

18   vera, renowned for centuries as a healing plant by the

19   ancient Egyptians.  Now, there's a long list of benefits

20   that accompany aloe vera.  And, of course, lastly,

21   decaffeinated organic green tea.

22           So, how does this work?  You take two ounces

23   once a day of this great-tasting liquid, about $2.40 a

24   day for what we call the best nutritional insurance that

25   you can find anywhere.

1       Now, that then extends as well into our second

2    delivery system called Verve, what we like to call the

3    world's first healthy energy drink.  You know, healthy

4    energy, everybody understands the concept of healthy

5    energy.  In fact, Verve is three products in one.  An

6    eight-ounce can contains two ounces of Vemma, six ounces

7    of sparkling purified water, and a proprietary energy

8    blend providing, number one, a nutritional supplement;

9    number two, a healthy alternative giving you a natural

10   lift in energy; and number three, a super juice all

11   contained in one eight-ounce can.

12       And, lastly, our newest addition to the Vemma

13   product line, our breakthrough Vemma body transformation

14   system, helping thousands of people achieve their weight

15   loss and weight management goals, offering Vemma, all of

16   us, an unprecedented opportunity and entry into the $85

17   billion per year weight loss market.

18       Well, next, let me tell you a little bit about

19   our Vemma compensation plan.  Most importantly, how you

20   derive income.  If you love simple ideas, you're going to

21   love how Vemma works.  There are no membership fees,

22   there are no sign-up fees, there are no kits to buy.  All

23   you do to become a part of Vemma with us is place a

24   product order and allow us to help you.

25       Well, how does that actually work?  Well,

9

```
1    imagine this, we're going to help you launch your own
2    company.  You're going to be the president, the CEO, the
3    founder of your own company, and you have two key
4    positions to fill, one on the left side as we call it and
5    one on the right side.  These two individuals are going
6    to lead with you and help you develop what we call two
7    distribution teams.
8                Now, there are a number of ways to derive
9    income in Vemma.  In fact, there are two general
10   categories of income.  The first category of income is
11   called immediate income.  In other words, there's a way
12   to come into Vemma and create immediate cash flow within
13   your first few weeks, even within your first few days.
14   Some people are creating cash flow that amounts to $500,
15   $1,000, $2,000, even $3,000 in their first few weeks and
16   months in the business.
17                But number two, long-term income.  This is the
18   one I want you to understand.  This is the one I want you
19   to capture at least the concept.  This is the concept
20   that some 30 years ago absolutely fascinated me.  This
21   was the idea that changed my life and my family's life
22   financially.  Long-term income or what we call residual
23   income is the ability to build something and have that
24   effort continually pay you on an ongoing basis.  This
25   distribution system, the left side, the right side, the
```

1    ability that, given time, as your organization grows and

2    develops, it's the ability for it continue to pay you for

3    the development of the organization, based on volume all

4    around the world in over 45 countries.

5         So, in conclusion, what should you do next?

6    Well, there are two choices in front of you today.

7    Number one, at the very least, we suggest that you make a

8    great decision for good health.  That simply says get

9    back to the person who invited you on to this call today

10   and lock in your position.  Get the Vemma nutrition

11   program, the Verve energy drink, the Bode transformation

12   system, get it on its way to you for you to begin to

13   experience and allow your body to experience the benefits

14   of these products.

15         Number two, if you recognize an opportunity

16   here -- and now hopefully you do -- we recommend that you

17   begin with one of our builder packs, choosing either the

18   silver builder pack or the gold builder pack, and

19   depending on the type of package you choose, you're going

20   to receive a combination of Vemma, Verve and Bode

21   products.

22         Second, you're going to receive a state-of-the-

23   art ecommerce website free of charge with seamless

24   integration into Facebook and Twitter.  You're going to

25   be able to participate in various conference calls held

1   each week with typically someone earning over $100,000 a
2   year from their Vemma business, calls that teach you not
3   only how to do the business, but how to develop new
4   business.  You're going to receive our eight-step system
5   on how to develop and how to grow your organization.  In
6   fact, there's a group of people standing ready and
7   waiting to partner with you and to help you succeed in
8   your business.
9          Lastly, this decision, imagine this, it's
10  unconditionally satisfaction guaranteed.  You have
11  absolutely no risk.  You'll never ever worry about
12  harming relationships or friendships in the process of
13  building your Vemma business.
14          So, here's how you can start earning money with
15  Vemma immediately.  You know, if you're ready to get on
16  the road towards financial freedom, if you're ready to
17  hit that economic home run, then began today.  As I
18  mentioned, purchase a builder pack.  This qualifies you
19  for the weekly frenzy bonus and BMW/Mercedes car program.
20  We're going to next help you find three people in one
21  week who see what we see, enabling you to earn an extra
22  $6- to $700 in that week.  And by the way, along the way,
23  you're going to find people who opt not for the business,
24  but want to use the product.  When you find three
25  customers, your personal monthly auto delivery becomes

1    free of charge going forward.

2              Thirdly, get BMW/Mercedes car qualified by

3    building two teams to around $5,000 in volume and get set

4    to pick out your brand new automobile.

5              And, lastly, help five new people qualify for

6    their car and you're going to be earning approximately

7    $50,000 a year residual income.

8              Well, folks, success will happen when you

9    follow this simple system.  You will find people just

10   like you and I, in fact, people who have a desire for

11   change and who want to engage in this opportunity.

12             In conclusion, there's a window of opportunity

13   here and I don't want you to miss it.  I want to invite

14   you to join us on this fun, this exciting journey of

15   helping people physically and helping people financially.

16   Take that all important first step now and get back to

17   the person that sent you to this recording.  I want to

18   thank you for listening and hope you have a great day.

19             (The recording was concluded.)

20

21

22

23

24

25

13

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE:  DATE UNKNOWN

6    TRANSCRIPTION DATE:  JULY 20, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  JULY 20, 2015

14

15

16                    ELIZABETH M. FARRELL

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                    SARA J. VANCE

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2            FEDERAL TRADE COMMISSION

3

4

5

6

7     MATTER NO.      1423230

8

9

10    TITLE              VEMMA

11

12

13    DATE        RECORDED:   DATE UNKNOWN

14              TRANSCRIBED:   FEBRUARY 28, 2015

15

16

17    PAGES        1 THROUGH 41

18

19

20

21

22

23              BK IN STAMFORD-

24    CEO_BK_BOREYKO_WE_PLAN_TO_EXCEED_YOUR_EXPECTATIONS

25

2

```
 1                  FEDERAL TRADE COMMISSION

 2                      I N D E X

 3

 4   RECORDING:                              PAGE:

 5   BK In Stamford-CEO BK Boreyko

 6        We Plan to Exceed Your Expectations        4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                      FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Vemma                        )  Matter No. 1423230

 5                                 )

 6    ------------------------------)

 7                                   Date Unknown

 8

 9

10

11              The following transcript was produced from a

12    digital file provided to For The Record, Inc. on February

13    23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                P R O C E E D I N G S
 2                 -    -    -    -    -
 3           VEMMA NEW AFFILIATE ACTION PLAN
 4           (Intro music)
 5           UNIDENTIFIED MALE:  Without further ado, CEO of
 6    the year, Mr. B.K. Boreyko.
 7           (Cheers and applause.)
 8           MR. BOREYKO:  Thank you, Sheel.
 9           Hey, guys.
10           (Cheers and applause.)
11           MR. BOREYKO:  (Inaudible) thank you.
12           (Cheers and applause.)
13           MR. BOREYKO:  Wow.  Hey, you know, if you guys
14    -- I just -- I just want to be full disclosure with you.
15    I'm pretty transparent, you know, and you keep that up,
16    I'm going to be back next week.
17           (Cheers and applause.)
18           MR. BOREYKO:  So, I am -- I am happy to be
19    here.  I got to tell you, been watching what you guys
20    have been doing.  First off, those of you that are new,
21    which is pretty much everybody, welcome to Vemma.
22           (Cheers and applause.)
23           MR. BOREYKO:  And I want to tell you, you heard
24    a little bit about our -- the story of Vemma and what
25    we've been able to go through.  Sheel and Eddie, I got to
```

1    they may be going through in the future, where all of a

2    sudden they'll become more receptive to an opportunity

3    like this.  And, so, you know, 70 percent last year of

4    people just are customers.  And -- and we love our

5    customers.

6              This year, it's trending closer to 80 percent

7    in 2014.  And -- and, so, our best affiliates come from

8    people that fall in love with this product.  And they're

9    like I got to tell people about it.  And just -- I pay

10   you for doing something that you would typically do -- I

11   mean, I'm back there and -- and Ian has got this coconut

12   water, and Eddie comes up, this is the best coconut water

13   on the planet.  And it's like, no heat, and it's got

14   this, 100 percent.  And I'm like, dude, did you get like

15   paid for this?

16             (Laughter.)

17             MR. BOREYKO:  He doesn't.  You buy it at Whole

18   Foods.

19             (Laughter.)

20             MR. BOREYKO:  I'm like, save that for our

21   products, man.  That passion, save it.

22             (Laughter.)

23             MR. BOREYKO:  So, but I -- when -- when you

24   believe in a product, you talk to people about it.  And,

25   so, I pay you -- I pay people just like you about $2

1    million every week for talking about these products.

2    And, so, what I decided as a business owner is instead of

3    Madison Avenue and putting that money into traditional

4    advertising, I want to put it into the hands of the

5    people that fall in love with this product and -- and

6    tell their friends about it and -- and, so, I want to

7    reward word-of-mouth advertising.

8           And for that, some people call me a scam.  You

9    know, some people say that we're not legit.  And -- and -

10   - and, you know, what we did last year, you know, we did

11   something in the networking space that only 17 other

12   companies on the planet pulled off, and that's we grew by

13   over $100 million -- grew by over $100 million.

14          (Cheers and applause.)

15          MR. BOREYKO:  Now, when -- when you do

16   something like that, you tend to get a little bit of

17   attention.   And -- and, you know, the media goes, hey,

18   there's a story here and are we targeting young people.

19   And I -- and I -- you know, whenever I get those kind of

20   inquiries -- thank you very much dear -- whenever I get

21   those kind of inquiries, you know what, I say we target

22   anybody that wants to be an entrepreneur, anybody that

23   wants to have better health or -- or wants to have the

24   opportunity to own their own business.

25          I mean, small business in America is the

1   backbone of this economy, and we target people that want

2   to enjoy better health, and we target people that want to

3   have an opportunity to -- to earn extra part-time income

4   or full-time income.  Maybe it develops into a career

5   income, maybe.  Smaller -- small, small percentage maybe

6   it develops into a life-changing income.  But guess who

7   decides that?  It's not me.  I know my name's at the

8   bottom of the checks, but I don't decide how much you

9   guys get paid.

10         AUDIENCE:  Yep.

11         MR. BOREYKO:  Can you imagine working in a job

12   where you can decide how much you're worth?  You can

13   decide -- I don't care if you want to make 500 bucks a

14   month or $5,000 a month.  I don't care what you want to

15   make.  You get to decide that.  And that is the

16   opportunity here.

17             So, when I get these questions, and -- and, you

18   know, it's -- you're going to hear from -- from us more

19   corporately to just say, hey, guys, you just under-

20   promise and let's over-deliver.  Let's just develop that

21   as a -- as a worldwide, company-wide philosophy.  Let's

22   just -- you know, people are impressed with our products.

23   They -- they go to that website and they read about our

24   science.  They, you know, see videos or they come down

25   and they give -- if they want to come down and get a tour

19

1    of our manufacturing plant, 250,000-square-foot, state-

2    of-the-art manufacturing plant.  I mean, it is a site to

3    behold.

4              And it's -- it's my commitment to your future,

5    because, see, if I was a scam, I wouldn't take a million

6    bucks and spend it on clinical science.  I wouldn't take

7    tens of millions of dollars and create my own

8    manufacturing plant.  Why -- why would somebody that's a

9    scam do that?  Why wouldn't I just put that money --

10   because when you scam people, you basically want to

11   extract money out of their pocket and put it into your

12   pocket so you can go and live the life that you want to

13   live, but what I'm here to say is I'm not going anywhere.

14   You know, my exit strategy for this company that I'm

15   running is I've got kids, and I hope they stop wanting to

16   just drive a forklift -- forklifts --

17              (Laughter.)

18         MR. BOREYKO:  -- and want to run a company,

19   want to -- you know, dad, can I just drive the forklift?

20   I'm like --

21              (Laughter.)

22         MR. BOREYKO:  -- don't you want to sit in my

23   seat?  You know, come on.

24              (Laughter.)

25         MR. BOREYKO:  Just sit in the chair.  It spins.

**App. 1112**

1       MR. BOREYKO:  But what I'm here to tell you is

2   think long-term.  Think of the fact that two to four

3   years invested into this business, you have a great

4   chance of setting yourself up financially for potentially

5   the rest of your life.  School doesn't really tell you

6   that.  I mean, you know, it's -- and I'm not going to bag

7   on schools, because I got criticized, and I -- and I even

8   told the media, I said I'm not making these facts up, I'm

9   just sharing these facts.

10      (Laughter.)

11      MR. BOREYKO:  You know, I didn't -- I didn't

12  print that 17 percent of 2014 graduates had a job offer.

13  That's not me.  I just took the Forbes article and I

14  shared it.  And they go, well, you're disrespecting

15  school.  And, oh, here's the media right here on my

16  phone.  Just hit decline.

17      (Laughter.)

18      (Cheers and applause.)

19      MR. BOREYKO:  So, you are not -- I am -- I am

20  committing to you this day going forward, you are not

21  going to hear me say anything negative about school.  The

22  fact that 52 percent of college --

23      (Laughter.)

24      MR. BOREYKO:  -- college graduates are

25  unemployed; 47 percent of those college graduates that

1   have a job are in jobs that don't require a college

2   degree.  You are not going to hear that from me anymore.

3   Because I had no idea how the media will come after

4   you if you disrespect higher education, because I --

5   here's -- here's what I love about Vemma, here's what I

6   love about life, you do not get penalized for being

7   smart.  I mean, there's basically -- if you get a degree,

8   you're -- we don't look at you any differently than those

9   -- well, I guess the world looks at you differently.

10         (Laughter.)

11         MR. BOREYKO:  But me, I don't.  Man, I barely

12   got through high school.  So, if you're with me on that

13   one --

14         (Cheers and applause.)

15         MR. BOREYKO:  -- you know, I -- I -- what I'm

16   here to say is that -- is that dreaming and imagination

17   is more powerful than knowledge.  You can't -- you can't

18   take your dreams -- and, you know, when I was -- when

19   I was getting into a new city like -- and you guys have a

20   -- just an absolutely beautiful city here in Connecticut.

21   I'm just -- we were driving through and looking at the

22   trees and the houses, just absolutely stunning.

23         But have you ever used like Google Maps?  Have

24   you ever used a, you know, GPS?  Do you realize, you

25   know, how handy that is, that it gets you where you want

1    to go?  And every one of you has a GPS inside of you, and

2    it's your dreams and it's your desires, it's your "why"

3    is your GPS.  And that's going to take you where you want

4    to go.

5           But this is what you need to understand, is

6    that there are people on this planet that don't want to

7    see you achieve your dreams.  They don't want to see you,

8    you know, go after your "why's."  I don't understand.

9    You know, they call it a crab pot mentality.  We had

10   seafood last night, took some of the leaders out and, you

11   know, the old crab pot philosophy is you get one -- you

12   go crabbing, you get one crab, you put a lid on it,

13   because the crab will crawl out of the pot.  But you get

14   two or more crabs in a pot and you can leave the lid off,

15   because when one guy is trying to break away, when one

16   guy -- one lady is trying to, you know, make a better

17   life for herself, the other crabs will do what?

18           AUDIENCE:  Pull her down.

19           MR. BOREYKO:  Oh, my goodness.  And it's true.

20   And I'm here to tell you, you know, this event you feel

21   great.  You know, you're like, I can conquer the world.

22   But when you go out into that world, you are going to get

23   some objection and you are going to get some criticism.

24   You know, you're going to get people calling you a

25   pyramid scheme.  I mean, for 19 years of my career

1   they've called me a pyramid scheme.  And I'm like,

2   seriously, do you have any idea what the definition of a

3   pyramid scheme is?

4           (Laughter.)

5           MR. BOREYKO:  Because I -- I'm pretty sure I am

6   the exact opposite a pyramid scheme.  But you get that.

7   I mean, I -- people will -- will at-me on Twitter and

8   just say terrible things about me.  And -- and I'm

9   sitting here thinking to myself, what am I trying to do?

10  I'm just trying -- hey, I'm giving you an opportunity and

11  I don't guarantee that you're going to be successful.  I

12  guarantee my products.

13          If you -- do you realize that we have a 30-day,

14  money-back guarantee on our products, but if you have

15  resellable product, we guarantee it for a year, 100

16  percent money-back guarantee for a year?  And, so, if you

17  have a case of product sitting around and six months or a

18  year from now you say, you know, this business isn't for

19  me, we will give you your money back.  I don't know how

20  much more protected you can be.  I don't think -- if you

21  go get a -- this is the last time I'll talk about

22  college.

23          (Laughter.)

24          MR. BOREYKO:  You go get a college -- you go

25  get a college degree and then a year from now you say,

1    so, what are you going to do?

2           (Laughter.)

3           MR. BOREYKO:  Because I really don't know, but

4    I'm with you.  And was that his best financial decision

5    he's ever made?

6           (Cheers and applause.)

7           MR. BOREYKO:  So, I'm here to tell you life

8    happens.  And it's not all, you know, happy high notes.

9    There are some lows, there are some disappointments, but

10    that -- and Vemma is like life.  I mean, sometimes you're

11    great; sometimes -- your key is just be -- my dad used to

12    tell me, Son, be like a duck, you know?  On the surface,

13    you're calm and you're cool, but under the water, you

14    paddle like hell.  I mean, you just got to go.  You just

15    got to go.

16           And -- and I am just so proud of the job that

17    you guys have done in such a short period of time.  I

18    mean, kicking out some great numbers, but think about

19    this.  My job at home office is to make you look good.

20    I've got a payroll -- I got a payroll -- get a load of

21    this.  My monthly payroll at home office, just for my

22    home office staff, not for the -- not for the

23    manufacturing, $1.6 million a month that I put into the

24    hands of people that their number one job is to make you

25    look good.  Their number one job is to help you get

1    successful, to whatever your level of dreams is.

2              For some people, if their level -- idea of

3    success is just to ensure free product, hey, that's

4    great.  If they want to make $500 a month, that's great.

5    You support them, because, you know, my goal when I first

6    started in this industry was to make $2,000 a month.  If

7    you were to talk to me about $10,000 or $50,000 or

8    $100,000 or $200,000, or $500,000, you would have

9    completely blown me out of the water.  I wouldn't -- I

10   couldn't even get my head around that.

11              We got to under-promise.  $500 a month, $1,000

12   a month, $2,000 a month?  That's something that people

13   could get their arms around and say, hey, in a year from

14   now, if I could make $2,000 a month, this would be a

15   successful venture because it's just part-time.  You're

16   just taking your downtime and you're running your

17   business from your cell phone, seriously.  You're just

18   connecting and talking to people; you're building

19   relationships.  I mean, under-promise and over-deliver.

20              But you know what happened when I hit $2,000 a

21   month?  It actually happened a little bit before that,

22   but I thought I could do four.  And -- and then when I

23   hit four, you know what I thought?  Hey, I could do

24   eight.  I couldn't think about eight when I was getting

25   in and that six months it took me to get there.  I

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: DATE UNKNOWN

6    TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                   DATED:  FEBRUARY 28, 2015

14

15

16                   SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                   ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2             FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.     1423230

9

10

11   TITLE              VEMMA

12

13

14   DATE         RECORDED:  UNKNOWN

15                TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES         1 THROUGH 9

19

20

21

22

23             VEMMA - NEW CUSTOMER

24

25

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Vemma - New Customer                      4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    -----------------------------)

7                                Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 21,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3          B.K. BOREYKO:  Hi, I'm B.K. Boreyko.  And I

 4    want to thank you for the time that you're investing here

 5    today.  I started a company called Vemma, and I just want

 6    to share what Vemma can do for you and your family.  And

 7    if you like what you hear, if you like the culture that

 8    we've created, if you like the brands that we've

 9    established, how you can become a part of it.

10          (Music.)

11          B.K. BOREYKO:  We have been telling essentially

12    the same story for the last eight years, and that story

13    revolves around antioxidants.

14          MS. STRAPAZZON:  About 10 years ago, B.K. came

15    and had this challenge to create the best nutritional

16    supplement out there in the market.  And after several

17    analyses of the literature, the scientific literature in

18    supplementation, we were able to come up with kind of the

19    roadmap for our supplement.

20          (Music.)

21          B.K. BOREYKO:  There's so much science behind

22    the benefits of antioxidants that I tasked my chief

23    science officer, Dr. Yibing Wang, some eight years ago to

24    come up with the world's most powerful liquid

25    antioxidant, and this is what he created, this Vemma
```

1          CUSTOMER:  We have this journey together.  It

2   changed our marriage; it changed our family life; and

3   this just a fresh start for us.

4          BRAD HOOVER:  I'm Brad Hoover.  I'm from

5   Lexington Park, Maryland, and I lost 42 pounds on the

6   Bode Challenge.

7          B.K. BOREYKO:  Make a commitment to invest the

8   next 12 weeks of your life into joining the Chris Powell

9   Bode Challenge.

10         (Music.)

11         B.K. BOREYKO:  Imagine you taking this -- the

12   products, taking it, putting it on your Facebook, talking

13   about it and talking about your experience and it goes

14   viral, and all of a sudden you've got lots of people

15   wanting to try this product.  Then all of a sudden,

16   you're going to be getting cash back.  In fact, if you

17   can find just three people that want to get started and

18   promote these products like you're promoting them, then

19   you're going to make over $500 in a week.

20         Could you imagine not having to pay gas for a

21   whole month?  Could you imagine being able to pay off

22   some of those nagging bills and get some of that pressure

23   off you?  Well, every week that you do that, you could

24   earn $500 and then maybe $1,000, and maybe that could go

25   to $2,000.

8

1          But it all starts with you making a decision to

2     get on this product.

3          (Music.)

4          B.K. BOREYKO:  You know how those credit card

5     companies give you like a vacation to choose from?  We

6     have a little bit different slant on that, as well.  We

7     have a program where you can qualify for a BMW or a

8     Mercedes.  Imagine, it's almost like having a vacation

9     every day as you drive around in this new car.

10          (Music.)

11          B.K. BOREYKO:  You know, when I started this

12     company, I started it with one purpose, and that purpose

13     was to help families avoid the pain that I went through.

14     And I was blessed with great parents that taught me that

15     one person can make a difference and that one person can

16     impact and start a movement.  And we have started a

17     movement that is turning into a revolution.  It's your

18     turn.  It's your time.

19          (The video concluded.)

20

21

22

23

24

25

1    C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  JULY 30,2015

14

15

16                      SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                      ELIZABETH M. FARRELL

                                                                    1

1                   OFFICIAL TRANSCRIPT PROCEEDING

2                     FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.      1423230

9

10

11   TITLE              VEMMA

12

13

14   DATE          RECORDED:  UNKNOWN

15                 TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES          1 THROUGH 6

19

20

21

22

23       VEMMA AFFILIATE MARKETING TEXT INVITE - VEMMA APP

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                              PAGE:

5      Vemma Affiliate Marketing Text Invite - Vemma App      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Vemma                          )  Matter No. 1423230

5                                    )

6     ------------------------------)

7                                Date Unknown

8

9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on July 21,

13     2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1              P R O C E E D I N G S

 2              -    -    -    -    -

 3         B.K. BOREYKO:  If you've ever bought anything

 4    from Amazon.com, you're going to get this concept your

 5    friend wanted me to share with you.  Hi, I'm B.K.

 6    Boreyko, and here's what's got your friend so excited

 7    about Vemma.  You see, a huge reason why Amazon did over

 8    $70 billion in sales last year is a concept they do very

 9    well.  It's called affiliate marketing.

10              And here's how simple it works.  You become an

11    affiliate for free; you place the little Amazon icon on

12    your website.  When someone goes and clicks and buys

13    something, you get rewarded.  And just how well does it

14    work?  About $2.4 billion was earned last year by these

15    Amazon affiliates.

16              Now, with Amazon, you click on that little

17    icon, but with Vemma, you click with people.  You see,

18    Vemma manufactures and markets some incredibly

19    innovative, massively consumable brands to people wanting

20    to lose weight, add some healthy energy to their life, or

21    enjoy a healthy iced coffee or tea, or maybe even slow

22    down the aging process with what could be the world's

23    most powerful liquid antioxidant.

24              You know, our secret to exploding sales last

25    year by over $100 million to finish at $221 million lies
```

5

1    in our approach to our affiliate marketing strategy.  You

2    see, rather than competing head-to-head with the mega-

3    companies in our space in traditional advertising, we

4    take more of a social approach.

5          Now, you know how Amazon does affiliate

6    marketing.  Vemma's approach is to combine it with more

7    of a personal touch.  And here's how it works.  If you

8    like our products, let your friends know about it.  Do

9    you realize 92 percent of people prefer a personal

10   recommendation to buy something over traditional

11   advertising?

12         And whether you get three or four customers and

13   enjoy free product or that lightbulb comes on and you get

14   how powerful this concept is, when you meet some of the

15   people that have partnered up with us and have begun

16   generating an extra $500 a month, an extra $5,000 a

17   month, or maybe even $50,000 a month part-time, and guess

18   what, it's happening for people just like you.

19         You know what my suggestion is, get your friend

20   on the phone.  Go old school.  Don't text him back.  And

21   find out how you can cash in on this affiliate marketing

22   phenomenon.  Thanks for listening, and you're going to be

23   glad you did.

24         (The video concluded.)

25

6

1            C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                     DATED:  JULY 30,2015

14

15

16                     SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                     ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.    1423230

9

10

11    TITLE              VEMMA

12

13

14    DATE          RECORDED:  UNKNOWN

15               TRANSCRIBED:  JULY 29, 2015

16

17

18    PAGES          1 THROUGH 9

19

20

21

22

23    WELCOME TO VEMMA!  YOUR JOURNEY TO SUCCESS BEGINS HERE!

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                   PAGE:

5    Welcome to Vemma!  Your Journey to Success

6         Begins Here                               4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Vemma                          )  Matter No. 1423230

 5                                   )

 6    -----------------------------)

 7                               Date Unknown

 8

 9

10

11         The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S
2                    -    -    -    -    -
3              B.K. BOREYKO:  Hi, I'm B.K. Boreyko, and I want
4     to thank you for the time you're investing here today.  I
5     started a company called Vemma, and I just want to share
6     what Vemma can do for you and your family.  And if you
7     like what you hear, if you like the culture that we've
8     created, if you like the brands that we've established,
9     how you can become a part of it.
10             (Music.)
11             B.K. BOREYKO:  We have been telling essentially
12    the same story for the last eight years, and that story
13    revolves around antioxidants.
14             MS. STRAPAZZON:  About 10 years ago, B.K. came
15    and had this challenge to create the best nutritional
16    supplement out there in the market.  And after several
17    analyses of the literature, the scientific literature in
18    supplementation, we were able to come up with kind of the
19    roadmap for our supplement.
20             (Music.)
21             B.K. BOREYKO:  There's so much science behind
22    the benefits of antioxidants that I tasked my chief
23    science officer, Dr. Ibin Wang, some eight years to come
24    up with the world's most powerful liquid antioxidant, and
25    this is what he created, this Vemma formula.  And it all
```

1    an app that fits into your life.

2            CUSTOMER:  We have this journey together.  It

3    changed our marriage; it changed our family life; and

4    this is just a fresh start for us.

5            BRAD HOOVER:  I'm Brad Hoover.  I'm from

6    Lexington Park, Maryland, and I lost 42 pounds on the

7    Bode Challenge.

8            B.K. BOREYKO:  Make a commitment to invest the

9    next 12 weeks of your life into joining the Chris Powell

10   Bode Challenge.

11           (Music.)

12           B.K. BOREYKO:  Imagine you taking this -- the

13   products, taking it, putting it on your Facebook, talking

14   about it and talking about your experience and it goes

15   viral, and all of a sudden you've got lots of people

16   wanting to try this product.  Then all of a sudden,

17   you're going to be getting cash back.  In fact, if you

18   can find just three people that want to get started and

19   promote these products like you're promoting them, then

20   you're going to make over $500 in a week.

21               Could you imagine not having to pay gas for a

22   whole month?  Could you imagine being able to pay off

23   some of those nagging bills and get some of that pressure

24   off you?  Well, every week that you do that, you could

25   earn $500 and then maybe $1,000, and maybe that could go

8

1    to $2,000.  But it all starts with you making a decision

2    to get on this product.

3            (Music.)

4            B.K. BOREYKO:  You know how those credit card

5    companies give you like a vacation to choose from?  We

6    have a little bit different slant on that, as well.  We

7    have a program where you can qualify for a BMW or a

8    Mercedes.  Imagine, it's almost like having a vacation

9    every day as you drive around in this new car.

10           (Music.)

11           B.K. BOREYKO:  You know, when I started this

12   company, I started it with one purpose, and that purpose

13   was to help families avoid the pain that I went through.

14   And I was blessed with great parents that taught me that

15   one person can make a difference and that one person can

16   impact and start a movement.  And we have started a

17   movement that is turning into a revolution.  It's your

18   turn.  It's your time.

19           (The video concluded.)

20

21

22

23

24

25

9

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                     DATED:  JULY 30,2015

14

15

16                     SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                     ELIZABETH M. FARRELL

1

1              OFFICIAL TRANSCRIPT PROCEEDING

2               FEDERAL TRADE COMMISSION

3

4

5

6

7

8     MATTER NO.     1423230

9

10

11    TITLE              VEMMA

12

13

14    DATE          RECORDED:  UNKNOWN

15                  TRANSCRIBED:  JULY 29, 2015

16

17

18    PAGES         1 THROUGH 6

19

20

21

22

23       3 STEP PLAN -- HOW 8 PEOPLE CAN CHANGE YOUR LIFE

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4    RECORDING:                              PAGE:

5    3 Step Plan -- How 8 People Can Change Your Life      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                    )

6    -----------------------------)

7                             Date Unknown

8

9

10

11         The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                   P R O C E E D I N G S
2                   -    -    -    -    -
3          NARRATOR:  It's really a simple thing.  I mean,
4   eight people just like you changed my life and their
5   lives forever.  It all started with this company called
6   Vemma.  They're all about health and wellness and
7   providing people with ultra-premium vitamins, energy
8   drinks, and weight-loss products.
9               You see, they don't pay for typical advertising
10  like you see on TV.  And instead, I get rewarded for
11  sharing it with people I know.  So, first, I introduced
12  it to my mom, and then my best friend Erin, and my
13  coworker Mary.  And they became my first customers.  They
14  bought the same amount of product I bought, and you know
15  what that means, my product was now free.  This started
16  the ball rolling.
17               I soon met Matt and Shawna and helped them
18  change their life by getting them to share Vemma and
19  Verve.  They saw what I was doing, and they both quickly
20  made it to the gold level.  I got a sweet trophy for
21  that, my pick of a BMW, Mercedes, or Mini Cooper that
22  Vemma helped me pay for.  I went with the black BMW, and
23  I -- I still couldn't believe this was happening.
24               And, no, the story doesn't end with me posting
25  Instagram photos every 10 seconds.  I knew there was
```

**App. 1143**

5

1   something more.  As my team grew, I continued to help my

2   friends, Matt and Shawna, plus three others to get their

3   BMWs.  Well, actually, Matt chose the Mercedes.

4           Now I'm making a residual income of 50K a year.

5   You could say life is good -- real good -- thanks to

6   Vemma.  You just never know how eight people can truly

7   change your life.

8           (The video concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE: UNKNOWN

6     TRANSCRIPTION DATE: JULY 29, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  JULY 30,2015

14

15

16                      SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                      ELIZABETH M. FARRELL

1

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2                   FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7

 8   MATTER NO.      1423230

 9

10

11   TITLE              VEMMA

12

13

14   DATE            RECORDED:  UNKNOWN

15                   TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES          1 THROUGH 37

19

20

21

22

23                   DARIK ALEXANDER

24

25
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Darik Alexander                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3   In the Matter of:              )

4   Vemma                          )  Matter No. 1423230

5                                  )

6   ------------------------------)

7                                  Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 21,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S
 2                    -    -    -    -    -
 3             B.K. BOREYKO:  Hello, Vemma Team.  Welcome to
 4   this month's message of the month.  And I am sitting here
 5   with Darik Alexander from Seattle Washington.
 6             DARIK ALEXANDER:  Yes, indeed.
 7             B.K. BOREYKO:  Are you Star Ambassador?
 8             DARIK ALEXANDER:  Pushing.
 9             B.K. BOREYKO:  Come on!
10             DARIK ALEXANDER:  We're coming, we're coming,
11   we're coming.
12             B.K. BOREYKO:  What is up with this brand --
13   not brand new investor, but a relatively new investor.
14             DARIK ALEXANDER:  Yes, yes.
15             B.K. BOREYKO:  And I'm just proud of the job
16   that you're doing.  Tell us -- you know, I'm excited
17   about this, as we sit here at the beach house, and so,
18   folks, if you hear the --
19             DARIK ALEXANDER:  Beautiful.
20             B.K. BOREYKO:  -- background noise, if the wave
21   noise is too much, I apologize in advance.  But,
22   hopefully, one day soon I'm going to be interviewing you
23   in a message of the month here in the beach house, but
24   welcome to Carlsbad.
25             DARIK ALEXANDER:  Thank you, B.K.
```

1    in that sense.

2              B.K. BOREYKO:  All right.  You're talking a

3    little bit about money here.  You've been in the business

4    14 months.  What's -- what's been your largest month in

5    income?

6              DARIK ALEXANDER:  Yeah, well, I actually -- I

7    was really blessed to skip pres., and then I got the star

8    pres. -- pres. and star pres. bonus together with the

9    last week, a cycle, so it pushed -- I think it was either

10   -- it was like $12,600 or $13,000, and I didn't -- it was

11   funny, it was 4th of July.  I had no cell service; we

12   were lighting off fireworks, didn't have service the

13   whole day.  We were driving back, in front of my phone,

14   and on the first day from the bonus I had made $9,000.  I

15   looked at my phone, I was like, all right, cool.  What?

16   Because I didn't remember the bonus.  And it -- it really

17   blew my mind.

18              B.K. BOREYKO:  So, in a month, what are you --

19   what are you bringing down now?

20              DARIK ALEXANDER:  At this point, I'm at about

21   $25 residual, which is, you know, pretty incredible.

22   And, you know, it's not about what you make for you guys;

23   it's about what you can keep.  I was really humbled by

24   learning about, you know, having to really invest in

25   taxes.  You know, we don't talk about it all the time,

1  but focus on your writeoffs, save receipts.  It is

2  important.

3          And I learned that the worse way.  I really got

4  to the point where I was, like, oh, I'm making all this

5  money, I'm good.  It's like, no, it's not about what

6  you're making; it's about what you can keep.  And my dad,

7  he grilled me.  He sat me down; he was like, no, we are

8  going to have a system.  It's going to be organized and

9  you're going to do what I say.  And I'm, like, yes, Pops.

10          B.K. BOREYKO:  Yeah.  I mean, you do get a lot

11  of tax deductions when you're building your business, a

12  lot of --

13          DARIK ALEXANDER:  Which is incredible.

14          B.K. BOREYKO:  -- your traveling, a lot of your

15  expenses when you take somebody out for lunch or dinner,

16  you're able to write that off.  And, so, it is an

17  important -- it's exciting because you get to, you know,

18  first off, pay taxes.  We live in a great country.

19          DARIK ALEXANDER:  Yes.

20          B.K. BOREYKO:  I mean, I always -- you know,

21  I'm happy to pay taxes, but I want to pay my fair share.

22          DARIK ALEXANDER:  Yep.  Yeah.

23          B.K. BOREYKO:  And to make sure that you get

24  together with a competent tax consultant, that will be --

25          DARIK ALEXANDER:  (Inaudible).

1          B.K. BOREYKO:  -- able to guide you through

2    that.  But that -- that's impressive.  Now, I got to put

3    a little disclaimer.  Are these results typical?

4          DARIK ALEXANDER:  I mean, it depends on you.

5    I'm not going to say anything, but, you know, it's -- you

6    know, you'll see these people that are high-ranked, and

7    you're like, wow, look what they did.  But it's not --

8    it's not you.  You know, all I really did was I got

9    people to see the exact same vision that I saw by

10   leveraging these master people on my team, these

11   masterful speakers, these amazing people.  These

12   conversations were created.  I let the conversations

13   happen.  The networks formed by repeating these

14   conversations.  So, you know, no -- no great leader --

15          B.K. BOREYKO:  It's not rocket science.

16          DARIK ALEXANDER:  It's not rocket science, and

17   no great leader is what they are without your team.

18          B.K. BOREYKO:  Yeah.

19          DARIK ALEXANDER:  I am -- I am -- all I am is

20   just speaking for these amazing people in my organization

21   that have humbled me into the realization that we all

22   really can make this happen.  And I was just the first.

23   I'm just the first.  That's it.

24          B.K. BOREYKO:  Well, I got to tell you, zero to

25   $25,000 a month in a 14-month period of time is not

1    typical.  Your results are going to vary.  You -- but if

2    you did half that well, if you did a fourth that well, if

3    you did a tenth that well, you know, at least you're

4    getting started.  And are there people doing better than

5    you?

6                DARIK ALEXANDER:  Oh, yeah.  Oh, yeah.  And

7    there's people going faster than me.  Yeah, there are

8    people that are making things work really quickly.  You

9    know, we have a guy, he went star platinum in three

10    months.  It took me a month and a half to hit bronze; it

11    took more than two months to hit bronze.  But the speed

12    doesn't matter.  That's what I want people to understand.

13    You can't ever get discouraged.

14                If you see other people are hitting these crazy

15    ranks, and you're like, wow, they're hitting these ranks,

16    I'm still at this one, don't let that matter.  There's

17    people that, you know, didn't make any money for a year

18    and they go platinum.  Do not ever focus on other

19    people's ranks.  Focus on yours.  It's not a sprint; it's

20    a marathon.

21                Results may vary, but, you know, don't quit,

22    never quit, because when you quit, the only person you

23    can blame is the person, you know, when you brush your

24    teeth every morning, and I don't want that to be me or

25    anyone else in my organization.

1     C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE: UNKNOWN

6     TRANSCRIPTION DATE: JULY 29, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                  DATED:  JULY 30,2015

14

15

16                  SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                 ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.     1423230

9

10

11   TITLE              VEMMA

12

13

14   DATE          RECORDED:  UNKNOWN

15                 TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES         1 THROUGH 6

19

20

21

22

23          VERVE TEXT INVITE - VEMMA APP

24

25

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                            PAGE:

 5      Verve Text Invite - Vemma App           4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Vemma                        )  Matter No. 1423230

 5                                 )

 6    -----------------------------)

 7                                 Date Unknown

 8

 9

10

11         The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S

2                      -    -    -    -    -

3          ALEX MORTON:  What's up, guys?  My name is Alex

4    Morton, and your friend sent you this message because

5    they're excited and fired up about a concept, a product,

6    and an opportunity that is helping thousands of young

7    people all over the world be their own boss, set their

8    own time, set their own income, and run a global business

9    from their smartphone.  And they're getting to a point

10   where they can retire mom and dad, pay off student loan

11   debt, travel the world with their best friends, guys, and

12   live the life they want to live.

13          The next step is call back your friend who sent

14   you this video.  Hey, they liked, trusted, and respected

15   you enough to share this video with you.  Call them back;

16   get your questions answered; find out if this is

17   something you want to be a part of or not.

18          But, hey, I'm telling you guys right now, this

19   is the next big thing.  Imagine going back in time and

20   investing in Red Bull in day one, Apple, day one, okay?

21   Microsoft, day one; Facebook, day one.  This is that next

22   big thing that is allowing young people all over the

23   world to live their dream life.

24          Guys, you're going to be one of three types of

25   people in life:  people that make things happen, watch
```

6

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  JULY 30,2015

14

15

16                       SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                       ELIZABETH M. FARRELL

1

1           OFFICIAL TRANSCRIPT PROCEEDING

2

3              FEDERAL TRADE COMMISSION

4

5

6

7

8

9    MATTER NO.     1423230

10

11

12   TITLE              VEMMA

13

14

15   DATE          RECORDED:   UNKNOWN

16                 TRANSCRIBED:   JULY 29, 2015

17

18

19   PAGES          1 THROUGH 33

20

21

22

23

24              YPR RADIO - LUKE HESSLER

25

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                   PAGE:

5    YPR Radio - Luke Hessler                        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Vemma                        )  Matter No. 1423230

 5                                  )

 6    -----------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                P R O C E E D I N G S

 2                   -    -    -    -    -

 3            (Music and introduction.)

 4            UNIDENTIFIED SPEAKER:  Take advice from the

 5    people that are getting the results.

 6            ERIC THOMAS:  I love it, I love it.  It's go

 7    time.  This is about to be explosive.

 8            UNIDENTIFIED SPEAKER:  I can definitely say it

 9    was the best decision I've made.

10            ERIC THOMAS:  Wow, wow.

11            UNIDENTIFIED SPEAKER:  You know, enjoy the

12    ride.  It's definitely a fun ride.

13            ANNOUNCER:  YPR Radio, Radio, Radio, Radio.

14            (Cheers.)

15            ERIC THOMAS:  What up?  What up?  What up?

16    What up?  It's your boy, E.T.  Welcome to another edition

17    of YPR Radio.  Let me tell you all something, man.  I'm

18    pumped up.  I keep saying it.  Season two, which means

19    what?  Season one is over.  We're still in here.  We're

20    still doing it.  Some people talk about it; other people,

21    they make it happen.  And here Verve, man, we're making

22    it happen.

23            This is about to be explosive.  I got another

24    one of my guys from the Midden -- E.T., what's the

25    Midden?
```

1    those people that's a natural leader.  When you're around

2    him, you just feel better for some reason.  You know

3    those people that just walk in the room and -- and it's

4    just -- it just rises up the vibes and it makes everybody

5    feel better.  And he's just one of the best leaders and

6    one of the best people I've really ever met.  And I'm so

7    excited for him to get online right now.

8            ERIC THOMAS:  Good.  Kyle, where are you?

9            KYLE LOKAR:  E.T., can you hear me, brother?

10           ERIC THOMAS:  What it do, baby?  How you

11   feeling, man?

12           KYLE LOKAR:  I'm feeling good.  How are you?

13           ERIC THOMAS:  Oh, man, blessed, man.

14   Phenomenal.  If you're in the 248, you're not doing as

15   well as I'm doing right now, right?  All right?  I got a

16   nice sunset right here.  Hey, I'm from the 248, so I

17   already know what the weather is like, it's beautiful

18   here, man.  Shorts.  I've got on shorts and a t-shirt.

19   So, I'm doing phenomenal, man, of course --

20           KYLE LOKAR:  (Inaudible).

21           ERIC THOMAS:  -- here at YPR, man, other than

22   home, there's no better place for me to be.  This is my

23   second home, man, so talk to us, man.  Talk to us; talk

24   to the listeners.  Why is this the opportunity of a

25   lifetime?

1          KYLE LOKAR:  Wow.  Oh, guys, you know, if

2    you're hearing about this for like one of the first

3    times, just kind of checking it out, this is something

4    that can truly change your life forever, you know what I

5    mean?  Every single time I get a chance to talk, I like

6    to thank my enroller, Alex Furman (phonetic), who is an

7    executive, too, because, you know, if it wasn't for him I

8    wouldn't be here today, I wouldn't even be in Vemma.

9          You know, it always takes that right person to

10   really get through to you and make you realize your true

11   potential, because that's exactly what a leader does, you

12   know, they just -- they see more in you than you see in

13   yourselves.  So, it's like, you know, with this, this is

14   -- this is a vehicle to get you wherever you truly want

15   to go in your life.

16          I was working a couple of minimum-wage jobs

17   before I heard about this.  I was so stuck in that

18   employee mind set, I was just trading my hours for

19   dollars and didn't really have any time or money.

20          ERIC THOMAS:  Yeah.

21          KYLE LOKAR:  And then I kind of found this

22   opportunity where I could invest time into it and invest

23   time into myself, invest time into the people around me

24   and create an asset that was going to pay me for the rest

25   of my life, you know?  And -- and that's really, really,

1    really powerful.  I always say it to my organization,

2    it's just work worth doing.

3           You know what I mean?  Right now, you know,

4    we're in a tough economy where, you know, a lot of people

5    are struggling, and this is an opportunity for us --

6           ERIC THOMAS:  Absolutely.

7           KYLE LOKAR:  -- right now with --

8           ERIC THOMAS:  Absolutely.

9           KYLE LOKAR:  -- where the stars are kind of

10   aligned.  It's a perfect storm, you know, a perfect storm

11   of opportunity for us right now.  And, you know, you just

12   got to capitalize on it.

13          LUKE HESSLER:  Yes.

14          ERIC THOMAS:  Yeah, no doubt, man.  You

15   couldn't have said it any better.  Hours for dollars,

16   man, and this is -- because of what we face as a country

17   economically, this is definitely the opportunity of a

18   lifetime, you know?  And I always say --

19          KYLE LOKAR:  Absolutely.

20          ERIC THOMAS:  -- I've seen, you know, a lot of

21   different companies, but companies that give this age

22   bracket and opportunity, man, I've never seen young

23   people make this type of impact and make this kind of

24   money, you know.  And, so, Kyle, once again, man, it's

25   the 269, so I know -- I now you're in The Mitten, baby.

1    I hope to see you soon.

2              KYLE LOKAR:  Yep.

3              ERIC THOMAS:  And hopefully one day, man, here

4    on YPR Radio, man.  Thank you so much for your time.

5    Thank you guys for what you're doing, because you know

6    your success means success for Michigan.

7              LUKE HESSLER:  Yes.

8              ERIC THOMAS:  So, we thank you for introducing,

9    you know, the young people of Michigan with this

10   opportunity.  And wish you guys nothing but success, man.

11             KYLE LOKAR:  Hey, thanks a lot for having me

12   on, E.T., and go Green, baby!

13             ERIC THOMAS:  Go White!

14             LUKE HESSLER:  Go Green.  Let's get it.

15             ERIC THOMAS:  All right, man, we'll see you in

16   a minute.

17             So, talk to me, man, Luke.  You got, you know,

18   one shot, one opportunity, you know, what are you telling

19   those young people, you know, who are listening and, you

20   know, they don't really know if this is the opportunity

21   for them or those who have gotten started and they

22   haven't, you know, reached the success that they dreamed

23   of, they've hit a wall, what are your -- what are your

24   final words to them?

25             LUKE HESSLER:  Let me -- let me give you two

1    different answers for both people.  Number one, if you

2    don't think that -- you know, if you're not sure if this

3    is for you, I want you to write out your perfect job,

4    your perfect dream job, you know, what would you do?

5    You'd probably want to travel.  You'd probably want to

6    meet people.  You'd want to probably have a sense of

7    purpose.  You'd probably, you know, want to go out there

8    and create a lifestyle and create financial freedom.

9              You know, and that's really what this is.  And,

10   so, you know, trying to create that perfect dream job,

11   and ask yourself, you know, why not?  Why not Vemma?  You

12   know, why couldn't it be for you if it worked for

13   everybody else?  Why not you?  Why can't you create that

14   lifestyle?

15             And for the people that are kind of, you know,

16   on the fence that are kind of maybe struggling a little

17   bit they're not sure, you know, you know, how to get to

18   that next level, you know, you just got to kind of tell

19   yourself, this is what I told myself to do that four

20   months of struggling, you got to tell yourself every

21   single day, I'm not there yet, but I'm closer than I was

22   yesterday.

23             ERIC THOMAS:  Absolutely.

24             LUKE HESSLER:  That's just every day, I'm not

25   there yet, but I'm closer than I was yesterday.  And if

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JULY 30,2015

14

15

16                         SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                         ELIZABETH M. FARRELL

1

1                OFFICIAL TRANSCRIPT PROCEEDING

2                  FEDERAL TRADE COMMISSION

3

4

5

6

7

8     MATTER NO.      1423230

9

10

11    TITLE                VEMMA

12

13

14    DATE            RECORDED:  UNKNOWN

15                    TRANSCRIBED:  JULY 27, 2015

16

17

18    PAGES          1 THROUGH 17

19

20

21

22

23              JED BUENALUZ ON LEADING BY EXAMPLE

24                FROM THE VERVE LEADERSHIP

25

2

```
 1                   FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4   RECORDING:                              PAGE:

 5   Jed Buenaluz on Leading by Example from

 6        the Verve Leadership                 4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    -----------------------------)

7                                   Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 22,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                   P R O C E E D I N G S
 2                   -    -    -    -    -
 3           (Cheers.)
 4           JED BUENALUZ:  You guys are awesome.
 5           (Cheers.)
 6           JED BUENALUZ:  How's everybody doing?
 7           (Cheers.)
 8           JED BUENALUZ:  YPR, how's everybody doing?
 9           (Cheers.)
10           JED BUENALUZ:  How many here drove more than
11   two hours to be at this event?
12           (Cheers.)
13           JED BUENALUZ:  Wow.  Hey, one more time, make
14   some noise and give yourselves a round of applause.
15           (Cheers and applause.)
16           JED BUENALUZ:  Wasn't -- wasn't Gary V.
17   amazing, yes or yes?
18           AUDIENCE:  Yes.
19           JED BUENALUZ:  I want to start off with this
20   quote by Jim Rohn.  He says, don't let your learning lead
21   to knowledge, you'll be a fool.  Let your learning lead
22   to action and you'll become very, very wealthy.  How many
23   here are ready to get wealthy?
24           (Cheers.)
25           JED BUENALUZ:  How many here are ready to
```

1          How many here like free lunch?  Anything free

2     is a good thing.  And three and a half years ago, I

3     showed up to an event and it completely changed my life.

4     And I got to tell you guys today, I've been blessed and

5     fortunate.  My mom now, I've been able to help her out

6     financially.  How many here want to retire your parents

7     here one day?

8          (Cheers.)

9          JED BUENALUZ:  How many want to spoil your

10    family members one day?

11         (Cheers.)

12         JED BUENALUZ:  How many want to be able to do

13    what you want, when you want, as much as you want,

14    anytime you want one day?

15         (Cheers.)

16         JED BUENALUZ:  To be able to have six Saturdays

17    and one Sunday?  And that night three and a half years

18    ago I got excited about my future.  And today, my topic

19    today is leading by example.  And I think that's what

20    leadership is all about.  You have to lead by example.

21    Everybody repeat after me, say "lead by example."

22         AUDIENCE:  Lead by example.

23         JED BUENALUZ:  Lead by example is the most

24    important thing that you have to do in this business.

25    And I remember three and a half years ago Brad sat me

7

1   down, and the first thing I want to talk about is

2   recruiting.  Brad sat me down and he said, Jed, you have

3   to understand that every multi-million-dollar company in

4   the world recruits.  They recruit for new talent.  He

5   says the NFL is always recruiting.  Would you guys agree

6   with that, true or true?

7              The NBA is always recruiting.  Universities are

8   always recruiting to be a 97-percenter, yes or yes?

9   Everyone is recruiting.  Microsoft is recruiting.  Apple

10  is recruiting.  And I realized three and a half years ago

11  when Brad sat me down my first week, I realized if I want

12  to have a multi-million-dollar business, if I want to

13  have a multi-million-dollar business, a multi-billion-

14  dollar business that expands globally, I had to go out

15  there and recruit.

16             And, so, it starts with recruiting and it

17  starts with you.  How many of you guys believe you can

18  recruit somebody in one year?  Raise your hand.

19             Now, stand to your feet if you believe you can

20  recruit somebody.  Stand to your feet real quick.  Stand

21  to your feet if you could recruit somebody in one year.

22             Now, is it true that if you could recruit

23  somebody in one year you could do it in one month, yes or

24  yes?

25             (Cheers.)

1          JED BUENALUZ:  And if you could do it in one

2  month, is it true that you could do it in one week, yes

3  or yes?

4          AUDIENCE:  Yes.

5          JED BUENALUZ:  And if you could do it one week,

6  you could do it every single day, true or true?

7              Would you guys agree with that?

8          (Cheers.)

9          JED BUENALUZ:  We have the same CEO; we have

10  the same product; we have the same pay plan; we have the

11  same 24 hours in a day, and we all live on Planet Earth.

12  Yes?

13              Recruiting starts with you, and here we go.  I

14  want everybody to write this down real quick.  Seven/30.

15  This is the key to -- this is the key to the vault right

16  here, 7/30.  What has happened in the last seven days in

17  your business?  How many people have joined your business

18  in the last seven days?  And that is the most important

19  thing as a leader in this business.

20              So, some people say, you know what, nobody

21  joined.  Well, the reason why nobody joined because

22  nobody recruited, true or true?  And if you want people

23  to recruit in your business, you have to recruit first.

24  Yes or yes?

25              I remember about a year and a half ago I told

1    Brad, I said, Brad, you know, nobody's getting the

2    frenzy.  And he says, Jed, if you want people to hit the

3    frenzy, you got to hit the frenzy first.  He says, Jed,

4    if you want people to rank advance, you have to rank

5    advance first.  If you want people to get into a brand

6    new car, you got to get into a brand new car.  And if you

7    want people to show the business every single day, you

8    got to show the business every single day.  If you want

9    people to show up to trainings, you have to show up to

10   trainings every single day.  Yes or yes?

11            AUDIENCE:  Yeah.

12            JED BUENALUZ:  That's why I gave you guys a

13   round of applause today for showing up.  Ninety percent

14   of your success is just showing up.

15            (Applause.)

16            JED BUENALUZ:  Real quick shout out, a couple

17   of months ago, my buddy, Stu Massengill, wanted to hit --

18            (Cheers.)--

19            JED BUENALUZ:  -- wanted to -- wanted to -- he

20   wanted to become an elite member.  And we had a

21   conference call and we said, look, you have to lead by

22   example.  You have to go buy 100 convention tickets.  And

23   you know what he did, he bought 100 convention tickets.

24   And he led by example, and just this past RA, he hit the

25   rank called presidential in the company.  So, give him a

1    round of applause real quick.

2              (Cheers and applause.)

3              JED BUENALUZ:  So seven.  How many people --

4    Tom says it the best.  Every time we meet with Tom

5    Alkazin or Brad, they always tell me how many people

6    joined your business in the last seven days.  And 30, in

7    the last 30 days, how many people in your business have

8    rank advanced?  Because enrollments don't matter if

9    people don't rank advance.

10             Enrollments don't matter if people don't rank

11   advance in our business.  Is this -- is this a fact?  Yes

12   or yes?

13             Number two is attitude.  And I know there's a

14   lot of people here that, I mean, have fantastic

15   attitudes, and there's a lot of people here that have

16   negative attitudes.  How many here love being around

17   positive people?

18             (Cheers.)

19             JED BUENALUZ:  Now, in life, there's ups and

20   downs.  Would you guys all agree with that?  And I think

21   this business, you know, attitude is also a mind set.

22   And, you know, I remember, you know, just for me, for

23   example, for me, my personal experience in this business

24   in the beginning of my career in Vemma, I had a -- I had

25   a very bad attitude.  You know, when people didn't show

1    up to events, I was negative, man.  I was -- I was

2    really, really negative.

3         And -- and I realized being negative and

4    showing my -- and showing the group was not getting me

5    where I wanted to be in life, because in this business,

6    you could either choose to be positive or choose to be

7    negative.  See, we have to understand, people are

8    positive when recruiting is at an all-time high.  People

9    are positive when people are rank advancing.  People are

10   positive when people are having massive success stories

11   in this business.

12        But character is developed.  Character is

13   developed when things are going -- you know, when there's

14   challenges in the business.  And I realized when I had

15   challenges I was talking to my people about it, and one

16   thing that you want to like write down right now, when

17   you're having challenges in your business, talk to your

18   mentors, speak to your upline.  The people that enrolled

19   you, speak to them about your challenges, because I can

20   promise you that there's -- there will be a diamond and

21   above that -- that have been through those challenges

22   that can guide you through what's going on and how to

23   help you, you know, get out of that situation that you're

24   in.  Does that make sense?

25        When you're down -- when you're -- when you're

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 27, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  JULY 20,2015

14

15

16                       SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                       ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2          FEDERAL TRADE COMMISSION

3

4

5

6   MATTER NO.      1423230

7

8

9   TITLE              VEMMA

10

11

12  DATE         RECORDED:  UNKNOWN

13           TRANSCRIBED:  JULY 27, 2015

14

15

16  PAGES        1 THROUGH 33

17

18

19

20

21

22          MESSAGE OF THE MONTH - BLAKE STAUFFER

23

24

25

2

1                   FEDERAL TRADE COMMISSION

2                         I N D E X

3

4   RECORDING:                             PAGE:

5   Message of the Month - Blake Stauffer       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Vemma                        )  Matter No. 1423230

5                                 )

6    ------------------------------)

7                                 Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 22,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                 P R O C E E D I N G S
 2                 -   -   -   -   -
 3           B.K. BOREYKO:  Hey, Vemma Team, B.K. Boreyko
 4    here.  Welcome to this month's message of the month, with
 5    a very special guest, Mr. Blake Stauffer from --
 6           BLAKE STAUFFER:  Neosho, Missouri.
 7           B.K. BOREYKO:  Missouri?
 8           BLAKE STAUFFER:  Yeah.
 9           B.K. BOREYKO:  All right, brother.  We are --
10    but now he's living in Tempe, ASU --
11           BLAKE STAUFFER:  Yep.
12           B.K. BOREYKO:  -- wrestling team, all right.
13    And 20 years old, brand new Star Presidential.  Super
14    proud of the job that you're doing.  Tell us a little bit
15    about your story, how did you get involved, how did you
16    find out about this whole Verve concept, and -- and what
17    has got you and your team doing such amazing things in
18    such a short period of time?
19           BLAKE STAUFFER:  Well, I got started freshman
20    year in the dorms.  You know, I had a couple kids come up
21    from the Alex Morton explosion at ASU, you know, a couple
22    kids came up to me in the dorm room, and they're, like,
23    hey, man, try this drink, you got to come to this meeting
24    with us.  I didn't really know how to pitch it, but -- so
25    I tried the drink, kind of remembered that I had seen and
```

1    is, you know, and this thing is going somewhere.

2              B.K. BOREYKO:  Now, one of the things that --

3    that I thought was -- was interesting about what you were

4    talking with AP about was the gentleman that introduced

5    you to Verve quit the business.

6              BLAKE STAUFFER:  Yep, it was -- there was about

7    four kids in the dorm.  They all got onboard at the same

8    time, and, you know, I remember kind of talking to them

9    and the same time I was struggling, you know -- and, you

10   know, how's it going guys?  Oh, no, we're done, you know.

11   And like one by one they started slowly, you know,

12   falling off.  And, you know, but --

13             B.K. BOREYKO:  Why didn't you quit?  Did you

14   ever feel like quitting?

15             BLAKE STAUFFER:  For me, it was -- the reason I

16   -- I think I didn't quit -- I mean, it definitely was a

17   thought, you know, maybe -- maybe I need to stop because,

18   you know, I was -- I was forking out about -- from

19   working the summer previous, you know, I didn't have time

20   for a job with, you know, wrestling and school.  So,

21   usually -- well, the past summer, man, I was doing odd

22   jobs like mowing yards, and I was able to save up about

23   $1,000.  That's what I had, and that's what I got to

24   spend on, you know, going out, going to the movies, going

25   to eat dinner, you know, my parents didn't really help me

1   a whole lot in that aspect.  They gave me everything else

2   I needed, but they said, you know, they wanted me to

3   learn the value, you know, of a dollar.  So, I had about

4   $1,000, and so me forking out my own money to start it I

5   think really kind of made me really hungry to do it, and

6   so for me, starting out, you know, I was really just into

7   starting the -- getting going with it because, you know,

8   I was -- I was out 150 every month, you know, and it was

9   really pressing on me, but I was seeing, you know, Alex

10  Morton --

11           B.K. BOREYKO:  Well, out $150, you did get a

12  great product, a couple cases of product --

13           BLAKE STAUFFER:  That was what was going

14  through my head, though.  That was what was going through

15  my head.  But I was seeing those guys make it work, so,

16  you know, I was, like, these guys are making it work,

17  there's no reason why I can't make this work.  So, I

18  think that's really what, you know, made me stay -- stick

19  with it.  And, you know, I kind of told myself, man, you

20  have to make this work, because it was an opportunity.  I

21  had no idea what I wanted to do with my life, and I saw

22  where this opportunity could go.  So, I really -- you

23  know, like I said --

24           B.K. BOREYKO:  You didn't want to quit on your

25  future.

1          BLAKE STAUFFER:  Yeah, I told myself, man, you

2     have to make this work, so...

3          B.K. BOREYKO:  So, have there been people in

4     your group that have quit?

5          BLAKE STAUFFER:  Yes, several.  You know, I

6     remember it kind of blew up back home at one point.

7          B.K. BOREYKO:  Yeah.

8          BLAKE STAUFFER:  Some of my best friends got

9     onboard, you know, saw what I was doing.  It took -- it

10    took me -- everybody that told me no at first, I finally

11    made a $1,400 check for the week, so I took a picture of

12    it and sent it to everybody that told me no, and probably

13    eight out of ten of them signed up.  You know, they were

14    like, holy cow, man, this is actually working.

15          So, but --

16          B.K. BOREYKO:  It's working for somebody that

17    they know.

18          BLAKE STAUFFER:  Yep.

19          B.K. BOREYKO:  Yeah.

20          BLAKE STAUFFER:  And, so --

21          B.K. BOREYKO:  But, you know, not to -- not

22    that you've got to be insulted by this, but they probably

23    thought, heck, if Blake can do this, just think what I

24    could do.

25          BLAKE STAUFFER:  Exactly.  Exactly.  So, you

1   know, but, you know, now, a lot of those guys, you know,

2   quit.  And, so, for me, you know, it was just one of

3   those things where they told me it wasn't for them, you

4   know, that it just wasn't going to work, you know, it was

5   just one of those things.  But, you know, I tell

6   everybody, this business doesn't not work.  This -- it

7   works whether you make it work or not.  It's not like it

8   just doesn't work because, you know, I'm proof that it

9   does.

10          So, you know --

11          B.K. BOREYKO:  Well, what -- okay, right now,

12   Star Presidential, what are you -- what are you making in

13   a week?  I mean, you're -- you're -- are you still a

14   full-time student?

15          BLAKE STAUFFER:  Yep.

16          B.K. BOREYKO:  And going to ASU?

17          BLAKE STAUFFER:  Yep.

18          B.K. BOREYKO:  All right.

19          BLAKE STAUFFER:  Still on the wrestling team

20   still?

21          BLAKE STAUFFER:  Yep.

22          B.K. BOREYKO:  All right.  So, what are you

23   making?

24          BLAKE STAUFFER:  I average about $2,500 to

25   $3,000 a week, and then with -- and, so, you know, I've

1    been pulling in right around --

2              B.K. BOREYKO:  And you're part-time because

3    you're a full-time student.

4              BLAKE STAUFFER:  Oh, yeah.

5              B.K. BOREYKO:  Now, do you -- do you ride a

6    bike around campus?  Or do you have a car?

7              BLAKE STAUFFER:  I have a car right now.  I

8    still haven't got, you know, the car -- the car plan yet,

9    but I have a car, but I'm looking -- looking to go -- me

10   and Josh are planning on going --

11             B.K. BOREYKO:  Are you going to the BMW dealer?

12   Are you going to the -- what kind of car do you want to

13   get?

14             BLAKE STAUFFER:  (Inaudible).

15             B.K. BOREYKO:  And this is what I always tell

16   people, I say, hey, you know what, we pay you the full

17   car bonus for six months.  We don't want you to -- to

18   rush in to getting a car, making a commitment like that.

19   We want you to take your time, dream a little bit, go to

20   the car dealership, take a test drive, you know, smell

21   the leather, visualize what it's going to be like.  And,

22   you know, our -- our whole philosophy behind the Platinum

23   Club and -- and red is now an available option.

24             BLAKE STAUFFER:  Yeah, I saw that.

25             B.K. BOREYKO:  I don't know if you like red,

1    but red is now available color option for the Platinum

2    Club, but we want to treat it like a trophy, where we

3    put your name on a plaque on that -- on that dashboard.

4    We want to like pimp out the sides with some branding,

5    and -- and we want it to be a conversation piece to help

6    get your business to the next level, because when you

7    pull up and you're getting gas or you're talking to your

8    friends or you're giving somebody a ride or you're taking

9    somebody and they're looking at that dashboard and

10   they're like, hey, you know, Vemma proudly recognizes

11   Blake for -- for this accomplishment, it allows you to

12   have a trophy, you know --

13          BLAKE STAUFFER:  Exactly.

14          B.K. BOREYKO:  -- 365 days a year.

15          BLAKE STAUFFER:  Yeah.

16          B.K. BOREYKO:  And, so, take your time.  You

17   don't have to rush into it.  I know you're relatively new

18   in the business --

19          BLAKE STAUFFER:  Yeah.

20          B.K. BOREYKO:  -- but -- but when you get that

21   car, it's a celebration of your success, because you

22   earned it.  I mean, you -- you didn't quit when -- when,

23   you know, voices inside your head said it would be easy

24   to quit.  You did what -- what wasn't easy.  You went

25   against the -- you went against the stream and said, hey,

23

1          BLAKE STAUFFER:  Yep.

2          B.K. BOREYKO:  That's what we're all about.

3   Well, hey, you got some great stories here.  Now, in

4   closing here, a few closing thoughts, a lot of people

5   listening to this.  You know, they're going to get some

6   objections, and one of the objections is, you know, this

7   Vemma, it's a pyramid scheme, this Verve, it's a scam.

8   How do you respond to that and what advice would you give

9   people, because, hey, I've been doing this business for

10  18 years, almost $2 billion in sales, I still hear it.

11          BLAKE STAUFFER:  Yeah.

12          B.K. BOREYKO:  You know, so, I don't think it's

13  anything that goes away, but -- but tell me a little bit

14  about how you deal with it on the streets when -- when

15  people say this and how do you coach your brand partners

16  through that objection.

17          BLAKE STAUFFER:  Well, I still -- I try to --

18  I've tried it.  You hear it so much, and the more I've

19  heard it and the more I've gotten comfortable hearing it

20  and whatnot, but, you know, and I still cringe inside

21  when I hear it.  I don't show it, but, you know, and I --

22  you know, basically what I was taught, you know, about my

23  upline, just ask him a -- you know, ask him a question,

24  well, explain to me what a pyramid scheme is, you know.

25  And then I -- I basically give them a definition of what

1    a scheme is, you know, and I tell them -- and I basically

2    through that and kind of explain to them and ask them

3    questions to explain it.  And usually they don't even

4    know what a pyramid scheme is.  They just think they've

5    heard of it.

6            B.K. BOREYKO:  It's just a buzz word.

7            BLAKE STAUFFER:  Yeah.  And, so, they've heard

8    of it, and so they use that word.  And, so, I basically

9    explain to them how it's not a pyramid scheme and just go

10   about it that way.  And, you know, obviously -- and then

11   I kind of tell some people, you know, yeah, I guess, you

12   know, if I'm getting scammed, I'm getting scammed out of

13   $15,000 a month, you know.  So --

14           B.K. BOREYKO:  That you're making.

15           BLAKE STAUFFER:  Yeah, I'm making.  They're

16   scamming --

17           B.K. BOREYKO:  It's the reverse.  It's the

18   reverse scam.

19           BLAKE STAUFFER:  But they're -- they're paying

20   me $15,000 a month, so I don't really understand the scam

21   part of it, but if you guys want to call it that, I guess

22   that's okay.

23           B.K. BOREYKO:  You know, one of the things

24   that, you know, especially when -- when, you know, Party

25   just launched and I -- and I -- and I'm holding this in

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 27, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JULY 20,2015

14

15

16                        SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.    1423230

9

10

11    TITLE              VEMMA

12

13

14    DATE         RECORDED:   UNKNOWN

15                 TRANSCRIBED:   JULY 27, 2015

16

17

18    PAGES         1 THROUGH 14

19

20

21

22

23              NICK PTAK

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    Nick Ptak                               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3   In the Matter of:              )

4   Vemma                          )  Matter No. 1423230

5                                  )

6   -----------------------------)

7                                  Date Unknown

8

9

10

11          The following transcript was produced from a

12  digital file provided to For The Record, Inc. on July 22,

13  2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                 P R O C E E D I N G S
 2                  -    -    -    -    -
 3         NICK PTAK:  You ever wonder, those moments in
 4    life where you feel alive?  If you're wondering, you
 5    know, late at night, you're thinking, man, is this thing
 6    going to work?  I'm talking to you in the back room.  I'm
 7    talking to you, that person that's back there who's
 8    walking out right now to go get water.  I'm talking to
 9    you, that person who isn't sure if this is really going
10    to work, because I'm talking to you.
11         I want you to understand something.  I want you
12    to understand something right now.  I used to be that
13    guy.  I want to take you back to how I felt.  Like Darren
14    said, I asked him, I said, you know, what's a great way
15    to help you relay -- how can I relay to those people who
16    have that believe level, they're struggling, they're
17    here, spent their last dollar quick.  Raise your hand if
18    your spent some of your last dollars to get here.
19         Raise your hand if you slept on the floor last
20    night.
21         (Cheers.)
22         NICK PTAK:  Raise your hand if you did whatever
23    it takes, no matter what, you just made it happen.  Raise
24    your hand if you got here no matter whatever it took.
25    Give yourselves a round of applause.
```

7

1    found Evan Fearman (phonetic), we found the VTF, we found

2    these people that have --

3            (Cheers.)

4            NICK PTAK:  -- literally -- have literally

5    changed my business and everybody here.  Time, time, we

6    all have 168 hours in a week, 24 hours in a day.  You all

7    sleep between 42 and 56 hours, right?  You're sleeping a

8    lot.  You're going and working 20 to 50 hours; you have

9    school.  Like Brad and I were talking about back stage,

10   you're doing something.  You're playing X Box, you're

11   partying, you're doing something that isn't of value.

12           You have to say what do you want, what are your

13   goals, and tell me, tell me, Luke, what do you want out

14   of this thing?  I want, you know, 500 bucks a month,

15   1,000 bucks a month, quit my job.  Okay, well, do you

16   value partying with, you know, all your friends right

17   now, or do you value putting an hour to two hours into

18   something different to make your goals become a reality

19   in the next few months?  What do you value?  That's what

20   you have to ask them, what is of value to you.  It is

21   always belief and value are the objections.  They don't

22   believe enough and they don't think it's of enough value.

23           Okay, step two, I don't have, you know, the

24   money.  Oh, I love that one.  Look at what you're

25   wearing.  It probably cost a couple hundred bucks, 50

1    bucks, 100 bucks.  Look at what you're playing, X Box,

2    Broke Box and the Playstation.  Look at, you know,

3    whatever.  You have something that is of value that you

4    don't need to get what you want.  Is the X Box as

5    valuable to you, or is retiring your mom and dad, like

6    Diego's able to do, more valuable?

7                Because when they see that the value is worse

8    over here with the X Box, more important over here, they

9    will sell it, they will get rid of this.  You're spending

10   $5 a day, I guarantee you, on stuff that's not, you know,

11   needed, okay?  Red Bull, Rockstar, and Monster, I think

12   we have a product that's slightly -- I don't know -- a

13   little bit better than those.  Wouldn't you agree?

14           (Cheers.)

15           NICK PTAK:  So, you can --

16           (Cheers.)

17           NICK PTAK:  Yeah, give it up.

18           (Cheers.)

19           NICK PTAK:  We have products that people are

20   spending money on.  We have those products, okay, a

21   better version.  So, say stop spending money on that put

22   it into this.  Five dollars a day, break it down to the

23   simple, make it duplicatable.  Don't say 150 bucks a

24   month; it's only five bucks a day.  You just say is $5 a

25   day better at Chipotle, Jed?  I don't know.  Is it better

1    to be eating at Chipotle every day, or should you be, you

2    know, making your own sandwich and saving money?  So, we

3    have the money.  It's, again, a value and a belief.

4    That's what it truly is, value and belief.

5            Last thing, oh, is it that Vemma thing, okay?

6    Oh, is it that Vemma thing?  And Derek and I, you know,

7    we're talking, you know, back stage, and basically what

8    Derek was telling me and I really like this, is you want

9    to ask people, hey, yeah, yeah, give me your experience

10   on that.  Nick Ptak, I think, was talking about that.

11   Yeah, you know, how did your friend do in Vemma?  Don't,

12   you know, put your arm out to him.  Basically, say, hey,

13   what happened with your friend's experience?  Can I talk

14   to you?  Let's relate to it, right?

15           Let me find out, you know, did he do the right

16   things, did he do these right things?  Anyone can ruin a

17   great song on the radio, right?  You're in your friend's

18   car with that friend and they're like, oh, great, here's

19   that song, you've played it the last 30 times in the last

20   two weeks, I hate that song.  But Jed's like, dude,

21   that's my jam, dude, let's play that song.

22           It's the same principle.  You could maybe think

23   Vemma, oh, is not that valuable, I don't have a high

24   belief level.  But here's Mark Lorton over here and he's

25   fired up and will do whatever it takes to make it work.

1    like Luke, Jed.  I think we're all unhappy.  We want to

2    be progressing and ranking up.

3           So, the point is I just decided, do I value

4    being safe and comfortable over here where I'm not

5    talking to those five friends I should be, I'm not

6    getting on the personal development that I should be, I'm

7    not doing the things I need to do, or do I value stepping

8    outside of my comfort zone and making it happen?

9           I want to talk on a couple of points real quick

10   about a very effective presentation.  Remember, in a

11   presentation, it matters what duplicates.  It matters

12   what duplicates.  Small, medium-sized business events,

13   okay, teaching the plan.  Jed is always about teach --

14   showing the plan, show the plan.  Have your newest

15   bronze, your newest member, your newest silver be able to

16   teach and do the few, you know, core steps:  create your

17   why, your goals, your list.  Keep it simple -- what

18   duplicates and builds a culture.

19           All my people in Florida, in Texas and

20   Connecticut, give yourselves a round of applause.  Let's

21   go.

22           (Cheers.)

23           NICK PTAK:  We kept it -- we kept it simple.

24   We built a team from a couple of people in over 400, 500

25   in four to five months.  Why?  Because we kept it simple.

1    We got the newest member, the newest bronze, the newest

2    gold up there, you know, talking and sharing the story.

3    Again, you want fundamentals, cool product, a TV that has

4    good wi-fi.  Please don't do a home event with a video

5    that wi-fi sucked and you're like, ugh, I don't really

6    know what to do here, I'll do a funny dance, I don't know

7    what to do.

8              Have the video loaded.  Stay -- fundamentals of

9    a home event, you want to have an upline diamond or

10   higher sharing the story.  You want to have somebody with

11   some financial credibility with some time in it because

12   then the newest person in the back of the room or the

13   person with his arms crossed says, well, he's no

14   different than me, I can do it, too, because he's going

15   to show me.  The newest people who are member and bronze

16   can show their newest guests that, hey, this is my

17   friend, we're going to work together on this thing, and

18   we're going to blow it up.  We're going to absolutely

19   blow it up.

20             He's a -- you know, the home events, that's

21   what makes you money.  Those are IPAs, income-producing

22   activities.  You want to be doing the income-producing

23   activities in those home events, okay?  And, please,

24   don't be sitting around in a circle just texting on your

25   phone and not talking to this person.  I've seen that

14

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 1423230

4      CASE TITLE: VEMMA

5      TAPING DATE: UNKNOWN

6      TRANSCRIPTION DATE: JULY 27, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:   JULY 20,2015

14

15

16                         SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                         ELIZABETH M. FARRELL

1

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

3                     FEDERAL TRADE COMMISSION

4

5

6

7

8

9    MATTER NO.      1423230

10

11

12   TITLE                VEMMA

13

14

15   DATE            RECORDED:  UNKNOWN

16                   TRANSCRIBED:  JULY 29, 2015

17

18

19   PAGES           1 THROUGH 36

20

21

22

23

24          YPR RADIO – BRAD ALKAZIN FULL LENGTH

25

1                       FEDERAL TRADE COMMISSION

2                              I N D E X

3

4    RECORDING:                                    PAGE:

5    YPR Radio - Brad Alkazin Full Length              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Vemma                        )  Matter No. 1423230

5                                 )

6    -----------------------------)

7                            Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                      P R O C E E D I N G S

2                      -    -    -    -    -

3                 (Music.)

4                 (Cheers.)

5                 ERIC THOMAS:  Welcome to another edition of YPR

6      Radio.  Man, I'm so excited.  Look, we about to take this

7      episode, it's going bananas, all right, out of this --

8      out of the park, right?  Why, because I've got a special

9      guest with me today.  Brad is in the building.

10                Brad, talk to me.

11                BRAD ALKAZIN:  E.T. what's happening, man?

12                ERIC THOMAS:  Oh.

13                BRAD ALKAZIN:  How's it -- how's it going?

14                ERIC THOMAS:  Oh, man, it's going great.  I'm

15     excited.  I know that in the next 30 minutes you are

16     about to change some young people's lives.  I mean, I

17     know you're doing great things, and we're going to talk

18     about that, but more importantly, I want to talk to young

19     people who are out there because this is not -- you know,

20     Brad, for real, in my day, it's not possible.  You're not

21     17, 18-year-old, 19-year-olds, they don't -- they can't

22     be millionaires, you know?  But with this company,

23     opportunities have been opened that are like

24     unbelievable.

25                So, let's do this.  I -- I usually, you know,
```

5

1   ask a traditional question.  I just want to do something

2   totally different.  I just -- I want to ask you, for

3   real, because you know a lot of people are, like, they

4   got to see it to believe it.  Talk to me about one of

5   your biggest weeks.

6           BRAD ALKAZIN:  Biggest weeks?

7           ERIC THOMAS:  Yeah, the biggest weeks.

8           BRAD ALKAZIN:  In the business?

9           ERIC THOMAS:  In the business.

10          BRAD ALKAZIN:  Last week.

11          ERIC THOMAS:  Last week.  Just last week?

12          BRAD ALKAZIN:  Last -- last week.

13          ERIC THOMAS:  Just last week?

14          BRAD ALKAZIN:  Last week, it was about 54

15   grand.

16          ERIC THOMAS:  Wow.  Hold on.  You're watching

17   -- because you just thought your speakers were messed up,

18   something was wrong with the audio in your computer.

19   It's -- I'm -- I didn't say 60 days, I didn't say 30

20   days.  Brad, because we got to make them a believer.  So,

21   if you could just repeat that, and then we'll -- we'll

22   move forward.

23          BRAD ALKAZIN:  Yeah, last week, you know, I was

24   able to have a big week with all of our team and

25   everything that's going on, you know, basically the

1   amount of product that's going through our -- our team

2   where it was my highest week ever at -- at about 54,000.

3          ERIC THOMAS:  54 -- that's right, you heard it,

4   54K.  All right, let's do this, then, because I -- and

5   help me if I'm wrong, but I'm assuming that before this

6   opportunity you weren't doing 54 -- yeah.

7          BRAD ALKAZIN:  No.

8          ERIC THOMAS:  I just -- I just took a wild

9   guess.

10         BRAD ALKAZIN:  Yeah.

11         ERIC THOMAS:  You weren't doing -- so, what

12  were you doing before this opportunity?

13         BRAD ALKAZIN:  Sure, sure.  Well, I -- I grew

14  up in San Diego, California, and basically, you know,

15  like many, had the dream of playing in college basketball

16  and had a really good senior year, so I was going to play

17  at UC San Diego.  And then basically did a turn of events

18  with a family car wreck in Myrtle Beach at a family

19  reunion.  I didn't end up playing for the college that

20  year.  And, so, that whole dream went out the window.

21         You know, and we talk about, you know, you

22  know, your goals and dreams, and I think a lot of young

23  people have always, you know, wanted to have their -- you

24  know, their goal of what they want to be and what they

25  want to do, and I could, you know, have said maybe

1          BRAD ALKAZIN:  Right.

2          ERIC THOMAS:  -- you know, to the big game.

3          BRAD ALKAZIN:  Right.

4          ERIC THOMAS:  And, so, I like what you said,

5     dive in.  So, let me ask you this question.  I mean, I

6     would think that perhaps, you know, you don't want to get

7     better, 54K might be enough to just kind of "I'm going to

8     do that forever."  But do you have any goals, because

9     people need to understand, people like you who are

10    successful are not successful because they're stagnant,

11    because they are comfortable with where they are, but

12    they keep setting goals.  So, what's -- what do you see

13    in the future?

14         BRAD ALKAZIN:  Yeah.  I see, you know, big

15    things with -- with Verve, with the YPR, because it's --

16    it's really right now being fueled by success stories.  I

17    mean, we're having so many young people that are getting

18    onboard and becoming successful at this that it's hard to

19    look around and go, man, this guy is making, you know,

20    1,000 a week or he's making this kind of money; I got to

21    do that.

22             So, I started to kind of, you know, in looking

23    back when we really kind of started the whole movement

24    back in May of '11 with -- with many of the young people

25    and stuff, you know, I've now seen the progression of how

1    fast we're growing, and I'm tracking the numbers.  And, I

2    mean, you know, I'm trying to -- if you're in the

3    business, trying to basically break 5,000 cycles this

4    month --

5              ERIC THOMAS:  Hmm.

6              BRAD ALKAZIN:  -- and then I -- I would say by

7    -- my goal probably by -- by the convention in April

8    would be around 10,000 at 3- or 400 a month.  And I

9    think, you know, realistic to by January of 2014, I mean,

10   I want to hit a million a month.

11             ERIC THOMAS:  Yeah, a million a month.  Yeah,

12   let's --

13             (Applause.)

14             BRAD ALKAZIN:  But --

15             ERIC THOMAS:  Brad, let's stay in contact.

16             BRAD ALKAZIN:  You know -- yeah.  But I think,

17   you know, and I see it because, I mean, last month was

18   around one -- this month it will be around 130, and --

19   and I've taken, you know, some serious thought into that,

20   and I've taken the focus off of my numbers, because I

21   learned from my dad and from many -- B.K. and many of my

22   mentors that really have helped me along the way that,

23   you know, if I take my focus off of my numbers and put it

24   on the people that I have in my group and my team, and I

25   think that's what's neat is that, you know, you start to

1    beginning.  Honestly, I only got one person onboard, you

2    know, my first month.

3            My second month, you know, brought it upon

4    myself, never made an excuse in this business for myself.

5    And from there, you know, it's all downhill.  It's

6    getting kind of crazy, you know, over these last couple

7    months, but, you know, if you're out there and you're

8    struggling, you know, it's difficult, you know, because

9    if you dream, you know, people will call you crazy.  If

10   you start to make money, people will call you, you know,

11   you know, saying it won't last.  When people -- you know,

12   when you make it, people will call you lucky.  And it's

13   just the way that it is.

14           You know, you're going to get that all the

15   time, so, you know, if you're out there and you're

16   listening in, you know, if people are calling you, you

17   know, these guys, you know, it's difficult in every

18   business.

19           BRAD ALKAZIN:  True, true.  Well, Bryce, maybe

20   -- you know, obviously, you said it, you've taken kind of

21   an athlete mentality or drive and transferred it into

22   this.  I mean, I'm impressed.  You know, congrats to you

23   and hats off to you for reaching presidential last month.

24   I mean, that -- basically, he's built this to a six-

25   figure income in seven months.

1    doing?

2          ERIC THOMAS:  Hey, I feel good with the E.T.,

3    like I like the passion and the energy with that, man.

4    Good to have you on tonight.

5          DAVID STAFFORD:  Yeah, thanks for having me.

6          ERIC THOMAS:  Well, I'm going to turn it over

7    to your leader, and you know he's got a couple questions

8    for you.

9          DAVID STAFFORD:  Okay.

10          BRAD ALKAZIN:  Well, Dave, maybe why don't you

11   share with everybody your story, where you're from and --

12   and what kind of happened, you know, obviously, you know,

13   being around us I think you saw the business was very --

14   very doable.  And I think from that point, share with

15   everybody your story and experience from finishing school

16   and kind of what -- ups, downs, trials, and tribulations

17   you've had.  But, really where you're at now and where --

18   where you see this going.

19          DAVID STAFFORD:  Definitely, definitely.  Okay,

20   well, I went to -- I went to college at Azusa Pacific

21   University -- it's just east of L.A. -- and got my

22   undergrad degree there, got my MBA also, and played

23   basketball there, was able to meet Brad's -- Brad's

24   younger sister, Amy, who was a volleyball player there.

25   And so we've been dating for a little over two years now,

1   and that's obviously how, you know, I met Tom, Brad's

2   dad, and Brad and learned about this opportunity.

3          But right after I got my MBA, I jumped into a

4   job in an industry that I wasn't really passionate about.

5   You know, I was working about 50, 60 hours a week, and --

6   and just kind of felt stuck in that, and I knew I needed

7   something else.  And -- and, luckily for me, you know, I

8   didn't have to look far.  I -- I saw what -- what Brad's

9   parents were doing, Tom and Bethany, in the -- you know,

10  obviously being the top income earners in the company.

11  And, you know, I just -- I saw the money, I saw what Brad

12  was able to make, too, but -- but even more important

13  than that for me was the lifestyle they were able to

14  live, you know.

15          They were out there building their own dreams

16  instead of someone else's, and they were working with who

17  they wanted to work with, when they wanted to work.  And

18  that just appeals to me so much that -- that, you know, I

19  knew I had to go, you know, start my business.  And, so,

20  I did about a year ago.  Really, in the beginning, I was

21  more of a product user, you know, still working 50, 60

22  hours a week or more.  And then, you know, started to

23  kind of finally open up my mind after seeing what Brad

24  was able to do in this last year and with a lot of these

25  -- these young guys that are -- that are coming through

```
 1        C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3   MATTER NUMBER: 1423230

 4   CASE TITLE: VEMMA

 5   TAPING DATE: UNKNOWN

 6   TRANSCRIPTION DATE: JULY 29, 2015

 7

 8       I HEREBY CERTIFY that the transcript contained

 9   herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JULY 30,2015

14

15

16                         SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                         ELIZABETH M. FARRELL
```

1

1           OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5    MATTER NO.      1423230

6

     TITLE              VEMMA

7

8    DATE          RECORDED:   UNKNOWN

                    TRANSCRIBED:  AUGUST 10, 2015

9

10   PAGES          1 THROUGH 6

11

12

         VERVE MOBILE TEXT INVITATION TO LEARN

13              HOW YOUNG PEOPLE ARE

14

15

16

17

18

19

20

21

22

23

24           For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

```
1                 FEDERAL TRADE COMMISSION

2                      I N D E X

3

4   RECORDING:                              PAGE:

5   Verve Mobile Text Invitation to Learn

6        How Young People are                    4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Vemma                        )  Matter No. 1423230

5                                 )

6    -----------------------------)

7                                 Date Unknown

8

9

10

11        The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 31,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                     -    -    -    -    -

 3           (Music.)

 4           ALEX MORTON:   What's up?  Hey, my name's Alex

 5  Morton, and your friend sent you this message because we

 6  are excited and fired up about our product and a concept

 7  that's literally helping thousands of young people all

 8  across the country start their own business, be their own

 9  boss, set their own time, set their own income, and

10  literally make as much money as they want.

11           Do you see, all of our friends already spend

12  money on Red Bull, Rockstar, Monster, Five Hour Energy,

13  Gatorade, Powerade, and Starbuck's.  Those brands are

14  never going to pay you and I to drink those drinks, but

15  here, we get paid to drink Verve and simply tell our

16  friends about it.

17           You see, it's just like the social network,

18  except we added marketing, social network marketing.

19  Everybody you and I know likes to make money and they

20  like to be healthy.  And get this, 17 months I was just

21  like you, checking this thing out for the first time.

22  Well, guess what, I got excited and I invited 50 friends

23  over to my dorm room.  Twenty-five told me they'd show

24  up; 10 came; six told me no; four said yes; and now we

25  have turned that into thousands of high school and
```

5

1    college kids all around the country in one year's time,

2    built in this business to over $100,000 a year.

3           Well, guess what, I did it, and a lot of my

4    friends are doing it, too.   This business has never been

5    so simple.   The bottom line is, is the job market and the

6    economy sucks.   It's time for us young people to take

7    matters into our own hands and figure out a better way.

8    This is opportunity that fits into the way you live your

9    life, not a job that we have to fit into.

10          Anyways, what else you going to go do?   Make a

11    resume?   Beg someone to hire you and be told when to show

12    up to work, when to eat lunch, when to go pee, when to go

13    home and how much money you're allowed to make for the

14    rest of your life?   Exactly.

15          Get on your phone and text your friend back.

16    The only risk you have is by not taking a hard look at

17    this.   Bottom line, there are three types of people in

18    this world:   people who make things happen, watch things

19    happen, and people who go what the heck just happened.

20    You're one of them.   Make the right decision.   Verve is

21    exciting, fun, and this is going to be big.

22          (Music.)

23          (The video concluded.)

24

25

6

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: AUGUST 10, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  AUGUST 10, 2015

14

15

16                        SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        ELIZABETH M. FARRELL

1

```
1                    OFFICIAL TRANSCRIPT PROCEEDING

2                       FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.      1423230

9

10

11   TITLE                 VEMMA

12

13

14   DATE          RECORDED:   DATE UNKNOWN

15                 TRANSCRIBED:  FEBRUARY 28, 2015

16

17

18   PAGES         1 THROUGH 12

19

20

21

22

23

24            ZERO_TO_SIXTY_WITH_ALEX_MORTON

25
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Zero to Sixty with Alex Morton              4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Vemma                        )  Matter No. 1423230

 5                                 )

 6    -----------------------------)

 7                                     Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on February

13    23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              ZERO TO SIXTY WITH ALEX MORTON

4         On Screen:  ZERO TO SIXTY WITH ALEX MORTON

5              vemmapowerpartners@gmail.com

6         MR. MORTON:  Hey, what's up, guys?  This is

7    Alex Morton, and I'll tell you what, congratulations on

8    joining the Vemma family.  Congratulations on making a

9    great decision, okay, to take you to where you want to go

10   in your life, because guess what, you got one life to

11   live, this is not a dress rehearsal.

12             So, really quick, I'm going to share with you

13   exactly how to take your business zero to sixty, I'm

14   talking about quick.  This business is easier to do fast

15   than it is to do slow, and for the next couple minutes,

16   I'm going to share with you exactly what to do to take

17   your business from zero to a thousand a month, zero to a

18   quarter million dollars, very, very fast.

19             So, the first step that you want to do when you

20   first get in the business, you guys --

21                       On-screen:

22                       MAKE A LIST

23                        STEP 1

24                    GET 3 CUSTOMERS

25        MR. MORTON:  Obviously, you're going to be
```

**App. 1225**

8

1    thing, they're already spending money on the Red Bull,

2    the Rockstar, the Monster, the Five-Hour Energy, the

3    Gatorade, the Powerade, the Starbuck's, guys.

4          You have to realize, people out there right now

5    are looking to earn more money.  People out there are

6    looking to increase their health, you guys.  So, all you

7    have to do is go talk to people.  Because guess what,

8    you're going to find the right people who want to do this

9    business, you guys.  Okay?  There are over 4,200 colleges

10   in America with an average of 12,000 kids per school.

11   That's over 50 million college kids currently in the U.S.

12         Go out there and talk to more people.  Utilize

13   Facebook.  Utilize Twitter.  Utilize your phone book.

14   Everybody you know likes to make money and they like to

15   be healthy.  So, guess what, if people knew what we did,

16   they would do what we do.

17         Step four, it's time to sort through --

18                 On Screen:

19                 FINDING

20                 STEP 4

21                 LEADERS

22         MR. MORTON:  -- everyone you were talking to.

23   And when you find someone who sees what you and I see,

24   who are excited about what this can do for their life,

25   those are the people you got to focus on.   Those are the

9

1   people who you have to help develop a game plan and

2   really get them on the fast track to success.

3        Step five.  We're now working with the people

4   who see what we see.  When you get someone like that --

5                    On screen:

6                    BUILDING

7                    STEP 5

8                    LEADERS

9        MR. MORTON:  -- you know, onboard, you got to

10  show them the whole game plan.  Here's the thing, guys.

11  When I first got in this business, my own roommate, Josh

12  Noble, who's now earning over $12,000 a month in Vemma,

13  told me no.  So, when your friends don't want to do it,

14  don't get discouraged, guys.  The will come around.  When

15  they start seeing you make money, when they see you

16  getting free BMWs, guys, they will eventually come

17  around.

18       You know, I walked into a skate shop one day,

19  and I talked to this girl named Kayley Warren.  I gave

20  her a Verve, she tried it, she liked it.  I met up with

21  her for about 20 minutes, showed her a couple of videos,

22  and I explained to her exactly why I was so excited, and

23  I explained to her exactly how this can right here, how

24  Verve could literally change her life.

25       And guess what, she got onboard, and in 10

**App. 1227**

1    months' time, okay, she's earning over $7,000 a month,

2    driving a brand new BMW, you guys, and I can't believe

3    how much she has grown as an individual.   I can't believe

4    how great of a speaker and how great of a leader she has

5    become all because of this company.

6            Guys, you never know who's going to take this

7    thing serious and who's not going to take this thing

8    serious.   You'll never know who's going to come into your

9    business, okay, and explode it for you.   It's not about

10   who you know; it's about who they know and they know and

11   they know.   People don't care what you know until they

12   know that you care.   Go out there, get excited, get fired

13   up.

14           This is a once-in-a-lifetime opportunity.   This

15   is literally Facebook at the ground level, guys.   Mark

16   Zuckerberg invited a couple of friends to his dorm room a

17   couple of years ago.   Facebook happened.   You have it.

18   Guys, we took his idea of social network and made it

19   social network marketing.   Who do you know that would

20   like to make money and be healthy?   Everybody.   So, go

21   out there and talk to the people, guys.

22           And guess what, I'm a normal, average, 23-year-

23   old kid.   If this business can pay me $25,000 a month, it

24   can for you, too.   And guess what, we even have a 26-

25   year-old guy named Brad Alkazin earning over $1 million a

1    year.  It's worked for us, and it can work for you.

2    Follow our proven system.

3              Follow our proven method, guys.  If you say

4    what we say and do what we do, you get what we have every

5    single time.  This Verve thing is happening and it's

6    happening fast.  But go out there, talk to more people,

7    make Verve a priority in your life, guys, and make your

8    dreams become a reality.  Let's go.

9                    On Screen:  Vemma Verve!

10              (The video concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: 1423230

4       CASE TITLE: VEMMA

5       TAPING DATE: DATE UNKNOWN

6       TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8           I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  FEBRUARY 28, 2015

14

15

16                          SARA J. VANCE

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24

25                          ELIZABETH M. FARRELL

1

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2                  FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7

 8    MATTER NO.    1423230

 9

10

11    TITLE              VEMMA

12

13

14    DATE          RECORDED:   DATE UNKNOWN

15                  TRANSCRIBED:  FEBRUARY 28, 2015

16

17

18    PAGES         1 THROUGH 10

19

20

21

22

23

24              VEMMA_HOW_TO_GET_PAID_3

25
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                                PAGE:

 5    Vemma How to Get Paid                      4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3   In the Matter of:            )

 4   Vemma                        )  Matter No. 1423230

 5                                )

 6   -----------------------------)

 7                                   Date Unknown

 8

 9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on February

13   23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                  P R O C E E D I N G S

2                  -    -    -    -    -

3              VEMMA HOW TO GET PAID

4              UNIDENTIFIED MALE:  If you like simple, then

5    you're going to love Vemma.  It's easy to understand.

6    There are no membership fees, no sign-up fees, no long-

7    term commitments; just an opportunity to enjoy the

8    products.  You also have the opportunity to succeed by

9    helping others succeed.  That is a great way to do

10   business.

11             Before we dive into how our affiliate business

12   works, think about soda machines.  If someone gave you

13   one soda machine somewhere near your home, it wouldn't

14   change your life.  Perhaps it might give you a couple of

15   hundred dollars a month.  But what if someone showed you

16   how to acquire thousands of soda machines operating all

17   over the world?  Every time a little bit of money moved

18   through those machines, your income went up.

19             Vemma's very similar, except we simply open

20   outlets through people.  As a Vemma affiliate, you don't

21   have any buildings, leases, land, fixtures, or equipment.

22   The concept of this business is not about any one person

23   being a great marketer.  The concept is a lot of people

24   together doing a little bit of business.

25             Here's how it works.  We have one powerful and
```

5

1    unique formula, but we have multiple delivery systems for

2    that formula.  First, everyone starts as a customer.  You

3    decide if you want to just try the products and possibly

4    earn free product, or earn money through commissions.  If

5    earning money through commissions is something you're

6    interested in, then we have the right formula for you.

7            First, you build two lines of distribution.

8    This is a two-team concept, which allows you to be

9    rewarded on total sales volume.  All the sales volume in

10   both the left and right lines of distribution contribute

11   to your income.  You only have two positions to fill in

12   the very beginning:  one on the left side and one on the

13   right side.

14           Anyone joining your team goes on one of the

15   sides, because in Vemma, we're rewarded on sales volume,

16   not on levels.  It's not uncommon for people to begin

17   earning from their Vemma opportunity in the first seven

18   to 30 days.  There are nine different ways to earn

19   income.  Let's show an example of the most powerful of

20   the nine, the cycle bonus.

21           It's the concept of creating residual or

22   continuing income, and it has changed lives.  Let's take

23   a look at a three-month example.  Remember those two

24   teams, the left team and the right team?  Every time

25   there are 360 points in business in one team and 180

6

1    points in the other, you complete a cycle, and you're

2    paid a bonus that averages around $20.

3         So, let's say in month one you cycled 10 times.

4    Ten times $20 is $200 in cycle bonus income -- not a lot

5    of money, but let's see what happens in month two.   In

6    month two, you continue to build your business,

7    developing 10 new cycles, but added to that is the

8    repetition of the volume created in month one.   Here's

9    the breakdown.   Month one income plus the new business in

10   month two, for a total of $400 in cycle bonus income.

11        Now, in month three, let's say you create 10

12   new cycles.   The volume from month one, two, and three

13   equals $600 in cycle bonus income.   Simple math, right?

14   I think you get the idea.

15        So, here's how you can start earning with

16   Vemma.   Step one, purchase the Vemma affiliate builder

17   pack.   The builder packs are reserved for affiliates who

18   see the big picture and want to effectively create cash

19   flow with their Vemma business.   Three reasons you want

20   to start with a builder pack.   Reason one:  you must have

21   product on hand.   People will want to experience how

22   great our products taste.   Taste, obviously, is

23   incredibly important.

24        Reason two, one word:  bonus.   It qualifies you

25   for one of those nine bonuses called the frenzy bonus,

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 1423230

4      CASE TITLE: VEMMA

5      TAPING DATE: DATE UNKNOWN

6      TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  FEBRUARY 28, 2015

14

15

16                      SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                      ELIZABETH M. FARRELL

1

1              OFFICIAL TRANSCRIPT PROCEEDING

2               FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.     1423230

9

10

11    TITLE               VEMMA

12

13

14    DATE          RECORDED:   DATE UNKNOWN

15                TRANSCRIBED:  FEBRUARY 28, 2015

16

17

18    PAGES         1 THROUGH 29

19

20

21

22

23

24        AFFILIATE_ACTION_PLAN_STEP_1_DREAM_BIG_DREAMS

25

2

```
1                       FEDERAL TRADE COMMISSION

2                             I N D E X

3

4    RECORDING:                                    PAGE:

5    Affiliate Action Plan:  Dream Big Dreams        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Vemma                        )  Matter No. 1423230

5                                 )

6    -----------------------------)

7                             Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on February

13   23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                P R O C E E D I N G S

2                  -   -   -   -   -

3           VEMMA NEW AFFILIATE ACTION PLAN

4           (Intro music)

5           On Screen:  Intro & Step 1.  Dream Big Dreams.

6           MR. BOREYKO:  Hello, Vemma Team.  Welcome to

7    your action plan, eight steps to get you started in

8    business correctly.  We are here.  You know, a lot of

9    people go through life thinking experience is the best

10   teacher when actually it's other people's experience is

11   the best teacher.  And that's what we want to accomplish

12   here in -- in today's eight-step action plan.

13           So, go through this.  Feel free to, you know,

14   if you miss something, watch it again, take notes.  You

15   know, if you go into your back office, you can actually

16   print out the workbook for this action plan and fill it

17   out if you'd like to be able to follow along.  But, you

18   know, just take your unproductive time during the day,

19   study these eight steps, and turn it into productive

20   time.

21           And, you know, I've got two great leaders here.

22   I have got Star Ambassador?

23           MR. BUENALUZ:  Jed Buenaluz.

24           MR. BOREYKO:  And I've got elite leader?

25           MR. PTAK:  Nick Ptak.
```

1        MR. BOREYKO:  All right, guys.  And -- and

2    you're going to be meeting a variety of the elite leaders

3    here in this action plan, but before we get into step

4    number one, which is my favorite step, you know, it's all

5    about dreaming, it's all about, you know, like my mom, I

6    was raised with a mom that just told me "Dream big

7    dreams; small dreams have no magic."

8            And but before we get into that, I want to take

9    just a couple minutes.  You know, the person watching

10   this, just getting set up in business, ==what advice do you==

11   ==give your -- your newest person, your newest affiliate on==

12   ==-- on getting their business set up correctly.==

13       MR. BUENALUZ:  ==Well, number one, you have to==

14   ==order product.  And you have many different options to==

15   ==order either seven cases, two cases.  My biggest belief==

16   ==is you have to order a lot of product just because if you==

17   ==want to really get your business to the next level, you==

18   ==want to have that on hand.  And the reason for that is==

19   ==when you do advance, when you do two-on-ones, when you go==

20   ==show the plan, you want to be able to have product with==

21   ==you at all times.==

22           ==So, my -- my encouragement to people, B.K., is==

23   ==to order an affiliate pack.  I think that's the best --==

24   ==that's the best way to get started.  That's the best way==

25   ==to launch your business with momentum.  And that also==

6

1    creates duplication.

2          MR. BOREYKO:  Right.

3          MR. BUENALUZ:  You know, whatever you do in

4    this business, that -- that duplicates.

5          MR. BOREYKO:  Well, you know, I always -- I

6    always talk to people about, you know, what we're going

7    to be talking to you about here in -- in this eight-step

8    series is about business.  It's about getting set up for

9    business, and all of the elite leaders that are going to

10   be talking to you are going to be giving you their ideas,

11   their proven concepts that set you up for the best chance

12   at success, to give you the best opportunity to take your

13   business to the next level.

14          And, so, obviously, the affiliate pack, I -- I

15   equate the affiliate pack to sort of like opening up a

16   Subway franchise.  If you, you know, put in all the

17   effort to open up a Subway franchise and you didn't buy

18   any meat and you didn't buy any buns --

19          MR. PTAK:  Yeah.

20          MR. BOREYKO:  -- you didn't -- you didn't have

21   anything to -- to share with people, you wouldn't be in

22   business very long.

23          MR. BUENALUZ:  That's right.

24          MR. BOREYKO:  And, so, you know, the thing I

25   like about buying an affiliate pack is that you don't

7

1    have to buy an affiliate pack, but you have to buy an

2    affiliate pack.  I mean, it's like if -- if you want to

3    be successful --

4            MR. PTAK:  Yeah.

5            MR. BOREYKO:  -- you need the -- the product is

6    the foundation that -- that your business is built on,

7    and to be able to share product with people, to be able

8    to have them experience it, you can even sell your

9    product out of there, you know, if somebody says, hey,

10   just let me have a half a case or something like that or

11   a case, you can just sell out of that.  But it's

12   important that you position yourself upright and -- and

13   get that affiliate pack, but -- but, Nick, what are your

14   thoughts when you're getting that new person started?

15           MR. PTAK:  When you're getting that new person

16   started, you want them to understand you have, you know,

17   100 percent their best interest in mind, and you are

18   connecting them with their upline, someone who has had

19   success with Vemma, someone who is at the diamond

20   position or higher, so that they know that they are

21   connecting with people who have exactly what they want

22   and that you put together a game plan of where they need

23   to go.  You want to congratulate them and reaffirm their

24   belief and their decision for making this thing happen.

25           MR. BOREYKO:  So, get connected, stay plugged

8

1    in.

2         MR. PTAK:  Yes, and then put together -- and

3    the biggest thing I can recommend is doing a 30-minute,

4    after they enroll, game plan, a breakdown of what you

5    want to do.  Order the affiliate pack, like Jed said; get

6    them plugged in with the system; get them, you know,

7    inviting some friends out to events; get them plugged in;

8    show the plan; get them, you know, to have their friends

9    tasting the product; get them into action with knowing

10   what to do.

11        Because when you enroll you get that big, you

12   know, belief surge, but if they don't follow it up with

13   actual tangible steps, plugging into the upline, plugging

14   them into a system that works, they can, you know, start

15   to fall off.  So, it's that after they enroll, that 30-

16   minute kind of breakdown, that strategy session, that's

17   proved to have a lot of success for me.

18        MR. BOREYKO:  Now, one of the things that I am

19   excited about is that little variety pack, that half

20   case, 12 cans of our most popular ready-to-drink

21   beverages.  Have you guys given any thought to putting

22   that on auto-delivery?

23        MR. BOREYKO:  Yeah, absolutely.  And -- and I

24   think it's because, you know, so many people in this

25   business, they can't -- they can't just drink one product

9

1   of our -- of our -- of our -- of our products that we

2   have today.  I believe when -- when you -- when you put

3   people on auto-ship, when you put people on auto-delivery

4   for that, it will really take their business to the next

5   level, and because, you know, they have samples on hand

6   and you could -- you could send it if people -- people

7   come to your event, if people come to your tasting

8   parties, when -- if they come to your house, you can --

9   you can send it out and give people value when -- when

10  they leave there -- when they leave your place or they

11  leave that event or they leave that meeting.  So, that's

12  -- that's a -- that's a very, very awesome thing.

13        MR. BOREYKO:  Well, you know, one of the things

14  that -- if I was an affiliate out there, I think, you

15  know, those little four -- those little half-packs, I

16  would put four of those on my auto-delivery.  That is --

17  you know, when you have a two-case auto-delivery set up,

18  it's basically guaranteeing that it's your trump card.

19  It's -- it says, hey, I'm going to be qualified to

20  receive bonuses for the -- for the rank advancement

21  period.

22            You know, customer volume does count towards --

23  towards your -- your qualifying volume, 50 percent of it,

24  but -- but sometimes customers, you know, they order this

25  month, they don't order next month, they don't tell you

1   that they're not ordering --

2          MR. BUENALUZ:  Yep.

3          MR. BOREYKO:  -- and all of a sudden, you find

4   yourself not qualified and you're like, aaahh, what do I

5   do.

6          MR. PTAK:  Hey.

7          MR. BOREYKO:  And all that work -- you know,

8   all that month's work is out the window.  So, what --

9   what you want to make sure you do is you've got that base

10  covered with a two-pack auto-ship.  Personally, you know,

11  I was talking to Josh Noble in the hallway, and he said I

12  do two cases of the variety pack and I do one case of the

13  -- of the Verve Bold.  That's my -- that's his favorite

14  product.  And, so, he's got that covered.

15         But I personally would do four half-packs.  I

16  would do four half-packs of the variety pack because when

17  you're getting a brand new person started, they pretty

18  much -- when they want something, they want it when?

19         MR. BUENALUZ:  Right now.

20         MR. PTAK:  Right now.

21         MR. BOREYKO:  Right now.

22         MR. PTAK:  Yeah.

23         MR. BOREYKO:  And to be able to take one of

24  those out of your inventory and say, here, here's $35,

25  give me that, and then that gives you a variety of all

1   the products.  We're going to place your order; it will

2   come to your house in the next day or two.  I just think

3   it's a great way of doing business, and it's -- and it's

4   something that -- that gives you a variety of the

5   products, and so you don't get burned out on just

6   drinking the same thing over and over again.

7            Any other words of wisdom before we step

8   into -- or move into step one, which is -- which is

9   building your dreams?  When -- what I'm asking words of

10  wisdom for getting that new person set up in business and

11  plugged in.

12            MR. PTAK:  I would connect them on any social

13  media group you have, any, you know, group text messaging

14  app.  The more activity and the more people they are

15  surrounded with, it's a campfire effect, like we talk

16  about.  The more people that they are surrounded with

17  that believe what they believe, they share the same

18  vision, they will start to passively and subconsciously

19  start to gain all that information and believe it, and

20  they will stay around and get plugged in the system.

21       Once they're involved and they're actually taking

22  action, that's when they have that really, really high

23  chance of being very successful.  So, it is that key, the

24  first week they're involved, you get them plugged in with

25  the social media groups, are they coming out to events,

1    know, give this -- give this business time.  And I think

2    a lot of people --

3              MR. PTAK:  Yes.

4              MR. BOREYKO:  -- you know, they -- they want to

5    -- they want to make it happen right away, but you got to

6    give it time.  You got to give yourself time.  You got to

7    grow your skill set, you got to grow yourself, you got to

8    grow as a person in this business.  And, so, I was

9    willing to give this whatever it took, B.K., and so, you

10   know, if you're new in this or if you've been involved

11   for a while, I would say, you know, give it time, give it

12   -- give it at least four to five years of commitment.

13   You know, we go to school for four years --

14             MR. BOREYKO:  Mm-hmm.

15             MR. BUENALUZ:  -- with no -- with no

16   guarantees.  You know, you're in the military for four

17   years.

18             MR. BOREYKO:  No guarantees?

19             MR. BUENALUZ:  No guarantees.

20             MR. BOREYKO:  The class of 2014, 17 percent of

21   the graduating class have a job lined up.  You want to

22   talk about no guarantees.  And here, $25- to 50,000 in

23   debt.

24             MR. BUENALUZ:  Yeah.

25             MR. BOREYKO:  So, four years of their life --

1                 MR. BUENALUZ:  Right.

2                 MR. BOREYKO:  -- committed to -- to --

3                 MR. BUENALUZ:  Right.

4                 MR. BOREYKO:  -- getting better.

5                 MR. BUENALUZ:  Yes.

6                 MR. BOREYKO:  And -- and what you're asking

7     them to do is make the same commitment --

8                 MR. BUENALUZ:  Make the same commitment.

9                 MR. BOREYKO:  -- four years of your life

10    committed to getting better.

11                MR. BUENALUZ:  Well, I gave this four years.

12    I've been --

13                Message on screen:  Results not typical, your

14    results may vary.  The success or failure of each

15    individual is dependent on their own efforts.  The

16    Company has generally expected results which can be

17    obtained by visiting www.vemma.com.

18                MR. BUENALUZ:  -- in Vemma now over -- just a

19    little bit over four and a half years, and it's turned

20    into a phenomenal income.  But if I would have quit along

21    the way, if I would have gave up -- gave up on my dreams

22    and my goals, my mom wouldn't be retired today.  And, so

23    --

24                MR. PTAK:  Wow.

25                MR. BOREYKO:  You retired your mom?

1          MR. PTAK:  Wow.

2          MR. BUENALUZ:  Yes.  Yes, sir.  And -- and I

3   would still be driving a 1987 van.  So --

4          MR. BOREYKO:  What are you driving now?

5          MR. BUENALUZ:  A five-series BMW, so all by

6   this guy right here.

7          MR. BOREYKO:  I am proud of you, man.  I am

8   proud -- I'm proud of both you guys.

9          Hey, guys, we got a big step two coming up

10  right now.  Watch this.

11         On-screen:  2013 U.S. Disclosure Statement

12         (The video concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: DATE UNKNOWN

6    TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                   DATED:  FEBRUARY 28, 2015

14

15

16                   SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                   ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5   MATTER NO.      1423230

6

    TITLE               VEMMA

7

8   DATE          RECORDED:   UNKNOWN

                  TRANSCRIBED:  AUGUST 10, 2015

9

10  PAGES         1 THROUGH 23

11

12

             AFFILIATE ACTION PLAN - STEP 4

13              HOW TO LEAD WITH VEMMA

14

15

16

17

18

19

20

21

22

23

24          For The Record, Inc.

25   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                      PAGE:

5    Affiliate Action Plan - Step 4

6         How to Lead with Vemma                        4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Vemma                          )  Matter No. 1423230

 5                                   )

 6    -----------------------------)

 7                                   Date Unknown

 8

 9

10

11         The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 30,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1              P R O C E E D I N G S

 2                  -    -    -    -    -

 3        (Music.)

 4        B.K. BOREYKO:  Hey, Vemma team, get ready for

 5   step four.  And you'll notice we've got a little bit

 6   different background here.  We're on the beautiful island

 7   of San Juan, Puerto Rico, for the official launch of

 8   Vemma Puerto Rico, 1,500 excited affiliates out here.  A

 9   lot of -- a lot of energy going on.  And this is sort of

10   our crown jewel of the whole Latino movement.

11            And, so, if you hear some noise, if you hear

12   some birds, it's all part of the atmosphere.  And like I

13   was talking to Star Ambassador Dennis Ligon -- how you

14   doing, Dennis?

15        DENNIS LIGON:  Doing great.

16        B.K. BOREYKO:  And he was saying if you don't

17   have it on your dream list to come and visit San Juan,

18   Puerto Rico, what should they do?

19        DENNIS LIGON:  Put it on that list right now.

20        B.K. BOREYKO:  All right.  And he is from --

21        DENNIS LIGON:  Green Bay, Wisconsin.

22        B.K. BOREYKO:  Right.  Green Bay Packer fan

23   from Virginia Beach, Virginia.  We got David Reeder here,

24   ambassador leader from Naples, Florida.  David, how are

25   you soaking up the -- the atmosphere here?
```

1           So, to get the conversation started, I needed

2     to find out something about them.  I needed to find out

3     whether they were interested in the product, whether

4     they were interested in the business or both.  So, I

5     asked questions, and I listened.  We teach all the

6     people that we work with to listen twice as much as you

7     talk because you're going to pick up things that are

8     going to direct you on where you need to go with the

9     presentation.

10          So, this gentleman that I met with yesterday,

11    he's in the medical supply industry.  He's interested.

12    He told me he likes the clinical studies.  I said, hmm,

13    very interesting, because we just happen to have clinical

14    studies.  We're a physician-formulated clinically studied

15    product.  And I told him a little bit -- I took -- about

16    that.  I took him to the website.  I showed him the

17    clinical studies, because that's where he told me he

18    wanted to go, okay?

19          But he also said he was interested in a

20    residual income, and I told him a couple of stories about

21    people that we know that have used the benefits of having

22    a residual income, like in a family-crisis type

23    situation.  I still went back and focused on the product.

24    And I told him, you know, how we're a wellness company

25    first.  We're even -- that's real -- really more

1  important than us being a weight-loss company or an

2  energy drink company.  We're a wellness company with an

3  incredible supplementation product, Vemma.

4        And if you look on the box, it says, Vemma

5  Inside, and that really kind of struck me, because that's

6  exactly what we are, Vemma inside all of our products.

7  So, we have products from two to 102.  So, that's what

8  really kind of struck him is that you get somebody on

9  this product, they have -- we have different delivery

10  systems for different demographics.  He saw that; I said,

11  you know, you're going to be on this product from -- for

12  the rest of your life, which is great because it is so

13  incredible the way it works in your body.

14        And, so, that was kind of my introduction into

15  the -- to the formula part of it.  He got it.  He came in

16  as an affiliate, brought his girlfriend as an affiliate.

17        B.K. BOREYKO:  You know, you mentioned

18  conversations, and I've always said, we are in the

19  business of having conversations.  The average person has

20  about 15 conversations a day.  You -- you extrapolate

21  that over a year, that's -- that's over 5,000

22  conversations a year.  You take a look at the power

23  behind some of those conversations are going to be about

24  weight loss.  They're going to be about having more

25  energy.  They're going to be about some health

1   challenges.  And to be able to tie those conversations

2   into a part-time business and be able to promote a line

3   of products is -- is absolutely phenomenal.

4           So, guys, anything else with -- like, you know,

5   you've got -- you've got a leader in your organization,

6   Jerry Dowd, that -- that has a sampling approach where he

7   takes surveys.  Why don't you talk to the team a little

8   bit about that and -- and by no means am I saying to you

9   guys go out and -- and do anything that your upline coach

10  is not telling you to do.  These are just ideas that you

11  can add to the -- the nuts and bolts of building the

12  business the way your team wants to build it.

13          DENNIS LIGON:  Well, it comes down to this.

14  You know, in the tanning world, I always say that I

15  opened tanning salons, and it took me six years to turn a

16  profit, which is still really good because in 20 years I

17  made a great income with that.  And it took me six days

18  to turn a profit with Vemma.

19          So, when I encourage someone to start, like

20  Jerry, with the sampling program, you decide what your

21  budget is.  For someone giving out just one Verve a day,

22  and let's say they got about a $3 or $4 a day budget, so

23  they're spending about 20 bucks a week and they're

24  exposing this product to about five people every week.

25  And over a course of time, you're going to get a lot of

1    people on the product, a lot of people that love it, and

2    some of them who want to promote it.

3           And what Jerry does is simply he has -- he has

4    different ways of doing it, but one of his ways, he

5    packages a nice little package for someone, a nice gift,

6    and who doesn't like getting a nice gift?  And it's a

7    gift of health.  And he doesn't care whether they decide

8    to get in or not.  He's going to just put it out there.

9           And if it's someone that's not interested, it's

10   better to find out then instead of wasting your time.

11   But if it's someone that's interested in the product,

12   they can go to the website and get product, and they can

13   become a source of income for you as long as they stay on

14   that product.  Or they can decide to build that brand.

15          You know, if you go into a grocery store these

16   days, there's usually a lady or a man sampling cheese.

17          B.K. BOREYKO:  Mm-hmm.

18          DENNIS LIGON:  And they'll put it on toothpick

19   and hand it to you, and they don't really care whether

20   you buy it or not.  But by the time you get to that

21   counter, you may say, you know what, I'm going to try

22   that because I got that free sample and I enjoyed it, so

23   I'm going to go ahead and try that.  Well, that's all we

24   do here.

25          B.K. BOREYKO:  Costco is big on that.

1          DENNIS LIGON:  Yeah.  I think the people get

2     excited about, when they see the incomes people make in

3     this business, some people make, that sometimes we jump

4     on that so fast like because we can't believe it.

5          B.K. BOREYKO:  Mm-hmm.

6          DENNIS LIGON:  We can't believe we get paid to

7     do this, and so we want to tell people too quickly, like,

8     oh, you need to get in this, you can make some serious

9     money.  But, unfortunately, you want to make sure that

10    they're passionate about the product, because before any

11    of that money comes, you got to be passionate about the

12    product.

13          So, for myself and for people on my team and

14    other teams, you realize that for some it will happen

15    faster than others, but if you're passionate about that

16    product, one day it will happen to you, to some degree

17    you'll have some success simply because the numbers take

18    over, people, if you're passionate about it.

19          There's a lot of great companies out there that

20    I -- that people make a lot of money at but I couldn't be

21    involved with because I'm not passionate about the

22    product.  This I was passionate about day one.  I knew I

23    would drink it whether I got paid or not, not that I want

24    you to stop paying me.  But I knew that I would drink

25    this regardless.

1          B.K. BOREYKO:  I've seen how much I pay you,

2    and you deserve it.  You know, I'm the kind of CEO that

3    gets excited about the bigger the checks are that I get

4    to pay our affiliates.

5          You know, one of the things I want you to talk

6    about a little bit, David, is the -- is our customer

7    loyalty program.  We, at Vemma, are a customer

8    acquisition model.  You know, people use the word

9    recruiting as a bad word.

10          DAVID REEDER:  Right.

11          B.K. BOREYKO:  And, you know, you think about

12    it, you got the -- all the armed services, all they do is

13    recruit.  You got -- you've got the -- the top colleges

14    in this country, all they do is recruit.  You got for,

15    you know, the sports teams, all they're doing is

16    recruiting talent.

17          DAVID REEDER:  Right.

18          B.K. BOREYKO:  Because of what that talent will

19    bring to the team.  I mean, obviously, with us, and I

20    don't want to get into a rant here, but -- but with us,

21    we don't pay you to recruit; you want to recruit --

22          DAVID REEDER:  Right.

23          B.K. BOREYKO:  -- because of the sales that

24    those people can -- can bring.  And in our customer

25    acquisition model, some of our best affiliates first

1    start off as a customer, but let's talk a little bit

2    about the customer loyalty program and that first step of

3    getting somebody product for free.

4             DAVID REEDER:  Right.  Well, and what we train

5    is that -- is that when you get your belief system to the

6    right level, you're not going out every day trying to

7    recruit or trying to sell product.  You're going out

8    every day knowing that you have something that millions

9    of people need, hardly anybody knows about it yet, there

10   is no competition in my opinion to Vemma.  Nobody wants

11   to take pills.  Liquid nutrition is the way to go.  Now,

12   that narrows the field down.  Now you see what is the

13   best liquid nutrition product, Vemma, there is no

14   question.

15            So, when you go out there every day, you're

16   going out there armed with the belief that you're not

17   doing anything but helping people.  And when a

18   businessperson does that, when they see that, then they

19   go, now, wait a minute, if there's millions of people

20   that need this and very few people, relatively speaking,

21   know about it, that creates opportunity.

22            So, what we tell people is, is listen.  You

23   know, maybe you don't want to have a full-time career

24   with Vemma, but what happens if you just go out and talk

25   to a few people, and then you can get your product for

1    free?  I mean, how does that sound?  And people can

2    relate to that, you know?  I mean, you're going to give

3    me my product free.  I just get -- I get three and mine's

4    free and, yeah, and they say we got hundreds if not

5    thousands of people already getting their product for

6    free.

7            So, that really is very relatable to a lot of

8    people, and it's not asking them to take a big step, you

9    know, jump off and say I'm going full-time into affiliate

10   marketing.  Well, a lot of people aren't ready for that,

11   but what happens is, it's like the -- it's like the frog

12   in the water, you know, they don't jump out because the

13   water gets warmer gradually.

14           Well, they -- we get them in; they start having

15   a little bit of success, then B.K. and his team, they add

16   on with the integrity, with all the marketing, with the

17   great packaging, with the incredible customer support

18   that Vemma has.  And we start building on successes and

19   the successes, and all of a sudden, they say, hey, I got

20   my product for free.  Well, if I did that, could I make a

21   couple of hundred dollars a month?  Say sure, let me show

22   you how you can do that.

23           Those people are then on the way to becoming,

24   you know, golds and -- and diamonds and on and on and on.

25   So, that's the way it works.  It's a great program, B.K.

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE: UNKNOWN

6     TRANSCRIPTION DATE: AUGUST 10, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                     DATED:  AUGUST 10, 2015

14

15

16                     SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                     ELIZABETH M. FARRELL

1

1                OFFICIAL TRANSCRIPT PROCEEDING

2                  FEDERAL TRADE COMMISSION

3

4

5      MATTER NO.      1423230

6

       TITLE              VEMMA

7

8      DATE          RECORDED:   UNKNOWN

                      TRANSCRIBED:  AUGUST 10, 2015

9

10     PAGES          1 THROUGH 21

11

12

                  AFFILIATE ACTION PLAN - STEP 5

13                LEADING WITH THE VEMMA BUSINESS

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    Affiliate Action Plan - Step 5

6         Leading with the Vemma Business              4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3   In the Matter of:              )

4   Vemma                          )  Matter No. 1423230

5                                  )

6   -----------------------------)

7                                  Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 30,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                 P R O C E E D I N G S

2                   -   -   -   -   -

3         (Music.)

4         B.K. BOREYKO:  Hey, step five.  I can't believe

5   we're here already.  We've already covered the -- the

6   why; we've covered the attitude; we've covered making

7   your list; we've covered leading with the product.

8         JEFFREY JENSEN:  Yep.

9         B.K. BOREYKO:  Now we're going to cover leading

10  -- after my own heart, leading with the business, because

11  I think, you know, our best and -- and most exciting,

12  most sought-after product in -- in all 50 countries that

13  we're in is a product called hope.  And that's what this

14  opportunity, that's what this business can offer people.

15        And to help me talk a little bit more about

16  this, we've got a master leader, Richard Bischoff, former

17  personal trainer.  We're going to talk a little bit about

18  that.

19        JEFFREY JENSEN:  Let's do it.

20        B.K. BOREYKO:  Yeah, and elite leader Jeffrey

21  Jensen.  Both from Myrtle Beach, South Carolina.

22        JEFFREY JENSEN:  Yes.

23        B.K. BOREYKO:  Got the East Coast represented

24  here in one sitting.  But, guys, hey, Richard, let's

25  start with you.  Rank has its privileges, I'm sorry about
```

5

1    that.

2           JEFFREY JENSEN:  No worries.

3           B.K. BOREYKO:  But -- but talk to me a little

4    bit about leading and -- and the mindset you need.  Well,

5    actually, you're not going to talk to me.  You're going

6    to talk to that -- that brand new person watching this on

7    his -- on his -- or her phone, and -- and talk to them

8    about leading with the business.  You've got your list.

9    You -- you -- when you make your list, do you prioritize

10   into -- into different categories?

11          RICHARD BISCHOFF:  Absolutely.

12          B.K. BOREYKO:  Okay.  So, the category of

13   business opportunity, how do you approach those people?

14          RICHARD BISCHOFF:  Yeah, well, you know, for

15   me, being the personal training with that background, I

16   actually approach most people with the product, and my

17   business stalled with that because there wasn't the

18   duplication, and I was unfairly not helping people that

19   do need the business.

20              You know, so many people are hurting for that

21   just extra $500 to $800 a month really because that's a

22   part-time income.  And so many people have that part-time

23   job then that we can replace that very quickly with this.

24   So, I just went out looking for people that, you know,

25   were working two jobs.  I was looking for people who are

**App. 1270**

1    always, you know, that ambitious entrepreneur type, and,

2    you know, and -- and the people that are wealthy or

3    people who are successful are always looking for multiple

4    streams of income.  So, I just fit them in their need.  I

5    listened to what they were saying, and that's how I

6    approached them.

7            B.K. BOREYKO:  You know, one of the things you

8    talked about, a part-time income, which is so huge, but

9    also the tax benefits --

10           RICHARD BISCHOFF:  Oh, yeah.

11           B.K. BOREYKO:  -- when you're talking to

12   somebody about this business, I mean, seriously, and --

13   and contact your tax professional, because I'm not a tax

14   professional, but the ones that I have talked to say you

15   can save between $3- to $5,000 a year on your taxes by --

16   by just adding the -- the promotion of the Vemma

17   opportunity and the Vemma brands to your -- the things

18   that you normally do.

19           RICHARD BISCHOFF:  Yeah.

20           B.K. BOREYKO:  When you're -- when you're going

21   somewhere, when you're traveling somewhere, to be talking

22   to people about your part-time Vemma business makes that

23   a legitimate tax deduction.  In fact, in your back

24   office, you can go and download Tax-Bot.  Now, Tax-Bot is

25   usually between -- between $10 or $20 a month.  And --

1          RICHARD BISCHOFF:  That's (inaudible).

2          B.K. BOREYKO:  Especially when you get around

3    that April 15th, you know, deadline and be talking to

4    people about --

5          RICHARD BISCHOFF:  Absolutely.

6          B.K. BOREYKO:  -- hey, how much money did you

7    save -- not how much money did you -- did you pay in

8    taxes.

9          JEFFREY JENSEN:  Right.

10          B.K. BOREYKO:  How much money did you save on

11    your taxes.

12          JEFFREY JENSEN:  Right, save.

13          B.K. BOREYKO:  What a great opening line.

14          Jeffrey, talk to me a little bit about -- sorry

15    about hitting you.

16          JEFFREY JENSEN:  That's okay.

17          B.K. BOREYKO:  Leading with -- but I get fired

18    up, you know?  When you're talking about the business, I

19    get fired up.  So, tell me a little bit about leading

20    with the business.

21          JEFFREY JENSEN:  Absolutely.  Well, I don't

22    think anybody wakes up and says, man, I wish I was broke.

23    Everybody's looking for another stream of income, and

24    like Richard said, you know, a lot of times people focus

25    on the product, but for me, you know, when I first got

**App. 1272**

1    started on this, I wasn't really looking for anything.

2    So, when he shared the business opportunity, for a

3    college dropout that didn't really have much going on, I

4    saw this as a vehicle to now, you know, kind of attach my

5    hopes and dreams to and really run with it.  And I think

6    the fact that Vemma is so simple and the fact that we

7    have a duplicatable system really makes this an exciting

8    business to be a part of.

9              B.K. BOREYKO:  And, you know, you said a key

10   word there, which is simple.  And a lot of people like to

11   complicate things and -- and what we really encourage

12   them to just keep it simple, keep everything you do

13   duplicatable, and --

14             RICHARD BISCHOFF:  Absolutely.

15             B.K. BOREYKO:  -- and that's amazing.  So,

16   leading with the product, let me talk a little bit about

17   personal trainers.  We have probably the best two

18   personal trainers --

19             RICHARD BISCHOFF:  Absolutely.

20             B.K. BOREYKO:  -- as spokespeople on the

21   planet, Chris and Heidi Powell.  And -- and one of

22   the things that a lot of people don't know is they

23   actually got their start doing what every other

24   personal trainer --

25             RICHARD BISCHOFF:  Right.

1  maybe it's a college dropout like myself that, you know,

2  has the ambition, has the goals, the dreams and stuff

3  like that, but just hasn't found the right vehicle to

4  plug into yet.

5       B.K. BOREYKO:  All right.  Hey, a question I

6  want to ask both of you guys, you know, the affiliates

7  watching this step are probably thinking, okay,

8  approaching with the business, what do I say.

9       RICHARD BISCHOFF:  Well, it really comes down

10  to listening and feeling their need, hearing what they're

11  saying.  But I just ask them simply do you or anyone you

12  know is -- or are you or anyone you know looking to make

13  a part-time income or, you know, are you open to

14  alternative ways to make an income outside the box.

15  Because most people have no experience with affiliate

16  marketing.  I know I didn't.

17       So, you know, really just coming to them with a

18  question, listening to their answer, and then plugging

19  them also in with an upline, you know, someone with the

20  success story that you don't have to do (inaudible).  If

21  you're new and you're watching this, use your upline.

22  Follow the system.  Plug them into your upline.  You

23  don't have to know everything about the comp plan and the

24  bonuses.  Just know how to follow the system.

25       B.K. BOREYKO:  So, you basically -- especially

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: AUGUST 10, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  AUGUST 10, 2015

14

15

16                    SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                    ELIZABETH M. FARRELL

1

1                    OFFICIAL TRANSCRIPT PROCEEDING

2                       FEDERAL TRADE COMMISSION

3

4

5    MATTER NO.      1423230

6

     TITLE                   VEMMA

7

8    DATE          RECORDED:   UNKNOWN

                    TRANSCRIBED:  AUGUST 10, 2015

9

10   PAGES         1 THROUGH 23

11

12

                     AFFILIATE ACTION PLAN - STEP 6

13                   GOAL SETTING YOUR FIRST OBJ

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Affiliate Action Plan - Step 6

 6        Goal Setting Your First Obj              4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    ------------------------------)

7                              Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 30,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                    P R O C E E D I N G S
2                     -    -    -    -    -
3            (Music.)
4            B.K. BOREYKO:  Hey, guys, step number six, and
5   I am here with Sheel Patel.  You're from Boston?
6            SHEEL PATEL:  Yeah.
7            B.K. BOREYKO:  Or Connecticut?
8            SHEEL PATEL:  Boston.  That's Connecticut over
9   there.
10           B.K. BOREYKO:  Eddie Mentore from --
11           EDDIE MENTORE:  Connecticut.
12           B.K. BOREYKO:  -- Connecticut.  Hey, guys.  Got
13  the East Coast represented here, a couple young pros,
14  talking to you about the affiliate action plan.  Hey, if
15  you haven't downloaded -- you get this booklet in your
16  success kit when you buy your affiliate pack for free,
17  but if you also want to download it for free, go to your
18  back office and print it out here.
19           But, hey, we are talking about step number six,
20  goal setting, your first objectives, first 30 days.  I
21  know you got a lot of energy on this.  Tell me.  Coach
22  the team, man.
23           SHEEL PATEL:  The first thing you want to do
24  when you get started is set up some goals.  You know,
25  college studies show that when you graduate college and
```

5

1    you write them down, 90 percent of the people that have

2    written them down turn them into reality.  And, so --

3           B.K. BOREYKO:  That writing, that work -- using

4    the workbook is important.

5           SHEEL PATEL:  Yeah, absolutely.  You know,

6    physically putting it on paper and being able to visually

7    see that is -- is a big part of your overall success

8    here, guys.

9           B.K. BOREYKO:  Mm-hmm.  And you know what's

10   cool about this is it's got this -- it's got this layer

11   of technology, so you download the app, you hold your

12   phone over this, and it actually plays the video --

13          EDDIE MENTORE:  Oh, that's real cool.

14          B.K. BOREYKO:  That's how they're playing the

15   video right now.  That's how we're playing --

16          EDDIE MENTORE:  Yeah.

17          B.K. BOREYKO:  -- or they go to

18   VemmaVideos.com, VemmaVideo.com and check it out.

19          But, Eddie, talk to me about, hey, first 30

20   days.  I know you guys even take it one step further and

21   get them into action, you want to get them bronze --

22          EDDIE MENTORE:  Yeah.

23          B.K. BOREYKO:  -- in their first seven days.

24   So, you've got a lot of energy on getting somebody fast

25   to be able to create their story.  Talk to the team a

```
1    little bit about -- about setting your goals and your
2    objectives, but also keeping them realistic.  You don't
3    want people going, hey, I'm going to be platinum in my
4    first 30 days.
5              EDDIE MENTORE:  Absolutely.
6              B.K. BOREYKO:  You know, so talk to us a little
7    bit about that.
8              EDDIE MENTORE:  Well, I mean, there's a power
9    in writing things down.  Right?  There's a power -- I
10   mean, you become a walking magnet when you -- when you
11   put it on paper.  Like Sheel said, there's college
12   studies that you will literally attract those things into
13   your life.  But, you know, a lot of people get started
14   and they want the -- the car, the home, and all those
15   things will come, but it start -- it's, you know, setting
16   small measurable goals in the beginning of your business
17   so you can get to the bigger goals.
18              And, so, we really push people in their first
19   seven days to go bronze, because that's the first rank,
20   it's the first, you know, milestone in their business.
21   And, so, we always push to get people to schedule their
22   first home events in the first seven days, making their
23   contact list.
24              B.K. BOREYKO:  How many home events do you want
25   them to do?
```

7

1                EDDIE MENTORE:  At least two.

2                B.K. BOREYKO:  Yeah?

3                EDDIE MENTORE:  We shoot for two.

4                B.K. BOREYKO:  I love it.

5                EDDIE MENTORE:  Because they invite for the

6      first one -- people that can't make the first one, they

7      got a backup plan.

8                B.K. BOREYKO:  I -- I love that.  Hey, guys,

9      talking about getting started correctly, I'm sure that,

10     you know, the people that are serious about this business

11     get started with an affiliate pack.

12               SHEEL PATEL:  Yeah.

13               B.K. BOREYKO:  Why is that important when

14     you're sitting down with a person to -- to get them

15     started with an affiliate pack?

16               SHEEL PATEL:  You know, you want to start with

17     the right tools.  You want to start with product, just

18     like you -- you would open up any business, you know, my

19     parents, they have a Subway, and --

20               B.K. BOREYKO:  Your parents actually have a

21     Subway?

22               SHEEL PATEL:  Yeah.

23               B.K. BOREYKO:  I use that analogy all the time.

24               SHEEL PATEL:  Yeah.

25               B.K. BOREYKO:  Okay.

**App. 1282**

8

 1            SHEEL PATEL:  And I've heard it before, and --

 2      and I'm always like, yeah, well, that's what mom and dad

 3      did.

 4            B.K. BOREYKO:  Okay, tell me -- can you tell

 5      this?  What did they pay to get into Subway?  What's the

 6      cost?

 7            SHEEL PATEL:  I think it's --

 8            B.K. BOREYKO:  Approximately.

 9            SHEEL PATEL:  -- like a quarter-million

10      dollars, something like that.

11            B.K. BOREYKO:  Seriously?

12            SHEEL PATEL:  Yeah.

13            B.K. BOREYKO:  After tax?

14            SHEEL PATEL:  After tax, something like that.

15            B.K. BOREYKO:  So, you got to make all that

16      money, pay your taxes, then you take the quarter-million

17      and you buy yourself an -- an opportunity, you know, not

18      to diminish it or anything, but it's -- but how far will

19      somebody drive for a sandwich?  Like three miles, five

20      miles?

21            SHEEL PATEL:  Right.  Right.

22            B.K. BOREYKO:  That's it.

23            SHEEL PATEL:  Yeah.

24            B.K. BOREYKO:  And -- and here, for $500, you

25      have an opportunity to build in 50 countries around the

9

1    ==world.==

2              SHEEL PATEL:  Yeah.  It's very competitive and,

3    you know, they're -- they're doing all right.  It's

4    systematic, and so there's a lot of similarities, except

5    you get to do it on your own.  You don't have to put up

6    the quarter-million dollars, and --

7              B.K. BOREYKO:  But here's the problem.  Here's

8    the -- you know what my dad used to tell me years ago?

9    He said, Son, the problem with this business is it's too

10   cheap to get in --

11             SHEEL PATEL:  Absolutely, I agree.

12             B.K. BOREYKO:  -- and their attitude, if -- if

13   I had every one of you say you got to pay a quarter-

14   million dollars to -- to become an affiliate with us, the

15   -- obviously we'd have way less affiliates, but the ones

16   that were in, you want to talk about all in?  You know,

17   they would be -- they would be doing this.  But here's

18   what I'm asking is you approach this with a quarter-

19   million-dollar attitude.

20             SHEEL PATEL:  Absolutely.

21             B.K. BOREYKO:  Attitude to be able to do it.

22   Okay, okay, getting on your auto-delivery, obviously, you

23   want to lock in the best price.  You know, and -- and --

24   and what else do you do to have a person, when they --

25   when they get their affiliate pack to get started with

1   the -- with an auto-delivery order?

2           SHEEL PATEL:  And just to, you know, finish up

3   on the thought you just had, a lot of times the fact that

4   it's only 500 is -- is sometimes a curse.  I mean, people

5   look at it like, eh, it's 500 bucks.

6           B.K. BOREYKO:  Xbox costs like that.

7           SHEEL PATEL:  Yeah, exactly.

8           B.K. BOREYKO:  You know, a couple games in.

9           SHEEL PATEL:  Perfect.

10          B.K. BOREYKO:  But, hey, let's -- let's stay on

11  this, okay?  Okay, so we got on auto-delivery, we're

12  getting locked into the best price.

13          SHEEL PATEL:  Yep.

14          B.K. BOREYKO:  We're -- we're talking about use

15  the customer referral program, getting a person their

16  product for free, because it's a -- you know, I've --

17  I've said this before, it's a sorting process.  When

18  you're -- when you're talking to people, you're going to

19  find three groups.  You're going to find the

20  entrepreneurs, which is what we're looking for, people

21  that -- that love the product that we sell, and that

22  product is called hope, and it's -- it's the American

23  dream to be able to have your own business and -- or the

24  Canadian dream or the North American dream if you're in

25  Mexico.  Mexico is cranking right now.

```
 1    just reserve the right to change your mind and -- and be
 2    able to -- to stay in touch with those people, because
 3    you never know when something might happen in their life
 4    where, you know, somebody in their family might have a
 5    health challenge, somebody, you know, might need a
 6    secondary income stream, a part-time income stream.
 7    It -- you never know.  So, the way you leave that
 8    relationship after somebody tells you no is -- is really
 9    important because --
10              EDDIE MENTORE:  Absolutely.
11              B.K. BOREYKO:  -- timing is everything.
12              EDDIE MENTORE:  Keeping a friend.
13              B.K. BOREYKO:  All right.  And -- and step
14    number four -- or step number four -- point number four
15    on step six is the frenzy bonus and the double frenzy
16    bonus.  And I love this bonus because it's like if you
17    watched a basketball game and it didn't have a 24-second
18    shot clock.  You know, what in the world would the game
19    be like.  And this is really our only bonus that has this
20    time limit to say, hey, in the seven-day rank advancement
21    period, RAP, rank advancement period, you've got to
22    introduce -- if you want to qualify for the frenzy bonus,
23    three people --
24              SHEEL PATEL:  Yep.
25              B.K. BOREYKO:  -- on a 120-point order.  And if
```

1    you want to qualify for the double frenzy bonus, what's

2    different?  Getting two of those?

3              EDDIE MENTORE:  Nope.

4              B.K. BOREYKO:  No.  What's the difference?

5              EDDIE MENTORE:  Three affiliate packs.

6              B.K. BOREYKO:  Three affiliate packs qualifies

7    you for the double frenzy bonus.  And, so, that is --

8    that is the difference --

9              SHEEL PATEL:  That is the difference.

10             B.K. BOREYKO:  -- between the frenzy and the

11   double frenzy.  Why do we call it double frenzy, then?

12   Just because we pay twice.

13             SHEEL PATEL:  We pay twice as much.

14             B.K. BOREYKO:  Okay, for getting people started

15   in business.

16             EDDIE MENTORE:  Exactly.

17             B.K. BOREYKO:  All right.  I love that.

18             EDDIE MENTORE:  The right way.

19             B.K. BOREYKO:  I love that, achieving the

20   bronze level, Eddie, you talked about this, the

21   importance of that.

22             EDDIE MENTORE:  Yep.

23             B.K. BOREYKO:  Getting the person to get

24   some points on the scoreboard, getting the person to

25   that -- that -- that first rank that we have coming in

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: AUGUST 10, 2015

7

8       I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  AUGUST 10, 2015

14

15

16                      SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                      ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2             FEDERAL TRADE COMMISSION

3

4

5   MATTER NO.     1423230

6

    TITLE              VEMMA

7

8   DATE        RECORDED:   UNKNOWN

                TRANSCRIBED:  AUGUST 10, 2015

9

10  PAGES       1 THROUGH 21

11

12

            AFFILIATE ACTION PLAN - STEP 8

13          TIME FOR ACTION HOME EVENTS

14

15

16

17

18

19

20

21

22

23

24          For The Record, Inc.

25   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    Affiliate Action Plan - Step 8

6        Time for Action Home Events                  4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:          )

 4     Vemma                      )  Matter No. 1423230

 5                                )

 6     -----------------------------)

 7                              Date Unknown

 8

 9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on July 30,

13     2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                   P R O C E E D I N G S

 2                    -    -    -    -    -

 3          (Music.)

 4          B.K. BOREYKO:  Hey, step number eight,

 5   finishing strong.  This is all about getting started, and

 6   I brought the two heavyweights here to tell you how to

 7   best set yourself up for success.  We've got Royal

 8   Ambassador, Mr. Alex Morton over here.  Star Royal, soon

 9   to be Pinnacle, Brad Alkazin.

10          Guys, you know, action is like pushing the

11   start button on your business.  How do you get that

12   newest person into action?

13          ALEX MORTON:  Get them into action.  I mean,

14   you guys heard it, you know, step eight, take action,

15   guys, you know, commit.  You know, you're starting your

16   own business, and the biggest thing that you have to do

17   is, you know, absolutely commit and just start believing

18   in yourself.  And, you know, follow the system.  You

19   know, help your newest person, you know, get started the

20   right way, you know, put some belief into them, put some

21   confidence, you know, into them, and help them, you know,

22   really launch their business.

23          B.K. BOREYKO:  Yeah, getting the support from

24   your -- from your circle of influence, but making sure

25   that they know, hey, you're getting into a business,
```

7

```
 1              B.K. BOREYKO:  -- if you would just shut up,

 2      B.K., I will take this.

 3              ALEX MORTON:  Just let me go.  Just let me go.

 4      Yeah, guys, when you're starting your own business, man,

 5      it's not what you say, you know, it's going to be how you

 6      say it.  You know, if this really truly is going to be

 7      that vehicle, Vemma is your answer, you know, to get you

 8      from A to B, to help you get out of that nine-to-five, to

 9      help you retire mom and dad, to help you pay off student

10      loan debt, to help you get to where you want to go in

11      life, you got to be excited.  You know, it's not what you

12      say, it is how you say it.

13              And in this business, you know, you know, you

14      have to give up to go up.  You know, you have to make

15      sacrifices, guys, you know, put down the Xbox 360, put

16      down the PS3.  You know, tell boyfriend to go home; tell

17      girlfriend to go on her vacation, guys, and focus on your

18      business, guys, because if you treat Vemma like a hobby,

19      it's going to pay you like a hobby.  If you treat it like

20      a multi-million-dollar business, it can pay you a million

21      bucks.

22              And, you know, like B.K. talked about, you

23      know, conviction, guys, you have to know where you are

24      going, so you got to be excited.  You know, when we

25      started this thing, you know, three years back, you know,
```

8

1    at Arizona State, guys, there was no credibility, there

2    were -- there were no BMWs, there was no one making much

3    money, so we had to be excited.  And people follow people

4    who are excited, and people follow people who know

5    exactly where they are going.

6            B.K. BOREYKO:  Mm-hmm.  You know, I think this

7    is the first time that we've actually done something

8    together.  Since that young renegade, what was it called?

9            ALEX MORTON:  Crusaders.

10           B.K. BOREYKO:  Young crusaders.  Young

11   renegades.  Young crusaders.  And -- and, you know, you

12   were just -- you were 49 cycles --

13           ALEX MORTON:  Or nine --

14           B.K. BOREYKO:  -- man, you were one away

15   from --

16           ALEX MORTON:  We lied, we said I was platinum.

17           B.K. BOREYKO:  Yeah, just roll it up to

18   platinum, all right, so we did it platinum.  He was

19   actually, you know, a diamond when we did that.  And --

20   and you guys have come so far.  Both of you guys have

21   come so far.  I mean, I'm proud of what you've done.

22   Tell -- you know, in getting started, getting into

23   action, what are some of the things that -- that you have

24   your team -- you know, if you're -- you're sitting here

25   talking to that brand new person, they're watching it on

1     C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE: UNKNOWN

6     TRANSCRIPTION DATE: AUGUST 10, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  AUGUST 10, 2015

14

15

16                        SARA J. VANCE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        ELIZABETH M. FARRELL

1

```
1                OFFICIAL TRANSCRIPT PROCEEDING

2                   FEDERAL TRADE COMMISSION

3

4

5

6    MATTER NO.     1423230

7

8

9    TITLE               VEMMA

10

11

12   DATE          RECORDED:    DATE UNKNOWN

13

14                 TRANSCRIBED:  AUGUST 5, 2015

15

16

17   PAGES         1 THROUGH 35

18

19

20

21

22

23   VIDEO -- TK Kubvoruno on YPR Radio Season 2 wEric Thomas

24                      – Learn How

25
```

2

1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4    RECORDING:                          PAGE:

5    TK Kubvoruno on YPR Radio Season 2

6    With Eric Thomas – Learn How                4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Vemma                        )  Matter No. 1423230

5                                  )

6     -----------------------------)

7

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 27,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2        TK Kubvoruno on YPR Radio Season 2 with Eric Thomas

 3                        – Learn How

 4                   –    –    –    –    –

 5     This is Season 2.

 6

 7     It's your boy ET.  Be phenomenal or be forgotten.

 8

 9     Take advice from the people that are getting the results.

10

11     I love it.  I love it.  It's go time.

12

13     This is about to be explosive.

14

15     I think -- (inaudible) -- is the best decision I've made.

16

17     Wow, wow.

18

19     You know, enjoy the ride.  It's definitely a fun ride.

20

21     YPR Radio, Radio, Radio, Radio.

22

23             ERIC THOMAS:  Whoo-whoo.  What up, what up,

24     what up?  It's your boy, ET.  Man, I'm fired up.  I know

25     normally I go right into YPR Radio, but I can't do that
```

1    story a lot because I was one of those people that never

2    really liked to make excuses.  You know, a lot of people,

3    you know, when they ask me, you know, why I decided not

4    to do football and kind of take Vemma full force, it's

5    because for me I kind of realized at an early age that,

6    you know, the percentage of people who make it the next

7    level is very slim.  And for myself, I couldn't let me

8    family go for four years of me wondering if this thing

9    was going to work out.

10          So for myself I kind of made a decision, kind

11   of sat down with Luke, you know, and these guys that

12   really kind of sent me in a direction and showed me, T.K,

13   you have all the tools and everything to make this thing

14   happen.

15          ERIC THOMAS:  Yeah, yeah.

16          T.K. KUBVORUNO:  And, you know, sometimes you

17   have to give up to go up.

18          E.T:  No doubt.

19          T.K. KUBVORUNO:  So myself, you know, I kind of

20   realized that, you know, for me I made this tough

21   decision.  And to be honest, you know, that was the

22   toughest time for me in Vemma, when I had to make that

23   decision to choose whether to do football at Michigan

24   State, you know, living the dream as a lot of young

25   people do, or, you know, be able to go out there and help

```
1    my family get financial freedom.  So I kind of made the
2    decision.  The first two months of me doing so, I was
3    kind of lost.  You know, you go from being the man on
4    campus that everybody is seeing you with your backpack
5    with your name tag and what not --
6              ERIC THOMAS:  Oh, absolutely.
7              T.K. KUBVORUNO:  And then I was going to be a
8    normal kid, and now you're the kid doing the Verve thing.
9    You know, you just got it started.  So for me it was
10   really hard in the beginning.  But then, you know, I kind
11   of started getting on the right track.  Luke and all
12   these guys really showed me, T.K., this is going to be
13   worth it.
14              So we got down to working, you know, 14 months
15   later.  I can't say -- I can definitely say it was the
16   best decision I've made.
17              ERIC THOMAS:  No doubt, no doubt.  Well, I met
18   you, I think it was San Diego --
19              T.K. KUBVORUNO:  Yep, yep.
20              ERIC THOMAS:  -- for the first time, and I saw
21   the tools, the talent, you know, and I'm grateful for
22   you.  Executive, man, you know.  That's got to be
23   exciting, man.  Talk to me about it.
24              T.K. KUBVORUNO:  Yeah, definitely.  Actually, I
25   just reached star executive a month and a half ago.
```

8

1               ERIC THOMAS:  Okay.

2               T.K. KUBVORUNO:  And then -- (inaudible) --

3     presidential --

4               ERIC THOMAS:  Okay, okay.  Next level.

5               T.K. KUBVORUNO:  And for me, the next -- next

6     level.  And for myself, you know, for me I've always --

7     you know, when I heard an executive, you know, reaching

8     that next level, executive -- (inaudible) -- that's when

9     it really starts getting real.  And that's when you

10    really have to bunker down as a leader and it's do or

11    die.  That's when you really, you know, have to embrace

12    being a leader.  You have to embrace when people see you

13    thinking about Verve or Vemma.

14              So for me it's just really been a blessing

15    because I used to remember looking at the rank

16    advancement chart and looking at it jump from gold to

17    diamond.  That's going to take a while.

18              ERIC THOMAS:  Yeah, yeah, yeah.

19              T.K. KUBVORUNO:  And then I'm looking at it,

20    and now we're looking -- you know, star executive, when

21    am I going to hit ambassador?

22              So it's just crazy to all soak it all in.  And

23    it really doesn't hit you until you get that e-mail, T.K.

24    we want you to fly down.  Until you start seeing

25    yourself, you know, in San Diego and you being able to

9

1    recognize myself.

2            So that's when it really hits you.

3            ERIC THOMAS:  Yeah.

4            T.K. KUBVORUNO:  And then when you see your

5    friend, who you started with, you know, maybe $800 a

6    month.  And Luke over there, when I saw him in

7    ambassador, it just makes it really real for you that you

8    can do it.  So it's definitely a blessing to be at the

9    rank that we're at right now.

10           ERIC THOMAS:  Yeah, no doubt.  I've seen you

11   guys estate with the BMW.  I've seen it.  It's real.  It

12   works.  It's live.  So let me say this, though, man,

13   because, you know, a lot of times when people see

14   successful people like yourself, they don't necessarily

15   see the journey.  You know, they see guys like you, you

16   know, get to this particular point and they feel like,

17   man, you know, these guys are doing it, I can do the

18   exact same ting.  But let's be real, T.K.  Was there ever

19   a moment where you kind of felt like, you know, I'm not

20   really sure if I can do this.  I'm not really sure --

21   like, once you got in, or even before, I don't know if I

22   can do this, I don't know if I can make this work.  And

23   if there was, what got you through that particular moment

24           T.K. KUBVORUNO:  Definitely, definitely.  For

25   me, I had I'd say six months in the business, I was very

1    confused of what I wanted to do in life.  You know,

2    there's so many things when you start getting involved in

3    Vemma, everyone always talks about that next thing, you

4    know.  Everyone wants to start a business.  Everyone

5    wants to do something.  So I kind of got lost, you know,

6    trying to figure out, you know, if Vemma was right for

7    me.  Because it's really -- you know, it really started

8    hitting me, like, man, you know, you see your friends

9    getting ready for football practice.  You see all your

10   friends --

11             ERIC THOMAS:  Absolutely.

12             T.K. KUBVORUNO:  -- doing this, and it kind of

13   really hit me then, like, man, I really just gave this

14   up.  So for me I was really lost and I had a two to four

15   month phase when I really wasn't even actively doing

16   Vemma.  You know, I really didn't see, you know, the big

17   picture.  But once I really saw my why, you know, seeing

18   my mom shoot me a text saying, you know, I'm going into

19   work, I hate my job.  You know, seeing my mom kind of go

20   through that -- and I'm from Africa, you know, I'm from

21   Africa.  Family comes first.  So when I started seeing

22   that my family needed me now more than ever, that's when

23   i really hit for me.  So I was like, you know, if this

24   -- if this company has the potential to help a friend

25   like Luke at the time, who was executive when it really

1    hit me, I said if I can make it on $6,000 a month, I can

2    do a lot for, first of all, my family.

3            ERIC THOMAS:  Absolutely.

4            T.K. KUBVORUNO:  For my family back home in

5    Africa.  So ---

6            ERIC THOMAS:  And then some other families and

7    then some other families.  Right.

8            T.K. KUBVORUNO:  Exactly.

9            ERIC THOMAS:  Yeah, yeah.  So that's exciting.

10    So let's be honest, though, man.  You know, like you

11    said, there was this point where, you know, yo talked

12    about your family.  You know, you thought about your why.

13    But when did you go all in?  And what I mean by all in,

14    you know, because there are a lot of people -- you know,

15    I'll be honest, that call me and they say to me, yo,

16    E.T., you know, I'm thinking about -- a young lady called

17    me the other day, like I'm thinking about, you know,

18    joining Verve, you know, what do you think?  And I told

19    her, you know, you know what I do for a living.

20            You know, I work for a lot of companies and

21    there's no company that I work for, man, that's like this

22    company in terms of the support that you'll get from the

23    top down.  Some companies, you know, maybe mid-management

24    is pretty cool, but I'm like from the top, and you know

25    it, going to San Diego, you know, you see B.K., you know,

1          DAVID TUCKER:  Oh, absolutely.  First and

2    foremost, thank you guys for both having me on.  T.K. is

3    an amazing leader.  And, Eric, you're an inspiration to

4    us all, especially the people in Detroit.

5          ERIC THOMAS:  Absolutely.

6          DAVID TUCKER:  And -- (inaudible) -- Verve has

7    given me the opportunity to kind of go back to my

8    hometown and re-create the relationships I had with a lot

9    of my friends there.  See, for me Michigan State was like

10   Harvard.  So going from Detroit, you know, like right

11   down there in the lower middle class area, a lot of

12   crime, a lot of negativity, you know, the other

13   depression down there --

14         ERIC THOMAS:  Yeah.

15         DAVID TUCKER:  -- going from that up to college

16   was my way of escaping.  But unfortunately a lot of my

17   friends ended up staying down there.  They're still stuck

18   in the same kind of rut today that they've been in for

19   the last, you know, few years here while I've been off to

20   college.

21         So I've seen Verve as a way for me to reconnect

22   with my friends and say, hey, I know that you didn't get

23   the opportunity to go to college, to see these new

24   experiences, you know.  Eric, you just talked about how

25   you've never seen a beach house, you know, coming from

1    Detroit, until you got the success -- you've seen it.

2    And that's the same kind of way I come from, you know?

3    Coming from Detroit, you don't usually travel around a

4    lot, you know?  And maybe you have to save up some gas

5    money just to go to Somerset Mall in Detroit.  But a lot

6    of us -- (inaudible) -- travel around a lot, you know,

7    and going to different schools and going to different

8    areas.  I'm meeting different people and I'm creating new

9    experiences and this has been my way of trying to bring

10   my friends out of that area that didn't have the

11   opportunity to go off to college or to get a nice job in

12   another city, give them this opportunity, grow their

13   business now, build their income, and then have --

14           ERIC THOMAS:  Absolutely.

15           DAVID TUCKER:  -- new experiences I've been

16   able to have, too.  And, you know -- (inaudible) --

17   blessing right there in my hometown.

18           ERIC THOMAS:  Good, man.  Hey, you know, for

19   real, just being from Detroit and knowing where we are in

20   terms of the economy, you know, it warms my heart, man,

21   because -- to hear what you're doing because, you know, a

22   lot of people talk, Dave, but at the end of the day we

23   need solutions.  And, you know, I'm so grateful that

24   you're using this platform to go back and help, you know,

25   and make a difference.

```
 1              Real quick, man, not just Detroit, but young
 2    people all around the world who have talent and maybe
 3    haven't tapped into that talent, and you've been able to
 4    through this copmany tap into that talent and be rewarded
 5    for it.  It's one thing to put forth an effort and
 6    energy, and a lot of people do that, man, and they still
 7    never see, you know, that -- you know, that reward at the
 8    end of the tunnel.  Talk to those young people out there
 9    who are listening and just tell us why you believe this
10    is an opportunity of a lifetime for them.
11              DAVID TUCKER:  Okay, guys.  And this is -- this
12    is to everybody out there, right?  This is to kids who
13    have been in the business for a long time.  We have
14    people on our team that have been members for a year.
15    We've got people on our team that went from zero to gold
16    in less than a month.  You know, and what this has done
17    is this puts the opportunity for you to make your own
18    economy, for you to make your own business and for you to
19    build your own network.
20              ERIC THOMAS:  Your own economy.  I love it.
21              DAVID TUCKER:  Start creating that sustainable
22    income.  Because, you know, we talk about how money isn't
23    everything.  But having the resources to be able to
24    provide for yourself, your friends and your family --
25              ERIC THOMAS:  Yeah, that's everything.
```

1          DAVID TUCKER:  That's -- that is a lot.

2     There's a lot of value in that.  So when you can just

3     buckle down, get in a -- (inaudible) -- group, really

4     kind of give up those vices, you talk about vices a lot,

5     E.T.  I love that.  You talk about saying, you know,

6     maybe give up the partying.  You know, maybe giving up

7     being cool.  Maybe give up doing all these things that

8     you want to do, watching football games, playing Grand

9     Theft Auto games, doing whatever else it is that the

10    average population is doing.  Make a short-term sacrifice

11    right now while you're young for literally two or three

12    years, guys.

13          It seems like a long time, but think about it,

14    college is four years, military is four years.  Two or

15    three years is not a long time to be able to set yourself

16    up financially for the rest of your life.  And when you

17    buckled down with people like T.K. and Luke Hessler

18    (phonetic), I lived with these kids, man, I'm so blessed

19    to live with these people, and they got me waking up at

20    8:30, 9:00 in the morning.  If I'm sleeping in, they're

21    pouring water on my head.  They're pounding my door,

22    don't be average, you know.

23          ERIC THOMAS:  Wow, wow.

24          DAVID TUCKER:  People like that pushing you

25    every day --

```
 1    your family is from Africa, you know, you represent, you
 2    know, a diverse group of young people that are working
 3    here.  And it's some kids just being honest that will say
 4    like, yo, Verve is not for me.  I read the magazine, you
 5    know, I watched a couple of -- you know, the podcasts
 6    and, you know, it's not for me.  Maybe it's for kids who
 7    grew up on the other side of town, on the other side of
 8    the track you know.  It's not -- it's not for kids like
 9    us, you know?  We could just do sports, you know.  That's
10    not -- that's not for us.
11              And we both know the truth.
12              T.K. KUBVORUNO:  Yeah.
13              ERIC THOMAS:  But you're young, so you might be
14    able to talk to them and tell them why, you know, that's
15    not the truth and what they need to do to make it happen.
16              T.K. KUBVORUNO:  Yeah, definitely, definitely,
17    guys.  And once you realize that in life that you don't
18    know what you don't know, that's when you're going to
19    start realizing there's so much to learn.  You know, for
20    me I used to think high tops weren't for me, but today
21    I'm wearing a pair of high tops.
22              ERIC THOMAS:  And they're nice, I might add.
23              T.K. KUBVORUNO:  Thank you so much.  So once
24    you realize that you don't know what you don't know and
25    you won't know until you try those things out, because so
```

1    many kids are going to realize and look back 10 to 15

2    years from now and see their friends were financially

3    free, see their friends who go out and retire their

4    parents because it might not be for you right now in your

5    time, but how much does your family need it?  You know,

6    those student loans aren't for me, so what am I going to

7    do?  I'm going to find a resource and a way to do so.

8         ERIC THOMAS:  Absolutely.

9         T.K. KUBVORUNO:  So you guys have to realize,

10   you know, you don't always have to be an athlete.  You

11   don't always have to be a rapper.  You don't always have

12   to be that person, you know, to maybe get on an MTV show.

13   This is a way that you can right now build a presence and

14   work with young motivated people so now you can do what

15   you want for you.  Because to do that you have to have

16   resources.

17        So many people have this vision of things that

18   they want to do, but they don't realize that in this

19   world you need money to do so.  So this is a perfect way

20   to build that capital.  So let's say you do want to open

21   up your own practice, let's say you do want to go to the

22   NBA, you do want to go to the NFL.  If that doesn't work

23   out, you're not in that position where it's like, man,

24   I'm out of luck.

25        So now if you have an asset that's paying you

1    every single Thursday for the rest of your life for the

2    work you put in now, you can now go to school, you get

3    that Division I scholarship, you can now still go to

4    school and still pursue that NFL dream, NBA dream.  But

5    if it doesn't happen, you have something to fall back on.

6    Because I see so many of my friends go out and they try

7    to do something, but then they don't end up being the

8    person who's lucky enough to make it.

9         So just be open-minded and realize that this is

10   going to happen whether you like it or not.  So take the

11   time out of your day to just look into it and ask

12   questions.

13        ERIC THOMAS:  I love it.  Plan A.  Give

14   yourself a plan A and a plan A, you know?  Don't just be

15   stuck with one plan A.  All right.  You can have two plan

16   A's and one might actually turn out to be plan A plus.

17        T.K. KUBVORUNO:  Exactly.

18        ERIC THOMAS:  You know, so it's your boy, E.T.,

19   man, saying listen to me.  You know, you can't sit back

20   for the rest of your life and think you're going to be

21   successful.  You know, I'm just being honest.  At some

22   point you got to get up, you got to get out, you got to

23   do something, you know?  And so you're sitting here

24   listening and you're like, man, I don't know.  I always

25   say this:  If you're not doing something better than

1   this, than this must be it.  You know?  If you're not

2   doing something that's putting you in a position to do

3   what you want to do, stop talking about it, you know, and

4   give this an opportunity, and I'm telling you, man, if

5   you give it an opportunity and you go all in --

6          T.K. KUBVORUNO:  All in.

7          ERIC THOMAS:  -- you know, week after week, you

8   know, we're telling the stories.  And one day the story

9   could be you.  You know, one day they could be talking

10  about you.  So, again, man, life is -- life is not about

11  wishing.  Life is not about wanting.  Life is about

12  working.  And anything you want, you got to work for it.

13  You know, you got to earn it.  So it's your boy E.T.

14  saying for real, man, for real, don't just sit back and

15  think about it.  Make a decision.  All right.  Get off

16  the fence.  And I've been a part of a lot of stuff and

17  you see me -- I'm in season two, baby.  This is season

18  two.

19          T.K. KUBVORUNO:  Season two.

20          ERIC THOMAS:  All right.  So it must be

21  working, man.  So once again, man, we'll see you next

22  time, man.  It's your boy E.T.  As always, man, be

23  phenomenal or be forgotten.  And I'll see you next time

24  on YPR Radio.  Come on, y'all, let's make some noise.

25          (The recording was concluded.)

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE:  DATE UNKNOWN

6    TRANSCRIPTION DATE:  AUGUST 5, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  AUGUST 5, 2015

14

15

16                      GEORGE QUADE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                      SARA J. VANCE

1

1                     OFFICIAL TRANSCRIPT PROCEEDING

2                       FEDERAL TRADE COMMISSION

3

4

5

6

7    MATTER NO.      1423230

8

9

10   TITLE                VEMMA

11

12

13   DATE            RECORDED:   UNKNOWN

14                   TRANSCRIBED:  JULY 17, 2015

15

16

17   PAGES           1 THROUGH 44

18

19

20

21

22             NEW TWO & GO TRAINING VIDEO WITH

23                 TOM ALKAZIN - VEMMA NEWS

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4    RECORDING:                              PAGE:

5    New Two & Go Training Video with

6        Tom Alkazin - Vemma News              4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Vemma                        )  Matter No. 1423230

5                                 )

6    -----------------------------)

7                                      Date Unknown

8

9

10

11           The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 13,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              P R O C E E D I N G S
 2              -    -    -    -    -
 3         TOM ALKAZIN:  Hey, let's go to work.  How many
 4    of you are all ready for Two & Go?  Say yes.
 5         (Cheers.)
 6         TOM ALKAZIN:  All right.  And we got -- we got
 7    the big boys room today, so we're going to go to work.
 8    So, here's what we're going to do.  The -- we're going to
 9    break this into -- into three parts and -- and take a
10    look at it in three ideas.  And then we're going to
11    address from -- from yesterday's session the top
12    questions that we received about the Two & Go program.
13    Okay?
14         So, part one, we're going to talk about what is
15    it.  What exactly is the Two & Go program?  The second
16    part is we're going to -- we're going to discuss a little
17    bit on -- on how it works.  Now, you've seen -- you've
18    seen the details.  We're going to step you through that.
19         And the third part, which I think is the most
20    important, is how do you take it home and use it.  How
21    do you take it home and actually put this to work?  As
22    a leader, how do you put this to work in -- in your
23    business, in your organization?  Okay?  So, that's
24    what -- that's the way we're going to -- we're going to
25    work this through for the next hour or so.  Okay?
```

5

1        But what I want to do is I want to set up first

2   some ideas for you before we -- we go to the PowerPoints.

3   And I want to talk a little bit about -- about the --

4   some general understandings that I think are important

5   for you in terms of the Two & Go program.  And the first

6   one is that this is an affiliate pack program, okay?  So,

7   we'll -- we're going to address questions -- we'll go

8   through the top questions at the end, but this is all

9   driven with the affiliate pack.

10        Okay, now, the idea, the concept behind this is

11   -- is -- and many people have said, well, we want to do

12   it -- we want to -- we'd like to do it with this pack or

13   that pack or -- or a lower volume or what -- there's a

14   reason for it that we'll explain as we go through.  But

15   the first understanding you have to have is that this is

16   an affiliate pack program.

17        Now, what's the idea for you and me?  For your

18   -- for your business to grow, how many of you would like

19   to enroll yourself?  Raise your hand.

20        That's not a very good response.  Would you

21   like to enroll you?  Yes or no?

22        (Cheers.)

23        TOM ALKAZIN:  Well, I hope so.  I hope so.  For

24   those of you who say, oh, no, that's not -- would not be

25   a good thing, we got a lot of work to do there.  You

**App. 1319**

6

1    know, if you want to -- the whole idea behind the Two &

2    Go program is for us to raise the bar, for all of us as

3    leaders in the room to raise the bar, so to speak, in

4    terms of how we do our business, how we attract, like

5    Eric was talking about, how we are looking for the

6    willing, how we are looking for people that have a desire

7    for change.  And the thing you cannot do is you cannot

8    sell up, meaning start with a one-pack and say at the

9    end, hey, why don't we talk about this affiliate pack

10   thing.  That doesn't work.

11            We're going to raise the bar and we're going

12   to talk about a business.  And you might say, well --

13   and if you say, well, what about a customer, customers

14   are -- we love customers.  We want thousands of

15   customers.  You're going to get thousands of customers in

16   this process because the process will take care of

17   itself.  But it's -- it's -- I think the question you

18   want to ask yourself first is if somebody asks you what

19   do you do, what do you do in that business, the answer

20   that we use and that we teach is that we own our own

21   business and we teach people how to create additional

22   income.

23            And they say, well, how do you do that.  We

24   say, we do it through an amazing line of wellness

25   formulas called Vemma.  But the important thing is do you

7

1   -- in terms of Two & Go, how do you see yourself in

2   Vemma.  How do you see -- I mean, I know -- I know you're

3   -- we're -- we're all leaders here.  You wouldn't come to

4   this conference, a lot of people new and however, but the

5   question is what's the mind set that you have.  You see,

6   that's an understanding, for this program to work for

7   you, you have to approach it that way.

8           You know, years ago, for Bethany and I, when we

9   looked at this industry, we -- it doesn't take a lot to

10  figure out, wow, we got to go find some people who really

11  want to effect change in their life, okay?  And, so --

12  so, when we get to this all-important point of the

13  compensation plan, we'll talk about in a minute what the

14  Two & Go is, how it works and how do you take it home and

15  use it, those three things, but when we talk about the --

16  the compensation plan, and we'll explain in a moment, we

17  have now a way that is going to expand that prospect's

18  belief that this can happen.  That's one of the biggest

19  things it's going to do.  You're going to see it happen

20  here in a minute.

21          So, it's an affiliate pack program, first

22  overriding thought.  The second thing, we're going to

23  raise the bar, right, about you being able to lead with

24  the opportunity, because this -- this thing is so simple

25  that -- as I show you in a moment and you'll hear from

8

1    Ruth afterwards as she takes you through the flip book,

2    it's so believable now that you can actually be able to

3    make some money.

4              So -- so, we're going to raise the bar in terms

5    of the expectation.  We're going to lead with the

6    opportunity.  And the last -- the last thing here in

7    terms of the overall program is -- is have -- have

8    realistic expectations about going home with this and

9    turning, so to speak, the cruise ship in your business,

10   okay?  This isn't -- this is going to create some

11   tremendous results, but slowly, and it's going to build,

12   if you'll do especially the last part, if you'll follow

13   the things that I'm going to recommend you do.

14             So, let's go to work and let's take a look

15   first -- first of all about what is the Two & Go program,

16   okay?  How many of you really need this to work?  Say

17   yes.

18             AUDIENCE  Yes!

19             TOM ALKAZIN:  I mean, in a big way you need it

20   to work.

21             AUDIENCE:  Yes.

22             (Cheers.)

23             TOM ALKAZIN:  All right, then, you got to go

24   all in with this, okay?  You got to have an attitude that

25   -- that in terms of how we tell the story, about -- as it

1    affiliate pack moves in your organization there's 500

2    points flowing up the tree.  Hallelujah.  This might

3    become a church service, you never know.

4            All right.  So, let's go to work and let's talk

5    about how it works.  Here's some overriding ideas here,

6    and then we're going to -- we're going to break it down

7    in each of the four steps on the pad.  Okay.  So, here is

8    the goal.  Okay, now, when you're with a new person,

9    okay, and, again, this is -- this is the mind set, okay,

10   in terms of how you and I as leaders, how are you going

11   to approach your business.  Now, how many of us need

12   better results in our business?  My hand's up.  Raise

13   your hand if you need better results.  All right.

14           (Cheers.)

15           TOM ALKAZIN:  You know, the definition of

16   insanity, right?  Do the same things over and over again

17   and expect different results, right?  This is a turning

18   point today, okay?  Yesterday, actually, when it started,

19   right?  A turning point where we want to have

20   collectively an affiliate pack mentality for those people

21   that have a desire to change.  Is everybody going to buy

22   an affiliate pack, yes or no?

23           AUDIENCE:  No.

24           TOM ALKAZIN:  No.  Say no.  They're not.

25   They're not going to buy -- not everybody's going to buy

17

1    an affiliate pack.  We understand that.  You're still

2    going to have people that you're going to enroll with a

3    two-pack.  We'll talk about that in the end.  You're

4    going to have people that start as a customer and just

5    want to use the product, okay?

6              But, guys, look, for us to get you moving

7    ahead, those stories you heard, great stories last night

8    of people that a few years ago were in the back of the

9    room and last night they were up on stage as a new elite

10   leader.  Look, for that to occur, for that to happen,

11   okay, you and I've got to lift the bar.  We have to have

12   -- and people will rise to your expectations.

13             You know, if you know -- if you're clear about

14   where you're going, number one, and, number two, you

15   understand the needs of the person you're sitting with

16   before you start, this is not about pitching them on a

17   $599 pack for whatever reason.  This is about the best

18   way to help them achieve and -- the change that they want

19   in their life.  If you use the change that they want in

20   their life as the leverage, this becomes a moot point.

21   This is just a step to be able to get them underway in

22   the best possible fashion.

23             But I sit with people all the time who do not

24   start with an affiliate pack.  So, we don't have any --

25   we're not thinking, oh, my gosh, now the whole world is

1   going to buy affiliate.  How many want -- well, we do

2   want the whole world to buy an affiliate pack, but -- so,

3   join with an affiliate pack, set up the auto-delivery.

4        So, we've got to have that and we've got to

5   have this opportunity-led mind set that somebody needs to

6   make a couple hundred dollars a month.  They need to make

7   a car payment.  They'd like to get out of debt.  I hope

8   when Ruth comes up next and teaches you how she uses the

9   flip book, I hope before she starts that you think about

10  the needs of your prospect first and that before you ever

11  have that appointment, that home event, that two-on-one,

12  that one-on-one, that you have that in mind, you know

13  that information about that person before you start.

14       So, a couple other thoughts.  Here's what we're

15  trying to help happen, again.  We're trying to get people

16  -- here's the business in three -- three -- this is a

17  good thing, you might want to write this down.  Our

18  business is about bringing people in, number one; number

19  two, keeping them in the business; number three, moving

20  them along.  Bring -- get people in; keep them in; move

21  them along.

22       People who are rank advancing and earning money

23  do not leave the business.  If, for whatever reasons,

24  they choose to stop working, right, if they choose to

25  stop working, then all sorts of different things occur,

1    okay?  This business takes what?  This takes work, okay?

2    This takes effort.  Phenomenal payoff, phenomenal

3    lifestyle, phenomenal associations, all kinds of great

4    things we talk about, but it takes work.

5            The expectation of the Two & Go program is we

6    want to move people along early, within the first 60

7    days, and as you see, we'll come to the money side in

8    just a minute, $1,650 potential in the first 60 days.

9            All right, so, here's a few key thoughts, and

10   then we're going to jump into it.  Obviously, enrolling

11   them with an affiliate starter pack, 500 points,

12   qualifies.  So, in that -- in that process, when Ruth

13   takes you through the flip book at the end and invites

14   the close, invites them in terms of how to begin, right,

15   the benefits of the affiliate pack, obviously having

16   product on hand, being qualified for the Frenzy bonus,

17   being qualified for the Premier Club, okay.

18           You've got obviously the importance of the

19   auto-delivery.  Emphasizing what?  The discount, right?

20   And someone asked the question yesterday, is the 10

21   percent discount only on a 120 QV auto-ship.  No, it's on

22   any auto-ship, 10 percent less, okay?

23           Practicing balance building.  In other words,

24   the importance of maximizing the bonus potential.  And

25   you know what, there -- there's an array of bonuses in

1    our compensation plan, one of them called the global

2    bonus pool, that enables you to participate in the

3    worldwide -- in a profit-sharing basically, a profit-

4    sharing program based on sales for Vemma all throughout

5    the world.  But you cannot participate unless you have a

6    balanced business, meaning you've enrolled on both sides

7    of your business.  That's the reason, practicing balance

8    building, okay?  Maximizes your business potential and

9    readies you for the possibility, obviously of higher

10   cycle bonus income and so on.

11          Fast start bonus, still in place, okay?  Every

12   enrollment -- customer or affiliate -- and they make a

13   product purchase, the fast start bonus is still there.

14   Question was the affiliate pack previously was $100 fast

15   start bonus; now it's 75.  Why?  So the volume could go

16   from 250 to 500 on the affiliate pack.

17          Now, what -- here's the thing.  Here's how the

18   -- here's how the Two & Go was created.  It was created

19   with recognition in mind.  It wasn't created any other

20   way.  You could -- and this is what I'm trying to say in

21   terms of this -- the increase in the volume and the

22   decrease in the number of people.  You could create any

23   kind of a program that had scores of people on a pad and

24   had so many circles people would be cross-eyed, right?  I

25   mean, and immediately their belief level goes where?

1    They think, oh, there's no way I can do that, right?

2           This whole thing, as you'll see it laid out in

3    a minute, was all designed to facilitate recognition and

4    rank advancement.  Builder bonuses we already talked

5    about, okay, and the Frenzy bonus we touched on, as well.

6    All right?

7           So, let's take a look at it.  Let's go through

8    here.  Get how many?  How many?

9           AUDIENCE:  Two.

10          TOM ALKAZIN:  And go?

11          AUDIENCE:  Bronze.

12          TOM ALKAZIN:  All right.  So, stay with me here

13   for a second.  I think the most powerful part of the Two

14   & Go program is in front of you on the screen right now.

15   I think this is so powerful, complete in their first

16   seven days or second, whatever it might be, whenever they

17   do it, personally enroll one affiliate on your left, one

18   on your right, each purchasing a starter pack, set up

19   monthly auto-delivery at 120, okay?

20          What does it look like?  There's the picture.

21   There's the picture.  Write on your notes the word

22   "belief."  Circle it, underline it, highlight it,

23   write -- write that word "belief," because the most

24   important thing that you're trying to convey to somebody,

25   in addition to what it is they want to change and

1    improve, right, you want to help them believe that you

2    and they together are able to do this.

3          Folks, I got to tell you what, that's an

4    incredible statement right there -- congratulations, you

5    just earned your first three bonuses and attained the

6    rank of bronze.  Is that awesome?

7          (Applause.)

8          TOM ALKAZIN:  I mean, I -- look, you -- how

9    many of you'd like about 50 new bronzes in your group in

10   the next year?  I mean, would you like that?

11         (Cheers.)

12         TOM ALKAZIN:  Look, I got to tell you, and

13   we're going to -- I'm going to challenge two groups of

14   people in the room, those of you not yet bronze and those

15   of you bronze and above.  We'll -- we'll talk about that

16   at the end.  But I'm going to tell you what, that

17   picture, and specifically that part on this page, I

18   believe is the cornerstone.  It's -- I believe it's the

19   heart of the entire program.

20         And I believe you're going to create so much

21   enthusiasm, so much excitement, you're going to be able

22   to be on calls, in meetings, at hotel events, recognizing

23   people that just did this and recognition, right?  Babies

24   cry for it and grown men die for it.  There's -- it's

25   like -- it is what it's all about.

1          Let's take a look at the money, the fast start

2    bonus.  Two times 75, what is that?  You've enrolled,

3    what, one person on the left, one person on the right

4    with an affiliate pack, $150.  Frenzy bonus of 150.

5    Cycle bonus of 20.  So, literally, in your -- in the --

6    in a seven-day period of time, $320 of profit and their

7    business is launched.  How good -- how good are you going

8    to feel as an enroller of that person that just hit

9    bronze?  How good are you going to feel?  I mean, that is

10   such a big deal.  Are you all getting this?  I don't know

11   if you're getting --

12          (Cheers.)

13          TOM ALKAZIN:  -- I don't know if I'm -- might

14   not -- it's not an Amway meeting, is it?  I think

15   something's wrong.  No.

16          Hey, this is a big deal.  I got to get you guys

17   into this, because this is the heart of the whole thing.

18   It is going to be the heart of what you do in the next --

19   in the next week, going home as leaders.  And because

20   it's going to give you the -- it's going to give you a

21   track to run on like we have never had in Vemma's 10-year

22   history.

23          All right, step two, help how many?

24          AUDIENCE:  Two.

25          TOM ALKAZIN:  And go?

1      So, let's talk about how do I use this, the

2   last part of our segment here, and we're going to --

3   we're going to wrap up.  How do I use the Two & Go

4   program?  Okay, we talked about what is it, what the

5   program is.  We talked about how does it work.  We showed

6   you how it worked.  And wouldn't you agree with me that

7   this was the absolute best convention package Vemma has

8   ever provided?  Can I hear it?

9      (Cheers and applause.)

10      TOM ALKAZIN:  I'm telling you what.  And

11   genius.  And all of the work that the Vemma team did,

12   Steve Hooper and Scott Flatt and all his team, to just

13   present this so well for us this weekend.  The videos,

14   how about the videos?  I mean, we've got -- we've got

15   uniformity all throughout.  We've got our videos in sync.

16   We've got our flip book in sync.  We have our physical

17   tools in sync.  We have our brochures in sync.  We have

18   everything in sync.  All we got to do is we got to get in

19   sync, and we got to go to work.

20      So, how do you use it going home, okay?  Here's

21   the concept:  Imagine the growth that you're going to

22   have in your organization.  Next week?  No.  Next month?

23   Maybe.  But imagine three months, six months, nine months

24   down the road, if you go all in on this idea with me

25   today, imagine the growth you're going to have when

1    everyone on your team is showing the compensation part of
2    our story the same way.  Can you -- there is so much
3    power in that.
4           Now, with all due respect to everybody's other
5    videos and everything else they did, you know, that was
6    yesterday; this is today.  And I'm going to tell you
7    what, you want -- you want this to work -- do you want
8    this to work in your group?  Yes or no?
9           AUDIENCE:  Yes.
10          TOM ALKAZIN:  If you want it to work, I'm going
11   to give you the few things that you have to do here in
12   closing that all you have to do -- that's all you have to
13   do -- leaving today, committed to this, understanding
14   everybody's not going to buy an affiliate pack;
15   everybody's not going to seize it, okay?  I mean, was --
16   did Eric set us up perfectly this morning, I mean, with
17   just phenomenal, phenomenal truth about how beautiful our
18   industry is, but also how real it is, right?
19          I loved it.  I thought that was the best of
20   Eric Worre I've ever heard.  Imagine the growth you will
21   have when everyone on your team is showing the
22   compensation plan the same way.  So, here's what you have
23   to do.  Number one, you have to decide right now, you've
24   got to make a decision, right?  You've got to decide,
25   leader of one, leader of many?  If you can't lead one,

1   you can't lead any.  You've got to lead yourself, and you

2   have to decide that this is going to be the only way that

3   you and your group are going to present the compensation

4   plan.

5           It's what I'm going to use; it's what our

6   meetings in San Diego are going to be; it's -- this is

7   what we're going to do, knowing full well that some

8   people will start with an affiliate pack, some people are

9   going to start on a two-pack.  Well, what about the

10  people that start on a two-pack?  We -- we keep building

11  the same way.  We don't change anything.

12          Somebody says should I -- somebody asked this

13  question in the breakout yesterday, well, should I just

14  ignore the guys with a two-pack?  Are you kidding?  Come

15  on.  Somebody starts with a two-pack and guess what, they

16  get -- they begin to get -- they begin to get some

17  results, and anywhere in there, they could purchase that

18  affiliate pack in those 60 days, right, and step into the

19  program.  They could -- they could -- maybe their first

20  home event, right?  Their first home event, maybe they

21  enroll two people and they both start with affiliate

22  packs that night.  Within that same week, they can

23  purchase their affiliate pack and, boom, they're in,

24  they're in the program.

25          So, this is -- this is not pushing aside people

1   who don't start with an affiliate pack.  This is lifting

2   people up to saying, hey, let's together go find people

3   that really want to -- want to make change in their life,

4   okay?  But it's still accepting everybody.  Somebody

5   starts with a one-pack, hey, I just want to start on your

6   products.  How many of you say no to that?  You got to

7   have an affiliate pack?  Come on.

8            How many need more customers?  Raise your hand.

9   How many need a lot more?  Raise your other hand.  All

10  right, now you can wave.  Give more me customers.  Lord,

11  give me more customers, please.  All right.

12           Decide this will be the only way that you and

13  your group present the compensation plan, whether it's a

14  one-on-one, a two-on-one, a home event, a webinar, online

15  presentation.  You're going to see Ruth take us all

16  through that here in just a few minutes, okay?  But you

17  got to decide, this is the way I'm going to do it going

18  forward.  And guess what, it's like anything else, it

19  will in time -- it will get -- it will gain traction in

20  your group, okay?

21           The other thing you got to do is I want you to

22  practice before you leave Phoenix.  I want you to grab

23  somebody in your upline, sit them down for coffee, take a

24  flip book or take the one-page, whichever you want to do,

25  and walk through it with someone in your upline.  You got

44

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 17, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  JULY 20,2015

14

15

16                    SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                    ELIZABETH M. FARRELL

1

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2                  FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7

 8     MATTER NO.      1423230

 9

10

11     TITLE               VEMMA

12

13

14     DATE          RECORDED:   UNKNOWN

15                   TRANSCRIBED:   JULY 17, 2015

16

17

18     PAGES          1 THROUGH 18

19

20

21

22

23

24          B.K.'S BLOG - WHY NOW IS THE TIME TO BUILD

25
```

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    B.K.'s Blog - Why Now is the Time to Build       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:             )

 4    Vemma                         )  Matter No. 1423230

 5                                  )

 6    ------------------------------)

 7                                  Date Unknown

 8

 9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 13,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3          B.K. BOREYKO:  Man, I am excited for you guys

 4   to try this product.  This -- you know, it is so rare

 5   that you can develop a product that literally 100 percent

 6   of the people love.  I mean, I've got people saying this

 7   is by far the best-tasting product that we've kicked out

 8   in our history.  And here -- this is what makes Vemma so

 9   great, folks.  Oh, by the way, B.K. Boreyko here, welcome

10   to this week's video blog.

11          This is what makes Vemma so great.  Here it is,

12   in our tenth year, all right?  Just wrapped up nine

13   years, $200 million-plus.  Tenth year, coming out with

14   our best stuff yet.  You know, some companies will say,

15   hey, back 2006, 2007, we were something back then.  I'm

16   telling you right now, guys, we're doing our best work in

17   our tenth year.  The opportunity is better now than it

18   was when we first got started.  And that's -- that's part

19   of my job, and I hope you guys appreciate that.

20          But let me talk to you a little bit about this

21   product, Bode Build.  It is shipping, and people are

22   fired up, they're getting it, they're loving it, they're

23   posting it, you know, put it out on social, tell us what

24   you think about it, we love that.  But what we've really

25   done is we've combined -- you know, why -- why do you
```

1       And the great thing about the Vemma loyalty

2   program is if you take the six cases as you buy a case a

3   month, or even two cases a month, and you divide the

4   seventh free case that you get after six months on auto-

5   delivery, divide the price you paid for the cases, it

6   works out to $68 a case instead of $80 a case.  And, so,

7   everybody gets a discount.

8       I love that about this Vemma loyalty program,

9   tens of thousands of people right now are qualifying for

10  free product.  Make sure everybody you're talking to, get

11  them on auto-delivery.  They get a 10 percent savings,

12  and they get free product.  What a great, great way to

13  build a business.

14      Hey, guys, the last thing I want to talk to you

15  about is you don't have a boss in this business.  And

16  that's a good thing, and that's also a bad thing -- well,

17  you do have a boss, you know, like Eric Worre says, your

18  calendar is your boss.  You know what, I challenge you

19  guys this week to send a $50 or 100 texts to your friends

20  and just say, hey, you want to know something, I'd like

21  to get together with you, talk over some things.  I'll

22  buy you breakfast or I'll buy you lunch.

23      Bring them a Bode Build so that they can try

24  this.  And -- and talk to them about 2015 and what your

25  game plan is and how they can literally start a part-time

1    business, develop a part -- because our core business is

2    just helping people get to $500, $1,000 a month.  That's

3    it.  $500, $1,000 a month.

4             You help enough people do that, and maybe you

5    can get to a full-time income.  Maybe you can get to a

6    career income, but just keep your eye on the ball and say

7    our core business is to get people healthy and to get

8    people to -- to that $500 to $1,000 a month, because the

9    people that -- you know, we're customers, 70 percent of

10   our packages every month go out to customers, and

11   customers come, but customers should come into your

12   business as a byproduct of looking for entrepreneurs.

13            So, those entrepreneurial people and -- and not

14   -- the timing isn't right for everybody.  And -- and

15   those people, hey, great to get them started as

16   customers, but keep your eye on the ball.  The people

17   you're looking for are people like us.  That's this

18   business.  That's how this business works.

19            And, so, team, that is it.  I know it's -- I

20   know it's kind of a long blog, but I got so much energy,

21   I got so many things to talk about.  I'm talking from

22   when I wake up in the morning until I go to bed at night.

23   I'm talking about how exciting things are in this

24   business.  And I go out into the field, I go out to these

25   meetings, and the energy and the excitement that people

18

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 1423230

4      CASE TITLE: VEMMA

5      TAPING DATE: UNKNOWN

6      TRANSCRIPTION DATE: JULY 17, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JULY 20,2015

14

15

16                        SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                        ELIZABETH M. FARRELL

1

1                   OFFICIAL TRANSCRIPT PROCEEDING

2                     FEDERAL TRADE COMMISSION

3

4

5

6

7     MATTER NO.      1423230

8

9

10    TITLE                VEMMA

11

12

13    DATE          RECORDED:    DATE UNKNOWN

14

15                  TRANSCRIBED:  MARCH 4, 2015

16

17

18    PAGES         1 THROUGH 39

19

20

21

22

23

24                FIRST VEMMA CALL LIVE OF 2015

25

2

```
 1              FEDERAL TRADE COMMISSION

 2                  I N D E X

 3

 4    RECORDING:                        PAGE:

 5    First Vemma Call Live of 2015          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    -----------------------------)

7                                    Date Unknown

8

9

10

11

12          The following transcript was produced from a

13   digital file provided to For The Record, Inc. on February

14   23, 2015.

15

16

17

18

19

20

21

22

23

24

25

4

```
1                    P R O C E E D I N G S

2                    -   -   -   -   -

3              FIRST VEMMA CALL LIVE OF 2015

4              UNIDENTIFIED MALE:  Are you guys still there?

5              UNIDENTIFIED MALE:  Yep.

6              UNIDENTIFIED FEMALE:  Yeah.

7              AIDEN:  Yeah, this is Aiden.  I'm here.

8              UNIDENTIFIED MALE:  (Inaudible) I just thought

9     I lost you there for a minute.

10             UNIDENTIFIED MALE:  We're just hanging in.

11             UNIDENTIFIED MALE:  Okay, hang on --

12             UNIDENTIFIED MALE:  (Inaudible).

13             UNIDENTIFIED MALE:  So, you wanted us all to

14    mute until it's our turn, right?

15             UNIDENTIFIED MALE:  Yeah, guys.  What we're

16    going to do is we're going to start in just about a

17    minute-and-a-half, and just keep your phones muted until

18    B.K. says your name and then we'll be good to go.

19             UNIDENTIFIED MALE:  All right.

20             UNIDENTIFIED MALE:  Okay.

21             UNIDENTIFIED MALE:  Thanks, guys.

22             (Brief pause.)

23             OPERATOR:  Hi, this is the operator.  Do I have

24    a moderator on the line?

25             UNIDENTIFIED MALE:  Yes, you do.
```

5

1              OPERATOR:  Okay.  Did you want me to go ahead

2    and transfer you into the main conference or did you want

3    me to wait 'til the top of the hour?

4              UNIDENTIFIED MALE:  Yes, go ahead and transfer

5    us.

6              OPERATOR:  Okay, one moment, please.

7              UNIDENTIFIED MALE:  Thank you.

8              (Brief pause.  Music playing.)

9              B.K. BOREYKO:  Hey, Vemma team, welcome to the

10    first Vemma call of 2015.  Happy New Year to all of you

11    guys, and I hope you had a great, healthy, happy, safe

12    holiday season.  And we've got a lot to cover in a short

13    period of time and you always know you're going to be in

14    for a great call when you've got your general counsel,

15    your attorney, sitting next to you here.

16              But Chris has actually got a lot of cool stuff

17    to help you guide your business in 2015, keep everybody

18    on the straight and narrow.  Because, you know, sometimes

19    the things -- you know, what I love about our philosophy

20    is we want to under-promise and over-deliver.  And that

21    is such a refreshing philosophy when it comes to business

22    nowadays and Chris is going to give us some guidelines on

23    that.

24              But, first, before we -- before we get started,

25    hey, a special night, Monday night.  Next month, it's

6

1    going to go back to the Tuesday night.  I'm off to New

2    York City tomorrow to meet with my partner, Simon

3    Grabowski, from Europe.  We're going to be doing European

4    strategy.  A lot of great news coming down the pike for

5    the European markets here.  And, you know, we're in 51

6    countries now.  We'll have some international updates for

7    you here in a minute.

8            And, you know, they asked me, they go, hey, do

9    you want to wait until next Tuesday to do the call.  And

10   I said, I don't want to wait, I don't want to -- in 2015,

11   we got to make every week count, we got to make every day

12   count.  Let's do it on a Monday night, so welcome to this

13   special night.

14           And, hey, I just came back Saturday -- talk

15   about getting the year kicked off, Brad Alkazin hosted a

16   huge event.  I mean, it was absolutely packed.  They

17   could have probably put 3-, 400 more people in the room

18   that they had to turn away for tickets for this event,

19   but they had a great event in San Diego kicking the new

20   year off and got to share with the team over there.

21           But, hey, guys, I am so proud to be able to

22   announce to you that for the second consecutive row Vemma

23   sales finished over $200 million for the year.  In fact,

24   you know how I always talk about finishing strong, you

25   guys actually outdid yourself.  You know, December,

1   typically December, you're like, okay, there's a lot of

2   distractions, a lot of family, you know, a lot of things

3   pulling at your time, sales for the month of December,

4   over the month of November for Vemma, up almost a million

5   dollars.  Talk about -- I guess there's a few of you out

6   there that wanted to get a jumpstart on 2015 and are

7   making some amazing things happen.  So, congratulations

8   for that.

9            And our philosophy for 2015, that you're going

10  to see -- you know, you're not going to see it all this

11  week, okay?  People are like, well, not that much is

12  changing to be simpler.  You know what, simple takes

13  time, all right?  And, so, over the next three to six

14  months, you're going to see more and more things coming

15  out to be able to help you streamline your message, make

16  you more effective.  Because you know in this business,

17  one of the things that you'll learn really fast is that

18  you get paid on results, you don't get paid for effort.

19  So, if we can help you minimize your effort, maximize

20  your results, it's going to make everybody a whole lot

21  happier.

22            So, in the theme of making success simpler in

23  2015, Vemma loyalty program -- and you know what, the

24  vast, vast majority, when we announced this last month,

25  of the feedback has been positive.  I did get a little

8

1    bit of pushback on people going what, no more three for

2    free program.  It sounded like such a good program.

3    Well, sounded and reality are two completely different

4    things.  And what you need to understand is that there

5    was less than 1,700 people qualifying.

6            We ship out, you know, 40-, 50,000 boxes to

7    customers a month, and to only have 1,700 people enjoying

8    that, it was just -- it's just difficult when you're

9    working with three people to make sure that their credit

10   card goes through, make sure they're placing their order,

11   you know, make sure that they're not returning product.

12   And, so, you know, I would never want to have somebody

13   have a program that they thought, you know, or they were

14   excited about that all of a sudden it turned into

15   something that they were discouraged about.

16           And, so, what we wanted to do is we wanted to

17   create a program that literally tens of thousands of

18   people can begin qualifying for right away, and that is

19   our new Vemma loyalty program, started January 1st.  Now,

20   if you're one of the 1,700 that are -- got your three or

21   more customers and you're getting your free product, that

22   is going to continue through 2015.  Then in 2016, you'll

23   transition over to the new Vemma loyalty program.  Or if

24   your customers don't place the order, then you'll

25   transition back over to the Vemma loyalty program.

**App. 1350**

1   are -- this affiliate marketing, how does this affiliate

2   marketing work?  It's just conversations.  We are in the

3   conversation business.  My dad used to tell me, son, if

4   you're shy, get over it because it's costing you a

5   fortune, it really is.

6           All you need to do is understand that every

7   time you meet with a person, they have, on average, 15

8   conversations a day, over 5,000 conversations in a year.

9   And how many of those conversations revolve around health

10  challenges?  How many of those conversations revolve

11  around money challenges?  How many of those conversations

12  revolve around weight loss and/or how many conversations

13  revolve around, I don't have enough energy, I can't just

14  get up, I can't keep doing everything I need to do?

15          And to have a business opportunity that you can

16  naturally weave in the conversations that you're having

17  anyways -- people are having them all the time.  And, so,

18  that is the business, is we just sort through and we find

19  people.  We just get great at telling the story.  We find

20  people that, hey, they buy into the concept of I've got a

21  supplement, I want the best for my body.  You know, if

22  you're putting -- if you're putting premium gas in your

23  car and you're not putting premium supplements in your

24  body, you've got your priorities screwed up big-time.

25          And, so, just sort through the people.  Find

1    the people that want to supplement and enjoy these great

2    products.  You're going to find some people that the

3    timing isn't right or they think we're crazy.  For 20

4    years -- this is my twentieth year in this business,

5    people still think I'm crazy.  I don't get it, but here's

6    what I've learned, is I try not to figure it out, you

7    know.  Yeah, it hurts when they tell you that.  But you

8    know what, the faster you get over it with -- the faster

9    you get over it, the faster you can get on with it.

10             And the last thing we're looking for is that

11   group of people that are entrepreneurs, you know.

12   They're people that want to have their own -- they want

13   to develop a part-time income.  That's our core business,

14   helping people develop an extra $500 to $1,000 a month,

15   just a part-time income that can make a dramatic impact.

16   And if you help enough people develop a part-time income,

17   guess what?  One day it may become a full-time income for

18   you or maybe become a career income for you.  I don't

19   know if that's going to happen.  Where's my disclaimer,

20   Chris?

21             But what I can tell you is, man, this business

22   is not rocket science.  This business is being friendly.

23   You get paid for being friendly.

24             And here are the last couple things I want to

25   give you for advice.  To become a champion in this

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE:  DATE UNKNOWN

6     TRANSCRIPTION DATE:  MARCH 4, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  MARCH 4, 2015

14

15

16                        ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                        SARA J. VANCE

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2          FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.    1423230

7

8

9     TITLE              VEMMA

10

11

12    DATE        RECORDED:   DATE UNKNOWN

13

14                TRANSCRIBED:  JUNE 9, 2015

15                REVISED:  AUGUST 3, 2015

16

17

18    PAGES       1 THROUGH 43

19

20

21

22

23

24              VIDEO -- VEMMA LIVE

25

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                           PAGE:

 5    Video -- Vemma Live                     4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3   In the Matter of:            )

 4   Vemma                        )  Matter No. 1423230

 5                                )

 6   ------------------------------)

 7                            Date Unknown

 8

 9

10

11           The following transcript was produced from a

12   digital file provided to For The Record, Inc. on May 29,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                    P R O C E E D I N G S
2                    -    -    -    -    -
3                    VIDEO - VEMMA LIVE
4           B.K. BOREYKO:  -- worth of announcements and
5    information to you in the next half-hour.  So thank you
6    very much for coming by.  We've got some big, big
7    exciting news.  You know, I'm going to spill the beans
8    today.  I just came back from three events last weekend,
9    took a plane to Orlando, had  -- Friday night had dinner
10   with the golds and above in Orlando.  Saturday I had a
11   great super Saturday there in Orlando, got into a plane,
12   went to Miami Saturday night, watched the Manny Pacquiao
13   fight.  And who was he fighting?  Olaf.  He likes warm
14   hugs.  Floyd Mayweather.  They use the term "fight" very
15   loosely in that whole battle.
16           And then Sunday morning woke up, did an event
17   in Miami, great event in Miami.  They are fired up on the
18   east coast.  Then I got a plane to LAX and took a car up
19   to Ontario and had a great event with Jed and the
20   powerhouse team for, like, 500 people out in Ontario.
21   Then I flew home.
22           And tomorrow I take off to China.  I'll tell
23   you more about my China trip later on in the call.  I
24   think you guys will be excited about that information,
25   too.
```

1        And so that is the three products that we're

2    coming out with.  And this coral calcium here, this is

3    what's really cool, is we put 1000 IUs of vitamin D in

4    there -- vitamin D-3 in there.  It's got the -- you know,

5    the calcium to magnesium ratio that's just absolutely

6    perfect.  It's $19.95, 90 capsules, 20 QBionic.  But if

7    you order your Vemma and you add to it your essential

8    fatty acids and you add to it your CoQ10, I'm going to

9    give you this product for free.

10        So you've got -- I think we -- I think it works

11    out to $183 of product here without your auto-delivery

12    discount.  But with the auto-delivery discount, it's

13    $139.95 or the $120 QV, only $10 shipping, and we're

14    going to give you the coral calcium for free every month.

15        So now we've actually got a product that we're

16    not selling, we're just giving it away.  You guys like

17    that?

18        GROUP:  Yeah.

19        B.K. BOREYKO:  All right.  Let me talk to you a

20    little bit about each one of these products.  The EPA

21    1000, the Omega-3 product, it contains the optimal levels

22    of 1000 EPA and 140 DHA.  But my doctor said you don't

23    want high DHA when you're older.  When you're young, it's

24    good.  But when you're older, you don't want high levels

25    of DHA.

1           It's a pristine source, lemon flavor, ultra

2     purified fish oil.  I believe it comes from Canada and

3     Norway, and then it provides the nutrients to maintain

4     your healthy cholesterol levels, which is also very

5     important.

6           Now, the number one selling vitamin in the

7     world, I wanted to check out our price, because this is

8     $34.95 or 30 QV in 60 soft gels.  The number one selling

9     vitamin in the world is $47.95 -- $47.35.  And we give

10    you a free bottle with every six when you're on auto-

11    delivery.

12          And now your CoQ10.  Now, you obviously get the

13    100 milligrams of CoQ10 just like my doctor told me to

14    get.  You also get these B vitamins and amino acids and

15    vitamin C that assist in cellular production.  Forty-four

16    dollars and ninety-five cents.  CoQ10 is a very expensive

17    product.  Forty QV on it for 60 capsules.  The number one

18    selling vitamin in the world, $61 and only 60 milligrams

19    of CoQ10, and it doesn't have the heart healthy blend of

20    aminos that Dr. Wong put together.

21    And then coral calcium, I think we already talked about

22    that one.  So that's perfect.  So that is our big

23    announcement for baby boomers.

24          But you know what, I was talking to Peter

25    Riley, his daughter is just getting ready to go off to

1    college, plays lacrosse, has a stress fracture in her

2    leg.  Her doctor said every woman should be -- should be

3    consuming extra calcium.  And so these are products that

4    I -- you know, when Dr. Wong built them for me, I don't

5    know what -- how you would feel if I got all this medical

6    advice and health advice and I just kept it to myself.

7         And so I know it's a departure to go into

8    capsulated products.  But if I didn't at least offer them

9    to you, I don't think I would sleep very well at night.

10   And so to tell the story to everybody, I decided to put

11   out a little letter.  it's the first time I've ever doe

12   this.  It's a little four-page letter that I'm going to

13   put into every order over the next -- over the next

14   month.  And it basically tells the story I just told you

15   here.  And it says, here, this is what we're offering,

16   this is what you -- my doctor says I need.  I want you

17   guys to live a great life, and this is the best way that

18   I know how to be able to accomplish that.

19        All right.  Let's go onto the next one here.

20   Let's talk about our affiliate starter pack, because on

21   June the 12th, we're going to have a brand new affiliate

22   starter pack.  And we've made a couple adjustments to

23   this, and we're going to have one affiliate starter pack,

24   okay?

25             So, you know, affiliate starter pack, you get

1    that when you're going into business.   And I know if you

2    like Verve and you want a lot of Verve, or if you like

3    Bode' and you want a lot of Bode', you still need to be

4    aware of these other products.   You still need to be

5    representing these other products.

6              And so we're going to have one choice for you.

7    And it's going to be really focused.   It's going to --

8    the price is going to go up to $599.   And it's going to

9    be built around the 24/7 pack, which is $300 of it right

10   there.   And then if you figure, well, in the 24/7 pack

11   you're going to have 48 meals with the Bode Build, you're

12   going to have 24 high protein snacks with the Bode Burn.

13   And so you're going to be saving money just from the

14   consumption of this product, let alone the things that

15   you want to sell or market.

16             You're going to have the NutriPack that we just

17   talked about.   We're going to -- we're going to replace

18   one of the -- instead of giving you four bottles of the

19   Vemma, for the affiliate pack we're going to replace one

20   of them with the V Tubes.   So you get 30 of the

21   individual servings.   And then you're going to get two of

22   the Vemma variety packs, which gives you a sampling of

23   the best, most popular Verves.

24             You're going to get the success kit.   You're

25   going to get 90 days of the Back Office Pro for free.

1    paid as rank was achieved in extra.  And so it's a big

2    deal to take the volume from 250 up to 500.  So I think

3    you are going to like that.

4            But it's over $757 worth of product and

5    offerings for $600.  I'm excited about it because it's

6    going to fuel this brand new program called Two-and-Go.

7    And before I get into the Two-and-Go, I want to give you

8    a little bit about -- geesh, I've been talking for 22

9    minutes.  I've got to hurry up.

10           All right.  Here we go.  My goal is 30 minutes,

11   all right?  So that's my goal.

12           But I'll just really briefly talk about Subway,

13   because, hey, we all love customers.  You guys have heard

14   me talk about Subway.  You know, the way Subway attracts

15   new customers is they open up franchises.  They have over

16   42,000 franchises that attracts new customers.

17           The way Vemma attracts new customers, in the

18   vast majority of the boxes that go out every month go out

19   to people that just fall in love with our products, just

20   want to be customers.  But the way we attract new

21   customers is by expanding affiliates.  Subway opens up

22   franchises, we open up affiliates.

23           Here's what's really different, because, you

24   know, when you take a look at what it takes to be a

25   Subway franchisee, it's an amazing amount of investment

1    that you have to make financially.  You have to -- let me

2    go over a few of these stats here.  You have to have a

3    net worth of between $80,000 and $310,000, depending on

4    when you want to move into this, or where you want to

5    open your franchise.  You have to have cash on hand of

6    $30,000 to $90,000.

7           You have to pay a $15,000 franchise fee.  Vemma

8    has no fee whatsoever.  You have to invest.  you have to

9    build out your store, $116,000 to $260,000.  You've got

10    to sign a lease, whether five-year, seven-year lease

11    personally -- usually it's personally guaranteed.

12    And then you have to pay an 8 percent royalty to Subway

13    to use their name, and 4.5 percent to Subway.  So 12.5

14    percent off the top of your weekly sales goes up to

15    Subway to pay for advertising or royalty.

16           Do you realize that you have an upline that's

17    invested into you?  You don't pay your upline for the

18    knowledge and the support and the wisdom like you have to

19    pay for Subway.  They actually invest into you to help

20    you become successful.  And then, you know, Sheel Patel,

21    one of our great ambassadors, his parents owned a Subway

22    and they just recently sold it.  And I said, Sheel, tell

23    me, what did they earn typically from their Subway?  And

24    he goes, about $60,000 to $70,000 a year.

25           Now, this is what I want to ask you.  A star

1   executive with Vemma on average earns $65,000.  We'll put

2   the income disclosure statements right here.  But on

3   average -- what is easier to do?  Get into a business

4   that costs you, you know, under $1,000 and build a

5   business up with your sweat, with your effort, with your

6   contacts, where you're moving product.  And you know what

7   Subway sells?  It just basically sells a recipe.  You

8   know, you have to bake the bread.  You've got to get the

9   cold cuts.  You've got to get the lettuce.  You've got to

10  shred the lettuce.  You've got to do all that stuff.

11  They're selling you that.  And this is -- and there's

12  42,000 of them.  It's the number one fastest growing

13  franchise in America.  It's number three overall in

14  America.  It's number four globally.

15          And so the point I'm making is, you guys, when

16  you're talking about this as a business, you need to

17  understand that what we're doing is a big deal.  What

18  we're doing in comparison, what's easier, do all that to

19  be able to open up a Subway or join Vemma and work your

20  way up to star executive?

21          So, anyways, I want to talk to you guys about

22  Two-and-Go this brand new program that really for the

23  first time gets everybody on the same page.  And -- and

24  this program, as Subway attracts franchisees, we want to

25  talk about this incentive being able to attract more

27

1    affiliates so we can get customers.  Franchisees get

2    customers, our affiliates get customers.  And so this is

3    a very simple program that's going to be able to take a

4    person bronze -- our new person bronze in seven days,

5    silver in their first 30 days, and gold in their first 60

6    days.

7              And let me tell you how this works.  This

8    program is going to allow you to give a roadmap to

9    somebody that will allow them to earn about $1,650 plus

10   any new customer bonuses in their first two rank

11   advancements periods here.

12             But day one, you're the CEO of your own

13   business.  You join this business and the first week you

14   want to get to and go bronze.  That's how we get the Two-

15   and-Go.  Get Two-and-Go bronze with the affiliate pack.

16   Because this is your right side, this is your left side,

17   that now has $500 volume on it.  So guess what?  You are

18   a bronze, you have earned a $75 fast start bonus on each

19   one of them, and the new frenzy bonus now says if you get

20   just two, not three, but just two, we're going to double

21   that to $150.

22             And so instead of getting $75, you now get $150

23   on this side and now you get $150 for this person, and

24   then you've cycled once.  So you've made $320 your first

25   week in business.  You guys like that?

1          GROUP:  Yeah.

2          B.K. BOREYKO:  All right.  Now, let's go to

3  your first rank advancement period.  So now it was get

4  two and go bronze.  Now it's help two and go silver.  So

5  now what you're going to be able to do is you're going to

6  be helping these new people do exactly what you did in

7  that first week.  Doing it in a one-week period of time,

8  letting these people qualify for the frenzy bonus at the

9  same time, the second -- your first full rank advancement

10  period, you earn an additional $330.  And then you want

11  to teach two to be able to go gold.

12          There you go.  So what you're doing here is

13  you're taking this model, you're teaching them to do

14  exactly what you did, and then you get two more and

15  you're going to earn $1,000 in your second rank

16  advancement period, $1,650 plus any new customer bonuses

17  that you bring in.  Because, you know, this business is

18  we're looking for customers, but we find people that are

19  entrepreneurs that want to be affiliates.  We find people

20  that timing isn't right.  It's just a sorting process to

21  be able to go through.  And to give you a better thought

22  process on what our number one income earner is Tom

23  Alkazin, did you make it on the call?

24          TOM ALKAZIN:  Yes, sir, B.K., I'm here.

25          B.K. BOREYKO:  Tom, just take a couple minutes,

1    because I'm talking so much, and tell the team your

2    thoughts.  Because, you know, you and Ruth and a lot of

3    our ambassadors were intimately involved in the creation

4    of this program.  But talk to us a little bit about your

5    thoughts on what we have in our hand here and where you

6    think it's going to take this company.

7                TOM ALKAZIN:  Absolutely, B.K.  Well, hey,

8    guys, I'm going to give you four words, really easy to

9    take notes, because I think it really summarizes what the

10   entire program, what exactly B.K. just described to you,

11   what it provides for you and I.

12               Here we go.  Word number one, uniformity.  it

13   creates a uniform.  For the first time ever in Vemma's

14   10-year history, we are going to have a one-page

15   methodology of being able to explain the compensation

16   side of our opportunity.

17               I mean, when you think about it, guys, I've

18   used this example.  If we all went to 10 different

19   meetings and sat in the back of the room and watched the

20   compensation plan, we'd come back together and compare

21   our notes and we'd have -- we'd see 10 different styles

22   and 10 different versions of how does somebody get

23   started, which is the most important thing that a new

24   person sitting there wants to know.  Number one is

25   uniform.

1          Number two, it's simple.  It's simple and it's

2    visual.  You know, the ability to be able to look at this

3    and realize, hey, look, here's what we're going to do in

4    day one, here's what we're going to do in week one,

5    here's what we're going to do in the first month, here's

6    what we're going to do in the first 60 days.

7          It's simple and it's visual.  And honestly, you

8    know, most people when you think about it, they're very

9    visual.  They want to be able to see exactly, you know,

10   how does this work?  Can I make this work?  And the

11   beauty of this is it's so incredibly simple that then you

12   can come back and cover up and say, hey, let's just go to

13   work, let's go to work week one and help you get two

14   people.

15          Word number three is cash.  People want to know

16   how do I make money, how do I make money.  So on the left

17   side of this illustration is the diagram, the visual.  On

18   the right side is the cash.  So if you do this, you're

19   going to get paid this.  I mean, it so resonates with

20   where people are and how they understand.  No

21   explanations about a cycle or volume or rank advancement

22   bonuses or global bonus, none of that.  Just the

23   simplicity of the cash they can make in their first 60

24   days.

25          And word number four is recognition.  The most

1   important thing that our opportunity provides people is

2   being acknowledged for what they've done, what they've

3   achieved.  And here we have a way to immediately not only

4   get them some cash in week one, but get them recognized,

5   how to get them cash in their first month and get them

6   recognized in silver, get them cash in their first 60

7   days, total of $1,650, and get them to the rank of gold.

8            B.K., the whole -- the magical word that we all

9   talk about, we all throw it around, we've all used it for

10  years, is duplication.  We finally have a tool -- and not

11  everybody is going to grab a build a pack.  we understand

12  that.  So it doesn't change anything else that we're

13  doing.  But it gives the path and a methodology for all

14  of us, for everybody around the world to be able to tell

15  the story financially the same way, get everybody on the

16  same page.

17           I believe -- B.K., I believe in six to nine to

18  12 months, we're going to see incredible things happening

19  as this thing digs its roots in, as it gets traction, as

20  people understand it.  But the ability to tell our

21  financial story on one page, absolutely powerful.

22           B.K. BOREYKO:  Thank you very much, Tom.  Great

23  job.  You guys like that?

24           GROUP:  Yeah.

25           B.K. BOREYKO:  And Tom is going to go into a

1    and-Go Guide, I'm going to teach how to use that in this

2    presentation.  It creates duplication like never before.

3    It's a clear blueprint.  It's a simple game plan as

4    opposed to an affiliate who's trying to run through the

5    details of a confusing compensation plan for brand new

6    people exposed to our business model for the first time.

7    It will get people into action.

8         But what I'm really excited about is we will

9    have unified events all across the country because we

10   have the same message.  But better yet, it's all about

11   breaking bronze, silver and gold in a team effort.  The

12   reward goes to the new affiliate hitting bronze, silver

13   and gold, and also to the enroller; a great incentive.

14   And truthfully, B.K., we've said it before, focus on

15   breaking bronze, silver and gold and the rest of the

16   ranks just happen.

17        Am I excited?  Oh, my gosh.  I'm probably the

18   most excited I've been in all 10 years.  This is amazing.

19   You've done a great job, your whole entire team, B.K.

20   Thank you so much.

21        B.K. BOREYKO:  Hey.  Well, Ruth, thank you very

22   much.  When you're excited, I'm excited.  Hey, a couple

23   points I wanted to bring out is like Tom said, you can

24   still -- if you don't want to lead with the affiliate

25   pack, you can still build -- this is just an extra

1   incentive that we're putting in place.  So you can build

2   the same way you're building now and nothing is going to

3   change for you except the frenzy bonus is going to

4   convert to affiliate packs only.

5           This incentive is going to be available

6   worldwide June 12th, except in Europe.  Europe we --

7   Europe's got some tough laws that we got to get

8   everything checked out and approved and everything like

9   that.  But every other market besides Europe, June 12th

10  is -- obviously the affiliate packs are going to vary.

11  But we're working very hard to be able to get Bode Build

12  approved.  I just tasted the mocha Bode Build today.  It

13  is crazy.  Some of the guys here visiting, it is -- I

14  think it's better than vanilla.  I cannot believe those

15  words are coming out of my mouth.  But you've got

16  caffeine, you've got coffee and you've got protein and

17  you're going.

18          I mean, I think that's going to be it.  Look

19  for it in September.  Don't call me, Tweet me, text me,

20  anything.  September.  All right?  And we've got some

21  other cool stuff working for the holidays for new

22  products.

23          So those are -- that's key.  Hey, guys, new

24  rank debuting at convention, the new star diamond level,

25  we're going to be walking them across stage.  But it's

```
 1       C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3    MATTER NUMBER: 1423230

 4    CASE TITLE: VEMMA

 5    TAPING DATE: DATE UNKNOWN

 6    TRANSCRIPTION DATE:  JUNE 9, 2015

 7    REVISION DATE:  AUGUST 3, 2015

 8

 9        I HEREBY CERTIFY that the transcript contained

10    herein is a full and accurate transcript of the tapes

11    transcribed by me on the above cause before the FEDERAL

12    TRADE COMMISSION to the best of my knowledge and belief.

13

14                          DATED:  JUNE 9, 2015

15

16

17                          GEORGE QUADE

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                          SARA J. VANCE
```

1

1           OFFICIAL TRANSCRIPT PROCEEDING

2               FEDERAL TRADE COMMISSION

3

4

5

6

7    MATTER NO.      1423230

8

9

10   TITLE              VEMMA

11

12

13   DATE          RECORDED:   UNKNOWN

14                 TRANSCRIBED:  JULY 17, 2015

15

16

17   PAGES         1 THROUGH 9

18

19

20

21

22

23          AMAZING NEW VIDEOS JUST LAUNCHED -

24         HOW VEMMA PAYS YOU - VEMMA NEWS

25

2

1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4     RECORDING:                                    PAGE:

5     Amazing New Videos Just Launched -

6         How Vemma Pays You - Vemma News           4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Vemma                        )  Matter No. 1423230

 5                                 )

 6    ------------------------------)

 7                               Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 13,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    P R O C E E D I N G S

2                    -     -     -     -     -

3              NARRATOR:  If you like simple, then you're

4    going to love Vemma.  It's easy to understand.  There are

5    no membership fees, no sign-up fees, no long-term

6    commitments, just an opportunity to enjoy the products.

7    You also have the opportunity to succeed by helping

8    others succeed.  We like to think of it as living the

9    Vemma lifestyle.

10             Before we dive into how our affiliate business

11   works, think about soda machines.  If someone gave you

12   one soda machine somewhere near your home, it wouldn't

13   change your life.  Perhaps it might give you a couple of

14   hundred dollars a month.  But what if someone showed you

15   how to acquire thousands of soda machines operating all

16   over the world?  Every time a little bit of money moved

17   through those machines, your income went up.

18             Vemma's very similar, except we simply open

19   outlets through people.  As a Vemma affiliate, you don't

20   have any buildings, leases, land, fixtures, or equipment.

21   The concept of this business is not about any one person

22   being a great marketer.  The concept is a lot of people

23   together doing a little bit of business.

24             Here's how it works.  We have one powerful and

25   unique formula, but we have multiple delivery systems for

1    that formula.  First, you have the option to start as a

2    customer or an affiliate.  You have the choice:  become a

3    customer and just enjoy the Vemma products, or become an

4    affiliate to have the opportunity to earn money in

5    commissions.  If earning money through commissions is

6    something you're interested in, then we have the right

7    formula for you.

8              First, you build two lines of distribution.

9    This is a two-team concept, which allows you to be

10   rewarded on total sales volume.  All the sales volume in

11   both the left and right lines of distribution contribute

12   to your income.  You only have two positions to fill in

13   the very beginning:  one on the left side and one on the

14   right side.

15             Anyone joining your team goes on one of the

16   sides, because in Vemma, we're rewarded on sales volume,

17   not on levels.  We also have a new simple plan called 2 &

18   Go, and here's how it can work for you.  As you share

19   your excitement about Vemma's wellness products, you'll

20   find people you talk to will probably fall into two

21   categories.

22             First, you'll discover people that are really

23   into health.  They want to feed their body what it needs,

24   and they'll understand, Vemma is an ultra-premium source

25   of nutrition.  Those people can become customers, and we

1    love customers.

2              The other group is the entrepreneurs.  These

3    people care about their health and know a great

4    opportunity when they see it.  They make perfect

5    affiliates.  Just like franchises open more stores to

6    reach more customers, Vemma attracts new affiliates to

7    reach more customers.

8              So, let's take a look at how Vemma's 2 & Go

9    plan can put almost $1,700 in your pocket in just the

10   next 60 days.  You've become an affiliate.  You've

11   decided to purchase an affiliate starter pack, and now

12   you're talking about and sharing Vemma products with

13   people you know.

14             Along the way, you discover two like-minded

15   entrepreneurs that share your vision and want to start

16   their own Vemma business with an affiliate starter pack.

17   That means you just earned $150.  But we'll double that

18   if they both start within a seven-day period.  That's

19   $300, and you've reached the rank of bronze leader.  Add

20   in a $20 bonus for accomplishing a volume cycle, and your

21   profits total $320 in one week.

22             Next, here's your goal for your first 30 days.

23   Get your two new affiliates to do what you just did.

24   Help them build their teams the way you built yours and

25   you'll earn another $300.  Now you've earned enough to

7

1   pay for your affiliate starter pack, with some cash left

2   over.  And your leadership status just hit silver.

3   You've got some serious momentum going.  You'll want to

4   finish your first 60 days by teaching the 2 & Go plan to

5   your two affiliates, getting two new affiliates who

6   purchase affiliate starter packs, and get them on their

7   own path to success.

8           This puts 1,000 more bucks in your pocket and

9   gets you to the prestigious rank of gold leader.  Success

10  with Vemma is really that simple.  Our most successful

11  affiliates choose the convenient auto-delivery option on

12  their orders to be sure they are always bonus-qualified

13  and it gets them a 10 percent discount.  A 10 percent

14  savings is great, but it gets better.

15          You like to feel appreciated, right?  Vemma

16  appreciates customers and affiliates by sending them free

17  product.  Yeah, you heard me, free.  Every six

18  consecutive monthly auto-delivery order is rewarded with

19  a free order.  Now, that's what we call love.

20          How you start your business depends on whether

21  you want a small business, a medium-sized business, or a

22  large business.  We think the best way to start is with

23  an affiliate starter pack.  You'll get a variety of our

24  best-selling products, including Vemma, Verve, and Bode.

25  And you'll love this, almost $300 of the pack is meal

8

1   replacements.  Just think of it as putting some money

2   where your mouth is.

3          In addition to your product order, you'll also

4   receiver award-winning training materials, and you'll be

5   plugged in with a group of people who are ready and

6   waiting to help you succeed, a state-of-the-art e-

7   commerce website with seamless integration to Facebook

8   and Twitter, a powerful business app to help track your

9   success every step of the way, and a no-hassle 100

10  percent product guarantee.  If you don't like the

11  product, send it back for a refund.

12          Vemma is as simple decision.  If you find you

13  don't have any clear goals right now or you're lacking

14  the desire for financial improvement, or you just have a

15  difficult time making decisions, then the affiliate

16  starter pack is not for you.  Instead, remain a customer

17  and simply enjoy the benefits of our healthy and

18  scientifically validated products.  The choice is yours.

19          If you have a genuine desire for change in your

20  life, join Vemma today with an affiliate starter pack, or

21  help someone else become a customer.  We look forward to

22  partnering with you and building your Vemma business.  If

23  you're ready, let's do this.

24          (The video concluded.)

25

9

```
1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 17, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JULY 20,2015

14

15

16                        SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        ELIZABETH M. FARRELL
```

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.      1423230

9

10

11   TITLE               VEMMA

12

13

14   DATE          RECORDED:  UNKNOWN

15                 TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES         1 THROUGH 12

19

20

21

22

23      NEW VEMMA AFFILIATE MARKETING BUSINESS MODEL

24             WITH CUSTOMER PERKS ADDED

25

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    New Vemma Affiliate Marketing Business Model

6         with Customer Perks Added                    4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    -----------------------------)

7                              Date Unknown

8

9

10

11        The following transcript was produced from a

12   digital file provided to For The Record, Inc. on July 21,

13   2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3           B.K. BOREYKO:  Hello, my wonderful network of

 4      affiliates.  B.K. Boreyko here, and I want to tell you a

 5      quick story.  Last year, after much discussion with the

 6      field leadership of this company, I made a huge decision

 7      to move Vemma away from the network marketing MLM

 8      business model, make a few key changes that aligned Vemma

 9      with an affiliate marketing business strategy.

10           It basically changed the way we've been telling

11      the Vemma story for the last nine years and start telling

12      it in a more up-to-date way, a way that's more

13      transparent and easier for people to understand.  You

14      know, affiliate marketing and network marketing are very

15      similar.  You know, the biggest difference is that

16      affiliate marketing has more of a focus on customer

17      acquisition and you don't need to buy product in order to

18      earn bonuses.

19           Now, different affiliate marketing companies

20      have different compensation plans.  You know, some use a

21      single-tier; some use a multi-tier.  But what I love

22      about Vemma's approach to affiliate marketing is that we

23      don't charge you to sign up.  You don't have to buy

24      product to be paid.  There are no annual renewal fees,

25      and we give you a fully enabled e-commerce website, and
```

1    able to share these changes with you.  All right?  Let's

2    get started.

3           You know, the best way to start this is to be

4    able to explain who an affiliate is and who a customer

5    is.  And basically an affiliate is a person who has

6    either purchased an affiliate pack at the time of

7    enrollment or enrolls a customer or an affiliate.  And a

8    customer is just a person who wants to purchase product

9    and has not enrolled another customer or an affiliate.

10           Now, keep this in mind, a customer can have

11    another customer join in order for them to earn free

12    product or discount credits, which I'll talk about in a

13    minute, and decline the invitation to be upgraded to the

14    affiliate status.

15           So, let's get down to business and explain the

16    key differences between the two when it comes to the

17    rewards.  Now, you're probably already familiar with what

18    we call the Fast Start bonus.  That's paid on the first

19    order.  We understand that there's typically costs

20    involved in promoting the Vemma brands, and this bonus is

21    really designed to help offset them.  You know, one

22    change that you're going to notice is that this bonus is

23    now called the new customer bonus.  And there's also

24    something else that's new.  This bonus will also now

25    reward our customers.

1    You know, we can't pay them money because of

2    some legal mumbo-jumbo, but customers will have the

3    opportunity to accumulate product credits with the new

4    customer bonus by introducing other people to buy Vemma.

5    And each customer will receive up to $20 product credit,

6    and they can go online and order it starting in April in

7    their shopping cart.  Now, the affiliates will still earn

8    the same cash bonus that they're used to on the products

9    as part of the new customer bonus program.

10    Let's take our customer, Mary, as an example.

11    Once Mary has helped a friend place an order, she'll earn

12    a product credit on that friend's order.  And that

13    product credit will show up as a credit in her shopping

14    cart, and then that credit can be applied to her online

15    order.

16    A few quick things to keep in mind.  This

17    product credit needs to be used within one year, and

18    customers will be given a maximum amount of $20 for any

19    person's purchase, and they don't have to make a purchase

20    in order to qualify for it.  And they can earn as many

21    product credits as they want, but if they find this fun

22    and easy, we think they'll see an opportunity with Vemma

23    and want to become an affiliate down the line.  Now, how

24    cool is that?  I think this is a great way to just say

25    thank you for your business.

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: JULY 29, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JULY 30,2015

14

15

16                        SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2             FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.      1423230

9

10

11   TITLE              VEMMA

12

13

14   DATE        RECORDED:  UNKNOWN

15              TRANSCRIBED:  JULY 29, 2015

16

17

18   PAGES       1 THROUGH 14

19

20

21

22

23       BK'S BLOG – CEO OF VEMMA NUTRITIONAL COMPANY

24           SPEAKS ON WHY TO JOIN VEMMA

25

2

```
 1                   FEDERAL TRADE COMMISSION

 2                      I N D E X

 3

 4   RECORDING:                              PAGE:

 5   BK's Blog, CEO of Vemma Nutritional Company

 6        Speaks on Why to Join Vemma                4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Vemma                          )  Matter No. 1423230

5                                     )

6     ------------------------------)

7                                Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 21,

13    2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3          B.K. BOREYKO:  Hi, I'm B.K. Boreyko, president

4    and CEO of a company called Vemma, located here in

5    Arizona.  And I got to tell you, the question I've been

6    hearing a lot is what the heck is going on at Vemma.  And

7    it's even surprising me because we have been telling

8    essentially the same story for the last eight years, and

9    that story revolves around antioxidants.

10          There's so much science behind the benefits of

11   antioxidants that I tasked my chief science officer, Dr.

12   Yibing Wang, some eight years ago to come up with the

13   world's most powerful liquid antioxidant, and this is

14   what he created, this Vemma formula.  And it all revolves

15   around the mangosteen fruit as the base, and that's an

16   exotic fruit from Southeast Asia that just has some

17   phenomenal properties to it.

18          And we have just been on this -- this mission

19   to be able to keep things simple for people.  So, what I

20   would like to be able to do now is I would like to be

21   able to talk to you about the top ten reasons why you

22   need to join us, starting with number ten, fun.  How many

23   things do you do in life that are not fun?

24          Well, the thing about Vemma is we're fun.  We

25   have -- if you've heard anything about our convention, we

1   and have this all on your phone, you can sign somebody up

2   anywhere.  And, so, when you connect with people, to be

3   able to monetize your social media equity that you have

4   created is absolutely huge.  And we're going to make you

5   look good in that.

6            And the number one reason you should consider

7   joining this Vemma team is this youth revolution.  And

8   I'm not just talking about young people; I'm talking

9   about young-at-heart people, as well.  And -- and, so,

10  when young people come to me and they say, hey, I've got

11  this idea, man, you are talking to the right guy, because

12  I am all about young people, because they can think

13  differently than us.  They don't have these perceptions

14  that we grow up with and we're ingrained with.  They've

15  got a clean slate.

16           And, so, when you take a look at this young

17  people revolution that's going on here at Vemma and --

18  and you see that of the 28-, 30,000 people joining a

19  month, more than half of those people are young people.

20  And -- and what I love about this is these young people

21  have such a tremendous work ethic, but they are stuck in

22  this dilemma of over 50 percent unemployment; student

23  loan debt higher than credit card debt.

24           And, so, they have this dilemma that they're

25  faced with, and you -- you take a look at our concept,

1    this whole Verve movement where who do you know that
2    drinks energy drinks, who do you know that likes to send
3    out texts, who do you know that wants to make a lot of
4    money, and who do you know that wants to drive a free
5    BMW?  That is the marketplace for this young people
6    revolution, YPR, and it is something that when you take a
7    look at the Verve brand and how cool it is and how it
8    fits in and how these young people are smart, if they
9    have an unhealthy choice or a healthy choice, typically
10   they're going to take the healthy choice, you know,
11   especially when -- when, you know, we're paying out in
12   bonuses almost a million and a half dollars a week to
13   people for promoting these Vemma brands.  They look at
14   this and say I want to get me some of that.
15          And, so, we're here to be able to support them
16   and -- and really encourage them and -- and literally
17   give them an opportunity that is -- it's kind of like we
18   got the exclusive on cool because there's not a lot of
19   companies out there that are willing to invest into young
20   people the way we are willing to invest into young
21   people.  So, if you haven't yet been to our
22   YouTube.com/VerveEnergy channel, over 1.1 million minutes
23   viewed in the last 30 days on that channel.  Absolutely
24   phenomenal, the content of that.
25          And, so, do your homework on Vemma; do your due

14

1     C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE: UNKNOWN

6     TRANSCRIPTION DATE: JULY 29, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JULY 30,2015

14

15

16                        SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        ELIZABETH M. FARRELL

1

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2                  FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7    MATTER NO.      1423230

 8

 9

10    TITLE                 VEMMA

11

12

13    DATE          RECORDED:    FEBRUARY 2015

14

15                  TRANSCRIBED:  JULY 20, 2015

16

17

18    PAGES          1 THROUGH 34

19

20

21

22

23

24                  BK'S FEBRUARY CALL 2015

25
```

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4   RECORDING:                        PAGE:

 5   BK's February Call 2015                  4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )   Matter No. 1423230

5                                   )

6    -----------------------------)

7                                    Date Unknown

8

9

10

11

12         The following transcript was produced from a

13    digital file provided to For The Record, Inc. on July 13,

14    2015.

15

16

17

18

19

20

21

22

23

24

25

4

```
 1              P R O C E E D I N G S

 2                  -    -    -    -    -

 3              BK'S FEBRUARY CALL 2015

 4              B.K. BOREYKO:  B.K. Boreyko here.  How is

 5      everybody doing?  And thank you folks for coming out and

 6      enjoying a free can of Build.  How do you like that?

 7      It's my idea of buying you guys dinner, so I hope you

 8      guys liked it.

 9              All right, guys, hey, we've got a lot of

10      exciting things happening.  Got a big sh -- call for you

11      today.  Big show?  We do have a big show.  It's like

12      Superbowl week hangover week here in Arizona.  Joe Smith

13      is happy that the Patriots won.  Joe?

14              And I went to the game and it was epic.  My

15      heart goes out to the Seahawks because when I went to the

16      game (inaudible) entertained (inaudible).

17              But, anyways, hey, guys, great call today.

18      We're going to talk about Build and how you can get your

19      -- a business built with this great product.  You are

20      going to hear from Tom Alkazin, our number one income

21      earner.  He had a tasting with 300, 350 people, getting

22      the feedback from that.  Dennis Ligon, covering the East

23      Coast, had 100 people over at Verve Central, had a

24      tasting over there.  We'll hear from them.  We're also

25      going to hear from a new Presidential.
```

1   And that's the kind of attraction power that we have with

2   a product like this in our hands.  So, where are we going

3   the next 90 days?  B.K., the way I see this is doubling,

4   if not tripling, our business right here.

5           So, I'm really thrilled, excited.  And also

6   hitting the ranks of President -- Presidential has been

7   come of the most exciting things (inaudible) especially

8   beginning the year.  So, I couldn't be more excited, but,

9   most importantly, pumped up in terms of what's ahead here

10  over the next 11 months here for me at Vemma.

11          B.K. BOREYKO:  Hey, you are the first new Elite

12  in 2015, so you are off to a rocking start.  Great, great

13  job there.

14          And, guys, your preorders of Build are hitting

15  the streets.  People are excited.  I see on social

16  they're posting everything.  And here is the great thing

17  about Build is it has to be our most demonstratable

18  product that we've ever -- this is one of those -- for

19  me, 20 years as a CEO in this industry, this is one of

20  those career-defining products.  And I want to talk more

21  about that in a bit, but I want you guys to hear from our

22  number one income earner, Star Pinnacle, Tom Alkazin.

23          Tom, did you make it on the call and tell us

24  about this tasting event that you just had?

25          TOM ALKAZIN:  Hey, B.K., I am here and we had a

1    being me, you know.  It's not easy.

2           Hey, guys, we were going to have Luke Hessler

3    on the call, but he's -- you know, he's an Ambassador and

4    he's finishing his degree and I -- you got to tip your

5    hat to that.  And, so, he had actually a class or an exam

6    or something.  I don't know.  I barely got through high

7    school.  So, you know, they ask me how far I got through

8    college.  I go about halfway through the application, I

9    go I'm out.  All right?

10          So, anyways, we've got three great packs to be

11   able to introduce people to this product.  We've got the

12   trial pack, $44.50.  You know what's funny, is here we

13   make almost a two-year investment and seven figures to be

14   able to bring this product to the marketplace, and you

15   can bring it to the marketplace in your business for

16   $44.50.

17          And, so, this is what I want you to be careful

18   of.  You can imagine my excitement, my energy, and how

19   serious I am about being able to make this product

20   successful, because I'm thinking seven figures.  I'm

21   thinking this is a big investment, this has got my

22   attention.  But I want you to have -- I want to have your

23   attention because this is a product that you could earn

24   seven figures.  And I'm not making any kind of income

25   claims because your results may vary.  It's happened to

1    other people.  So, why shouldn't it happen to you?  I
2    mean, you know, results aren't typical.  I hope you're
3    not typical.  But it -- and go to Vemma.com for --
4    where's my attorney -- for your income disclosure form.
5    It doesn't happen for everybody, but I guess you guys
6    already knew that.  Just being real with you.
7              But, guys, I want you to take it -- like I just
8    said, I want you to treat your business like I just
9    invested seven figures with you.  And, you know, it's --
10   I'm going to talk a little bit about entrepreneurs at the
11   end of this call, and the great thing about this business
12   is there's literally millions of people that have this
13   heart of an entrepreneur, but they don't have a vehicle.
14   And we've got a vehicle here with this product.
15             And one of the things -- and when a person
16   tastes it, you know, it's -- you know, I've heard all of
17   the different descriptions about how great it tastes and
18   custard and Culver's Ice Cream and, you know, my eight-
19   year-old cracks open a can and his first thing is, Dad,
20   you got to get more of this.  And -- but I love the fact
21   that it tastes like money because it can literally --
22   this product -- you drink this product, you know, it's
23   the combination of a couple things.
24             It's a combination of convenience and you
25   get -- you know, you heard about Dennis, you know,

1    looking for -- and this is in 2015, this is where we want

2    to keep our eye on the ball, 2015, we want to be looking

3    for entrepreneurs.  We want to be looking for people

4    that, hey, man, do you ever watch Shark Tank?  That's the

5    kind of mentality you want.

6              And, you know, I've been blessed enough through

7    this business to be able to have a beach house in

8    Carlsbad, California.  And no matter when you wake up in

9    the morning, you look out at the ocean and you see

10   surfers.  And surfers are a lot like entrepreneurs, and

11   let me explain that.  If you've ever talked to a surfer,

12   you're thinking, that's not anything like an

13   entrepreneur.

14             But it is because this is what surfers know.

15   They've got to be in the right place at the right time,

16   you know.  The sets are coming in, they got to be in the

17   right place at the right time.  And here's the most

18   important thing about an entrepreneur is they need to

19   realize it and you got -- hey, Brad, are you on the call?

20             BRAD ALKAZIN:  B.K., I'm here.

21             B.K. BOREYKO:  All right, brother.  Hey, let me

22   just finish my surfer analogy.  You'll like this one,

23   brother, if you haven't heard it.

24             This is what surfers understand.  They've got

25   to be in the right place at the right time.  They've got

1   to be positioned correctly.  But, most importantly,

2   they've got to realize and they've got to paddle like

3   heck, man, or they're going to go up with the wave and

4   down with the wave.  They're going to miss that

5   opportunity to catch a wave and ride it in, and that's

6   the reason they pay the price to wake up early in the

7   morning, put on that wetsuit even when it's cold, to be

8   able to catch that wave.

9           And, folks, I want you to understand that

10  you're a surfer and you are positioned in the right place

11  at the right time.  The product just started shipping a

12  little over a week ago.  Now is the time to paddle like

13  heck, sit down with people, text out people, fill that

14  appointment book up, and tell the story and you're going

15  to find people falling into three categories.  You're

16  going to find those entrepreneurs that we're looking for.

17  We're going to find customers, people that say, hey, I

18  buy into this concept, I buy into the fact that I can

19  save money by not having to -- and time.  You know,

20  people are so busy nowadays.  Instead of having to go out

21  and get some food and you're wondering, what am I going

22  to eat today, boom, we got that handled for you for less

23  expensive than you normally spend.

24          And then the third group is people that the

25  timing just isn't right for them.  They -- maybe their

1    idea of health food is light beer and Sweet'N Low, okay?

2    They're like, hey, I'm in, I'm good, 99 cent Taco Bell,

3    I'm in.  All right?  We can't help those people, all

4    right?  I don't know, there's -- they will -- you know,

5    the timing maybe one day in their life will be perfect

6    for us.  As my dad always say, hey, forever's a long

7    time.  So, just stay in touch with them.  Realize that

8    you represent the brand.  So, if somebody, you know,

9    rejects you, if somebody says, no, it's not right for me,

10   be nice to them anyways.

11           Hey, Brad, at the beginning of this call, we

12   had your dad talking about the tasting party.  We had

13   Dennis talking about his tasting party.  Luke Hessler

14   had, what, 600, 650 people in Michigan?

15           BRAD ALKAZIN:  Right, right.

16           B.K. BOREYKO:  And talk to me a little bit

17   about the reaction that people had when they tried this

18   product and how you're going to market it.  Because

19   you're not a guy that needs to lose any weight, how are

20   you going to position this, how are you going to be

21   marketing this through your team?

22           BRAD ALKAZIN:  Well, B.K., first off, man, I

23   mean, you and your team inspire me because, you know, you

24   guys continue to come out with new concepts that not only

25   make us, you know, look good, but make it so easy for us.

34

1       C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE:  FEBRUARY 2015

6     TRANSCRIPTION DATE:  JULY 20, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  JULY 20, 2015

14

15

16                    ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                    SARA J. VANCE

1

1                OFFICIAL TRANSCRIPT PROCEEDING

2

3                 FEDERAL TRADE COMMISSION

4

5

6

7

8

9    MATTER NO.     1423230

10

11

12   TITLE              VEMMA

13

14

15   DATE          RECORDED:   DATE UNKNOWN

16                 TRANSCRIBED:  FEBRUARY 28, 2015

17

18

19   PAGES          1 THROUGH 17

20

21

22

23

24

25              VEMMA_SUCCESS_ALEX_MORTON

2

```
1                   FEDERAL TRADE COMMISSION

2                        I N D E X

3

4     RECORDING:                              PAGE:

5     Vemma Success Alex Morton                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )   Matter No. 1423230

5                                   )

6    -----------------------------)

7                                   Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on February

13    23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                     -    -    -    -    -

 3              VEMMA SUCCESS ALEX MORTON

 4              MR. MORTON:  All right, well, welcome to our

 5    empire, Verve Central.  Obviously, you know, we're

 6    excited.  I mean, we say that word a lot, because this is

 7    something to get really, really excited about.  It's

 8    nuts, man.  You know, I've been doing this for like 13

 9    months, and it's not just me anymore.  I mean, it's not

10    just me making money, Brad Alkazin making money.

11              I'm going to go into, you know, what happened

12    to me, you know, how this thing, you know, really

13    started, because it's kind of crazy how it started.  It

14    started with one Facebook message, and it blows my mind

15    looking back on it, is that when Marty messaged me on

16    Facebook, if I didn't click accept, none of you would

17    probably be here right now.  And that makes me think

18    about life and how these tiny, little small decisions

19    literally change your course of life forever.  And it's

20    really crazy.

21              So, really quick, you know, I'm Alex Morton.

22    I'm 22, average college kid, dude, slow math in high

23    school, 1490 SAT score, you know, never really did that

24    too well in school, but, you know, I'm from Columbus,

25    Ohio, a small town.  I came out to Arizona in '08 to go
```

7

1   friend making 50 grand a year at a bank, probably

2   shouldn't listen to that person, because if you say what

3   people say and do what they do, you're going to get what

4   they have every single time, guys.

5          So, I don't know, I share that story because we

6   all know life, especially in business, timing is

7   everything.  You can be the smartest person in the world,

8   you can have the highest SAT score in the world, go to

9   the best college in the world.  Guys, if you're not in

10  the right place at the right time with the right people,

11  chances are you'll be struggling financially for the rest

12  of your life.

13         So, if you want to work until you're 72, then

14  you might as well get up and leave right now, okay?

15  ==Because this is about a three-to-five-year plan, to where==

16  ==you never have to worry about money ever again.==  Okay?

17  Literally.  How cool would it be three years from now to

18  walk into a store and never look at a price tag?  Okay,

19  families are torn apart because of financial issues,

20  guys.  Most Americans go to dinner, they don't even order

21  what they want to eat.  Most Americans go to dinner and

22  they order food to consume from the price, guys.  That's

23  insane to me.  Money is such a big deal in so many

24  people's lives.  It's nuts.

25         So, about a year ago, I got a message from him

8

1   on Facebook, Marty (inaudible) obviously that was a

2   blessing.  Thank God on that one, guys. And, honestly,

3   first time I saw this scam, to good to be true,

4   skeptical, not doing it, called it a pyramid scheme,

5   didn't even know what a pyramid scheme was, didn't want

6   to do it.

7                So, I don't know, eventually I got on the phone

8   with Brad Alkazin, obviously the guy in the video.  He's

9   been my mentor in this thing.  He's like a -- he's family

10  to a lot of people in this room, you guys.  You know,

11  last year he was 25 years old making $10,000 a week with

12  no college degree.  Obviously, if there's someone in your

13  age demographic making 10 grand a week with no boss, no

14  job and no hours, you're probably going to at least hear

15  about what the dude's doing.  And if you're not willing

16  to, I don't even know why you're here tonight.

17                I got on the phone with Brad.  Here's the

18  thing, pyramid schemes are illegal.  Okay?  So, if you're

19  skeptical, here you go, okay?  Pyramid schemes are

20  illegal and they don't involve a tangible product or a

21  commodity.  We have cans of Verve in the room, bottles of

22  Vemma.  That's a product and a commodity, you guys.

23                Second, Verve is the official drink of the

24  Phoenix Suns.  You live in Phoenix.  So, I looked into

25  it, you guys.  I've grown up in the industry.  My parents

1    That's what I did.  I had no money.  I was broke a year

2    ago.  I ordered two cases of Verve, looked at my Facebook

3    and phone book and realized all my friends like to make

4    money, all my friends like to be healthy.  Nobody walks

5    around saying, man, I wish I was sick today or, man, I

6    wish I could be broke.  Of course not, dude.  Everyone

7    wants to look good, feel good, and make money.

8           So, I invited 50 friends over to my house at

9    ASU a year ago when I was making zero dollars a month,

10   okay?  Twenty-five told me they'd show up, only 10

11   friends came.  Out of the 10, six said you're crazy,

12   you're nuts, it's illegal, it's a scam, my mom says those

13   don't work, my dad's a businessman, which to me doesn't

14   even make sense.  Everyone's a fricking businessman these

15   days.  No one makes money in those things, which is

16   false, obviously.

17          Four signed up that night.  One was Josh Noble,

18   who you guys heard from.  We turned four into over 3,000

19   now active, high school kids, college kids, a lot of

20   adults, a couple of athletes.  Our team's in, yeah, 43

21   states and like 12 countries, guys.  I've signed up 15

22   friends in a year.  Eight of them quit.  You can't

23   control that.  Most people don't have enough in here and

24   here to, you know, ever succeed anyway, so most people do

25   quit.  Who cares?

1          It doesn't matter.  If you want to succeed,
2    you're going to succeed no matter what.  You're going to
3    make it happen no matter what.  So, seven stuck with it,
4    you guys, and, yeah, I'm seeing like $3,500 a week, which
5    is -- you know, next month, I'm on track to hit
6    ambassador, which is by the numbers.  Yeah, it's a
7    quarter-million a year, 20 grand a month.  And I'm not up
8    here to talk about that, but you should hear and see that
9    and see me and say, wow, this kid's in a t-shirt, board
10   shirts and Vans, and in two years he'll make a million
11   dollars a year.  I probably can do it, too.  Okay?
12          So, the way it works, it's not sold in stores,
13   you can't find it at Safeway, Costco, Walmart, Target,
14   Churrasco (phonetic), you guys.  It's not in stores.
15   Okay, it never will be.  There's no billboards, magazine
16   ads, commercials, NBA playoff commercials, none of that
17   stuff, movie previews.  None of that.  It's all word-of-
18   mouth advertising.  Why?  We all go to the movies tonight
19   and see a really good movie.  The first thing we do is we
20   tell our friends about it.  We tell our friends about
21   everything in our lives all the time, guys.  Here, we
22   just get paid for it.  Hey, I really like Verve, try it.
23          Here's the thing, 53.6 percent of my graduating
24   class last spring, regardless of degree or school, is
25   unemployed a year from now.  That means you all just

1    graduated.  Half of you are in debt, student loans, 50

2    grand or more.  And half of you a year from now don't

3    even have a job.  All my best friends who don't do this

4    with me, dude, they don't have jobs, like they're broke,

5    like no money, man.  You don't want to live life with no

6    money.  You want to have so much money it doesn't even

7    matter.  That's why people do Vemma, to have enough money

8    to where it doesn't even matter anymore, guys.

9            This is already working.  There's nothing you

10   can say to contest this.  You're either in or you're out.

11   You're either in and you want to make a lot of money and

12   live the life you want, or you're going to go out and do

13   what everybody else does, oh, go to high school and get

14   good grades, go to college, get good grades, make a

15   resume, go beg someone to hire you, and you're told when

16   to show up, when to eat lunch, when to pee, and when to

17   go home.

18           Most Americans in this country are told when to

19   eat lunch.  And if you -- and they're told when to take

20   their own family on vacation, guys.  You see those

21   commercials, let's get more vacation days.  Are you

22   crazy?  How about every day vacation?

23           (Laughter.)

24           MR. MORTON:  You know what I mean?  Like, you

25   don't -- like the days of the week shouldn't even matter

1    to you, guys.  Why does the day of the week even matter?
2    The sun comes up, goes down, we make money while we're
3    asleep.  That's how Vemma works.  You're paid 24 hours a
4    day, seven days a week no matter what you are doing.
5             So, like Chase said, if you're new tonight, the
6    person who invited you, they care about you, they like,
7    trust, and respect you somewhat to share this with you,
8    guys, because this is going to get really, really big.
9    Okay?  I mean really, really big.  Like I said, 4,200
10   college campuses in America with an average of 12,000
11   kids per school, 50 million college kids.  I think Vemma-
12   wide, maybe -- maybe 8- to 10,000 young people.  That's
13   it.  That's it, guys.
14            This is like hearing about Facebook with 3,000
15   users.  That's what you're hearing about right now.
16   Amway, year 56, they're doing like a billion a month.
17   They own the Orlando Magic, guys.  Herbalife.  All you
18   girls know David Beckham for sure.  Herbalife's on his
19   chest, official sponsors of the L.A. Galaxy, vitamins and
20   pills.  They're in year 30-plus, you guys.
21            This is in year seven.  Verve's been out for
22   four years.  No one knows about it.  We're in 60
23   countries.  We don't even have 200,000 people in the
24   world drinking this product monthly.  Nine out of 10
25   people you talk to never heard about it before, okay?

1    Five years from now, it's still going to be a great

2    opportunity for people, but guess what, the people in it

3    now, yeah, man, you're going to be making a lot of money.

4           The only way you fail in this is by quitting or

5    doing nothing.  That's it.  If you do something and don't

6    quit, you succeed every time, no matter where you come

7    from, no matter what your educational level is.  No

8    matter what, guys, you can make this work.

9           And the best part about it is I can't stress

10   enough the team aspect of this.  It is unbelievable,

11   guys.  The more people you help, the bigger your check

12   is.  And to me that is really, really cool, because a lot

13   of people at first, it's all about the money guys.  You

14   get to help so many people literally change their life,

15   you guys.

16          So, a couple closing thoughts.  Here's the

17   deal.  Okay, there's three types of people in the world,

18   okay.  You're one of them, sorry to break the news to you

19   guys.  People either make things happen; they watch

20   things happen; and then there's people, like a lot of my

21   best friends, who go what the heck just happened.  Okay?

22          And I know that sounds funny, but you have to

23   understand, this is your chance and our chance to do

24   something together as one big team, one dream, one big

25   family, whatever you want to call it, to literally change

```
 1    his mom to heart disease and cancer.  He created Vemma.
 2    He created this, $80,000, you know, meeting space for us,
 3    guys, for one reason and one reason only --
 4            Message on screen:  Results not typical, your
 5    results may vary.  The success or failure of each
 6    individual is dependent on their own efforts.  The
 7    Company has generally expected results which can be
 8    obtained by visiting www.vemma.com.
 9            MR. MORTON:  -- to help people live better.
10    That's all we're about.  And, yeah, you can make a
11    million a year or a million a month.  That's pretty cool,
12    too.  So, with that, get back with the person that
13    invited you.  Ask them why they're doing it, get your
14    questions answered.  Come up to me, come up to Josh, come
15    up to Grady Polcyn, get all your stuff answered
16    (inaudible) around the world.  It's going to get big.
17    Hopefully you guys are a part of it, and --
18            (The video concluded.)
19
20
21
22
23
24
25
```

1    C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: DATE UNKNOWN

6    TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  FEBRUARY 28, 2015

14

15

16                    SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                    ELIZABETH M. FARRELL

1

1              OFFICIAL TRANSCRIPT PROCEEDING

2                 FEDERAL TRADE COMMISSION

3

4

5

6

7      MATTER NO.      1423230

8

9

10     TITLE                 VEMMA

11

12

13     DATE            RECORDED:   DATE UNKNOWN

14                     TRANSCRIBED:   FEBRUARY 28, 2015

15

16

17     PAGES           1 THROUGH 12

18

19

20

21

22

23          VEMMA_BUSINESS_VEMMA_PRESENTATION_WITH_

24               TOP_LEADER_TOM_ALKAZIN

25

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Vemma Business Vemma Presentation with

 6          Top Leader Tom Alkazin               4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Vemma                          )  Matter No. 1423230

5                                    )

6     ------------------------------)

7                                    Date Unknown

8

9

10

11             The following transcript was produced from a

12     digital file provided to For The Record, Inc. on February

13     23, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                P R O C E E D I N G S

 2                    -    -    -    -    -

 3          VEMMA BUSINESS VEMMA PRESENTATION

 4                   WITH TOM ALKAZIN

 5          On Screen:  Do you want to live...Healthier?

 6  Happier? & Longer?

 7               Vemma nutrition for a lifetime

 8               You can live Healthier, Happier & Longer WITH

 9  VEMMA!

10               Getting Paid.

11          On Screen:  Tom Alkazin, Royal Ambassador

12          MR. ALKAZIN:  Hi.  My name is Tom Alkazin.  And

13  by now, you've probably watched the DVD entitled

14  "Reinvent Your Life," which gave you a short overview of

15  this remarkable company called Vemma and its amazing

16  nutritional formula, the Vemma nutrition program.  You

17  know, I love the title of that film, "Reinvent Your

18  Life," because from a financial point of view, that's

19  exactly what can happen for you.  I'm going to explain

20  how the Vemma Business Opportunity could make a positive

21  change in your life, in fact, how Vemma could make your

22  dreams come true.  It's worked for our family, and it can

23  work for yours.  So, let me show you how it works.

24               If you love simple ideas, you're going to love

25  Vemma, because it's easy to understand.  There are no
```

5

1    membership fees; there are no sign-up fees; no long-term

2    commitments, just an opportunity, an opportunity that

3    says the only way you succeed is by first helping someone

4    else succeed.  You know, that's a great way to do

5    business.  If you're a business-minded person, there are

6    really only two decisions that you have to make to get

7    started:  what product to begin with and what product do

8    you want Vemma to send you once a month, beginning 30

9    days from now.  We call that auto-delivery.

10           So, product to begin with.  We recommend you

11   begin with one of our builder packs, either the bronze

12   pack, the silver pack, or the gold pack.  Now, why a

13   builder pack?  Well, there are three good reasons.

14   First, you have to have product on hand for people to use

15   and to sample.

16           Second, you're going to receive proven and

17   effective marketing tools that help you get started, and

18   they'll help you tell the story.  And, third and most

19   importantly, by purchasing a builder pack you immediately

20   begin to receive bonuses on the builder packs sold

21   downline in your organization, imagine.  Then, 30 days

22   later, your auto-delivery begins.  Vemma sends you your

23   choice of Vemma, Verve, Next, or Thirst.

24           So, as we look at how the business works, let

25   me give you an example I know you'll understand:  a

6

1    company called Coca-Cola.  Years ago, Coke created a

2    method of distribution called the Coke machine.  Well,

3    imagine if somebody came and gave you one Coke machine

4    somewhere near your home.  It wouldn't change your life,

5    maybe give you a couple hundred dollars of additional

6    income.

7            But imagine this, imagine if you had access to

8    a thousand Coke machines, operating all over the free

9    world, that every time a little bit of money went into

10   that machine, you derived some income.  Well, we take the

11   same idea, the same concept in Vemma, obviously not Coke

12   machines, but we open outlets through people.  We don't

13   have any buildings, any leases, any land, any fixtures,

14   any equipment, but imagine this, every time a little bit

15   of the Vemma product moves anywhere in the world it has

16   the potential to increase your income.

17           Now, our business model is called a two-team

18   concept.  You only have two positions that you can fill:

19   one on the left side and one on the right side.  Anyone

20   else that you introduce goes either down the left side or

21   down the right side.  It doesn't matter because in our

22   business we're rewarded on sales volume, not on levels.

23           Now, we have a number of ways that we derive

24   income.  I am just going to share two of those with you

25   today:  immediate income and long-term income.  Immediate

1    income first comes in the form of what we call the Fast

2    Start Bonus.  Well, how did you start in Vemma?  You made

3    a decision on what product to begin with, what product to

4    have sent to you 30 days later.

5         John, for example, the first person on your

6    left side, joins you and he makes exactly that same

7    decision:  what product to begin with, what product to

8    have sent 30 days later.  Based upon that very first

9    purchase, you're going to receive what we call a fast

10   start bonus.  He begins with either a bronze, a silver,

11   or a gold package.  You're going to get a bonus of either

12   $50, $100, or $200.  If he begins with a one-month supply

13   of Vemma, you receive a fast start bonus of $10.

14        And yet another form of immediate income comes

15   in the form of what we call the builder bonus.  Simply

16   stated, going down the left side and the right side of

17   your organization, you have the opportunity to earn

18   either $10, $20, or $50 on every bronze, silver, and gold

19   pack sold within five enroller levels.  So, if we have

20   these two things, if we have great response to the

21   concept and the taste of -- of our products, combined

22   with no barriers to entry, no membership fees, no sign-up

23   fees, those two things together equal high-speed

24   enrollment.  It's not uncommon for us to see people

25   earning anywhere from $500, $1,000, $2,000, even $3,000

1   in their first four to eight weeks in the business.

2           Long-term income comes in the form of what

3   Vemma calls the cycle bonus.  Now, this is the one I want

4   you to understand.  This is the concept that changed my

5   life, the concept of residual income or ongoing income or

6   continuing income.  Simple to understand.  When you have

7   $360 in business on one side and $180 on the other, you

8   complete what Vemma calls a cycle and they send you a

9   bonus that averages between $23 and $25.

10          Now, the power of this is that you can cycle as

11  many times in a seven-day period of time as you choose to

12  work.  We're paid every seven days.  So, let's take a

13  look at a three-month example.  Say for example in month

14  one you cycled 10 times; 10 times $25, $250 of cycle

15  bonus income.

16          But watch this.  The beginning of month two

17  your income starts at $250.  Why?  Because the volume --

18  all of the products sold in month one ships again in

19  month two, add to that whatever new cycles you created,

20  say another $250, you'd have $500 of cycle bonus income

21  in month two.  Going into month three, I think you get

22  the idea, month three begins at $500, add whatever new

23  cycles you create, say another $250, $750 of cycle bonus

24  income.

25          Well, how well does this work?  We have people

9

1    earning $100 to $200 per week cycle bonus income.  We

2    have some earning $300 to $500 per week.  We have some

3    earning $1,000 to $3,000 a week.  We have some earning,

4    five, ten, 15.  Imagine this, some even more than $20,000

5    on a weekly basis.  Now, if we're doing this well after

6    this short amount of time, can you imagine what the next

7    three to five years holds in store?

8            So, what's the next step?  Make a decision that

9    will position you for the best opportunity for success.

10   Begin with one of our builder packs.  Choose from the

11   bronze, the silver, or the gold package.  You see, the

12   builder packs are reserved for members who see the big

13   picture and want to quickly and effectively create cash

14   flow with their Vemma business.

15           Let me ask you a question.  Do you want to

16   build a small business, a medium-sized business, or a

17   large business?  What we've seen from successful brand

18   partners on our team who have built large businesses,

19   tremendous incomes, is that they all started with the

20   gold builder pack.  Well, when you buy a builder pack,

21   here's what you're going to receive:  first, a healthy

22   variety of Vemma, Verve, Next, and Thirst products.

23           Next, you're going to receive the Vemma voice

24   marketing tool.  You're going to receive a state-of-the-

25   art e-commerce website with seamless integration into

1    Facebook and Twitter.  You're going to immediately enjoy

2    income from the sales of builder packs in your group.

3    It's called the builder bonus, like we discussed before.

4            You're going to be able to participate in two

5    live conference calls each week with a success coach, a

6    person earning over $100,000 a year.  The first call

7    teaches you how to do the business; and the other call

8    teaches you and helps you build new business.  You're

9    going to receive a simple eight-step action plan, your

10   proven action plan to help your business grow.

11           You're going to be able to enjoy the support of

12   a group of people who have a vested interest in helping

13   you succeed in Vemma.  And, last, it's 100 percent

14   guaranteed.  If you don't like the product or the

15   business, send it back for a full refund.  You have

16   absolutely no risk.  You'll never worry about harming

17   relationships with friends or family when you're building

18   your Vemma business.

19           In fact, people will thank you for introducing

20   them to this phenomenal product.  So, it's really a

21   simple decision.  If financial improvement is not a

22   priority right now or the timing is not right, then Vemma

23   as a business is not for you.  Simply make a great

24   decision for your family's health and order the Vemma

25   product today.

1        But if you have a genuine desire for change in

2   your life, for financial improvement, get started today

3   with a builder pack.  We would welcome the opportunity to

4   partner with you in the building of your Vemma business.

5        Remember this, Vemma is a simple concept, a

6   simple idea.  It's fun to build.  You'll be around a

7   group of people that are positive, that are moving ahead

8   in their life, who want to help you, and most

9   importantly, it's absolutely something that you can do.

10        UNIDENTIFIED MALE:  To try our amazing products

11   or to start earning a residual income by helping others

12   to live healthier, happier and longer lives, then simply

13   click on the link below and get started today.

14        (The video concluded.)

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: DATE UNKNOWN

6    TRANSCRIPTION DATE: FEBRUARY 28, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  FEBRUARY 28, 2015

14

15

16                      SARA J. VANCE

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                      ELIZABETH M. FARRELL

1

```
1                   OFFICIAL TRANSCRIPT PROCEEDING

2                      FEDERAL TRADE COMMISSION

3

4

5

6

7

8    MATTER NO.      1423230

9

10

11   TITLE               VEMMA

12

13

14   DATE        RECORDED:   DATE UNKNOWN

15               TRANSCRIBED:  APRIL 24, 2015

16

17

18   PAGES        1 THROUGH 18

19

20

21

22

23

24               VIDEO:  BK'S BLOG

25
```

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    Video:  BK's Blog                        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Vemma                          )  Matter No. 1423230

5                                   )

6    -----------------------------)

7                                  Date Unknown

8

9

10

11           The following transcript was produced from a

12   digital file provided to For The Record, Inc. on April

13   16, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                  P R O C E E D I N G S
2                  -    -    -    -    -
3                  VIDEO:  BK'S BLOG
4            MR. BOREYKO:  Hello, Team, BK Boreyko here.
5    Welcome to this week's video blog, and I got a really
6    special treat for you, two young crusaders:  one from
7    Pennsylvania, Luke?
8            MR. KISH:  Yes.
9            MR. BOREYKO:  Hallelujah!  And we got one from
10   California, Bryce.  Hey, guys.  How long you been in the
11   business?
12           MR. MAJDICK:  Five months.
13           MR. BOREYKO:  Five months.
14           How long you been in the business?
15           MR. KISH:  Four and a half.  This will be five.
16           MR. BOREYKO:  Five months, holy smoke.  So, you
17   probably really haven't got anything accomplished yet.
18   Wait a minute, wait a minute.  I heard somebody got a
19   2013 -- I didn't even know 2013 BMWs were available.  Is
20   that you?
21           MR. KISH:  Yes.  Yes, yes, yes.
22           MR. BOREYKO:  Now, you got to tell me, how does
23   it feel to be driving behind the wheel of two -- how old
24   are you?
25           MR. KISH:  Nineteen.
```

5

1          MR. BOREYKO:  We don't rehearse these things.

2          How old are you?

3          MR. MAJDICK:  Twenty-one.

4          MR. BOREYKO:  Holy crap.  Okay.  So, you are a

5    new executive.

6          MR. MAJDICK:  Yes.

7          MR. BOREYKO:  And this month, you are going

8    executive.

9          MR. KISH:  Yes.

10          MR. BOREYKO:  That is cool.  Now, when you --

11    when your -- when your friends -- tell me how that feels

12    when you are driving this and you're taking your friends

13    somewhere and they -- and they -- they look at this car

14    and they see that plaque on the dashboard that says "We

15    proudly recognize you for this accomplishment."  What

16    kind of -- what kind of things are you hearing?

17          MR. MAJDICK:  Well, they see that it's doable

18    and, you know, a lot of people, you know, don't

19    understand, you know, kids making money, kids at a young

20    age making this -- these types of money, I mean, $2,000 a

21    month.

22          MR. BOREYKO:  And you made $5,000 last month.

23          MR. MAJDICK:  I made $5,000 last month, and

24    it's absolutely insane, you know, to think about what we

25    can do and what we can change with this entire thing.

6

1    And, you know, we're taking over the entire country.  I

2    mean, this guy is the first person on my left leg, so I

3    have over 650 people in my business in just five months.

4            MR. BOREYKO:  That is absolutely incredible.

5            Now, what do your friends say when they get

6    behind the wheel, and you've been in this four and a half

7    months, driving a new BMW, having me pay for it, which I

8    love to do.  Is this something that helps people's

9    believability?  Does it help to move your business

10   forward?

11           MR. KISH:  Yeah.

12           MR. BOREYKO:  And most off, you know, what I

13   think people want to hear is how the heck does it feel.

14           MR. KISH:  Right, well --

15           MR. BOREYKO:  Nineteen years old.  Do you know

16   what my first car was?  A '72 Chevy Impala, and I had to

17   paint it in auto theory at school.  Kids nowadays.

18           MR. KISH:  Yeah, well, I mean, I just got it.

19   It was 2013, and I got it, you know, M package and a

20   bunch of stuff on it.  So, I actually don't have it yet.

21           MR. BOREYKO:  Oh, you've ordered it.

22           MR. KISH:  It was -- it was at the dealership

23   the day we came down to North Carolina, but when --

24           MR. BOREYKO:  It's waiting for you.

25           MR. KISH:  -- we have it --

1          MR. BOREYKO:  What color?

2          MR. KISH:  It's black, black interior.  You

3   know, when we have it, there's going to be no questions

4   asked.  I mean, you can't argue with it, you know?

5   There's nothing left.

6          MR. BOREYKO:  All right.  So, how does it feel

7   to be 19 years old, making $5,000 a month promoting a

8   healthy energy drink?  And are you having fun doing this?

9          MR. KISH:  Absolutely.  You know, it's -- we're

10   hanging out with our friends anyway and helping them, you

11   know, and that's special.  And making money while you're

12   doing it, it's hitting -- killing two birds with one

13   stone.

14          MR. BOREYKO:  I -- I have to tell you, I am so

15   impressed with -- with not only you two guys, obviously

16   with you two guys, but this -- this whole young people

17   revolution market and the impact that they're having, not

18   only on your age demographic.  I was just reading in The

19   New York Times on the flight here to Charlotte, the age

20   demographic of 25 years and younger is the lowest income-

21   earning demographic in the country.

22          And here's what just amazes me is you guys --

23   first off, you know how to spend money, but second,

24   you're the most socially connected demographic group in

25   the history of the planet.  And for you guys to be able

8

1    to take something like the Verve opportunity where people

2    can monetize those contacts that they've established and

3    turn it into an income and give these kids a shot when no

4    other companies are giving them a shot, I really applaud

5    you guys for that.

6            But, you know, give us some words of wisdom.

7    You get in the business five months ago; you blow this

8    thing up.  Tell me, you know, how long did it take you to

9    cycle for the first time and then what did you do month

10   two, month three, month four, month five.

11           MR. MAJDICK:  Yeah, well, mainly, you know,

12   just duplicated the system.  You know, success leads to

13   success, so I was copying people like Brad, copying

14   people like Luke in my business that were killing it.  I

15   mean, we started with a group of six people, and we

16   didn't really know it was going to happen, and it

17   turns -- over 100 people lined up at the door, you know,

18   throughout that month.  You know, we had to --

19           MR. BOREYKO:  In your first month?

20           MR. MAJDICK:  In our first month.  We had to,

21   you know, do three meetings a day throughout the day, you

22   know, and going home, back to LA, because it was finals,

23   you know, during -- at San Diego State with us.

24           MR. BOREYKO:  Yeah, you're full-time students

25   pulling this stuff.

9

1          MR. MAJDICK:  Yeah, so, that's where we met.

2  He's actually from Philly; I'm from LA.  I went back home

3  and did the same exact thing.  I mean, I saw high

4  schoolers, you know, making $1,000 a week, and that --

5  you know, that blew my mind.  So, I did the same exact

6  thing, you know, took it back there.  And I have a kid

7  named Sam -- Sam Zartoshty that he's 17 years old, and in

8  21 days, you actually heard the story, he got, you know,

9  Diamond in 21 days.

10          MR. BOREYKO:  In 21 days?

11          MR. MAJDICK:  So, company-paid car.  He's made

12  over, you know, five grand in the past two and a half

13  months.  And you just don't see these stories.  And, you

14  know, it's -- it's groundbreaking, you know, that you

15  were saying, you know, under 25-year-old, we're going to

16  change that.  We're going to change that statistic --

17          MR. BOREYKO:  Yeah.

18          MR. MAJDICK:  -- you know, with this entire

19  thing, because we found what works.

20          MR. BOREYKO:  You guys have that kind of power.

21  And, you know, some people ask me, they say, you know,

22  how are these young people dreaming so big, and I -- and

23  I really look to a guy like a Mark Zuckerberg.  He has --

24  he has really expanded everybody's mind, because here's

25  this 28-year-old bazillionaire and now all of a sudden

1   age isn't an issue.  It's the level, the desire, and it's

2   the vehicle that you choose.

3          And we got these young kids.  We got, you know,

4   hundreds and hundreds of the young kids at this -- at

5   this meeting here in North Carolina, and all they're

6   talking about is becoming millionaires.

7          MR. KISH:  Yep.

8          MR. BOREYKO:  And for some kids, it's like the

9   first time -- I think everybody always dreamt they'd want

10  to become a millionaire, but really for a lot of these

11  kids, it's the first time they've actually had a shot at

12  becoming a millionaire in a business like this.

13         Well, hey, what kind of words of wisdom do you

14  have to share?  I mean, you have been medi -- I was going

15  to say mediocre -- meteoric in your -- in your growth in

16  this business.  What's your secret?  I know the people

17  are listening there.  I know that the -- what we call the

18  boom revolution, which is my age demographic, and we have

19  the young people revolution.  They're all wondering, you

20  know, what is it that -- and I -- and I hear that like

21  everybody you talk to signs up.  What's your -- what's

22  your secret?  What are you saying?

23         MR. KISH:  Well, I feel like once you kind of

24  get the whole thing down people can't give you too much

25  of a reason not to sign up.  The invite's key and then,

1   business.

2            What's your philosophy?  Are you -- are you

3   buying into the same thing?

4            MR. MAJDICK:  Yeah, exactly.  I mean, you get

5   their feet wet right away, you know, get them on a

6   builder pack, get them -- help three friends, you know,

7   do the same exact thing and you're making 700 bucks your

8   first week.  You do that twice a week.  I just had some

9   kid named Cameron in my group, you know, that double-

10  double frenzied his first week, so he made 1,500 bucks.

11  And now this week, he's already, you know, signed up two,

12  so he's on his way to double frenzy again.  You know, you

13  don't see success stories like that.

14           MR. BOREYKO:  Double frenzy, double frenzy in a

15  week.

16           MR. MAJDICK:  So, yeah, exactly, 2,100 bucks in

17  -- or 2,200 bucks in a week and a half.  I mean --

18           MR. BOREYKO:  That is incredible.

19           MR. MAJDICK:  -- he's 19 years old, so, you

20  know, you -- you start with a -- you know, it starts a

21  trend in your business --

22           MR. BOREYKO:  Uh-huh.

23           MR. MAJDICK:  -- if this guy can do it, I can

24  do it.  You see success; you follow the same exact

25  things, follow the same path, duplicate it over and over

1   and over again.

2           MR. BOREYKO:  What -- what I'm excited about is

3   the fact that you're part of a company that pays

4   attention to -- to market segments like these two guys.

5   And -- and are there other guys like you out there in

6   this -- in this -- on this planet?

7           MR. MAJDICK:  Of course.  We're trying to find

8   them in our business.

9           MR. KISH:  Yeah.

10           MR. BOREYKO:  I mean, how do you -- how do you

11   find the good people?  Or is it just you're working

12   referrals or --

13           MR. KISH:  Numbers.

14           MR. BOREYKO:  Numbers?

15           MR. KISH:  Yeah, you just go through more

16   (inaudible) events, more Skype calls, you're going to

17   find the good people and then, you know, you just -- you

18   can tell who's going to do it with you, and then you're

19   just looking for them.  And once you find them, you work

20   with them, and then they work back and you build money.

21           MR. BOREYKO:  It actually -- when you stop and

22   think about it, where else can you find literally

23   thousands of people congregate in -- in a square mile and

24   it you're in school right now, take business classes.

25   You're looking for people -- it's like the perfect

18

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423230

4    CASE TITLE: VEMMA

5    TAPING DATE: UNKNOWN

6    TRANSCRIPTION DATE: APRIL 24, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  APRIL 24, 2015

14

15

16                        SARA J. VANCE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        ELIZABETH M. FARRELL

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2              FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.      1423230

7

8

9     TITLE                VEMMA

10

11

12    DATE          RECORDED:    DATE UNKNOWN

13

14                  TRANSCRIBED:  JANUARY 21, 2015

15

16

17    PAGES         1 THROUGH 8

18

19

20

21

22

23      VIDEO -- VEMMA NUTRITIONAL COMPANY MARKETING AND SALES

24        BUSINESS PLAN FOR PREMIUM SUPPLEMENT PRODUCTS

25

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                                    PAGE:

5    Video -- Vemma Nutritional Company Marketing

6    and Sales Business Plan for Premium Supplement

7    Products                                        4

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                     FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Vemma                          )   Matter No. 1423230

5                                    )

6     ------------------------------)

7                                    Date Unknown

8

9

10

11

12          The following transcript was produced from a

13    digital file provided to For The Record, Inc. on January

14    7, 2015.

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                   P R O C E E D I N G S

 2                 -     -     -     -     -

 3     VIDEO - VEMMA NUTRITIONAL COMPANY MARKETING AND SALES

 4          BUSINESS PLAN FOR PREMIUM SUPPLEMENT PRODUCTS

 5               ON SCREEN:  GAME PLAN

 6               Vemma

 7               BK BOREYKO:  I know what you're thinking.  Can

 8     you really make any money with this concept?

 9               ON SCREEN:  BK Boreyko

10               Vemma CEO and Founder

11               BK BOREYKO:  Hi, I'm BK Boreyko, and that's

12     exactly what I'd like to spend the next few minutes

13     talking with you about.  You see, I've had the privilege

14     to pay people just like you over $700 million in my

15     career for doing something so simple, they'd probably do

16     it whether I paid them or not.

17               You see, Vemma manufactures and markets some

18     incredibly innovative, massively consumer brands to

19     people wanting to lose weight, add some healthy energy to

20     their life or slow down the aging process with the

21     world's most powerful liquid antioxidant.  Our secret to

22     generate over $100 million a year in sales lies in our

23     business model.  You see, rather than competing head-to-

24     head with the mega companies in our space and traditional

25     advertising, we take a more social approach.  Now, of
```

1    course, you've heard of social networks.  I just add the

2    word "marketing" to the end of it, social network

3    marketing, and here's how it works.

4           If you like our products, let your friends

5    know.  And whether you tell three or four and enjoy free

6    product or a lightbulb comes on and you get how powerful

7    this concept is, when you meet some of the people that

8    have partnered up with us and have begun generating an --

9           ON SCREEN:  Results not typical.  Full income

10   disclosure available at vemma.com

11          BK BOREYKO:  -- extra $500, $5,000, even

12   $50,000 or more per month part-time.

13          Now, how can we make those numbers a reality in

14   your life?  I'd like to lay out a game plan that can give

15   you the opportunity to get profitable fast and be driving

16   a new BMW within the next 90 days.  You can build this

17   concept fast or you can build it slow, but you go with

18   what you're comfortable with.

19          Right now through the end of the year, we've

20   got incentives that may get you thinking faster is

21   better, and let me tell you what I'm talking about.  Step

22   number one, get yourself a builder pack today.  Find

23   three people this week that see what you see and you're

24   going to earn about $700.  Now, you're also going to find

25   some people that aren't really ready to do the business

6

1    yet, get three of them on any of our brands as customers

2    and your monthly order is free.  So, now you're not only

3    profitable, but you've locked in free monthly product

4    orders.  Pretty cool.

5              So, in fact, we've got people making $1,000,

6    $1,500, $2,000 in their very first month.  Now, let's get

7    you in that new BMW.

8              Step number two, now just help one person on

9    each side of your business duplicate the success that

10   you're having and create about $5,000 in volume, bam,

11   you're car qualified.

12             Step number three, just help five people on

13   your two teams get a car and you're earning about $50,000

14   a year residual income part-time, and it just keeps

15   growing from there.

16             The best part, you decide how much you'd like

17   to earn and how big you'd like to build this business.

18   But here's the bottom line, this is happening and it's

19   happening fast.  In fact, this year, Vemma's projected to

20   pay out over $50 million in referral bonuses to people

21   that partner up with us.  And I'm here to tell you, you

22   can do this business.  You can create something that, if

23   you work hard at it over the next two years, can give you

24   the opportunity to set your family up financially

25   forever.  Now, that's a concept anyone could get excited

8

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1423230

4     CASE TITLE: VEMMA

5     TAPING DATE:  DATE UNKNOWN

6     TRANSCRIPTION DATE:  JANUARY 21, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JANUARY 21, 2015

14

15

16                        ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                        SARA J. VANCE

1

1                    OFFICIAL TRANSCRIPT PROCEEDING

2                      FEDERAL TRADE COMMISSION

3

4

5

6

7     MATTER NO.      1423230

8

9

10    TITLE              VEMMA

11

12

13    DATE           RECORDED:    DATE UNKNOWN

14

15                   TRANSCRIBED:  JANUARY 21, 2015

16

17

18    PAGES          1 THROUGH 17

19

20

21

22

23

24                     VIDEO -- VIMEO

25

2

```
 1                      FEDERAL TRADE COMMISSION

 2                           I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Video -- VIMEO                             4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                          FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Vemma                          )  Matter No. 1423230

5                                     )

6     -----------------------------)

7                                    Date Unknown

8

9

10

11

12            The following transcript was produced from a

13    digital file provided to For The Record, Inc. on January

14    7, 2015.

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3                         VIDEO

 4          ON SCREEN:  Vemma

 5          Vemma                    Vemma

 6          Verve                    Bod

 7          Insanely Healthy Energy

 8          BK BOREYKO:  I know what you're thinking.  What

 9   is my kid getting into with the Verve thing?  Well, if I

10   was you, I would want to talk to the guy in charge before

11   my child got involved in anything.  And that is the

12   reason for this video.

13          ON SCREEN:  BK Boreyko

14          Vemma CEO & Founder

15          BK BOREYKO:  Hi, my name is BK Boreyko and,

16   first and foremost, I'm a parent of soon-to-be six kids

17   under the age of six.  Obviously, I have a real

18   incredible wife and four great boys and we have twins

19   coming this summer, a boy and a girl.  So, my wife got a

20   girl.  She's very happy.  And, oh, by the way, I normally

21   don't go around wearing a cowboy hat, although I feel

22   like I can make the look work.  My wife just likes

23   birthday party themes and this year's was a country

24   carnival.

25              But I encourage you to Google me, check me out
```

1          ON SCREEN:  bk@vemma.com

2          BK BOREYKO:  -- and it comes right to my phone

3     and I do all my own emails.  My phone number is area code

4     (480)927-8800.  And I give you that information because I

5     want you to have a high level of comfort with Vemma and I

6     want to make sure that you get all your questions

7     answered.

8               Listen, you've probably forgotten more about

9     parenting than I've learned in my five years.  This I do

10    know, I had great parents and they always wanted the best

11    for me and they encouraged me to pursue opportunities.

12    And I have to tell you, I had some failures, you know.

13    Kids can come up with some pretty crazy ideas.  But what

14    they taught me is the important of encouraging not

15    discouraging.  They wanted me hanging out with kids that

16    were motivated.  They wanted me to create something that

17    I thought was cool and they wanted me to have a sense of

18    accomplishment, to be confident, to be able to stand up

19    in front of people, and to have something to be excited

20    about, you know, something to be passionate about.

21               And, today, you know, there's so many young

22    people that they want to play video games and they want

23    to fool around with their friends, they're not motivated.

24    And you obviously know this and that's why I'm telling

25    you, whether your son or daughter decides to join Vemma,

1   you need to congratulate them for at least taking the

2   initiative to check out this Verve opportunity, you know.

3   With an attitude and an open mind like that, they're

4   going to be great at whatever they decide to become

5   passionate about.  You know, that kind of tells me that

6   they've also had some great parenting.

7           But here's the bottom line, I'm basically in

8   the people development business.  You know, you could

9   look at this like I pay these young people to get great

10  on their people skills.  The more they improve, the more

11  they study success, the more their positive attitude

12  becomes, the better they get at setting and achieving

13  goals, the more money they have the opportunity to earn.

14          You know, we have young people doing enough

15  just to enjoy some free product and we have some making

16  an extra $500 a month, we have some making an extra $500

17  a week, and some young people really get serious about

18  this business model and they've developed a residual

19  income of $5,000 a month or even $5,000 a week.

20          In fact, I've got a 26-year-old, get a load of

21  this, that will earn $1 million this year.  You see, I'm

22  projected, on these referral bonuses, to pay out bonuses

23  totaling $50 million this year alone.  So, what you're

24  looking at for your children can really turn into a big

25  deal.  But, remember, it's not just about selling a

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 1423230

4      CASE TITLE: VEMMA

5      TAPING DATE:  DATE UNKNOWN

6      TRANSCRIPTION DATE:  JANUARY 21, 2015

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                     DATED:  JANUARY 21, 2015

14

15

16                     ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                     SARA J. VANCE