JONATHAN E. NUECHTERLEIN
General Counsel

ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
 (214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission;** | **No. _____** |
| Plaintiff, | |
| v. | |
| **Vemma Nutrition Company**, a corporation; **Vemma International Holdings, Inc.,** a corporation; **Benson K. Boreyko** a/k/a **B.K. Boreyko,** individually and as an officer of Vemma Nutrition Company and Vemma International Holdings, Inc.; and **Tom Alkazin**, an individual; | **APPENDIX – VOLUME V** **App. 1790-1840** **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, AND OTHER EQUITABLE RELIEF, AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Defendants, and | |
| **Bethany Alkazin**, an individual; | |
| Relief Defendant. | **UNDER SEAL** |

| TABLE OF CONTENTS | |
|---|---|
| **Title** | **App. #** |
| **VOLUME I** | |
| Declaration of Federal Trade Investigator Matthew Thacker | 1 |
| • Arizona Corporation Commission Records | 31 |
| • Arizona Dept. of Economic Security Records | 119 |
| • Wells Fargo Bank Business Records (intentionally omitted, available upon request) | 128 |
| • American Express Business Records | 440 |
| • Undercover purchase documents | 525 |
| o "This is Vemma" Success Magazine | 554 |
| o YPR Magazine | 614 |
| **VOLUME II** | |
| • Undercover purchase documents - continued | 698 |
| o Vemma FlipBook | 698 |
| o Vemma Affiliate Action Plan | 720 |
| o Vemma Scientific Resource Guide | 764 |
| • www.vemma.com web capture | 781 |
| o Vemma Compensation Plan | 822 |
| o Vemma Affiliate Agreement Terms and Conditions | 840 |
| • achieve.vemma.com | 850 |
| • myroadmaptosuccess.com | 855 |
| • The Vemma Training Bible | 879 |
| • www.businessforhome.org | 913 |
| • Screenshots from captured videos | 918 |
| • Vemma Back Office, www.vemma.com/backoffice | 927 |
| • www.vemmanews.com | 936 |
| o New Two & Go Training Video with Tom Alkazin (pdf) | 936 |

| | | |
|---|---|---|
| | ○   New Vemma Flipbook | 970 |
| • | Transcripts of video and audio recordings | 997 |
| | ○   Welcome to Vemma With BK Boreyko | 997 |
| | ○   "Your First 7 Days" – 04 Mindset Number One | 1104 |
| | ○   "Your First 7 Days" – 05 Stepping Around Mindset Number One | 1011 |
| | ○   Undercover Telephone Contact Between Matthew Thacker and David Treat | 1019 |
| | ○   Vemma Event – Pleasanton California | 1030 |
| | **VOLUME III** | |
| | ○   "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1047 |
| | ○   Tom Alkazin-24 Hour Overview Call | 1092 |
| | ○   BK:  Our Plan to Exceed Your Expectations | 1105 |
| | ○   Vemma – New Customer | 1120 |
| | ○   Vemma Affiliate Marketing Text Invite – Vemma App | 1127 |
| | ○   Welcome to Vemma!  Your Journey to Success Begins Here! | 1133 |
| | ○   3 Step Plan – How 8 People Can Change Your Life | 1140 |
| | ○   Darik Alexander | 1146 |
| | ○   Verve Text Invite – Vemma App | 1155 |
| | ○   YPR Radio – Luke Hessler | 1160 |
| | ○   Jed Buenaluz on Leading by Example from Verve Leadership Academy – Vemma | 1170 |
| | ○   Message of the Month – Blake Stauffer | 1181 |
| | ○   Nick Ptak | 1194 |
| | ○   YPR Radio – Brad Alkazin Full Length | 1204 |
| | ○   Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1216 |
| | ○   Zero to Sixty:  a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1222 |
| | ○   How Vemma Pays You | 1231 |
| | ○   Step 1 – "Dream Big Dreams" | 1238 |

| | | |
|---|---|---|
| o | Step 4 – "How to Lead with Vemma, Verve, and Bod-e" | 1253 |
| o | Step 5 – "Leading with Vemma Business" | 1266 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1276 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1289 |
| o | TK Kubvoruno on YPR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1296 |
| o | New Two & Go Training Video with Tom Alkazin | 1315 |
| o | BK's Blog Why Now is the Time to Build | 1336 |
| o | First Vemma Live Call of 2015 video | 1343 |
| o | May 2015 Vemma Live Call video | 1354 |
| o | How Vemma Pays You | 1373 |
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1382 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1389 |
| o | February 2015 Vemma Live Call Video | 1396 |
| o | Vemma Success Alex Morton | 1407 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1420 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1432 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1445 |
| o | BK Boreyko Talks to Parents | 1452 |
| **VOLUME IV** | | |
| o | BKs 2014 Halftime Report | 1459 |
| o | Why a Game Plan with Ruth Elliott | 1483 |
| o | Matt Morrow – Verve in Simple Terms | 1490 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All In 2014 | 1496 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1502 |
| Expert Declaration of Stacie A. Bosley, Ph.D. | | 1522 |

| | |
|---|---|
| Declaration of Bonnie Patten | 1566 |
| • Roadmap to Success | 1568 |
| • Italian Decision from the Italian Competition and Markets Authority (intentionally omitted, available upon request) | 1612 |
| • Translation of the Italian Decision | 1611 |
| Declaration of Adam Fracassi | 1629 |
| • "Everybody Deserves Great Health" Booklet | 1631 |
| • Audio Recording of the Michigan Event (intentionally omitted, available upon request) | 1651 |
| • Michigan Event Transcript | 1652 |
| • Corrected Michigan Event Transcript | 1690 |
| *In re New Vision International, Inc.* | 1781 |
| "How to Get Paid with Vemma – Vemma Home Event Video Show This Last" landing page, www.vemma.com | 1789 |
| **VOLUME V** | |
| • Video and Audio Recordings | |
| o   Welcome to Vemma with BK Boreyko | 1790 |
| o   "Your First 7 Days" – 04 Mindset Number One | 1791 |
| o   "Your First 7 Days" – 05 Stepping around Mindset Number One | 1792 |
| o   This is Vemma | 1793 |
| o   Removal of Auto-Delivery | 1794 |
| o   Undercover Telephone Contact Between Matthew Thacker and David Treat | 1795 |
| o   Undercover Telephone Contact with Vemma Customer Service | 1796 |
| o   Vemma Event – Pleasanton California | 1797 |
| o   "Opportunity and Fast Start" Vemma Training Event, Dallas, Texas | 1798 |
| o   How to Get Paid with Vemma – Vemma Home Event Video Show This Last | 1799 |
| o   Tom Alkazin-24 Hour Overview Call | 1800 |
| o   BK: Our Plan to Exceed Your Expectations | 1801 |
| o   Vemma – New Customer | 1802 |

| | | |
|---|---|---|
| o | Vemma Affiliate Marketing Text Invite – Vemma App | 1803 |
| o | Welcome to Vemma! Your Journey to Success Begins Here! | 1804 |
| o | 3 Step Plan – How 8 People Can Change Your Life | 1805 |
| o | Darik Alexander | 1806 |
| o | Verve Text Invite – Vemma App | 1807 |
| o | YPR Radio – Luke Hessler | 1808 |
| o | Jed Buenaluz on Leading by Example from Verve Leadership Academy - Vemma | 1809 |
| o | Message of the Month – Blake Stauffer | 1810 |
| o | Nick Ptak | 1811 |
| o | YPR Radio - Brad Alkazin Full Length | 1812 |
| o | Verve Mobile Text Invitation to Learn How Young People Are Having Fun and Making Extra Cash | 1813 |
| o | Zero to Sixty: a Start-up Business Action Plan for Young People Self-employment, with Alex Morton | 1814 |
| o | How Vemma Pays You | 1815 |
| o | Step 1 – "Dream Big Dreams" | 1816 |
| o | Step 4 – "How to Lead with Vemma Verve and Bod-e" | 1817 |
| o | Step 5 – "Leading with the Vemma Business Opportunity" | 1818 |
| o | Step 6 – "Goal Setting – Your First Objectives" | 1819 |
| o | Step 8 – "Time for Action: Home Events & Your Checklist" | 1820 |
| o | TK Kubvoruno on YBR Radio Season 2 with Eric Thomas – Learn How TK's Why Drove Him to Success | 1821 |
| o | New Two & Go Training Video with Tom Alkazin | 1822 |
| o | BKs Blog Why Now is the Time to Build | 1823 |
| o | First Vemma Live Call of 2015 video | 1824 |
| o | May 2015 Vemma Live Call video | 1825 |
| o | How Vemma Pays You | 1826 |
| o | Living the Vemma Lifestyle | 1827 |

| | | |
|---|---|---|
| o | New Affiliate Marketing Business Model with Customer Perks Added | 1828 |
| o | BKs Blog CEO of Vemma Nutritional Company Speaks on Why to Join Vemma | 1829 |
| o | February 2015 Vemma Live Call | 1830 |
| o | Vemma Success Alex Morton | 1831 |
| o | Vemma Business Vemma Presentation with Top Leader Tom Alkazin | 1832 |
| o | BKs Blog Interview with Bryce Madjick and Luke Kish | 1833 |
| o | Vemma Nutrition Company Marketing and Sales Business Plan for Premium Supplement Products | 1834 |
| o | BK Boreyko Talks to Parents | 1835 |
| o | BKs 2014 Halftime Report | 1836 |
| o | Why A Game Plan with Ruth Elliott | 1837 |
| o | Matt Morrow – Verve in Simple Terms | 1838 |
| o | Star Pinnacle Tom and Bethany Alkazin Vemma All in 2014 | 1839 |
| o | Darik Alexander – Ambassador Michelle Barnes | 1840 |

Dated:  August 17, 2015

Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel

ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
(214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

App. 1790 - 01 Welcome To Vemma With BK Boreyko.wma
App. 1791 - 04 Mindset Number One.wma
App. 1792 - 05 Stepping around Mindset Number One.wma
App. 1793 - This is Vemma.wmv
App. 1794 - Removal auto ship-May 20 2015.wmv
App. 1795 - UC Call-David Treat-Jan-26-2015-MJT.wav
App. 1796 - UC Call-1-800-577-0777-May 27 2015-MJT.wav
App. 1797 - Vemma Event-Pleasanton CA 02-07-2015.WMA
App. 1798 - Vemma-Dallas TX Event.WAV
App. 1799 - How to Get Paid with Vemma - Vemma Home Event Video Show This Last.mp4
App. 1800 - Tom Alkazin-24-Hour Overview Call.mp3
App. 1801 - BK - Our Plan to Exceed Your Expectations.wmv
App. 1802 - Vemma - New Customer.wmv
App. 1803 - Vemma Affiliate Marketing Text Invite G€" Vemma App.wmv
App. 1804 - Welcome to Vemma! Your Journey to Success Begins Here!.wmv
App. 1805 - 3 Step Plan - How 8 People Can Change Your Life.wmv
App. 1806 - DarikAlexander.wmv
App. 1807 - Verve Text Invite G€" Vemma App.wmv
App. 1808 - YPR Radio-Luke Hessler.wmv
App. 1809 - Jed Buenaluz on Leading by Example from the Verve Leadership Academy.wmv
App. 1810 - Message of the Month - Blake Stauffer.wmv
App. 1811 - Nick Ptak.wmv
App. 1812 - YPR Radio-Brad Alkazin Full length.wmv
App. 1813 - Verve Mobile Text Invitation to Learn.wmv
App. 1814 - Zero to Sixty a Start-up Business Action Plan with Alex Morton.wmv
App. 1815 - How Vemma Pays You.wmv
App. 1816 - Affiliate Action Plan - Step 1 - Dream Big Dreams.wmv
App. 1817 - Affiliate Action Plan - Step 4 - How to Lead with Vemma Verve and Bod-e.mp4
App. 1818 - Affiliate Action Plan - Step 5 - Leading with the Vemma Business Opportunity.mp4
App. 1819 - Affiliate Action Plan - Step 6 - Goal Setting - Your First Objectives.wmv
App. 1820 - Affiliate Action Plan - Step 8 - Time for Action - Home Events & Your Checklist.wmv
App. 1821 - TK Kubvoruno on YPR Radio Season 2 with Eric Thomas.wmv



App. 1822 - New Two & Go Training Video with Tom Alkazin - Vemma News.wmv
App. 1823 - BKs Blog Why Now is the Time to Build.wmv
App. 1824 - First Vemma Live Call of 2015.flv
App. 1825 - May 2015 Vemma Live Call.wmv
App. 1826 - How Vemma Pays You - Vemma News.wmv
App. 1827 - Living the Vemma Lifestyle.wmv
App. 1828 - New Vemma Affiliate Marketing Business Model with Customer Perks Added.mp4
App. 1829 - BKs Blog Speaks on Why to Join Vemma.mp4
App. 1830 - February 2015 Vemma Live Call.wmv
App. 1831 - Vemma Success Alex Morton.mp4
App. 1832 - Vemma Business Vemma Presentation with Top Leader Tom Alkazin.mp4
App. 1833 - BKs Blog interview with Bryce Madjick and Luke Kish.mp4
App. 1834 - Vemma Nutrition Company Marketing and Sales Business Plan.mp4
App. 1835 - BK Boreyko Talks to Parents.mp4
App. 1836 - BKs 2014 Halftime Report.mp4
App. 1837 - Why A Game Plan with Ruth Elliott.mp4
App. 1838 - Matt Morrow-Verve in Simple Terms.wmv
App. 1839 - Star Pinnacle Tom and Bethany Alkazin Vemma All In 2014.wmv
App. 1840 - Darik Alexander - Ambassador Michelle Barnes.wmv

