JONATHAN E. NUECHTERLEIN
General Counsel

ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
JASON C. MOON, Tex. Bar No. 24001188
ANNE D. LEJEUNE, Tex. Bar No. 24054286
EMILY B. ROBINSON, Tex. Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9381; alinville@ftc.gov (Linville)
(214) 979-9378; jmoon@ftc.gov (Moon)
(214) 979-9371; alejeune@ftc.gov (LeJeune)
(214) 979-9386; erobinson@ftc.gov (Robinson)
(214) 953-3079 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA



| | |
|---|---|
| **Federal Trade Commission;**<br><br>  Plaintiff,<br><br>  v.<br><br>**Vemma Nutrition Company**, a corporation;<br>**Vemma International Holdings, Inc.**, a corporation;<br>**Benson K. Boreyko** a/k/a **B.K. Boreyko**, individually and as an officer of Vemma Nutrition Company and Vemma International Holdings, Inc.; and<br>**Tom Alkazin**, an individual;<br><br>  Defendants, and<br><br>**Bethany Alkazin**, an individual;<br><br>  Relief Defendant. | CV-15-01578-PHX-JJT<br><br>No. _____<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S RECEIVER RECOMMENDATION**<br><br><br>**UNDER SEAL** |

Plaintiff Federal Trade Commission (FTC), pursuant to its application for the appointment of a temporary receiver and for an order to show cause why a permanent receiver should not be appointed, proposes Robb Evans, together with his firm, Robb Evans and Associates LLC, as temporary and permanent receiver in this case. Mr. Evans and his firm have expressed a willingness to serve as temporary and permanent receiver, and they have the necessary experience and qualifications to hold the position.

A copy of the resume of Robb Evans & Associates LLC, together with a cover letter detailing the firm's hourly rates, is included as **Attachment A**.

Dated: August 17, 2015

        Respectfully submitted,

        JONATHAN E. NUECHTERLEIN
        General Counsel

        /s/ signature

        ANGELEQUE P. LINVILLE, Tex. Bar No. 24058793
        JASON C. MOON, Tex. Bar No. 24001188
        ANNE D. LEJEUNE, Tex. Bar No. 24054286
        EMILY B. ROBINSON, Tex. Bar No. 24046737
        Federal Trade Commission
        1999 Bryan Street, Suite 2150
        Dallas, Texas 75201
        (214) 979-9381; alinville@ftc.gov (Linville)
        (214) 979-9378; jmoon@ftc.gov (Moon)
        (214) 979-9371; alejeune@ftc.gov (LeJeune)
        (214) 979-9386; erobinson@ftc.gov (Robinson)
        (214) 953-3079 (Fax)

        Attorneys for Plaintiff
        FEDERAL TRADE COMMISSION

# The Team

The management team works in a closely coordinated manner, each backing up and overlapping the others to provide the optimum balance of skill, experience and economy. While each executive's management focus is mentioned, all normally deal with multiple aspects of any given case. Typically, in cases with extraordinary staffing needs, in terms of expertise, head count or location, we utilize an extensive network of professionals, including other fiduciaries, bankers, and attorneys, with whom we have had considerable experience to supplement our permanent team.

### Robb Evans, Chairman

Mr. Evans has been an international and domestic banker and fiduciary for many years. He has been chief executive officer of six banks. He was Trustee managing the United States government's interests in the BCCI matter and Trustee on behalf of the BCCI foreign liquidators. He and the firm have been appointed as a Federal Receiver or Trustee by United States District Courts nationwide and as a Receiver by numerous State Courts. Mr. Evans focuses on strategic matters involved with complex federal regulatory receiverships and with matters involving the management, strategy, sale or liquidation on financial institutions. As Trustee, he has had voting control of banks and bank holding companies and has been approved for that role by the Board of Governors of the Federal Reserve System. He has served as a California Special Deputy Commissioner of Financial Institutions, is Past President of the California Bankers Association and was named California's 2012 "Distinguished Banker of the Year."

### Coleen Callahan

Ms. Callahan is an asset manager who specializes in the management, valuation, and disposition of assets in Federal and State receivership estates. Ms. Callahan has over 30 years of banking experience and was formerly a bank chief credit officer, manager of special assets, and a real estate and construction loan officer. Ms. Callahan's assignments have included managing, marketing, and liquidating loan portfolios and other receivables and personal and real property.

### Tiffany Chung

Ms. Chung is a Certified Public Accountant who specializes in forensic financial reconstruction. Ms. Chung was an auditor with KPMG and an Audit Manager with Deloitte & Touche LLP where she managed engagements of banks, other financial institutions, public companies, and hedge funds. In many Federal Regulatory assignments, Ms. Chung has analyzed hundreds of thousands of documents to locate diverted and hidden assets for the benefit of defrauded consumers. She has also assisted in the management of Federal receivership assets and claims processing.

Attachment A

### Anita Jen, Chief Financial Officer

Ms. Jen is a Certified Public Accountant and is Chief Financial Officer of the firm and the estates under management. Ms. Jen manages and directs the activities of four Certified Public Accountants and staff accountants. She specializes in forensic auditing and assembling financial information from receivership records for court reports and for receivership estate management. Ms. Jen has served as the Controller of an independent bank and as an auditor for Columbia Pictures, Deloitte & Touche, LLP, and Arthur Andersen LLP.

### Flora Jen

Ms. Jen is a Certified Public Accountant who specializes in reconstructing mismanaged and incomplete financial records to identify and validate claims for consumer victims and identify potential receivership claims against third parties. She has also managed complex financial operations including commodity trading and import-export trading companies. She was formerly the Controller of a private university. Ms. Jen was also an auditor with Ernst & Young LLP and Deloitte & Touche LLP.

### Kenton Johnson, Executive Vice President

Mr. Johnson manages and co-manages Federal Regulatory and State Court Receiverships. His primary activities include evaluating, managing, and liquidating receivership assets and supervising outside attorneys conducting litigation. He directs preparation of the Receiver's initial report in Federal Regulatory actions that is filed in advance of the Preliminary Injunction hearing. Mr. Johnson's asset management activities include supervision marketing, negotiating and approving sale terms, and seeking and obtaining Court approval of sales transactions. Mr. Johnson was formerly a bank chief executive officer and senior credit officer. Mr. Johnson is a founding member of the National Association of Federal Equity Receivers and a Director and past Co-Chair of the California Receiver's Forum.

### Brick Kane, President

Mr. Kane manages and co-manages Federal Regulatory and State Court Receiverships. His primary activities include evaluating, managing, and liquidating receivership assets and supervising outside attorneys conducting litigation. He directs preparation of the Receiver's initial report in Federal Regulatory actions that is filed in advance of the Preliminary Injunction hearing. Mr. Kane's case management activities include designing and supervising asset tracing and recovery of fraudulent transfers. To pursue assets as part of a Federal Regulatory Receivership, Mr. Kane has been appointed as a Joint Official Liquidator in the Commonwealth of the Bahamas and as Interim Receiver in Hong Kong (SAR). Mr. Kane has testified in numerous courts in the United States, the Cayman Islands, and in the nations of Australia and Vanuatu. Mr. Kane was formerly a bank chief operating officer and chief financial officer. Mr. Kane is a founding member of the National Association of Federal Equity Receivers.

### S. R. Krishnan, Executive Vice President

Mr. Krishnan has been an international banker since 1965. He started as an officer of the Reserve Bank of India, and became one of the senior executives of State Bank of India where he served until 1981. He was a Member of the Central Credit & Management Committee of an International Bank headquartered in London with a global presence in 72 countries and served in four continents traveling the globe extensively. He co-managed the BCCI Liquidation since 1991 through its global closure in 2012. He focuses primarily on US and international fiduciary assignments. He manages and co-manages International and US banking liquidations, consolidations, mergers & acquisitions, and regulatory assignments. He has been a Fellow of the Institute of Financial Accountants, London and a Fellow of the Chartered Institute of Bankers, London since 1981.

### Lillian Lee

Ms. Lee is a Certified Public Accountant who specializes in financial investigations, internal controls, and data management. She is responsible for on-site preservation of investigation documents and manages the subpoena process for Federal Regulatory Receiverships. Ms. Lee develops and manages databases for claims and claimants and interacts with worldwide institutional and individual claimants. Ms. Lee also assists with developing the details of complex distribution plans. She formerly was an auditor with KPMG and Ernst & Young LLP.

### Ming S. Lin

Mr. Lin, a Certified Public Accountant, has over 20 years of diversified experience in public and corporate accounting. In addition to specializing in forensic financial reconstruction, he directs business valuations and merger & acquisition analysis on a number of cases. While serving with Deloitte & Touche, Los Angeles/Taipei as a Principal, Mr. Lin headed various projects in cross-border bank acquisition, due-diligence review, and litigation support. He was appointed by a number of international manufacturing companies to investigate management fraud.

### M. Val Miller, Secretary & General Counsel

Mr. Miller is a former Associate Chief Counsel of the United States Food and Drug Administration. He served various private sector companies as General Counsel and has managed multiple complex cases on a nationwide basis. Mr. Miller is primarily responsible for controlling litigation costs, negotiating resolutions of disputes short of litigation, and for handling legal transactional matters for the estates. Mr. Miller also evaluates, manages, and arranges for sales of real and personal property assets on a nationwide and international basis. Among the projects he has completed, marketed, and sold are a riverfront lot development, an island in Belize, and a commercial building in Saipan.

**Jesun Paik, Executive Vice President**

Mr. Paik is based in the New York area and is primarily responsible for the firm's east coast operations and matters involving financial institutions. He specializes in financing and restructuring mechanisms for operating businesses. Mr. Paik is a career international banker and was most recently Vice Chairman of a major commercial bank. Additionally, he was senior advisor to one of the largest Japanese commercial banks and responsible for U.S. investments of a high profile European investment group. He has extensive experience in working in financial centers throughout the Pacific Rim.

**Edward Roop**

Mr. Roop has a 29 year career in computer operations, application development, and systems design and is the firm's senior information systems manager. He specializes in e-commerce and Internet related technologies. He is primarily responsible for Federal Regulatory forensic activities including preserving hardware, software, and data maintained on defendants' premises and with third-party cloud and co-location facilities.

# ROBB EVANS & ASSOCIATES LLC

*Fiduciaries, Asset Managers & Consultants*

Los Angeles, CA • Las Vegas, NV • Greenwich, CT

**VIA E-MAIL**
alinville@ftc.gov

November 18, 2014

Angeleque P. Linville, Esq.
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
T: (214) 979-9381

Dear Ms. Linville:

Thank you for your telephone call and letter regarding the possible need for an Equity Receiver in an upcoming Commission. We are pleased to present this statement of interest and qualifications for your consideration.

Our firm has served as a Receiver or in other fiduciary capacities in numerous matters on the nomination of the Federal Trade Commission, the Securities and Exchange Commission, the Commodity Futures Trading Commission, the Consumer Financial Protection Bureau, and the Department of Justice.

Our organization has significant experience in managing and liquidating complex assets located across the United States and globally, and in managing complex administrative issues in multiple jurisdictions. We have successfully marketed and sold hundreds of commercial, industrial, and residential real properties. We do not have any geographical limitations.

You described the target entity as a multi-level marketing organization. We have served as Receiver over the following multi-level marketing companies:

1) FTC v. Equinox International Corporation, Advanced Marketing Seminars, Inc. and BG Enterprises, Inc. (Receiver)
   U. S. District Court, District of Nevada
   April 20, 2000, *Case # CV S 99 0979 KJD RJJ*

2) FTC v. Skybiz.com, Inc., et al. (Receiver)
   U. S. District Court, Northern District of Oklahoma
   June 6, 2001, *Case # 01 CV 396 K(E)*

3) FTC v. Trek Alliance, Inc., et al. (Receiver)
   U. S. District Court, Central District of California
   December 9, 2002, *Case # CV 02-9270 JSL (AJWx)*

Angeleque P. Linville, Esq.
November 18, 2014
Page - 2 –

---

       4)  FTC v. Fortune Hi-Tech Marketing, Inc., et al. (Receiver)
           U. S. District Court, Eastern District of Kentucky, Central Division at Lexington
           May 28, 2013, *Case # 5:13-CV-123-KSF*

We have extensive experience in international money tracing and asset recovery. Our cases have been litigated before the High Court of Justice in London, the Court of Appeals in the Cayman Islands, the Supreme Court of the Republic of Vanuatu, and the Vanuatu Court of Appeal. We have filed successful tracing applications in Australia, Ireland and in multiple Caribbean jurisdictions. Our firm has the experience and capacity to perform extensive forensic accounting, including identifying and tracing complex transactions between related entities and individuals. Attached to this letter is a map depicting the foreign jurisdictions in which we have had legal actions.

Mr. Evans' discounted billing rate is $382.50 per hour. Other Members of our firm and Senior Associates would be assigned as needed to perform much of the work. The other Members of the LLC have a discounted billing rate of $301.50 per hour. Discounted billing rates for Senior Associates, including our in-house CPAs, range from $90 to $301.50 per hour. These rates reflect a 10% discount from our private sector rates. Out-of-pocket expenses are charged without mark up. In the history of our firm, we have never requested an increase in billing rates during the course of a case.

We do not outsource any accounting work except for federal and state tax returns. For tax return preparation, we use either Squar, Milner, Peterson, Miranda & Williamson, LLP or Stevens, Lyon & Hagerty, CPAs. Which firm we engage depends on the corporate structure of the defendants. We have engaged a number of law firms to represent us in receiverships and defer selection of a firm until we understand the nature and complexity of legal issues that may arise.

We can certify to you that neither our firm nor any member of our firm has been subject to disciplinary action by any professional or licensing authority, or been subject to any governmental sanctions.

Enclosed is biographical information for the key persons of the firm. Also enclosed is a list of our regulatory appointments. If you need any additional information or documentation, we will be pleased to furnish it. Please let us know if you have any questions.

Sincerely,

/s/

Brick Kane
President and
Chief Operating Officer

/s/

Kenton Johnson
Executive Vice President