## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - MOTION HEARING
## (SEALED)

Phoenix Division

CV 15-01578-PHX-JJT                     DATE: 8/21/2015
Year   Case No   Initials

Title: Federal Trade Commission   vs.   Vemma Nutrition Company, et al.
         Plaintiff                           Defendants

HON: JOHN J. TUCHI

Deputy Clerk : Julie Martinez            Court Reporter: Elaine Cropper

Jason C. Moon                             Defendant not present
Angeleque Linville
Attorney(s) for Plaintiff(s)              Attorney(s) for Defendant(s)

**PROCEEDINGS:**   ___Open Court   ___Chambers   _X_ Other

9:02 a.m.  This is the time set for Motion Hearing re: Plaintiff's Ex Parte Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, and an Order to Show Cause why a Preliminary Injunction Should not Issue.  Counsel are present as stated above.

Based on the discussion of the Court and counsel, the Court orders that Plaintiff file a Motion to Extend Time for Temporarily Sealing Case.

The Court grants Plaintiff's Ex Parte Motion for Temporary Restraining Order with Asset Freeze.
The Court grants Plaintiff's Ex Parte Motion to Appoint Receiver.

Formal order to issue by 5:00 p.m. today.

10:07 a.m. Court adjourns

Time in court: 1 hr 5 mins.
Start: 9:02 AM
End: 10:07 AM

(cc: Plaintiff's Counsel Only)