NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>        Plaintiff,<br><br>v.<br><br>Vemma Nutrition Company, *et al.*,<br><br>        Defendants. | No. CV-15-01578-PHX-JJT<br><br>**ORDER** |

IT IS ORDERED that by 3:00 p.m. (Arizona time), today, September 17, 2015, Plaintiff Federal Trade Commission shall file under seal, and the Clerk shall accept for filing under seal, a complete listing of all accounts and other assets, of all Defendants, that have been identified and frozen in this matter pursuant to this Court's August 21, 2015 Order (Doc. 25), excepting those accounts and assets already identified in the Temporary Receiver's Report filed September 4, 2015 (Doc. 50).

Dated this 17th day of September, 2015.

Honorable John J. Tuchi
United States District Judge