John R. Clemency (Bar No. 009646)
john.clemency@gknet.com
Lindsi M. Weber (Bar No. 025820)
lindsi.weber@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
*Attorneys for Benson K. Boreyko a/k/a B.K. Boreyko*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>            Plaintiff,<br>v.<br><br>Vemma Nutrition Company, *et al.*<br><br>            Defendants. | Case No. CV-15-01578-PHX-JJT<br><br>**SECOND AGREED MOTION TO ALLOW SALE OF REAL PROPERTY AND AGREED TREATMENT OF PROCEEDS** |

Defendant Benson K. Boreyko ("Boreyko"), by and through undersigned counsel, submits the following agreed motion and respectfully asks this Court to issue an Order approving the parties' agreement, as follows:

1.   Pursuant to the Court's Order dated September 18, 2015 (Dkt. #118; the "Interim Order"), Defendant Boreyko "and his agents, employees, and attorneys, and all other persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, whether acting directly or indirectly, are preliminarily restrained and enjoined from assigning, concealing, converting, disbursing,  dissipating, encumbering, liquidating, loaning, pledging, selling, spending, transferring, or otherwise alienating any real estate asset that is owned or controlled by, or held for the benefit of, Defendant Boreyko, directly or indirectly." *Id.* at 24.

2. Prior to the commencement of this action by the FTC, Boreyko had listed a piece of vacant land located on Twin Oaks and Windy Way in San Marcos, California (the "Second San Marcos Property") held by San Marcos Properties Limited, a partnership in which Boreyko holds a 50% interest.  Mr. Tom Alkazin owns the other 50% interest in the San Marcos Properties Limited partnership.

3. The Second San Marcos Property was originally listed on or about October 15, 2008, and has been through a series of price adjustments since that time, with the assistance of professional brokers and based on market conditions.

4. The Second San Marcos Property went under contract on or about May 13, 2016 at a purchase price of $800,000.  This purchase price reflected the result of an arms' length negotiation between unrelated parties.  Neither Boreyko nor Alkazin have any affiliation whatsoever with the buyer, SMA Partners, LLC.  A provision was included in the contract indicating that the purchase was subject to this Court's approval.

5. In an effort to obtain FTC approval for this transaction, Boreyko consulted with counsel for the FTC and provided various background materials, transaction documents, and a broker's opinion of value with accompanying comparable sale information.  The FTC insisted upon a formal appraisal of the Second San Marcos Property, and accordingly, an appraisal was commissioned and provided to the FTC.  Based on all of the information provided, the FTC has agreed to allow the proposed transaction to proceed.

6. Boreyko fully and adequately disclosed his interest in the San Marcos Properties Limited partnership and the Second San Marcos Property in his financial disclosures provided to the FTC pursuant to this Court's prior order.

7. Based on the purchase price agreed to by the parties, it is anticipated that the proceeds to Boreyko at closing (on account of his 50% interest) will be approximately $400,000, less closing costs.

8. The parties hereby agree that Boreyko's net proceeds from the sale of the

Second San Marcos Property (in the approximate amount of $400,000, less closing costs) shall be placed in a separate segregated account until final resolution of this matter, unless otherwise ordered by the Court.  This agreed motion and the requested order shall not affect any other proceeds from the sale of the Second San Marcos Property.

9. As noted above, prior to filing this agreed motion, Boreyko provided transaction documents and valuation information to the FTC to assist the FTC in evaluating the proposed sale and to provide background and information regarding the transaction.  If the Court wishes to review the background information regarding the transaction, the Parties have agreed to submit the documents under seal.

10. Boreyko has agreed to provide the FTC with evidence of the final sale price and his 50% portion of the proceeds after the Second San Marcos Property is sold and the transaction is closed.

11. Based on the representations set forth in this agreed motion, the FTC does not oppose modification of the Court's Interim Order to permit this transaction to close on the terms and conditions set forth herein.  The FTC agrees to entry of a proposed form of order, in the form attached as Exhibit "A," which was lodged concurrently with the filing of this agreed motion.

Respectfully submitted this 17th day of May, 2016.

GALLAGHER & KENNEDY, P.A.

By */s/   Lindsi M. Weber*
John R. Clemency
Lindsi M. Weber
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Benson K. Boreyko a/k/a B.K. Boreyko*

3

AGREED TO BY:

JONATHAN E. NUECHTERLEIN

By */s/   Jason C. Moon (w/ permission)*
Angelique P. Linville
Jason C. Moon
Anne D. Lejeune
Emily B. Robinson
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
*Attorneys for the Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2016, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

*/s/  Gloria Kannberg*