NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Federal Trade Commission,

    Plaintiff,

v.

Vemma Nutrition Company, *et al.*,

    Defendants.

No. CV-15-01578-PHX-JJT

**ORDER**

At issue is the Second Agreed Motion to Allow Sale of Real Property and Agreed Treatment of Proceeds (Doc. 232) (the "Second Agreed Motion") filed by Defendant Benson K. Boreyko and agreed to by Plaintiff Federal Trade Commission. Upon review and good cause appearing,

IT IS HEREBY ORDERED granting the Second Agreed Motion (Doc. 232) in its entirety:

1. To the extent necessary, the Court's Interim Order (Doc. 118) is modified to permit the sale of the Second San Marcos Property, on the terms and conditions set forth in the Second Agreed Motion.

2. Upon closing of the sale of the Second San Marcos Property, all proceeds due to Boreyko on account of his 50% partnership interest shall be placed in a separate segregated account until final resolution of this matter, unless otherwise ordered by the Court. This Order shall not affect any other proceeds from the sale of the Second San Marcos Property.

1	3.	Defendant Boreyko shall provide Plaintiff Federal Trade Commission with evidence of the final sale price and his 50% portion of the proceeds after the Second San Marcos Property is sold and the transaction is closed.

Dated this 19th day of May, 2016.

_____
Honorable John J. Tuchi
United States District Judge